Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Movant and [Proposed]*
*Lead Counsel for the Class*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL C. PIZZUTO, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> HOMOLOGY MEDICINES, INC., ARTHUR O. TZIANABOS, W. BRADFORD SMITH, and ALBERT SEYMOUR, <br><br> Defendants. | Case No. 2:22-cv-01968-FLA-JPR <br><br> **MOTION OF JEFFREY ERTZ FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL** <br><br> <u>CLASS ACTION</u> <br><br> JUDGE: Fernando L. Aenlle-Rocha <br> HEARING: June 24, 2022 <br> TIME: 1:30 p.m. <br> CTRM: 6B, 6th Floor |

1

PLEASE TAKE NOTICE that on Friday, June 24, 2022 at 1:30 p.m. before the Honorable Fernando L. Aenlle-Rocha in the First Street Courthouse, 350 W. 1st Street, Courtroom 6B, 6th Floor, Los Angeles, California 90012, Jeffrey Ertz ("Movant") will and does move this Court for an order granting his Motion for: (1) appointment of Movant as Lead Plaintiff of the Class; and (2) approval of Movant's selection of The Rosen Law Firm, P.A. as Lead Counsel for Plaintiff and the Class.

This Motion is brought pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), on the grounds that: (1) Movant should be appointed as Lead Plaintiff for the class of all purchasers of Homology Medicines, Inc. securities between June 10, 2019 and February 18, 2022, inclusive (the "Class Period"), as Movant has timely made this Motion, has the largest financial interest, and otherwise satisfies the pertinent requirements of Federal Rule of Civil Procedure 23; and (2) Movant's selection of The Rosen Law Firm, P.A. as Lead Counsel should be approved as the firm is well-qualified and has extensive experience in cases of this type.

In support of this Motion, Movant files herewith a Memorandum of Points and Authorities, the Declaration of Laurence M. Rosen (and exhibits attached thereto), and a Proposed Order.

Local Rule 7-3 requires a conference of counsel prior to filing motions. However, due to the Private Securities Litigation Reform Act of 1995's lead plaintiff procedure, Movant does not yet know which other entities or persons plan to move for appointment as lead plaintiff until after all the movants have filed their respective motions. Under these circumstances, Movant respectfully requests that the conferral requirement of Local Rule 7-3 be waived.

MOTION OF JEFFREY ERTZ FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL – Case No. 2:22-cv-01968-FLA-JPR

Dated: May 24, 2022

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

/s/ Laurence M. Rosen
Laurence M. Rosen, Esq. (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Movant and [Proposed] Lead
Counsel for the Class*

**THE SCHALL LAW FIRM**
Brian Schall, Esq.
2049 Century Park East, Suite 2460
Los Angeles, CA 90067
Telephone: (310) 301-3335
Fax: (213) 519-5876
Email: brian@schallfirm.com

*Additional Counsel for Movant*

3

**CERTIFICATE OF SERVICE**

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the Managing Partner of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071.  I am over the age of eighteen.

On May 24, 2022, I electronically filed the following **MOTION OF JEFFREY ERTZ FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on May 24, 2022.

/s/ Laurence M. Rosen
Laurence M. Rosen

4

MOTION OF JEFFREY ERTZ FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE
OF COUNSEL – Case No. 2:22-cv-01968-FLA-JPR