Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Movant and [Proposed]*
*Lead Counsel for the Class*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL C. PIZZUTO, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HOMOLOGY MEDICINES, INC., ARTHUR O. TZIANABOS, W. BRADFORD SMITH, and ALBERT SEYMOUR,<br><br>Defendants. | Case No. 2:22-cv-01968-FLA-JPR<br><br>**DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MOTION OF JEFFREY ERTZ FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL**<br><br><u>CLASS ACTION</u><br><br>JUDGE: Fernando L. Aenlle-Rocha<br>HEARING: June 24, 2022<br>TIME: 1:30 p.m.<br>CTRM: 6B, 6th Floor |

1

I, Laurence M. Rosen, declare:

1.    I am an attorney duly licensed to practice in the State of California and before this Court. I am the Managing Partner of The Rosen Law Firm, P.A., counsel for Jeffrey Ertz ("Movant"). I make this declaration in support of Movant's motion for appointment as Lead Plaintiff and for approval of Movant's choice of counsel pursuant to Section 21D of the Securities Exchange Act of 1934. I have personal knowledge of the matters stated herein and if called as a witness, I could and would competently testify thereto.

2.    Attached hereto are true and correct copies of the following documents:

Exhibit 1:    PSLRA Early Notice;

Exhibit 2:    Movant's PSLRA certification;

Exhibit 3:    Movant's loss chart; and

Exhibit 4:    The Rosen Law Firm, P.A.'s firm resume.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 24th day of May, 2022.

/s/ Laurence M. Rosen
Laurence M. Rosen

2

DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MOTION OF JEFFREY ERTZ FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL
2:22-cv-01968-FLA-JPR

**CERTIFICATE OF SERVICE**

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows: I am the Managing Partner of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071. I am over the age of eighteen.

On May 24, 2022 I electronically filed the following **DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MOTION OF JEFFREY ERTZ FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on May 24, 2022.

/s/ Laurence M. Rosen
Laurence M. Rosen

DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MOTION OF JEFFREY ERTZ FOR
APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL
2:22-cv-01968-FLA-JPR