# EXHIBIT 3

**Homology Medicines, Inc. Loss Chart**
**Class Period: June 10, 2019 through February 18, 2022**

| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | $   2.50 |
| Ertz, Jeffrey | 2/3/2020 | 900 | ($16.12) | ($14,508.00) | 3/12/2020 | 1,000 | $15.15 | $15,150.00 | | | | |
| | 2/3/2020 | 100 | ($16.11) | ($1,611.00) | 12/1/2021 | 100 | $3.99 | $399.00 | | | | |
| | 3/25/2020 | 700 | ($16.24) | ($11,368.00) | 3/15/2022 | 1,000 | $2.93 | $2,930.00 | | | | |
| | 7/20/2020 | 400 | ($16.40) | ($6,560.40) | | | | | | | | |
| | | 2,100 | | ($34,047.40) | | 2,100 | | $18,479.00 | | | ($15,568.40) | |