**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
Adam C. McCall (SBN 302130)
75 Broadway, Suite 202
San Francisco, CA 94111
Tel: (415) 373-1671
Email: aapton@zlk.com
Email: amccall@zlk.com

*Attorneys for Scott Boyd and*
*Kasey Kahne*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL C. PIZZUTO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HOMOLOGY MEDICINES, INC., ARTHUR O. TZIANABOS, W. BRADFORD SMITH, and ALBERT SEYMOUR,<br><br>Defendants. | No.: 2:22-cv-01968-FLA-JPR<br><br>**NOTICE OF MOTION OF SCOTT BOYD AND KASEY KAHNE FOR APPOINTMENT AS CO-LEAD PLAINTIFFS AND APPROVAL OF SELECTION OF COUNSEL**<br><br>Judge: Hon. Fernando L. Aenlle-Rocha<br>Date: July 1, 2022<br>Time: 1:30 p.m.<br>Courtroom #6B |

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on July 1, 2022 at 1:30 p.m., or as soon thereafter as the matter can be heard in the courtroom of the Honorable Fernando L. Aenlle-Rocha situated at the First Street U.S. Courthouse, 350 West 1st Street, Courtroom 6B, Los Angeles, California, Movants Scott Boyd and Kasey Kahne ("Movants"), by and through their counsel, will and hereby do move this Court, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for an Order (attached hereto): (i) appointing Movants as Co-Lead Plaintiffs on behalf of all persons and entities other than Defendants that purchased or otherwise acquired Homology Medicines, Inc. ("Homology" or the "Company") securities between June 10, 2019 and February 18, 2022, inclusive; and (ii) approving Movants' choice of counsel as Lead Counsel. In support of this Motion, Movants submit a Memorandum of Points and Authorities, the Declaration of Adam M. Apton and exhibits attached thereto, the pleadings, and other filings herein and such other written or oral arguments as may be presented to the Court.

This motion is made on the grounds that Movants are the most adequate plaintiffs, as defined by the PSLRA, based on their collective loss of approximately $505,092.70 which was suffered as a result of Defendants' wrongful conduct as alleged in the above-referenced documents. Further, Movants satisfy the requirements of Rule 23(a) of the Federal Rules of Civil Procedure, as their claims are typical of other Class members' claims and they will fairly and adequately represent the interests of the class.

## COMPLIANCE WITH CIVIL LOCAL RULE 7-3

This motion is filed pursuant to Section 21D of the Securities Exchange Act of 1934, as amended by the PSLRA. This Section provides that within 60 days after

publication of the required notice, any member of the proposed class may apply to the Court to be appointed as lead plaintiff, whether or not they have previously filed a complaint in the underlying action. Consequently, Movants' counsel has no way of knowing who, if any, the competing lead plaintiff candidates are at this time. As a result, counsel for Movants have been unable to conference with opposing counsel as prescribed in Local Rule 7-3, and respectfully requests that the conference requirement of Local Rule 7-3 be waived for this motion. Pursuant to § 78u-4(a)(3)(B)(iii)(II), Defendants do not have standing to oppose the appointment of Movants as lead plaintiffs. *See Takeda v. Turbodyne Techs., Inc.*, 67 F. Supp. 2d. 1129, 1138 (C.D. Cal. 1999).

Dated: May 24, 2022                    Respectfully submitted,

                                       **LEVI & KORSINSKY, LLP**

                                       */s/ Adam M. Apton*
                                       Adam M. Apton (SBN 316506)
                                       Adam C. McCall (SBN 302130)
                                       75 Broadway, Suite 202
                                       San Francisco, CA 94111
                                       Tel: (415) 373-1671
                                       Email: aapton@zlk.com
                                       Email: amccall@zlk.com

                                       *Proposed Lead Counsel for Movants*

## <u>CERTIFICATE OF SERVICE</u>

I, Adam M. Apton, hereby declare under penalty of perjury as follows:

I am a partner attorney at Levi & Korsinsky, LLP, with offices at 75 Broadway, Suite 202, San Francisco, CA 94111. I am over the age of eighteen.

On May 24, 2022, I electronically filed the following **NOTICE OF MOTION OF SCOTT BOYD AND KASEY KAHNE FOR APPOINTMENT AS CO-LEAD PLAINTIFFS AND APPROVAL OF SELECTION OF COUNSEL** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on May 24, 2022.

/s/ *Adam M. Apton*
Adam M. Apton