**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
Adam C. McCall (SBN 302130)
75 Broadway, Suite 202
San Francisco, CA 94111
Tel: (415) 373-1671
Email: aapton@zlk.com
Email: amccall@zlk.com

*Attorneys for Scott Boyd and*
*Kasey Kahne*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL C. PIZZUTO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HOMOLOGY MEDICINES, INC., ARTHUR O. TZIANABOS, W. BRADFORD SMITH, and ALBERT SEYMOUR,<br><br>Defendants. | No.: 2:22-cv-01968-FLA-JPR<br><br>**DECLARATION OF ADAM M. APTON IN SUPPORT OF SCOTT BOYD AND KASEY KAHNE'S MOTION FOR APPOINTMENT AS CO-LEAD PLAINTIFFS AND APPROVAL OF SELECTION OF COUNSEL**<br><br>Judge: Hon. Fernando L. Aenlle-Rocha<br>Date: July 1, 2022<br>Time: 1:30 p.m.<br>Courtroom #6B |

I, ADAM M. APTON hereby declare that:

1. I am a member in good standing of the Bar of this Court, and a partner in the law firm of Levi & Korsinsky, LLP, counsel for proposed Lead Plaintiff Movants Scott Boyd and Kasey Kahne ("Movants"), and proposed Lead Counsel for the class.

2. I make this Declaration in support of Movants' Motion for Appointment as Co-Lead Plaintiffs and Approval of Selection of Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

3. Attached hereto as **Exhibit A** are true and correct copies of the certifications signed by Movants.

4. Attached hereto as **Exhibit B** are true and correct copies of the loss charts detailing the losses sustained by Movants.

5. Attached hereto as **Exhibit C** is a true and correct copy of the press release announcing the filing of the above-captioned action, which was filed in this Court on March 25, 2022.

6. Attached hereto as **Exhibit D** is a true and correct copy of the Joint Declaration signed by Movants in support of their lead plaintiff motion.

7. Attached hereto as **Exhibit E** is a true and correct copy of the firm resume of Levi & Korsinsky, LLP.

I declare under the penalty of perjury of the laws of the United States of America and the state of California that the foregoing is true to the best of my knowledge.

Dated: May 24, 2022          */s/ Adam M. Apton*
                             Adam M. Apton

## CERTIFICATE OF SERVICE

I, Adam M. Apton, hereby declare under penalty of perjury of the laws of the United States of America and the State of California as follows:

I am a partner attorney at Levi & Korsinsky, LLP, with offices at 75 Broadway, Suite 202, San Francisco, CA 94111. I am over the age of eighteen.

On May 24, 2022, I electronically filed the following **DECLARATION OF ADAM M. APTON IN SUPPORT OF MOTION OF SCOTT BOYD AND KASEY KAHNE FOR APPOINTMENT AS CO-LEAD PLAINTIFFS AND APPROVAL OF SELECTION OF COUNSEL** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on May 24, 2022.

*/s/ Adam M. Apton*
Adam M. Apton