# EXHIBIT B

| Client Name | Scott Boyd |
|---|---|
| Company Name | Homology Medicines, Inc. |
| Ticker Symbol | FIXX |
| Security Type | |
| Class Period Start | 06-10-2019 |
| Class Period End | 02-18-2022 |
| 90-DAY Lookback Period Start | 02-19-2022 |
| 90-DAY Lookback Period End | 05-19-2022 |
| 90-DAY Lookback Average | $ 02.50 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $313,498.87 |
| DURA LIFO* Total | $313,498.87 |
| Gross Shares Purchased | 25,000 |
| Net Shares Retained | 25,000 |
| Net Funds Expended | $376,015.00 |

### Scott Boyd

| | Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 07-27-2020 | 25000 | 15.0406 | $ 376,015.00 | | | | | | - | 25000 | 25000 | $ 02.50 | $ 62,516.13 | $ 313,498.87 | $ 313,498.87 |
| Total: | 25,000 | | $376,015.00 | | | | | | | 25,000 | 25,000 | | $62,516.13 | $313,498.87 | $313,498.87 |

| Client Name | Kasey Kahne |
|---|---|
| Company Name | Homology Medicines, Inc. |
| Ticker Symbol | FIXX |
| Security Type | |
| Class Period Start | 06-10-2019 |
| Class Period End | 02-18-2022 |
| 90-DAY Lookback Period Start | 02-19-2022 |
| 90-DAY Lookback Period End | 05-19-2022 |
| 90-DAY Lookback Average | $ 02.50 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $191,593.83 |
| DURA LIFO* Total | $191,593.83 |
| Gross Shares Purchased | 20,000 |
| Net Shares Retained | 20,000 |
| Net Funds Expended | $241,606.73 |

### Kasey Kahne

| | Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 07-27-2020 | 3500 | 14.69 | $ 51,415.00 | | | | | | - | 3500 | 3500 | $ 02.50 | $ 8,752.26 | $ 42,662.74 | $ 42,662.74 |
| 07-29-2020 | 1000 | 14.25 | $ 14,250.00 | | | | | | - | 1000 | 1000 | $ 02.50 | $ 2,500.65 | $ 11,749.35 | $ 11,749.35 |
| 07-29-2020 | 600 | 13.85 | $ 8,310.00 | | | | | | - | 600 | 600 | $ 02.50 | $ 1,500.39 | $ 6,809.61 | $ 6,809.61 |
| 07-29-2020 | 900 | 13.8297 | $ 12,446.73 | | | | | | - | 900 | 900 | $ 02.50 | $ 2,250.58 | $ 10,196.15 | $ 10,196.15 |
| 08-05-2020 | 4000 | 12.99 | $ 51,960.00 | | | | | | - | 4000 | 4000 | $ 02.50 | $ 10,002.58 | $ 41,957.42 | $ 41,957.42 |
| 08-13-2020 | 2500 | 10.99 | $ 27,475.00 | | | | | | - | 2500 | 2500 | $ 02.50 | $ 6,251.61 | $ 21,223.39 | $ 21,223.39 |
| 09-10-2020 | 7500 | 10.1 | $ 75,750.00 | | | | | | - | 7500 | 7500 | $ 02.50 | $ 18,754.84 | $ 56,995.16 | $ 56,995.16 |
| Total: | 20,000 | | $241,606.73 | | | | | | | 20,000 | 20,000 | | $50,012.90 | $191,593.83 | $191,593.83 |

| SUMMARY OF FINANCIAL INTEREST - ALL FUNDS | |
|---|---|
| LIFO Loss Total | $505,092.70 |
| DURALIFO* Total | $505,092.70 |
| Gross Shares Purchased | 45,000 |
| Net Shares Retained | 45,000 |
| Net Funds Expended | $617,621.73 |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.