# EXHIBIT C

# Pomerantz Law Firm Announces the Filing of a Class Action Against Homology Medicines, Inc., and Certain Officers - FIXX



NEWS PROVIDED BY

**Pomerantz LLP** →
Mar 25, 2022, 21:42 ET

NEW YORK, March 25, 2022 /PRNewswire/ -- Pomerantz LLP announces that a class action lawsuit has been filed against Homology Medicines, Inc. ("Homology" or the "Company") (NASDAQ: FIXX) and certain of its officers.   The class action, filed in the United States District Court for the Central District of California, and docketed under 22-cv-01968, is on behalf of a class consisting of all persons and entities other than Defendants that purchased or otherwise acquired Homology securities between June 10, 2019 and February 18, 2022, both dates inclusive (the "Class Period"), seeking to recover damages caused by Defendants' violations of the federal securities laws and to pursue remedies under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5 promulgated thereunder, against the Company and certain of its top officials.

If you are a shareholder who purchased or otherwise acquired Homology securities during the Class Period, you have until May 24, 2022 to ask the Court to appoint you as Lead Plaintiff for the class.  A copy of the Complaint can be obtained at www.pomerantzlaw.com.   To discuss this action, contact Robert S. Willoughby at newaction@pomlaw.com or 888.476.6529 (or 888.4-POMLAW), toll-free, Ext. 7980. Those who inquire by e-mail are encouraged to include their mailing address, telephone number, and the number of shares purchased.

**[Click here for information about joining the class action]**

Homology, a genetic medicines company, focuses on transforming the lives of patients suffering from rare genetic diseases. The Company's lead product candidate is HMI-102, which is in Phase I/II pheNIX clinical trial, a gene therapy for the treatment of phenylketonuria (PKU) in adults (the "HMI-102 Trial").

On June 10, 2019, Homology issued a press release announcing that it had commenced enrollment of the HMI-102 Trial.

The complaint alleges that throughout the Class Period, Defendants made materially false and misleading statements regarding the Company's business, operations, and compliance policies.  Specifically, Defendants made false and/or misleading statements and/or failed to disclose that: (i) the Company had overstated HMI-102's efficacy and risk mitigation; (ii) accordingly, it was unlikely that the Company would be able to commercialize HMI-102 in its present form; and (iii) as a result, the Company's public statements were materially false and misleading at all relevant times.

On July 21, 2020, Mariner Research ("Mariner") published a report questioning statements by Homology and its officers about the efficacy of HMI-102, the Company's lead product candidate for treatment of phenylketonuria.  Mariner focused on Homology's HMI-102 dose escalation pheNIX trial, concluding that the Company concealed data showing HMI-102's lack of efficacy and indicating that the program was unlikely to proceed to commercialization.  Among other evidence, Mariner cited an email from Homology's Chief Communications Officer appearing to indicate the Company's awareness that a HMI-102 high dose patient had adverted to the adverse efficacy issue in a social media post during April 2020.

On this news, Homology's stock price fell $1.71 per share, or 10.38%, over the following three trading days, closing at $14.77 per share on July 24, 2020.

Then, on February 18, 2022, Homology issued a press release disclosing that "the U.S. Food and Drug Administration has notified the company that its pheNIX gene therapy trial of HMI-102 in adults with phenylketonuria has been placed on clinical hold due to the need to modify risk mitigation measures in the study in response to observations of elevated liver function tests" and that "[t]he Company expects to receive an official clinical hold letter within 30 days."

On this news, Homology's stock price fell $1.26 per share, or 32.64%, to close at $2.60 per share on February 22, 2022.

Pomerantz LLP, with offices in New York, Chicago, Los Angeles, Paris, and Tel Aviv, is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation. Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, Pomerantz pioneered the field of securities class actions. Today, more than 85 years later, Pomerantz continues in the tradition he established, fighting for the rights of the victims of securities fraud, breaches of fiduciary duty, and corporate misconduct. The Firm has recovered numerous multimillion-dollar damages awards on behalf of class members. See www.pomlaw.com

**CONTACT:**

Robert S. Willoughby

Pomerantz LLP

rswilloughby@pomlaw.com

888-476-6529 ext. 7980

SOURCE Pomerantz LLP