# EXHIBIT D

**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
Adam C. McCall (SBN 302130)
75 Broadway, Suite 202
San Francisco, CA 94111
Tel: (415) 373-1671
Email: aapton@zlk.com
Email: amccall@zlk.com

*Attorneys for Scott Boyd and*
*Kasey Kahne*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL C. PIZZUTO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HOMOLOGY MEDICINES, INC., ARTHUR O. TZIANABOS, W. BRADFORD SMITH, and ALBERT SEYMOUR,<br><br>Defendants. | No.: 2:22-cv-01968-FLA-JPR<br><br>**JOINT DECLARATION IN SUPPORT OF THE MOTION OF SCOTT BOYD AND KASEY KAHNE FOR APPOINTMENT AS CO-LEAD PLAINTIFFS AND APPROVAL OF SELECTION OF COUNSEL**<br><br>Judge: Hon. Fernando L. Aenlle-Rocha<br>Date: July 1, 2022<br>Time: 1:30 p.m.<br>Courtroom #6B |

We, the undersigned, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      We, Scott Boyd and Kasey Kahne ("Movants"), respectfully submit this Joint Declaration in support of our Motion for Appointment as Co-Lead Plaintiffs and Approval of Selection of Counsel (the "Joint Declaration"). We each have personal knowledge about the information contained in this Joint Declaration as to ourselves.

2.      We are each informed of and understand the requirements of serving as lead plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"). We understand that each of us could have chosen to pursue individual actions, individual motions for appointment as lead plaintiff, or taken no action and remained absent class members. However, we have decided to move for lead plaintiff in this case jointly because we believe combining our collective resources and knowledge will best serve the Class.[1]

3.      On March 25, 2022, Michael C. Pizzuto filed a putative class action in this District Case No. 2:22-cv-01968-FLA-JPR (the "Action"), on behalf of all purchasers of Homology securities during the Class Period. The Action seeks relief against Homology and certain of its senior officers for violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder by the U.S. Securities and Exchange Commission.

4.      I, Scott Boyd, as reflected in my Certification, purchased Homology securities during the Class Period and suffered a substantial loss as a result of the violations of the federal securities laws alleged in the Action. I am motivated to recover this loss for my own benefit and the benefit of all members of the Class. I currently reside in Beaver Dam, Wisconsin. I possess a high school degree and am currently employed as the Chief Executive Officer of Karavan Trailers, LLC. I

---

[1] The "Class" consists of all purchasers of Homology Medicines, Inc. ("Homology" or the "Company") securities between June 10, 2019 and February 18, 2022, inclusive (the "Class Period").

consider myself to be an experienced investor based on the fact that I have been investing in securities for fifteen years. I decided to seek appointment as lead plaintiff initially and then contacted, Kasey Kahne, to see if he would be interested in serving as co-lead plaintiff with me given that he has been a friend of mine since approximately 2003 and I knew he too sustained significant losses as a result of his investment in Homology.

5.     I, Kasey Kahne, as reflected in my Certification, purchased Homology securities during the Class Period and suffered a substantial loss as a result of the violations of the federal securities laws alleged in the Action. I am motivated to recover this loss for my own benefit and the benefit of all members of the Class. I currently reside in Mooresville, North Carolina. I graduated high school in Enumclaw, Washington, in 1999 and began a full time career in professional racing thereafter. I have been investing in stocks for approximately the past three years. I decided to seek appointment as lead plaintiff with my friend, Scott Boyd, after speaking with him about this Action.

6.     We have discussed with each other the allegations against Homology, the procedural background of the Action, the process of appointing a lead plaintiff, and the qualifications of our attorneys at Levi & Korsinsky, LLP ("Levi & Korsinsky"). We have also discussed a strategy for prosecuting the Action; the role of the lead plaintiff and the lead plaintiff selection and litigation process; the benefits that the class would receive from the leadership of two like-minded investors like us; a shared desire to achieve the best possible result for the class; and our interests in prosecuting the case in a collaborative, likeminded manner. Following these discussions, we decided to retain Levi & Korsinsky to represent us and the Class and, accordingly, file a motion for lead plaintiff on our behalf.

7.     We each understand that, if appointed, we would owe a fiduciary duty to the Class to provide effective representation and to ensure that Lead Counsel effectively litigates the Action. Both of us understand that if we are appointed as

co-lead plaintiffs, we will provide fair and adequate representation, oversee counsel, and obtain the largest possible recovery against all culpable parties consistent with good faith and vigorous advocacy. We will do our best to maximize the recovery for the Class.

8.     Further, if appointed as co-lead plaintiffs, we agree to actively manage the prosecution of the Action by, among other things, reviewing documents, having joint calls, discussing through email any developments, participating in discovery, and exercising joint decision-making to execute a strategy to maximize the recovery of the entire Class. We are confident in our ability to reach joint decisions regarding litigation matters; however, if in the unlikely event that we ever disagree on any issue, Scott Boyd will ultimately have discretion given his additional investment experience and his larger financial interest in the outcome of this Action.

9.     We retained Levi & Korsinsky based on its experience and ability to effectively and expeditiously bring the Action to a close and achieve a strong recovery on behalf of the Class. We are familiar with the experience, resources, and successes of our counsel. Levi & Korsinsky is an accomplished law firm with a history of achieving significant settlements and corporate governance reforms with defendants. Indeed, we believe that the firm's prior experience of effectively litigating complex class action lawsuits will provide comfort that the proposed Class will receive the best possible representation. We also believe that Levi & Korsinsky will vigorously prosecute the Action in a cost-effective manner and in the best interests of all members of the putative Class.

10.     Through supervision of our chosen counsel, Levi & Korsinsky, we will ensure that the Action is prosecuted for the benefit of the Class in an efficient and effective manner. In that regard, we will direct Levi & Korsinsky to prosecute the Action in such a way to achieve a fair result for all members of the Class. We have implemented communication procedures to ensure that we can quickly communicate and make decisions on short notice. We understand that we may call

for a meeting or conference call at any time, including on an emergency basis if necessary. We understand that meetings, conference calls, and communications may be conducted without counsel. We agree to contact one another when necessary to facilitate the best interests of the Class and to prosecute the Action. We do not foresee any problems communicating with one another or staying abreast of the progress of the litigation.

11.    We have also directed counsel to keep us informed of any developments in the Action—including any developments in the lead plaintiff proceedings. To this end, we will continue to direct counsel and oversee the prosecution of the Action for the benefit of the Class by reviewing pleadings, orders, and motion papers and conferring amongst ourselves. Further, we agreed that we will make ourselves available to personally travel for any appearances, depositions, settlement hearings, and other necessary meetings to facilitate the prosecution of the Action.

12.    We believe that the allegations against Homology are meritorious and that the Class will benefit from having highly motivated investors with substantial financial interests at stake like ourselves to control the Action. We believe that our combined efforts, knowledge, and backgrounds will better serve the Class. If appointed co-lead plaintiffs, our primary goal will be to ensure that the Class achieves the largest possible recovery.

[*Signatures on following pages*]

I, Scott Boyd, declare pursuant to 28 U.S.C. §1746, under the penalty of perjury that the foregoing is true and correct.

Executed this 24th day of May, 2022.

_____

Scott Boyd

I, Kasey Kahne, declare, pursuant to 28 U.S.C. §1746, under the penalty of perjury that the foregoing is true and correct.

Executed this 24th day of May, 2022.

_____

Kasey Kahne