Reed R. Kathrein (139304)
Lucas E. Gilmore (250893)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com

*Attorneys for [Proposed] Lead Plaintiff*
*Ronald McCall*

[Additional counsel on signature page]

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| MICHAEL C. PIZZUTO, Individually and On Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br><br> v.<br><br>HOMOLOGY MEDICINES, INC., ARTHUR O. TZIANABOS, W. BRADFORD SMITH, and ALBERT SEYMOUR,<br><br>       Defendants. | No. 2:22-cv-01968-FLA-JPR<br><br><u>CLASS ACTION</u><br><br>**NOTICE OF MOTION OF RONALD MCCALL FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**<br><br>Date:  Friday, July 1, 2022<br>Time:  1:30 p.m.<br>Courtroom: 6B<br>Judge:  Hon. Fernando L. Aenlle-Rocha<br><br><u>ORAL ARGUMENT REQUESTED</u> |

010962-11/1894321 V1

**TO: ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that pursuant to the lead plaintiff provisions of the Private Securities Litigation Reform Act of 1995, codified as Section 27(a)(3) of the Securities Act of 1933, 15 U.S.C. § 77z-1(a)(3) (2013), and/or Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), Ronald McCall ("Movant") will and hereby does move the Honorable Fernando L. Aenlle-Rocha, on or about July 1, 2022 at 1:30 p.m., at the United States District Court, Central District of California, located at Courtroom 6B, First Street Courthouse, 350 West 1st Street, Los Angeles, CA 90012, for an order (1) appointing Movant as lead plaintiff in the above-referenced action against Defendants, (2) approving his selection of Hagens Berman Sobol Shapiro LLP as lead counsel; and (3) granting any such further relief as the Court may deem just and proper.

This motion is based on this notice of motion and motion, the memorandum of law in support thereof, the declaration of Lucas E. Gilmore in support of this motion, the pleadings and records on file in this action, and any other written or oral argument or other matter that may be presented to the Court and that the Court may consider in deciding this motion.[1]

Movant makes this motion on the belief that he is the most "adequate plaintiff" as defined in the PSLRA because:

1. Movant has largest known financial interest in the relief sought by the Class. Movant has incurred substantial losses as a result of his purchase and/or acquisition of shares of FIXX securities;

2. Movant has timely filed this motion pursuant to the PSLRA; and

---

[1] Movant's counsel respectfully requests that compliance with the meet and confer requirements of Local Rule 7-3 be waived due to the fact that Movant cannot confer with unknown potential class member movants seeking appointment as lead plaintiff, 15 U.S.C. § 78u-4(a)(3)(B)(i).

3. Movant meets the requirements of the PSLRA and Federal Rule of Civil Procedure 23 in that his claims are typical of the claims of the class and he will fairly and adequately represent the interests of the class.

Accordingly, under the PSLRA, Movant is presumptively the most adequate plaintiff and should be appointed as lead plaintiff to pursue this class action against Defendants.

If Movant is appointed as lead plaintiff, pursuant to the PSLRA, he respectfully requests that the Court appoint his selection of lead counsel. Movant has selected lead counsel with extensive experience in securities fraud and other class action litigation.

WHEREFORE, Movant respectfully requests that the Court: (1) appoint Movant as the Lead Plaintiff in the above-captioned case and any others the Court may deem related pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4(a)(3); (2) approve Movant's selection of Hagens Berman Lead Counsel for the class; and (3) grant such other and further relief as the Court may deem just and proper.

DATED: May 24, 2022

Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

 /s/ Lucas E. Gilmore
 LUCAS E. GILMORE

Reed R. Kathrein (139304)
Lucas E. Gilmore (250893)
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com

*Attorneys for [Proposed] Lead Plaintiff
Ronald McCall*