Reed R. Kathrein (139304)
Lucas E. Gilmore (250893)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com

*Attorneys for [Proposed] Lead Plaintiff
Ronald McCall*

[Additional counsel on signature page]

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| MICHAEL C. PIZZUTO, Individually and On Behalf of All Others Similarly Situated,<br><br>                                        Plaintiff,<br><br>        v.<br><br>HOMOLOGY MEDICINES, INC., ARTHUR O. TZIANABOS, W. BRADFORD SMITH, and ALBERT SEYMOUR,<br><br>                                        Defendants. | No. 2:22-cv-01968-FLA-JPR<br><br>CLASS ACTION<br><br>**DECLARATION OF LUCAS E. GILMORE IN SUPPORT OF MOTION OF RONALD MCCALL FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**<br><br>Date:        Friday, July 1, 2022<br>Time:        1:30 p.m.<br>Courtroom:   6B<br>Judge:       Hon. Fernando L. Aenlle-Rocha<br><br>ORAL ARGUMENT REQUESTED |

010962-11/1895495 V1

I, Lucas E. Gilmore, declare as follows:

1.    I am a partner at the law firm Hagens Berman Sobol Shapiro LLP ("Hagens Berman"), counsel for Ronald McCall ("Movant"). I am an attorney licensed to practice law in the State of California. I make this declaration in support of Movant's motion: (1) appointing Movant as Lead Plaintiff in the above-captioned case and any others the Court may deem related pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4(a)(3); (2) approving Movant's selection of Hagens Berman Sobol Shapiro LLP ("Hagens Berman") as Lead Counsel for the Class; and (3) for any such other and further relief as the Court may deem just and proper.

2.    Attached hereto as Exhibits A through E are true and correct copies of the following documents:

Exhibit A:  Movant's Certification;

Exhibit B:  Movant's Loss Calculation;

Exhibit C:  Movant's Declaration;

Exhibit D:  Notice of Pendency published on March 25, 2022; and

Exhibit E:  The firm résumé of Hagens Berman Sobol Shapiro LLP.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 24th day of May, 2022.

/s/ Lucas E. Gilmore
LUCAS E. GILMORE

GILMORE DECL. ISO MOT. TO APPOINT LEAD PL. AND APPROVE THE SELECTION OF COUNSEL - 1
Case No. 2:22-cv-01968-FLA-JPR
010962-11/1895495 V1