# Exhibit B

| | Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price) | Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP) |
|---|---|---|
| Roth IRA Aug 21 20@25.0 Call | $14,825.00 | $14,825.00 |
| Roth IRA Sep 18 20@25.0 Call | $21,750.00 | $21,750.00 |
| Roth IRA Oct 16 20@30.0 Call | $23,250.00 | $23,250.00 |
| Personal Oct 16 20@30.0 Call | $4,935.00 | $4,935.00 |
| | $64,760.00 | $64,760.00 |

**Loss Analysis for Ronald McGill - Homology Medicines, Inc. (FIXX)**
**Class Period 06/10/19 - 02/18/22**
**ROTH IRA - Aug 21 20 @25.00**

| | | PURCHASES | | | | | SALES | | |
|---|---|---|---|---|---|---|---|---|---|
| | Date | Shares | Share Price | Amount Paid | | Date | Shares | Share Price | Amount Received |
| Pre-Class Held | | | | | | | | | |
| Class Period | 07/22/20 | 96 | $1.0000 | $9,600.00 | | | | | |
| Purchases | 07/22/20 | 7 | $0.9500 | $665.00 | | | | | |
| | 07/22/20 | 48 | $0.9500 | $4,560.00 | | | | | |
| Post Class | | | | | Post Class | | | | |
| Purchases | | | | | Sales | | | | |
| | | | | | | | | | |

| Total Shares Acquired in CP | 151 | Total Amt. Paid in CP | $14,825.00 | Total Shares Sold in CP | 0 | Total Amt. Sold in CP | $0.00 |
|---|---|---|---|---|---|---|---|
| | | | | Post CP Shares Sold | 0 | Post CP Amount Sold | $0.00 |
| | | | | Total Shares Sold to Current | 0 | Total Amt. Sold to Current | $0.00 ALTERNATIVE |

| Actual Net Shares Acquired in CP | 151 | (CP Retained Shares) |
|---|---|---|

Net Amount Paid  in CP $14,825.00
Net Amount Paid in CP Minus Sold to Current Date $14,825.00 ALTERNATIVE

**Calculation Using 90-Day Lookback**

Net Shares Acquired in CP (CP Retained Shares) 151 Automatically 0 if Negative
Net  Shares Acquired During Class Period Held to Current Date 151 Automatically 0 if Negative (ALTERNATIVE)

90-Day Mean Share Price after last Day of CP $0.00

Value of Net Shares Acquired in CP Using 90-Day Mean Share Price $0.00
Value of Net Shares Acquired in CP and Held to Date Using 90-Day Mean Share Price $0.00 ALTERNATIVE
Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price $14,825.00 ALTERNATIVE

Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price) $14,825.00
Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP) $14,825.00 ALTERNATIVE

**Loss Analysis for Ronald McCall - Homology Medicines, Inc. (FIXX)**
**Class Period 06/10/19 - 02/18/22**
**ROTH IRA - Sept 18 20 @25.00**

| | **PURCHASES** | | | | | **SALES** | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Date | Shares | Share Price | Amount Paid | | Date | Shares | Share Price | Amount Received |
| Pre-Class Held | | | | | | | | | |
| Class Period | 07/16/20 | 145 | $1.5000 | $21,750.00 | | | | | |
| Purchases | | | | | | | | | |
| | | | | | | | | | |
| Post Class | | | | | Post Class | | | | |
| Purchases | | | | | Sales | | | | |
| | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Total Shares Acquired in CP | 145 | Total Amt. Paid in CP | $21,750.00 | Total Shares Sold in CP | 0 |
| | | | | Post CP Shares Sold | 0 |
| | | | | Total Shares Sold to Current | 0 |

| | | |
|---|---|---|
| Total Amt. Sold in CP | $0.00 | |
| Post CP Amount Sold | $0.00 | |
| Total Amt. Sold to Current | $0.00 | ALTERNATIVE |

**Actual Net Shares Acquired in CP** 145 (CP Retained Shares)

| | | |
|---|---|---|
| Net Amount Paid in CP | $21,750.00 | |
| Net Amount Paid in CP Minus Sold to Current Date | $21,750.00 | ALTERNATIVE |

**Calculation Using 90-Day Lookback**

| | | |
|---|---|---|
| Net Shares Acquired in CP (CP Retained Shares) | 145 | Automatically 0 if Negative |
| Net Shares Acquired During Class Period Held to Current Date | 145 | Automatically 0 if Negative (ALTERNATIVE) |

