# Exhibit C

## DECLARATION OF RONALD MCCALL IN SUPPORT OF HIS MOTION FOR APPOINTMENT AS LEAD PLAINTIFF

I, Ronald McCall, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I respectfully submit this Declaration in support of my motion for appointment as Lead Plaintiff in the above-captioned securities class action (the "Action") on behalf of investors in Homology Medicines, Inc. ("FIXX" or the "Company") securities pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"). I have personal knowledge about the facts stated herein and could competently testify to them if called to do so.

2.      I am 65 years old. I presently reside in Waco, Texas. I presently work as the Dean of the Greater Waco Advanced Manufacturing Academy (GWAMA), a public magnet school in Waco, Texas that offers advanced technical and manufacturing training for high school students. Before working in education, my first career was in Dentistry. I graduated from the University of Texas Health San Antonio, School of Dentistry, in 1983, earning a Doctor of Dental Surgery degree. I then owned and operated a general dentistry practice located in Belle Meade, Texas for 28 years.

3.      As set forth in my certification, during the Class Period I personally purchased a substantial amount of FIXX securities, retained those securities through disclosures that allegedly caused the securities' price to drop significantly, and suffered substantial recoverable losses as a result. By virtue of my significant financial interest in the resolution of the Action I am motivated to litigate vigorously, efficiently, and to the best of my ability to maximize the potential recovery for myself and the Class I seek to represent.

4.      Prior to seeking appointment as lead plaintiff in the Action, I spoke via phone and email with attorneys at Hagens Berman Sobol Shapiro LLP about the lead plaintiff process, the responsibilities of a lead plaintiff under the PSLRA, and how the case would progress after a lead plaintiff is appointed. I understand that a lead plaintiff is required to direct the litigation on behalf of the Class, stay apprised of all material developments of the litigation, and that I would owe duties to the Class to act in its best interest. If appointed as lead plaintiff, I will be responsible for conferring with counsel, reviewing and authorizing the filing of important litigation documents, and being deposed or attending important court hearings and trial, if necessary. I further understand that I am not required to seek appointment as lead plaintiff in order to recover. Rather, based on my financial interest, I decided to seek lead plaintiff appointment rather than remain an absent class member.

5.    After discussing the responsibilities of serving as a lead plaintiff and being satisfied that Hagens Berman Sobol Shapiro LLP would adequately serve as lead counsel based on the firm's experience, resources, and past successes I signed a retainer agreement with Hagens Berman Sobol Shapiro LLP and authorized the firm to file a lead plaintiff motion on my behalf.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements related to myself are true and correct. Executed on this 23rd day of May, 2022.

DocuSigned by:

*Ronald McCall*

3B3F6297D093481...

Ronald McCall