# EXHIBIT A

## ASSIGNMENT

The Mark Rofeh Trust ("Assignor") hereby assigns, transfers, and sets over to Jason Rofeh all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase or sale of the publicly traded securities of Homology Medicines, Inc. Further, the Assignor hereby appoints Jason Rofeh as its true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Jason Rofeh agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Jason Rofeh.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**Executed** _____5/24/2022_____
                    **(Date)**


_____ *Michelle Rofeh-Lensky* __
            **(Signature)**

Michelle Rofeh-Lensky
Trustee
On behalf of the Mark Rofeh Trust

## ASSIGNMENT

Justin Rofeh ("Assignor") hereby assigns, transfers, and sets over to Jason Rofeh all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase or sale of the publicly traded securities of Homology Medicines, Inc. Further, the Assignor hereby appoints Jason Rofeh as his true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Jason Rofeh agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Jason Rofeh.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed  5/24/2022
_____
                (Date)


_____  *Justin Rofeh*  _____
            **(Signature)**

Justin Rofeh

## ASSIGNMENT

Manaz Rofeh ("Assignor") hereby assigns, transfers, and sets over to Jason Rofeh all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase or sale of the publicly traded securities of Homology Medicines, Inc. Further, the Assignor hereby appoints Jason Rofeh as her true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Jason Rofeh agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Jason Rofeh.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed _____5/24/2022_____
(Date)

_____ (Signature) _____

Manaz Rofeh

## ASSIGNMENT

Michelle Rofeh-Lensky ("Assignor") hereby assigns, transfers, and sets over to Jason Rofeh all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase or sale of the publicly traded securities of Homology Medicines, Inc.  Further, the Assignor hereby appoints Jason Rofeh as her true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.  Jason Rofeh agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Jason Rofeh.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


**Executed** _____5/24/2022_____
              **(Date)**




_____  *Michelle Rofeh-Lensky* ___
          **(Signature)**

          Michelle Rofeh-Lensky