**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
Adam C. McCall (SBN 302130)
75 Broadway, Suite 202
San Francisco, CA 94111
Tel: (415) 373-1671
Email: aapton@zlk.com
Email: amccall@zlk.com

*Attorneys for Scott Boyd*
*and Kasey Kahne*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL C. PIZZUTO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HOMOLOGY MEDICINES, INC., ARTHUR O. TZIANABOS, W. BRADFORD SMITH, and ALBERT SEYMOUR,<br><br>Defendants. | No.: 2:22-cv-01968-FLA-JPR<br><br>**SUPPLEMENTAL DECLARATION OF ADAM M. APTON IN SUPPORT OF SCOTT BOYD AND KASEY KAHNE'S MOTION FOR APPOINTMENT AS CO-LEAD PLAINTIFFS AND APPROVAL OF SELECTION OF COUNSEL**<br><br>Judge: Hon. Fernando L. Aenlle-Rocha<br>Date: July 1, 2022<br>Time: 1:30 p.m.<br>Courtroom #6B |

I, ADAM M. APTON hereby declare that:

1.    I am a member in good standing of the Bar of this Court, and a partner in the law firm of Levi & Korsinsky, LLP, counsel for proposed Lead Plaintiff Movants Scott Boyd and Kasey Kahne ("Movants"), and proposed Lead Counsel for the class.

2.    I make this Declaration in support of Movants' Motion for Appointment as Co-Lead Plaintiffs and Approval of Selection of Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

3.    Attached hereto as **Exhibit A** is a spreadsheet providing an analysis of movant Jason Rofeh's purported transactions in Homology Medicines, Inc. securities (including the transactions of his assignors the Mark Rofeh Trust, Justin Rofeh, Manaz Rofeh, and Michelle Rofeh-Lensky). The spreadsheet contains the transactions reported by Mr. Rofeh in his motion and specifies which of the transactions resulted in a causally related loss.

4.    Mr. Rofeh's transactions in the attached spreadsheet are color-coded as follows. Shaded rows are "in-and-out" transactions that do not result in recoverable loss. Shaded rows with bold typeface are "in-and-out" transactions that, in fact, resulted in a gain. The shading and typeface appear as follows:

| Types of Transaction | Coding Color Scheme | | | | |
|---|---|---|---|---|---|
| Transactions resulting in unrecoverable loss | 260 | 6.73 | $1,749.80 | 08-20-2021 | 260 |
| | 501 | 6.7299 | $3,371.68 | 08-20-2021 | 501 |
| Transactions resulting in a gain | **90** | **15.35** | **$1,381.50** | **01-30-2020** | **90** |
| | **100** | **15.34** | **$1,534.00** | **01-30-2020** | **100** |

5.    Mr. Rofeh's motion is based on transactions occurring in six different brokerage accounts. The recoverable losses for each account are as follows:

| Account | DURA LIFO Total |
|---|---|
| Jason Rofeh - Account 1 | $ -2,214.52 |
| Jason Rofeh - Account 2 | $ 49,007.88 |
| Jason Rofeh - Account 3 | $ 131,385.23 |
| Jason Rofeh - Account 4 | $ 51,522.90 |
| Jason Rofeh - Account 5 | $ 170,371.78 |
| Jason Rofeh - Account 6 | $ 15,650.06 |
| Total: | $415,723.33 |

6.    As demonstrated in the above table and attached spreadsheet, Mr. Rofeh's recoverable loss is $415,723.33 which accounts for the net gain in "Account 1."

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: June 10, 2022

*/s/ Adam M. Apton*
Adam M. Apton

SUPPLEMENTAL DECLARATION OF ADAM M. APTON
Case No. Case No. 2:22-cv-01968-FLA-JPR
3

**CERTIFICATE OF SERVICE**

I, Adam M. Apton, hereby declare under penalty of perjury of the laws of the United States of America and the State of California as follows:

I am a partner attorney at Levi & Korsinsky, LLP, with offices at 75 Broadway, Suite 202, San Francisco, CA 94111. I am over the age of eighteen.

On June 10, 2022, I electronically filed the following **SUPPLEMENTAL DECLARATION OF ADAM M. APTON IN SUPPORT OF MOTION OF SCOTT BOYD AND KASEY KAHNE FOR APPOINTMENT AS CO-LEAD PLAINTIFFS AND APPROVAL OF SELECTION OF COUNSEL** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on June 10, 2022.

/s/ Adam M. Apton
Adam M. Apton