POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Attorney for Jason Rofeh*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL C. PIZZUTO, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HOMOLOGY MEDICINES, INC., ARTHUR O. TZIANABOS, W. BRADFORD SMITH, and ALBERT SEYMOUR,<br><br>Defendants. | Case No. 2:22-cv-01968-FLA-JPR<br><br>REPLY DECLARATION OF JENNIFER PAFITI<br><br>DATE:  July 1, 2022<br>TIME:  1:30 p.m.<br>JUDGE:  Fernando L. Aenlle-Rocha<br>CTRM:  6B (1st Street Courthouse) |

DECLARATION - 2:22-CV-01968-FLA-JPR

I, Jennifer Pafiti, hereby declare as follows:

1.      I am a partner with the law firm of Pomerantz LLP ("Pomerantz"), counsel on behalf of Jason Rofeh ("Rofeh"), and have personal knowledge of the facts set forth herein.  I make this Reply Declaration: (1) in further support of Rofeh's motion for appointment as Lead Plaintiff for the Class and approval of his selection of Pomerantz as Lead Counsel for the Class in the above-captioned action (the "Lead Plaintiff Motion"); and (2) in opposition to competing motions.

2.      Attached hereto as Exhibit A is a true and correct copy of Rofeh's loss chart, formatted to indicate the owners of the several accounts reflected therein.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on June 17, 2022 at Calabasas, California.

/s/ Jennifer Pafiti
Jennifer Pafiti

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Jennifer Pafiti*
Jennifer Pafiti