LATHAM & WATKINS LLP
Michele D. Johnson (Bar No. 198298)
  *michele.johnson@lw.com*
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626-1925
T:  (714) 540-1235 / F:  (714) 755-8290

Colleen C. Smith (Bar No. 231216)
  *colleen.smith@lw.com*
12670 High Bluff Drive
San Diego, CA 92130-3086
T:  (858) 523-5400 / F:  (858) 523-5450

Meryn C. N. Grant (Bar No. 291315)
  *meryn.grant@lw.com*
10250 Constellation Blvd
Century City, CA 90067
T:  (424) 653-5500 / F:  (424) 653-5501

*Attorneys for Defendants Homology Medicines, Inc., Arthur O. Tzianabos, W. Bradford Smith, Albert Seymour, and Theresa McNeely*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL C. PIZZUTO, Individually and on Behalf of All Others Similarly Situated, | Case No. 2:22-cv-01968-FLA (JPRx) |
| Plaintiff, | CLASS ACTION |
| v. | **DECLARATION OF PAUL ALLOWAY, PH.D., J.D. IN SUPPORT OF DEFENDANTS HOMOLOGY MEDICINES, INC., ARTHUR O. TZIANABOS, W. BRADFORD SMITH, THERESA MCNEELY, AND ALBERT SEYMOUR'S MOTION TO TRANSFER** |
| HOMOLOGY MEDICINES, INC., ARTHUR O. TZIANABOS, W. BRADFORD SMITH, ALBERT SEYMOUR, THERESA MCNEELY, and DOES 1-10, | |
| Defendants. | |
| | Judge:      Hon. Fernando L. Aenlle-Rocha |
| | Date: October 14, 2022 Time: 1:30 P.M. Place: Courtroom 6B |

DECL. OF PAUL ALLOWAY, PH.D., J.D. ISO
DEFS' MOTION TO TRANSFER VENUE
Case No. 2:22-cv-01968-FLA (JPRx)

## DECLARATION OF PAUL ALLOWAY, PH.D., J.D.

I, Paul Alloway, Ph.D., J.D., a resident of Massachusetts, declare as follows:

1.     The statements made herein are based on my personal knowledge, and if called upon to do so, I could testify competently thereto under oath.  I make this declaration in support of Defendants Homology Medicines, Inc. ("Homology" or "the Company"), Arthur O. Tzianabos, W. Bradford Smith, Theresa McNeely, and Albert Seymour's (the "Individual Defendants" and, together with Homology, "Defendants") Motion to Transfer Venue to the District of Massachusetts.

2.     I am the Chief Legal Officer of Homology.  As part of my role as Chief Legal Officer, I am responsible for advising Homology's corporate officers and Board members on a variety of legal and regulatory issues.

3.     Homology is a clinical-stage genetic medicines company that is incorporated in Delaware and headquartered in Bedford, Massachusetts.

4.     Most of Homology's corporate officers and high-level employees work at the Company's Bedford, Massachusetts headquarters.

5.     Although some employees work remotely, Homology maintains no offices outside of Massachusetts.

6.     All of the Individual Defendants—Arthur O. Tzianabos, Homology's Chief Executive Officer and member of the Board; W. Bradford Smith, Homology's Chief Financial Officer and Business Officer; Theresa McNeely, Homology's Chief Communications Officer and Patient Advocate; and Albert Seymour, Homology's Chief Scientific Officer and President—work at Homology's headquarters in Massachusetts.

7.     Mr. Tzianabos lives in Reading, Massachusetts, Mr. Smith lives in Bedford, New Hampshire, Ms. McNeely lives in Norfolk, Massachusetts, and Mr. Seymour lives in Westborough, Massachusetts, all within or close to the District of Massachusetts.

8.     Homology conducts all earnings calls, drafts and issues all press

releases, and prepares, reviews, and approves all public filings at its Bedford, Massachusetts headquarters, including the public filings containing the statements challenged in Plaintiffs' Amended Complaint (the "Complaint"). *See* ECF 46 ¶¶ 98-105, 113-157.

9.   Ms. McNeely sent the April 16, 2020 email to a securities analyst that is referenced in the Complaint (¶¶ 106-108) from Massachusetts.

10.   Homology and its partners conducted primary review, analysis, and oversight of the pheNIX clinical trials of HMI-102 from Homology's headquarters in Massachusetts.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on September 2, 2022, in Bedford, Massachusetts.

_____
Paul Alloway, Ph.D., J.D.