UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL C. PIZZUTO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HOMOLOGY MEDICINES, INC., ARTHUR O. TZIANABOS, W. BRADFORD SMITH, ALBERT SEYMOUR, THERESA MCNEELY, and DOES 1-10,<br><br>Defendants. | Case No. 2:22-cv-01968-FLA (JPRx)<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER GRANTING MOTION TO TRANSFER** |

On September 2, 2022, Defendants Homology Medicines, Inc., Arthur O. Tzianabos, W. Bradford Smith, Theresa McNeely, and Albert Seymour (collectively, "Defendants") filed a motion to transfer this action to the District of Massachusetts under 28 U.S.C. §§ 1406(a) and 1404(a) (the "Motion"). The Court, having considered Defendants' Motion and supporting papers, and finding good cause therefor, hereby GRANTS Defendants' Motion and ORDERS as follows:

1. This action is transferred to the District of Massachusetts, Boston Division.

IT IS SO ORDERED.

Dated: _____, 2022

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge