Adam M. Apton (SBN 316506)
aapton@zlk.com
LEVI & KORSINSKY, LLP
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071
Tel.: (213) 985-7290

*Counsel for Lead Plaintiffs
and Co-Lead Counsel for the Class*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL C. PIZZUTO, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HOMOLOGY MEDICINES, INC., ARTHUR O. TZIANABOS, W. BRADFORD SMITH, ALBERT SEYMOUR, THERESA MCNEELY, and JOHN DOES 1-10,<br><br>Defendants. | Case No. 2:22-cv-01968-FLA (JPRx)<br><br>**DECLARATION OF ADAM M. APTON**<br><br>Hon. Fernando L. Aenlle-Rocha<br><br>Date: October 14, 2022<br>Time: 1:30 p.m.<br>Place: Courtroom 6B |

I, Adam M. Apton, hereby declare as follows:

1.    I am a Partner with the law firm of Levi & Korsinsky, LLP, attorneys for Co-Lead Plaintiffs and Co-Lead Counsel for the Class in the above-captioned action. I make this declaration in opposition to Defendants' Motion to Transfer (ECF No. 53). I am admitted to practice before this Court. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

1

DECLARATION OF ADAM M. APTON
CASE NO.: 2:22-CV-01968-FLA (JPRx)

2.     The City of Hope Medical Center and the California Institute of Technology are two non-party witnesses located in Los Angeles County, California. Dr. Saswati Chatterjee, who co-founded Homology Medicines, Inc., conducted her research relative to HMI-102 at the City of Hope Medical Center.

3.     The California Institute of Technology is another non-party witness located in Los Angeles County, California.

4.     Attached hereto as Exhibit A is a true and correct copy of the U.S. National Library of Medicine's Clinical Trials webpage for Homology's Phase 1/2 clinical trial for the company's lead drug candidate, HMI-102, referred to as the "pheNIX" trial. In pertinent part, the webpage shows that Homology conducted its pheNIX trial at various testing sites including two located in this District. These test sites are the Kaiser Permanente Los Angeles Medical Center, located in Los Angeles County, and the Children's Hospital of Orange County, located in Orange County. Dr. Olivia Bravo oversaw the pheNIX trial at Kaiser Permanente Los Angeles Medical Center and Dr. Harriet Chang oversaw the pheNIX trial at the Children's Hospital of Orange County. The webpage is available at: https://clinicaltrials.gov/ct2/show/NCT03952156 (last accessed Sept. 16, 2022).

5.     Attached hereto as Exhibit B is a true and correct copy of Homology's Audit Committee Charter. I obtained copy of the Charter from Homology's website at: https://investors.homologymedicines.com/corporate-governance/committee-composition (last accessed on Sept. 16, 2022).

6.     Attached hereto as Exhibit C is a true and correct excerpt of the "Underwriting Agreement" dated April 6, 2021. Homology filed a copy of the Underwriting Agreement with the SEC in connection with its April 2021 follow-on offering as Exhibit 1.1 to the Form 8-K filed on April 9, 2021.

DECLARATION OF ADAM M. APTON
CASE NO.: 2:22-CV-01968-FLA (JPRx)

7.      Attached hereto as Exhibit D is a true and correct excerpt of Homology's Form 10-K for the year ended December 31, 2021, which was filed with the SEC on March 23, 2022. In pertinent part, the Form 10-K states that Homology is a national corporation with over two hundred employees and more than $100 million in cash and cash equivalents.

8.      Attached hereto as Exhibit E is a true and correct excerpt of the *U.S. District Courts – National Judicial Caseload Profile* showing the current median time from filing to trial for civil cases for the District of Massachusetts and the Central District of California. In pertinent part, the excerpt states that the median time from filing to trial is 34.5 months in the District of Massachusetts in contrast to 23.5 months in this District. I obtained this information from the *U.S. District Courts – National Judicial Caseload Profile* website at: https://www.uscourts.gov/sites/default/files/fcms_na_distprofile0630.2022_0.pdf (last accessed on Sept. 16, 2022).

9.      On July 8, 2022, counsel for Defendants and I discussed entering into a schedule for Plaintiffs' amended complaint and a motion to transfer that Defendants intended to file. During the conversation, I told counsel that a further conference would be required pursuant to Local Rule 7-3 to discuss the merits of the motion if and when it was made following the filing of Plaintiffs' amended complaint. At no point after our call did Defendants' counsel contact Plaintiffs' counsel to conduct a Local Rule 7-3 conference.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 16th day of September 2022.

_____
Adam M. Apton

3                               DECLARATION OF ADAM M. APTON
                                CASE NO.: 2:22-CV-01968-FLA (JPRx)