# EXHIBIT A

# Gene Therapy Clinical Study in Adult PKU (pheNIX)

*CT* **clinicaltrials.gov**/ct2/show/NCT03952156

Study Description

Go to

Brief Summary:

This is a Phase 1/2, open-label, randomized, concurrently-controlled, dose escalation study to evaluate the safety and efficacy of HMI-102 in adult PKU subjects with PAH deficiency. Participants will receive a single administration of HMI-102 and will be followed for safety and efficacy for 1 year.

| Condition or disease | Intervention/treatment | Phase |
|---|---|---|
| Phenylketonurias PAH Deficiency | Genetic: HMI-102 | Phase 1 Phase 2 |

Detailed Description:

Part 1 of this study will evaluate the safety and efficacy of HMI-102 gene therapy in adult subjects with PKU due to PAH deficiency. Subjects will receive a single dose of HMI-102 administered intravenously. Up to 3 dose levels of HMI-102 may be investigated in this study. At a given dose level, a minimum of 2 subjects will be enrolled and dosed. Dosing of the first two subjects will be staggered. Following evaluation of data from the first 2 subjects in a cohort, a decision can be made to either escalate to the next dose level or expand the cohort at the selected dose level. Additional doses may be added by HMI to investigate intermediate or higher doses.

In Part 2 dose expansion, evaluation of up to 2 dose levels is planned. Subjects will be randomized to receive HMI-102 or a concurrent delayed treatment control arm. Subjects in the delayed treatment control will be eligible to receive HMI-102 after 28 weeks.

Study Design

Go to

| Study Type : | Interventional  (Clinical Trial) |
|---|---|
| Estimated Enrollment : | 28 participants |

| | |
|---|---|
| Allocation: | Randomized |
| Intervention Model: | Sequential Assignment |
| Masking: | None (Open Label) |
| Primary Purpose: | Treatment |
| Official Title: | A Phase 1/2 Open-Label, Randomized, Concurrently-Controlled, Dose Escalation Study to Evaluate the Safety and Efficacy of HMI-102 in Adult PKU Subjects With PAH Deficiency |
| Actual Study Start Date : | June 10, 2019 |
| Estimated Primary Completion Date : | June 2023 |
| Estimated Study Completion Date : | September 2023 |

**Resource links provided by the National Library of Medicine**



MedlinePlus Genetics related topics: Tetrahydrobiopterin deficiency Phenylketonuria
MedlinePlus related topics: Phenylketonuria
Genetic and Rare Diseases Information Center resources: Phenylketonuria
Inborn Amino Acid Metabolism Disorder

U.S. FDA Resources

Arms and Interventions

Go to

| Arm | Intervention/treatment |
| --- | --- |
| **Arm** | **Intervention/treatment** |
| Experimental: Cohort 1<br><br>Dose Level 1 of HMI-102 delivered intravenously one time | Genetic: HMI-102<br><br>HMI-102 is an AAVHSC15 vector containing a functional copy of the human PAH gene |
| Experimental: Cohort 2<br>Dose Level 2 of HMI102 delivered intravenously one time | Genetic: HMI-102<br><br>HMI-102 is an AAVHSC15 vector containing a functional copy of the human PAH gene |
| Experimental: Cohort 3<br>Dose Level 3 of HMI102 delivered intravenously one time | Genetic: HMI-102<br><br>HMI-102 is an AAVHSC15 vector containing a functional copy of the human PAH gene |
| Experimental: Delayed Treatment Control<br>Delayed Treatment Control Arm | Genetic: HMI-102<br>Control subjects will generally have the same assessments as treated subjects.<br><br>Control subjects will undergo pre-baseline procedures to confirm that they are eligible to receive treatment with HMI-102. Once eligible control subjects are dosed with HMI-102, they will initiate the same post-dose procedures as subjects who received HMI-102. |

| | |
|---|---|
| Experimental: Expansion Phase First Dose level Expansion Phase First Dose Level of HMI-102 delivered intravenously one time | Genetic: HMI-102 HMI-102 is an AAVHSC15 vector containing a functional copy of the human PAH gene |

| Arm | Intervention/treatment |
|---|---|
| Experimental: Expansion Phase Second Dose level Expansion Phase Second Dose Level of HMI-102 delivered intravenously one time | Genetic: HMI-102 HMI-102 is an AAVHSC15 vector containing a functional copy of the human PAH gene |

Outcome Measures

Go to

Primary Outcome Measures :

1. Incidence and severity of treatment-emergent adverse events (TEAEs) (Dose Escalation Phase) [ Time Frame: Baseline to Week 52 ]
   Subjects with at least one TEAE or serious TEAE

