# EXHIBIT E

## U.S. District Court — Judicial Caseload Profile

| MASSACHUSETTS | | | 12-Month Periods Ending | | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Jun 30 2017 | Jun 30 2018 | Jun 30 2019 | Jun 30 2020 | Jun 30 2021 | Jun 30 2022 | | U.S. | Circuit |
| **Overall Caseload Statistics** | Filings [1] | | 3,697 | 3,964 | 4,099 | 3,621 | 3,352 | 3,112 | | | |
| | Terminations | | 4,706 | 5,037 | 6,004 | 3,705 | 3,512 | 3,184 | | | |
| | Pending | | 7,813 | 6,725 | 4,853 | 4,731 | 4,544 | 4,448 | | | |
| | Percent Change in Total Filings Current Year Over Earlier Year | | -15.8 | -21.5 | -24.1 | -14.1 | -7.2 | | | 36 | 3 |
| | Number of Judgeships | | 13 | 13 | 13 | 13 | 13 | 13 | | | |
| | Vacant Judgeship Months [2] | | 0.0 | 17.9 | 24.0 | 24.0 | 21.0 | 26.4 | | | |
| **Actions per Judgeship** | Filings | Total | 284 | 305 | 315 | 279 | 258 | 239 | | 85 | 3 |
| | | Civil | 224 | 244 | 242 | 217 | 192 | 185 | | 75 | 2 |
| | | Criminal Felony | 40 | 37 | 51 | 44 | 47 | 31 | | 86 | 5 |
| | | Supervised Release Hearings | 20 | 23 | 22 | 18 | 19 | 23 | | 63 | 3 |
| | Pending Cases [2] | | 601 | 517 | 373 | 364 | 350 | 342 | | 73 | 3 |
| | Weighted Filings [2] | | 283 | 301 | 308 | 284 | 274 | 239 | | 84 | 3 |
| | Terminations | | 362 | 387 | 462 | 285 | 270 | 245 | | 86 | 3 |
| | Trials Completed | | 11 | 12 | 12 | 9 | 6 | 12 | | 58 | 3 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 12.9 | 14.0 | 12.9 | 12.7 | 16.9 | 21.8 | | 86 | 4 |
| | | Civil [2] | 16.8 | 19.4 | 27.2 | 11.0 | 12.2 | 10.0 | | 44 | 2 |
| | From Filing to Trial [2] (Civil Only) | | 30.1 | 34.8 | 30.7 | 32.0 | 35.6 | 34.5 | | 25 | 1 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 1,627 23.3 | 2,266 37.7 | 548 13.7 | 636 16.7 | 417 12.2 | 576 16.8 | | 68 | 3 |
| | Average Number of Felony Defendants Filed per Case | | 1.5 | 1.2 | 1.3 | 1.5 | 1.5 | 1.6 | | | |
| | Jurors | Avg. Present for Jury Selection | 74.1 | 87.7 | 59.7 | 54.3 | 65.6 | 74.2 | | | |
| | | Percent Not Selected or Challenged | 38.0 | 45.1 | 36.4 | 27.5 | 45.4 | 46.5 | | | |

| 2022 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 2,411 | 74 | 264 | 230 | 4 | 88 | 184 | 326 | 248 | 145 | 426 | 3 | 419 |
| Criminal [1] | 405 | - | 177 | 16 | 28 | 81 | 10 | 28 | - | 7 | 5 | 1 | 52 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

## U.S. District Court — Judicial Caseload Profile

**CALIFORNIA CENTRAL**

| | | | Jun 30 2017 | Jun 30 2018 | Jun 30 2019 | Jun 30 2020 | Jun 30 2021 | Jun 30 2022 | | U.S. | Circuit |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 12-Month Periods Ending | | | | | Numerical Standing Within | |
| Overall Caseload Statistics | | Filings [1] | 16,551 | 17,347 | 18,056 | 17,659 | 17,597 | 15,114 | | | |
| | | Terminations | 16,583 | 16,253 | 16,960 | 16,988 | 18,070 | 16,545 | | | |
| | | Pending | 12,488 | 13,597 | 14,682 | 15,164 | 14,655 | 13,198 | | | |
| | | Percent Change in Total Filings Current Year Over Earlier Year | -8.7 | -12.9 | -16.3 | -14.4 | -14.1 | | | 71 | 12 |
| | | Number of Judgeships | 28 | 28 | 28 | 28 | 28 | 28 | | | |
| | | Vacant Judgeship Months [2] | 48.9 | 68.7 | 85.8 | 111.9 | 91.5 | 83.8 | | | |
| Actions per Judgeship | Filings | Total | 591 | 620 | 645 | 631 | 628 | 540 | | 24 | 5 |
| | | Civil | 518 | 536 | 553 | 570 | 565 | 480 | | 13 | 3 |
| | | Criminal Felony | 41 | 50 | 60 | 38 | 41 | 35 | | 81 | 11 |
| | | Supervised Release Hearings | 33 | 33 | 32 | 22 | 23 | 25 | | 60 | 13 |
| | Pending Cases [2] | | 446 | 486 | 524 | 542 | 523 | 471 | | 48 | 7 |
| | Weighted Filings [2] | | 567 | 618 | 669 | 681 | 691 | 563 | | 17 | 3 |
| | Terminations | | 592 | 580 | 606 | 607 | 645 | 591 | | 17 | 5 |
| | Trials Completed | | 13 | 11 | 12 | 7 | 4 | 10 | | 71 | 7 |
| Median Time (Months) | From Filing to Disposition | Criminal Felony | 14.7 | 13.2 | 13.3 | 14.7 | 17.8 | 20.2 | | 83 | 13 |
| | | Civil [2] | 4.8 | 5.0 | 5.0 | 4.7 | 4.9 | 4.8 | | 2 | 1 |
| | From Filing to Trial [2] (Civil Only) | | 20.0 | 20.0 | 22.0 | 21.2 | 20.8 | 23.5 | | 3 | 2 |
| Other | Number (and %) of Civil Cases Over 3 Years Old [2] | | 540 / 5.5 | 552 / 5.2 | 612 / 5.5 | 634 / 5.4 | 831 / 7.5 | 911 / 9.2 | | 41 | 5 |
| | Average Number of Felony Defendants Filed per Case | | 1.5 | 1.6 | 1.6 | 1.5 | 1.4 | 1.4 | | | |
| | Jurors | Avg. Present for Jury Selection | 48.1 | 42.6 | 48.5 | 63.2 | 46.4 | 62.9 | | | |
| | | Percent Not Selected or Challenged | 44.9 | 43.3 | 47.9 | 60.1 | 47.0 | 57.3 | | | |

| 2022 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 13,447 | 665 | 194 | 1,203 | 87 | 298 | 580 | 1,420 | 969 | 1,288 | 3,891 | 10 | 2,842 |
| Criminal [1] | 967 | 2 | 275 | 80 | 191 | 172 | 69 | 45 | - | 38 | 5 | 39 | 51 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."