LEVI & KORSINSKY, LLP
Adam M. Apton (SBN 316506)
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071
Tel: (213) 985-7290
Email: aapton@zlk.com

POMERANTZ LLP
Brenda Szydlo (admitted *pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Tel: (212) 661-1100
Email: bszydlo@pomlaw.com

*Counsel for Lead Plaintiffs*
*and Co-Lead Counsel for the Class*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL C. PIZZUTO, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HOMOLOGY MEDICINES, INC., ARTHUR O. TZIANABOS, W. BRADFORD SMITH, ALBERT SEYMOUR, THERESA MCNEELY, and JOHN DOES 1-10,<br><br>Defendants. | Case No. 2:22-cv-01968-FLA (JPRx)<br><br>**DECLARATION OF MICHAEL C. PIZZUTO**<br><br>Hon. Fernando L. Aenlle-Rocha<br><br>Date:  October 14, 2022<br>Time: 1:30 p.m.<br>Place: Courtroom 6B |

I, Michael C. Pizzuto, hereby declare as follows:

1                                    DECLARATION OF MICHAEL C. PIZZUTO
                                      CASE NO.: 2:22-CV-01968-FLA (JPRx)

1. I submit this declaration in opposition to Defendants' motion to transfer this action to the District of Massachusetts. I have personal knowledge as to the information contained in this declaration and, if necessary, could and would testify thereto.

2. I purchased Homology Medicines, Inc. securities between August 2021 and February 2022. I purchased these securities from my home in Los Angeles County, California.

3. On March 25, 2022, I commenced this action with the filing of the initial complaint. At the time, I resided in Los Angeles County, California.

4. On July 1, 2022, the Court appointed Scott Boyd, Kasey Kahne, and Jason Rofeh as the Lead Plaintiffs in this action. The Lead Plaintiffs then filed an amended complaint on August 15, 2022, which included me as an additional named plaintiff in the action. I resided in Los Angeles County, California at this time.

5. I continue to live in Los Angeles County, California, presently and have no intention of changing my residence during the pendency of this action.

6. I also work in Los Angeles County, California. I am currently employed as an actor and voice-actor. Apart from my investments, acting is my only source of income.

7. My employment requires me to remain on-call for potential acting jobs. Traveling outside Los Angeles County would jeopardize my ability to obtain work and participate in planned productions. Thus, my past and present active participation in this lawsuit is due in part to the fact that it is venued in this District. If this litigation required me to travel outside of Los Angeles County, my participation as a named plaintiff could impact my employment and therefore, my income.

I declare under penalty of perjury that the foregoing is true and correct. Executed

2      DECLARATION OF MICHAEL C. PIZZUTO
CASE NO.: 2:22-CV-01968-FLA (JPRx)

9/12/2022

this _____ day of September 2022.

DocuSigned by:

Michael Pizzuto

130E7D859D734C8

Michael C. Pizzuto