DocuSign Envelope ID: 6892C457-193F-4EEB-A5E2-F6954901E567

LEVI & KORSINSKY, LLP
Adam M. Apton (SBN 316506)
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071
Tel: (213) 985-7290
Email: aapton@zlk.com

POMERANTZ LLP
Brenda Szydlo (admitted *pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Tel: (212) 661-1100
Email: bszydlo@pomlaw.com

*Counsel for Lead Plaintiffs*
*and Co-Lead Counsel for the Class*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| MICHAEL C. PIZZUTO, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HOMOLOGY MEDICINES, INC., ARTHUR O. TZIANABOS, W. BRADFORD SMITH, ALBERT SEYMOUR, THERESA MCNEELY, and JOHN DOES 1-10,<br><br>Defendants. | Case No. 2:22-cv-01968-FLA (JPRx)<br><br>**DECLARATION OF JASON ROFEH**<br><br>Hon. Fernando L. Aenlle-Rocha<br><br>Date:  October 14, 2022<br>Time: 1:30 p.m.<br>Place: Courtroom 6B |

I, Jason Rofeh, hereby declare as follows:

1                                                DECLARATION OF JASON ROFEH
                                                 CASE NO.: 2:22-CV-01968-FLA (JPRx)

DocuSign Envelope ID: 6892C457-193F-4EEB-A5F2-F6954901E567

1. I submit this declaration in opposition to Defendants' motion to transfer the action to the District of Massachusetts. I have personal knowledge as to the information contained in this declaration and, if necessary, could and would testify thereto.

2. I am one of the Lead Plaintiffs in this action. I am pursuing claims against Homology Medicines, Inc. and several of its senior officers on behalf of myself as well as a number of my family members. These family members, Justin Rofeh, Manaz Rofeh, and Michelle Rofeh Lensky, on behalf of herself and as Trustee of the Mark Rofeh Trust, appointed me as their attorney-in-fact and assignee for the purpose of pursuing these claims on their behalf.

3. I purchased Homology Medicines securities between June 18, 2019 and February 10, 2022. I purchased these securities from my home and office in Los Angeles County, California.

4. I work in Los Angeles County, California. I am the owner of an art gallery, which requires me to be present during normal business hours and, at times, outside of normal business hours for special events and gallery showings. Traveling outside of Los Angeles County for this litigation would interfere with my business and the operation of my gallery. It would be very costly as I would forego potential sales to clients.

5. I also oversee the production of tea and coffee for my father's company, which has a total of nine employees. My father is now deceased, requiring me to have an active role in the company. Traveling outside of Los Angeles County for this litigation would also interfere with my role in my father's company.

6. At all relevant times, I have lived and worked in Los Angeles County, California, and have no intention of changing my residence or employment during the pendency of this action.

7. In connection with my Motion for Lead Plaintiff, I represented that I would be willing and able to attend court proceedings, depositions, and hearings as needed. At

DECLARATION OF JASON ROFEH
CASE NO.: 2:22-CV-01968-FLA (JPRx)

that time, the litigation was venued in Los Angeles County, California. Assuming that this case remains in Los Angeles County, California, I would remain available to participate actively in the litigation as previously represented. However, if the case were transferred to the District of Massachusetts, then my participation in the litigation could be jeopardized due to the potential problems it could create with respect to the operation of my art gallery.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 9/16/2022 day of September 2022.

DocuSigned by:

Jason Rofeh

F6C53450EA7A462...

Jason Rofeh

DECLARATION OF JASON ROFEH
CASE NO.: 2:22-CV-01968-FLA (JPRx)