LEVI & KORSINSKY, LLP
Adam M. Apton (SBN 316506)
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071
Tel: (213) 985-7290
Email: aapton@zlk.com

POMERANTZ LLP
Brenda Szydlo (admitted *pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Tel: (212) 661-1100
Email: bszydlo@pomlaw.com

*Counsel for Lead Plaintiffs*
*and Co-Lead Counsel for the Class*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL C. PIZZUTO, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> HOMOLOGY MEDICINES, INC., ARTHUR O. TZIANABOS, W. BRADFORD SMITH, ALBERT SEYMOUR, THERESA MCNEELY, and JOHN DOES 1-10, <br><br> Defendants. | Case No. 2:22-cv-01968-FLA (JPRx) <br><br> **DECLARATION OF MICHELLE ROFEH-LENSKY** <br><br> Hon. Fernando L. Aenlle-Rocha <br><br> Date: October 14, 2022 <br> Time: 1:30 p.m. <br> Place: Courtroom 6B |

I, Michelle Rofeh-Lensky, hereby declare as follows:

DECLARATION OF MICHELLE ROFEH-LENSKY
CASE NO.: 2:22-CV-01968-FLA (JPRx)

DocuSign Envelope ID: DA361817-3DFA-4762-9C85-46AE9A9FBCA1

1. I submit this declaration in opposition to Defendants' motion to transfer the action to the District of Massachusetts. I have personal knowledge as to the information contained in this declaration and, if necessary, could and would testify thereto.

2. I am the sister of Lead Plaintiff Jason Rofeh ("Mr. Rofeh") in this action. I am also the Trustee of the Mark Rofeh Trust (the "Trust").

3. My father, Mark Rofeh, and I purchased Homology Medicines Inc. securities years ago. My father transferred his securities into the Mark Rofeh Trust prior to his passing. These securities were purchased in Los Angeles County, California.

4. On May 24, 2022, I appointed Mr. Rofeh as attorney-in-fact and assignee of Homology securities for the purpose of pursuing claims against Homology and several of its senior officers in the above-captioned litigation on behalf of the Trust and me personally. Although the claims have been assigned to Mr. Rofeh, I understand that Defendants will likely seek discovery from me to obtain information concerning the Trust's and my investments in Homology.

5. I reside in Los Angeles County, California with my two minor children who both depend on me as their caretaker.

6. I also work in Los Angeles, California as an attorney. My job and personal responsibilities would prevent me from participating in this litigation if required to travel to Boston, Massachusetts.

7. At all relevant times, I have lived and worked in Los Angeles County, California, and have no intention of changing my residence or employment during the pendency of this action.

I declare under penalty of perjury that the foregoing is true and correct. Executed this __16__ day of September 2022.

2    DECLARATION OF MICHELLE ROFEH-LENSKY
CASE NO.: 2:22-CV-01968-FLA (JPRx)

DocuSigned by:

*Michelle Rofeh-Lensky*

—70114C32977F44F…

_____

Michelle Rofeh-Lensky

DECLARATION OF MICHELLE ROFEH-LENSKY
CASE NO.: 2:22-CV-01968-FLA (JPRx)