LEVI & KORSINSKY, LLP
Adam M. Apton (SBN 316506)
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071
Tel: (213) 985-7290
Email: aapton@zlk.com

*Counsel for Lead Plaintiffs*
*and Co-Lead Counsel for the Class*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL C. PIZZUTO, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> HOMOLOGY MEDICINES, INC., ARTHUR O. TZIANABOS, W. BRADFORD SMITH, ALBERT SEYMOUR, THERESA MCNEELY, and JOHN DOES 1-10, <br><br> Defendants. | Case No. 2:22-cv-01968-FLA (JPRx) <br><br> **DECLARATION OF JACLYN CAHILL** <br><br> Hon. Fernando L. Aenlle-Rocha <br><br> Date:  October 14, 2022 <br> Time:  1:30 p.m. <br> Place:  Courtroom 6B |

I, Jaclyn Cahill, hereby declare as follows:

1.    I am over 18 years of age, of sound mind, and capable of making this declaration. The facts stated in this declaration are within my personal knowledge and to the best of my knowledge are true and correct. If called upon to testify, I could and would testify to the facts stated herein competently.

1

DECLARATION OF JACLYN CAHILL
CASE NO.: 2:22-CV-01968-FLA (JPRx)

2.    I am currently employed by L.R. Hodges & Associates, Ltd., as a Researcher and Senior Interviewing Investigator. L.R. Hodges & Associates, Ltd.'s private investigator license number is #18129. I submit this Declaration in support of Plaintiffs' Opposition to Defendants' Motion to Transfer Venue.

3.    I conducted research concerning the location of several current and/or former Homology Medicines Inc. employees. This research consisted primarily of internet searches using professional networking and job listing websites.

4.    My research revealed that several of Homology's current and former employees reside in the State of California and, in some instances, Los Angeles County. These employees are identified below along with their current and/or former job titles, descriptions of job responsibilities, and locations of residence, as concluded by my research:

a.    Dr. Sawati Chatterjee. Dr. Chatterjee is the co-founder of Homology and resides in Los Angeles County, California. Dr. Chatterjee also works at the City of Hope Medical Center located in Los Angeles County.

b.    Laura Adamson. Adamson is a former employee of Homology who resides in Los Angeles County, California. Adamson was Homology's Director of Upstream Process Development.

c.    Victor Zhivich. Zhivich is a former employee of Homology who resides in Los Angeles County, California. Zhivich was Homology's Senior Research Associate. Zhivich's job responsibilities included supervising and reporting research to Homology's executive management.

d.    Dr. Stephanie Kareht. Dr. Kareht is Homology's Senior Director of Medical Writing and resides in San Francisco, California.

2

DECLARATION OF JACLYN CAHILL
CASE NO.: 2:22-CV-01968-FLA (JPRx)

e.    Matthew Patterson. Patterson is a member of Homology's Board of Directors and resides in San Francisco, California.

f.    Cecilia Fairley. Fairley is Homology's Regional Medical Affairs Director and resides in San Francisco, California.

g.    Ambar Bhattacharyya. Bhattacharyya works for Maverick Ventures and was Homology's Series B Investor and Board Observer. Bhattacharyya resides in San Francisco, California.

h.    Dr. Janet Iles. Dr. Iles is a former employee of Homology who resides in San Francisco, California. Dr. Iles was Homology's Vice President of Clinical Development.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 16th day of September 2022.

*Jaclyn Cahill*

JACLYN CAHILL

DECLARATION OF JACLYN CAHILL
CASE NO.: 2:22-CV-01968-FLA (JPRx)