LATHAM & WATKINS LLP
Michele D. Johnson (Bar No. 198298)
 *michele.johnson@lw.com*
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626-1925
T:  (714) 540-1235 / F:  (714) 755-8290

Colleen C. Smith (Bar No. 231216)
 *colleen.smith@lw.com*
12670 High Bluff Drive
San Diego, CA 92130-3086
T:  (858) 523-5400 / F:  (858) 523-5450

Meryn C. N. Grant (Bar No. 291315)
 *meryn.grant@lw.com*
10250 Constellation Blvd
Century City, CA 90067
T:  (424) 653-5500 / F:  (424) 653-5501

*Attorneys for Defendants Homology Medicines, Inc., Arthur O. Tzianabos, W. Bradford Smith, Albert Seymour, and Theresa McNeely*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL C. PIZZUTO, Individually and on Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>                    v.<br><br>HOMOLOGY MEDICINES, INC., ARTHUR O. TZIANABOS, W. BRADFORD SMITH, ALBERT SEYMOUR, THERESA MCNEELY, and DOES 1-10,<br><br>                              Defendants. | Case No. 2:22-cv-01968-FLA (JPRx)<br><br>CLASS ACTION<br><br>**DECLARATION OF COLLEEN C. SMITH IN SUPPORT OF DEFENDANTS HOMOLOGY MEDICINES, INC., ARTHUR O. TZIANABOS, W. BRADFORD SMITH, THERESA MCNEELY, AND ALBERT SEYMOUR'S REPLY IN SUPPORT OF THEIR MOTION TO TRANSFER**<br><br>Judge: Hon. Fernando L. Aenlle-Rocha<br>Date: October 14, 2022<br>Time: 1:30 P.M.<br>Place: Courtroom 6B |

I, Colleen C. Smith, declare as follows:

1.      I am a partner in the law firm of Latham & Watkins LLP and counsel for Defendants Homology Medicines, Inc. ("Homology"), Arthur O. Tzianabos, W. Bradford Smith, Theresa McNeely, and Albert Seymour (the "Individual Defendants" and, together with Homology, "Defendants") in the above referenced litigation.  I am licensed to practice law in California.  I have personal knowledge of the facts set forth herein or know of such facts from my review of the file in this case, and could competently testify as follows if called upon to do so.

2.      I had multiple conversations with Plaintiffs' counsel, Adam Apton, by phone and email prior to the filing of Defendants' Motion to Transfer (Dkt. 53), explaining that Defendants believe the proper venue for this case is the District of Massachusetts, which is where Homology is headquartered.

3.      On July 8, 2022, I spoke with Plaintiffs' counsel on the phone and sought clarification as to why he thought the Central District of California was the appropriate venue for this case.  Plaintiffs' counsel outlined the basic grounds for their position.

4.      On July 12, 2022, as a follow-up to the July 8 phone call, I received an email from Plaintiffs' counsel, which stated:  "Further to our conversation last week, plaintiffs will not consent to a transfer.  Assuming defendants are still OK with the schedule outlined below, we should go ahead and get the stipulation on file."  The email did not request any further meet and confer nor express the view that the meet and confer discussions that had taken place to that point were not sufficient.  A true and correct copy of this email chain is attached hereto as **Exhibit A**.

5.      On July 13, 2022, I responded to Plaintiffs' counsel's email and requested a further call, which took place later that day.

I declare under penalty of perjury that the foregoing is true and correct.

Executed September 23, 2022, in San Diego, California.

Colleen C. Smith