# EXHIBIT A

| | |
|---|---|
| **From:** | Adam M Apton <aapton@zlk.com> |
| **Sent:** | Wednesday, July 13, 2022 11:21 AM |
| **To:** | Smith, Colleen (SD) |
| **Cc:** | bszydlo@pomlaw.com |
| **Subject:** | RE: [External]RE: Homology |

Yes, I'm available at 202-524-4859.

**From:** Colleen.Smith@lw.com <Colleen.Smith@lw.com>
**Sent:** Wednesday, July 13, 2022 2:18 PM
**To:** Adam M Apton <aapton@zlk.com>
**Cc:** bszydlo@pomlaw.com
**Subject:** [External]RE: Homology

Adam could you speak briefly at around 3ET?

**Colleen C. Smith**

**LATHAM & WATKINS LLP**
12670 High Bluff Drive | San Diego, CA 92130
D: +1.858.523.3985

**From:** Adam M Apton <aapton@zlk.com>
**Sent:** Tuesday, July 12, 2022 12:27 PM
**To:** Smith, Colleen (SD) <Colleen.Smith@lw.com>
**Cc:** Brenda Szydlo <bszydlo@pomlaw.com>
**Subject:** RE: Homology

Colleen, Further to our conversation last week, plaintiffs will not consent to a transfer. Assuming defendants are still OK with the schedule outlined below, we should go ahead and get the stipulation on file. Please confirm we have defendants' authority to file the attached. -Adam

**From:** Adam M Apton
**Sent:** Friday, July 8, 2022 4:20 PM
**To:** Colleen.Smith@lw.com
**Subject:** Homology

Hi Colleen, I just tried you at the office to talk about scheduling. We need to submit a stipulation next Friday. Would defendants agree to the following? Happy to discuss if necessary; otherwise I can put the stip together and send it your way. -Adam

Amended Complaint due 8/15
MTD due 9/29
Opposition due 11/11
Reply due 12/9

Adam M. Apton, Esq.
Partner

1

## LEVI&KORSINSKYLLP

55 Broadway, 10th Floor
New York, NY 10006
Tel.: (212) 363-7500
Fax: (212) 363-7171
aapton@zlk.com | www.zlk.com

**CONFIDENTIALITY NOTE: This e-mail message contains information belonging to the law firm of Levi & Korsinsky, LLP, which may be privileged, confidential, and/or protected from disclosure. This information is intended only for the use of the individual or entity named above. If you think that you have received this message in error, please e-mail the sender. If you are not the intended recipient, any dissemination, distribution, or copying is strictly prohibited.**

_____

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.

2