Adam M. Apton (SBN 316506)
aapton@zlk.com
LEVI & KORSINSKY, LLP
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071
Tel.: (213) 985-7290
Fax: (212) 363-7171

Brenda Szydlo (admitted *pro hac vice*)
bszydlo@pomlaw.com
POMERANTZ LLP
600 Third Avenue, 20th Floor
New York, NY 10016
Tel.: (212) 661-1100
Fax: (917) 463-1044

*Counsel for Plaintiffs and*
*Co-Lead Counsel for the Class*

[Additional counsel on signature page]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL C. PIZZUTO, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HOMOLOGY MEDICINES, INC., ARTHUR O. TZIANABOS, W. BRADFORD SMITH, ALBERT SEYMOUR, THERESA MCNEELY, and JOHN DOES 1-10,<br><br>Defendants. | Case No. 2:22-cv-01968-FLA (JPRx)<br><br>**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY IN OPPOSITION TO DEFENDANTS' MOTION TO TRANSFER (DKT. [53])**<br><br>Hon. Fernando L. Aenlle-Rocha<br><br>[*Hearing Vacated per ECF No. 59*] |

Plaintiffs submit this Notice of Supplemental Authority in opposition to Defendants' Motion to Transfer, filed September 2, 2022. *See* ECF No. 53. Defendants' motion was initially noticed for a hearing on October 14, 2022 but the Court vacated the hearing pursuant to its order dated October 11, 2022. *See* ECF No. 59.

On October 12, 2022, the Honorable Robert S. Huie, United States District Judge for the Southern District of California, issued an order denying a motion to transfer pursuant to 28 U.S.C. §1404(a) in the consumer class action lawsuit styled *Goldstein, et al. v. General Motors LLC*, Case 3:19-cv-01778-RSH-AHG (S.D. Cal.). A copy of the order is filed herewith as Exhibit A.

Plaintiffs respectfully submit the decision as supplemental authority for the Court's consideration of the pending Motion to Transfer. In the decision, Judge Huie considered the "several factors in determining whether to transfer a case," as enumerated by Judge Margaret M. Morrow in *Allstar Marketing Group, LLC v. Your Store Online, LLC*, 666 F. Supp. 2d 1109, 1130 (C.D. Cal. 2009). *See* Exhibit A, p. 3. The factors considered by Judge Huie were substantively similar to the ones presently at issue, including the plaintiff's choice of forum in a class action lawsuit and the movant's lack of evidentiary showings pertaining to the convenience of parties and witnesses. *Id*. at 5-6. Judge Huie denied the motion to transfer after weighing each of the relevant factors. *Id*. at 7.

Dated:  October 13, 2022          LEVI & KORSINSKY, LLP


                                  */s/ Adam M. Apton*
                                  Adam M. Apton (SBN 316506)
                                  445 South Figueroa Street, 31st Floor
                                  Los Angeles, CA 90071
                                  Tel.: (213) 985-7290
                                  Fax: (212) 363-7171
                                  Email: aapton@zlk.com

                                  POMERANTZ LLP
                                  Jennifer Pafiti (SBN 282790)

1

1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Tel.: (310) 405-7190
Fax: (917) 463-1044
jpafiti@pomlaw.com

POMERANTZ LLP
Brenda Szydlo (admitted *pro hac vice*)
Dean Ferrogari (admitted *pro hac vice*)
600 Third Avenue, 20th Floor
New York, NY 10016
Tel.: (212) 661-1100
Fax: (917) 463-1044
bszydlo@pomlaw.com
dferrogari@pomlaw.com

*Counsel for Plaintiffs and*
*Co-Lead Counsel for the Class*

PORTNOY LAW FIRM
Lesley F. Portnoy
1800 Century Park East, Suite 600
Los Angeles, CA 90067
Tel.: (310) 692-8883
lesley@portnoylaw.com

*Additional Counsel for Jason Rofeh*