UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL C. PIZZUTO, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>        v.<br><br>HOMOLOGY MEDICINES, INC., ARTHUR O. TZIANABOS, W. BRADFORD SMITH, ALBERT SEYMOUR, THERESA MCNEELY, and DOES 1-10,<br><br>                  Defendants. | Case No. 2:22-cv-01968-FLA (JPRx)<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR INCORPORATION BY REFERENCE AND JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS** |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW

On October 14, 2022, Defendants Homology Medicines, Inc., Arthur O. Tzianabos, W. Bradford Smith, Theresa McNeely, and Albert Seymour (collectively, "Defendants") filed a Request for Incorporation by Reference and Judicial Notice in Support of Defendants' Motion to Dismiss Plaintiffs' Amended Class Action Complaint for Violations of the Federal Securities Laws.  The Court, having considered the papers submitted by counsel, the applicable law, the relevant pleadings and papers filed in this action and the arguments of counsel, and finding good cause therefor, will consider Defendants' Exhibits 1-15 in connection with Defendants' Motion to Dismiss the Amended Complaint for Violations of Securities Laws.  The Court hereby GRANTS Defendants' Request for Incorporation by Reference and Judicial Notice in Support of Defendants' Motion to Dismiss Plaintiffs' Amended Class Action Complaint for Violations of the Federal Securities Laws and ORDERS as follows:

1. Exhibits 1-8 and 10-14 are hereby incorporated by reference and the Court takes judicial notice of them.

2. The Court takes judicial notice of Exhibits 9 and 15.

IT IS SO ORDERED.

Dated: _____

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge

1

[PROPOSED] ORDER GRANTING DEFS.' REQUEST
FOR INCORP. BY REF. & JUDICIAL NOTICE
Case No. 2:22-cv-01968-FLA (JPRx)