LATHAM & WATKINS LLP
Michele D. Johnson (Bar No. 198298)
  *michele.johnson@lw.com*
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626-1925
T:  (714) 540-1235 / F:  (714) 755-8290

Colleen C. Smith (Bar No. 231216)
  *colleen.smith@lw.com*
12670 High Bluff Drive
San Diego, CA 92130-3086
T:  (858) 523-5400 / F:  (858) 523-5450

Meryn C. N. Grant (Bar No. 291315)
  *meryn.grant@lw.com*
10250 Constellation Blvd
Century City, CA 90067
T:  (424) 653-5500 / F:  (424) 653-5501

*Attorneys for Defendants Homology Medicines, Inc., Arthur O. Tzianabos, W. Bradford Smith, Albert Seymour, and Theresa McNeely*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL C. PIZZUTO, Individually and on Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>                    v.<br><br>HOMOLOGY MEDICINES, INC., ARTHUR O. TZIANABOS, W. BRADFORD SMITH, ALBERT SEYMOUR, THERESA MCNEELY, and DOES 1-10,<br><br>                              Defendants. | Case No. 2:22-cv-01968-FLA (JPRx)<br><br>CLASS ACTION<br><br>**DEFENDANTS' RESPONSE TO PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**<br><br>Judge: Hon. Fernando L. Aenlle-Rocha<br><br>[*Hearing Vacated per ECF No. 59*] |

Defendants Homology Medicines, Inc., Arthur O. Tzianabos, W. Bradford Smith, Theresa McNeely, and Albert Seymour (collectively, "Defendants") respectfully submit the following response to Plaintiffs' Notice of Supplemental Authority in Opposition to Defendants' Motion to Transfer.  ECF 60.  Plaintiffs' supplemental authority, *Goldstein v. General Motors LLC*, Case 3:19-cv-01778-RSH-AHG (S.D. Cal.) (Oct. 12, 2022), is distinguishable from this case.

*First*, *Goldstein* is a putative consumer class action relating to alleged motor vehicle touch screen display defects, not a federal securities class action, so the typical preference in securities class actions for laying venue where the issuer is headquartered did not apply in that case.  *See, e.g.*, ECF 53 at 1.

*Second*, the facts are distinct.  In *Goldstein*, all four named plaintiffs were "citizens and residents of California," had purchased the allegedly defective motor vehicles in California, and the relevant "interactions took place with either California or Nevada [General Motors] dealerships."  ECF 60-1 at 2, 5.  The case had no connection to the requested transferee forum, Delaware, as GM is headquartered in Michigan and no witnesses were in Delaware.  *Id.* at 5.

*Third*, the procedural and administrative considerations were different.  In *Goldstein*, the court found that transfer "at this stage" would not serve interests of justice because the defendant litigated for ***over three years*** (during which time the court issued two decisions on motions to dismiss) before seeking to transfer, without providing any explanation for its delay.  ECF 60-1 at 6.  Furthermore, the transferee forum's case load was "five times" heavier than that of the Southern District of California.  ECF 60-1 at 7.

Dated:  October 17, 2022

Respectfully submitted,

LATHAM & WATKINS LLP

By:  */s/ Colleen C. Smith*
Colleen C. Smith

*Attorneys for Defendants*

1

DEFENDANTS' RESPONSE TO PLAINTIFFS'
NOTICE OF SUPPLEMENTAL AUTHORITY
Case No. 2:22-cv-01968-FLA (JPRx)