UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

MICHAEL C. PIZZUTO, Individually and On Behalf of All Others Similarly Situated,

Plaintiff,

v.

HOMOLOGY MEDICINES, INC., ARTHUR O. TZIANABOS, W. BRADFORD SMITH, ALBERT SEYMOUR, THERESA MCNEELY, and JOHN DOES 1-10,

Defendants.

Case No. 2:22-cv-01968-FLA (JPRx)

CLASS ACTION

**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**

On October 14, 2022, Defendants Homology Medicines, Inc., Arthur O. Tzianabos, W. Bradford Smith, Albert Seymour, and Theresa McNeely (collectively, "Defendants") filed a Motion to Dismiss Plaintiffs' Amended Class Action Complaint for Violations of the Federal Securities Laws. The Court, having considered the memoranda and supporting documents submitted by counsel, the applicable law, the relevant pleadings and papers filed in this action and the arguments of counsel, and finding good cause therefor, hereby DENIES Defendants' Motion to Dismiss the Amended Class Action Complaint for Violations of the Federal Securities Laws.

IT IS SO ORDERED.

Dated: _____        _____
                                      FERNANDO L. AENLLE-ROCHA
                                      United States District Judge