UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL C. PIZZUTO, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HOMOLOGY MEDICINES, INC., ARTHUR O. TZIANABOS, W. BRADFORD SMITH, ALBERT SEYMOUR, THERESA MCNEELY, and JOHN DOES 1-10,<br><br>Defendants. | Case No. 2:22-cv-01968-FLA (JPRx)<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER GRANTING IN PART, AND DENYING IN PART, DEFENDANTS' REQUEST FOR INCORPORATION BY REFERENCE AND JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS** |

On October 14, 2022, Defendants Homology Medicines, Inc., Arthur O. Tzianabos, W. Bradford Smith, Albert Seymour, and Theresa McNeely (collectively, "Defendants") filed a Request for Incorporation By Reference and Judicial Notice in Support of Defendants' Motion to Dismiss Plaintiffs' Amended Class Action Complaint for Violations of the Federal Securities Laws. The Court, having considered the papers submitted by counsel, the applicable law, the relevant pleadings and papers filed in this action and the arguments of counsel, and finding good cause therefor, will consider Defendants' Exhibits 1-15 in connection with Defendants' Motion to Dismiss the Amended Class Action Complaint for Violations of the Federal Securities Laws. The Court hereby GRANTS in part, and DENIES in part, Defendants' Request for Incorporation by Reference and Judicial Notice in Support of Defendants' Motion to Dismiss Plaintiff's Amended Class Action Complaint for Violations of the Federal Securities Laws and ORDERS as follows:

1. Exhibits 1, 3-5, 7-8 and 10-14 are hereby incorporated by reference and the Court takes judicial notice of them.

2. The Court takes judicial notice of Exhibits 9 and 15.

3. The Court hereby denies Defendants' request to incorporate Exhibits 2 and 6 but takes judicial notice of them.

IT IS SO ORDERED.

Dated: _____                    _____
                                            FERNANDO L. AENLLE-ROCHA
                                            United States District Judge

[PROPOSED] ORDER GRANTING IN PART, AND DENYING IN PART,
DEFS' REQUEST FOR INCORP. BY REF. & JUDICIAL NOTICE
Case No. 2:22-cv-01968-FLA (JPRx)