90-Day Mean Share Price after last Day of CP  $0.00

| | | |
|---|---|---|
| Value of Net Shares Acquired in CP Using 90-Day Mean Share Price | $0.00 | |
| Value of Net Shares Acquired in CP and Held to Date Using 90-Day Mean Share Price | $0.00 | ALTERNATIVE |
| Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price | $21,750.00 | ALTERNATIVE |

| | | |
|---|---|---|
| Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price) | $21,750.00 | |
| Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP) | $21,750.00 | ALTERNATIVE |

**Loss Analysis for Ronald McCall - Homology Medicines, Inc. (FIXX)**
**Class Period 06/10/19 - 02/18/22**
**ROTH IRA - Oct 16 20 @30.00**

| | PURCHASES | | | | | | SALES | | |
| | Date | Shares | Share Price | Amount Paid | | Date | Shares | Share Price | Amount Received |
|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Held | | | | | | | | | |
| Class Period | 07/20/20 | 155 | $1.5000 | $23,250.00 | | | | | |
| Purchases | | | | | | | | | |
| | | | | | | | | | |
| Post Class | | | | | Post Class | | | | |
| Purchases | | | | | Sales | | | | |
| | | | | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Total Shares Acquired in CP | 155 | Total Amt. Paid in CP | $23,250.00 | Total Shares Sold in CP | 0 | Total Amt. Sold in CP | $0.00 |
| | | | | Post CP Shares Sold | 0 | Post CP Amount Sold | $0.00 |
| | | | | Total Shares Sold to Current | 0 | Total Amt. Sold to Current | $0.00 ALTERNATIVE |

| | | |
|---|---|---|
| Actual Net Shares Acquired in CP | 155 | (CP Retained Shares) |

| | |
|---|---|
| Net Amount Paid in CP | $23,250.00 |
| Net Amount Paid in CP Minus Sold to Current Date | $23,250.00 ALTERNATIVE |

**Calculation Using 90-Day Lookback**

| | | |
|---|---|---|
| Net Shares Acquired in CP (CP Retained Shares) | 155 | Automatically 0 if Negative |
| Net Shares Acquired During Class Period Held to Current Date | 155 | Automatically 0 if Negative (ALTERNATIVE) |

| | |
|---|---|
| 90-Day Mean Share Price after last Day of CP | $0.00 |

| | |
|---|---|
| Value of Net Shares Acquired in CP Using 90-Day Mean Share Price | $0.00 |
| Value of Net Shares Acquired in CP and Held to Date Using 90-Day Mean Share Price | $0.00 ALTERNATIVE |
| Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price | $23,250.00 ALTERNATIVE |

| | |
|---|---|
| Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price) | $23,250.00 |
| Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP) | $23,250.00 ALTERNATIVE |

**Loss Analysis for Ronald McCall - Homology Medicines, Inc. (FIXX)**
**Class Period 06/10/19 - 02/18/22**
**PERSONAL - Oct 16 20 @30.00**

| | **Date** | **Shares** | **PURCHASES** **Share Price** | | **Amount Paid** | | **Date** | **Shares** | **SALES** **Share Price** | | **Amount Received** |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Held | | | | | | | | | | | |
| Class Period | 07/20/20 | 35 | $1.4100 | | $4,935.00 | | | | | | |
| Purchases | | | | | | | | | | | |
| | | | | | | | | | | | |
| Post Class | | | | | | Post Class | | | | | |
| Purchases | | | | | | Sales | | | | | |
| | | | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Total Shares Acquired in CP | 35 | Total Amt. Paid in CP | $4,935.00 | Total Shares Sold in CP | 0 |
| | | | | Total Amt. Sold in CP | $0.00 |
| | | | | Post CP Shares Sold | 0 |
| | | | | Post CP Amount Sold | $0.00 |
| | | | | Total Shares Sold to Current | 0 |
| | | | | Total Amt. Sold to Current | $0.00 ALTERNATIVE |

Actual Net Shares Acquired in CP    35 (CP Retained Shares)

Net Amount Paid in CP    $4,935.00
Net Amount Paid in CP Minus Sold to Current Date    $4,935.00 ALTERNATIVE

**Calculation Using 90-Day Lookback**
Net Shares Acquired in CP (CP Retained Shares)    35 Automatically 0 if Negative
Net Shares Acquired During Class Period Held to Current Date    35 Automatically 0 if Negative (ALTERNATIVE)

90-Day Mean Share Price after last Day of CP    $0.00

Value of Net Shares Acquired in CP Using 90-Day Mean Share Price    $0.00
Value of Net Shares Acquired in CP and Held to Date Using 90-Day Mean Share Price    $0.00 ALTERNATIVE
Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price    $4,935.00 ALTERNATIVE

Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price)    $4,935.00
Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP)    $4,935.00 ALTERNATIVE