2. Change from baseline in clinical laboratory values (Dose Escalation Phase) [ Time Frame: Baseline to Week 52 ]
   Change in serum chemistry values including liver function tests, hematology, and urinalysis

3. Change from baseline in 12-lead electrocardiograms (ECGs), vital signs, physical examinations (Dose Escalation Phase) [ Time Frame: Baseline to Week 52 ]
   Subjects change from baseline in 12-lead electrocardiograms (ECGs), vital signs, physical examinations

4. Incidence of sustained plasma Phe concentration of ≤360 μmol/L at 28 weeks post dose (Dose Escalation Phase) [ Time Frame: Week 28 ]
Subjects achieving a sustained plasma Phe concentration ≤360 μmol/L at 28 weeks post dose

5. Change from baseline in Plasma Phe Concentration (Dose Escalation Phase) [ Time Frame: Weeks 24-28 ]
Change from baseline in plasma Phe concentration during Weeks 24-28

6. Change from baseline in mean Plasma Phe Concentration (Dose Expansion Phase) [ Time Frame: Weeks 24-28 ]
Change from baseline in mean plasma Phe concentration during Weeks 24-28

Secondary Outcome Measures :
1. Incidence of plasma Phe concentration thresholds up to Week 28 post administration of HMI-102 (Dose Expansion Phase) [ Time Frame: Baseline to Week 28 ]
Subjects achieving plasma Phe concentration thresholds up to Week 28 post administration of HMI-102

2. Incidence of plasma Phe concentration thresholds up to Week 52 post administration of HMI-102 (Dose Expansion Phase) [ Time Frame: Baseline to Week 52 ]
Subjects achieving plasma Phe concentration thresholds up to Week 52 post administration of HMI-102

3. Change from baseline in total protein intake at Week 52 post-administration of HMI-102 (Dose Expansion Phase) [ Time Frame: Week 52 ]
Subject Achieving a change from baseline in total protein intake at Week 52 postadministration of HMI-102

4. Incidence and severity of treatment-emergent adverse events (TEAEs) (Dose Expansion Phase) [ Time Frame: Baseline to Week 52 ]
Subjects with at least one TEAE or serious TEAE

Other Outcome Measures:
1. Phenylketonuria Quality of Life Questionnaire (PKU-QOL) [ Time Frame: Baseline to Week 52 ]
   Change in PKU-QOL

Eligibility Criteria

Go to

**Information from the National Library of Medicine**



*Choosing to participate in a study is an important personal decision. Talk with your doctor and family members or friends about deciding to join a study. To learn more about this study, you or your doctor may contact the study research staff using the contacts provided below. For general information, Learn About Clinical Studies.*

| Ages Eligible for Study: | 18 Years to 55 Years   (Adult) |
|---|---|
| Sexes Eligible for Study: | All |
| Accepts Healthy Volunteers: | No |

Criteria

Key Inclusion Criteria:

- Adults 18-55 years of age at the time of informed consent
- Diagnosis of phenylketonuria (PKU) due to PAH deficiency
-

Two plasma Phe values with a concentration of ≥ 600 μmol/L drawn at least 72 hours apart during the screening period and at least one historical value ≥ 600 μmol/L in the preceding 24 months.

- Subject has the ability and willingness to maintain their baseline diet, whether Pherestricted or unrestricted for the duration of the trial, unless otherwise directed

Key Exclusion Criteria:

- Subjects with PKU that is not due to PAH deficiency
- Presence of anti-AAVHSC15 neutralizing antibodies
- ALT > ULN and AST > ULN
- Alkaline phosphatase > ULN.
- Total bilirubin > ULN, direct bilirubin > ULN
- Serum creatinine >1.5x ULN
- International normalized ratio (INR) > 1.2
- Hematology values outside of the normal range (hemoglobin <11.0 g/dL for males or <10.0 g/dL for females; white blood cells (WBC) <3,000/μL; absolute neutrophils <1500/μL; platelets <100,000/μL)
- Hemoglobin A1c >6.5% or fasting glucose >126 mg/dL
- Any clinically significant abnormal laboratory result at screening, in the opinion of the Investigator
- Contraindication to corticosteroid use or conditions that could worsen in the presence of corticosteroids, as assessed and determined by the investigator
- Previously received gene therapy for the treatment of any condition.

Contacts and Locations

Go to

**Information from the National Library of Medicine**



*To learn more about this study, you or your doctor may contact the study research staff using the contact information provided by the sponsor.*

*Please refer to this study by its ClinicalTrials.gov identifier (NCT number):*
**NCT03952156**

Contacts

Contact: Julie Jordan, M.D.   781-819-0967   clinicaltrials@homologymedicines.com

Locations

| United States, California | |
| --- | --- |
| Kaiser Permanente Los Angeles Medical Center | Recruiting |
| Los Angeles, California, United States, 90027 | |
| Contact: Olivia Bravo    323-783-1542    olivia.bravo@kp.org | |
| Children's Hospital of Orange County | Recruiting |
| Orange, California, United States, 92868 | |
| Contact: Harriet Chang    714-509-8300    Huiyi.Harriet.Chang@choc.org | |
| United States, Florida | |
| University of South Florida | Recruiting |
| Tampa, Florida, United States, 33606 | |
| Contact: Farideh Oberheu    813-250-2292    faljalla@usf.edu | |
| United States, Georgia | |
| Emory University Hospital | Recruiting |
| Atlanta, Georgia, United States, 30322 | |
| Contact: Eleanor Botha    404-778-8517    egeller@emory.edu | |
| United States, Illinois | |
| Lurie Children's Hospital of Chicago | Recruiting |
| Chicago, Illinois, United States, 60611 | |
| Contact: Carolyn Ries    312-227-6004    CRies@luriechildrens.org | |

| | |
|---|---|
| United States, Massachusetts | |
| Boston Children's Hospital | Recruiting |
| Boston, Massachusetts, United States, 02115 | |
| Contact: Eorna Maguire    617-919-1399    Eorna.Maguire@childrens.harvard.edu | |
| United States, New York | |
| Icahn School of Medicine at Mount Sinai | Recruiting |
| New York, New York, United States, 10029 | |
| Contact: Catherine Miller    212-659-1456    Catherine.miller@mssm.edu | |
| United States, North Carolina | |
| The University of North Carolina At Chapel Hill | Recruiting |
| Chapel Hill, North Carolina, United States, 27599 | |
| Contact: Chen Zhu    919-966-1447    czhu@email.unc.edu | |
| United States, Ohio | |
| Nationwide Children's Hospital | Recruiting |
| Columbus, Ohio, United States, 43205 | |
| Contact: Candice Roush    614-722-2512    Kandice.roush@nationwidechildrens.org | |
| United States, Pennsylvania | |
| Children's Hospital of Philadelphia | Recruiting |
| Philadelphia, Pennsylvania, United States, 19104 | |
| Contact: Erika Rodriquez-Guzman    225-241-8993 RODRIGUEE4@EMAIL.CHOP.EDU | |
| UPMC Children's Hospital of Pittsburgh | Recruiting |
| Pittsburgh, Pennsylvania, United States, 15224 | |
| Contact: Jennifer Baker    412-692-6378    Jennifer.Baker@chp.edu | |
| United States, Texas | |
| University of Texas Southwestern Medical Center | Recruiting |

| | |
|---|---|
| Dallas, Texas, United States, 75235 | |
| Contact: Kellyn Pollard    214-645-7415    Kellyn.Pollard@UTSouthwestern.edu | |
| United States, Utah | |
| University of Utah | Recruiting |
| Salt Lake City, Utah, United States, 84108 | |
| Contact: Carrie Bailey    801-587-3605    Carrie.Bailey@hsc.utah.edu | |

Sponsors and Collaborators

Homology Medicines, Inc

Investigators

Principal Investigator:   Olaf A Bodamer, M.D.  Boston Children's Hospital

More Information

Go to

| | |
|---|---|
| Responsible Party: | Homology Medicines, Inc |
| ClinicalTrials.gov Identifier: | NCT03952156    History of Changes |
| Other Study ID Numbers: | HMI-102-101 |
| First Posted: | May 16, 2019    Key Record Dates |
| Last Update Posted: | October 11, 2021 |
| Last Verified: | October 2021 |
| Individual Participant Data (IPD) Sharing Statement: | |

Plan to Share IPD:        No

Studies a U.S. FDA-regulated Drug Product:     Yes

Studies a U.S. FDA-regulated Device Product: No

Keywords provided by Homology Medicines, Inc:

| | |
|---|---|
| PKU | Phenylalanine |
| Phenylketonuria | Adeno Associated Virus |
| PAH Deficiency | AAVHSC15 |
| Hyperphenylalaninemia | |

Additional relevant MeSH terms:

| | |
|---|---|
| Phenylketonurias | Nervous System Diseases |
| Brain Diseases, Metabolic, Inborn | Amino Acid Metabolism, Inborn Errors |
| Brain Diseases, Metabolic | Metabolism, Inborn Errors |
| Brain Diseases | Genetic Diseases, Inborn |
| Central Nervous System Diseases | Metabolic Diseases |

To Top