# APPENDIX A

***Pizzuto v. Homology Medicines, Inc., et al.***
Civil Action No.: 1:23-cv-10858-AK

STATEMENTS CHALLENGED IN PLAINTIFFS' AMENDED COMPLAINT ("AC")

| | **Alleged Material Misstatements or Omissions of Material Facts Statement** | **Cite** | **Source** |
|---|---|---|---|
| 1. | Shared initial encouraging clinical data from a single I.V. administration of investigational gene therapy HMI-102 in the pheNIX trial, the first gene therapy clinical trial in phenylketonuria (PKU).  Keeping with guidance initially set in 2018, Homology released initial data from Cohort 1 (low-dose, n=2) and the first patient in Cohort 2 (mid-dose) at the end of 2019.  As of the data cut-off date of December 2, 2019:<br><br>• ***Preliminary safety data from Cohorts 1 and 2 showed HMI-102 was well-tolerated.***<br><br>• ***Efficacy data from the first patient in Cohort 2 indicated a dose-response effect with an observed reduction in phenylalanine (Phe) levels from baseline at Weeks 1 and 4, increase in tyrosine (Tyr), and reduction in the Phe to Tyr ratio, suggestive of increased enzymatic activity.***<br><br>• The dose-escalation part of the trial is ongoing and Homology expects to provide an update mid-year 2020 once a dose is selected for the randomized, concurrently controlled Part B expansion phase of the trial, which has the potential to be converted to a registrational trial. | AC ¶ 98[1] | March 12, 2020 Press Release |
| 2. | We are currently in the dose-escalation portion of our Phase 1/2 pheNIX clinical trial with our first and lead product candidate, HMI-102, a gene therapy for the treatment of phenylketonuria, or PKU.  Once a dose is chosen, we will initiate the randomized, concurrently controlled Part B of the trial, which has the potential to be converted to a registrational trial.  In December 2019, in accordance with a corporate goal that we had established in early 2018, we reported encouraging initial clinical data from the pheNIX trial from Cohort 1 (low dose, n=2) and Cohort 2 (mid-dose, n=1) based on the data cutoff date of December 2, 2019.  Preliminary safety data from Cohorts 1 and 2 showed HMI-102 was well-tolerated with no treatment-emergent adverse events, or TEAEs, or serious | AC ¶ 104 | March 12, 2020 Form 10-K FY 2019 |

---

[1] Emphasis in the quoted passages duplicates that found in the Amended Complaint (ECF No. 46).  Plaintiffs challenge only the portions of the statements that are emphasized in bold and italics.

| | Alleged Material Misstatements or Omissions of Material Facts Statement | Cite | Source |
|---|---|---|---|
| | TEAEs. *Efficacy data from the first patient in Cohort 2 suggested a dose-response effect with an observed reduction in phenylalanine, or Phe, levels from baseline and a corresponding increase in tyrosine, or Tyr, which translated to an overall reduction in the phenylalanine to tyrosine ratio, or Phe/Tyr ratio, suggestive of increased enzymatic activity.* Phe levels have been evaluated as a primary registrable endpoint in previous PKU clinical trials, Tyr is a product of Phe metabolism and a precursor to neurotransmitters, and the Phe/Tyr ratio is a clinically relevant diagnostic measurement for PKU. | | |
| 3. | *Preliminary safety data from the first three subjects in Cohorts 1 and 2 showed HMI-102 was well-tolerated. There were no TEAEs or serious TEAEs. All patients' alanine aminotransferase, or ALT, and aspartate aminotransferase, or AST, levels remained within the normal range.*<br><br>*Efficacy data from the first patient in Cohort 2 suggested a dose-response effect with an observed reduction in Phe levels from baseline and a corresponding increase in Tyr, which translated to an overall reduction from baseline in the Phe/Tyr ratio, suggestive of increased enzymatic activity.* Phe levels have been evaluated as a primary registrable endpoint in previous PKU clinical trials, Tyr is a product of Phe metabolism and a precursor to neurotransmitters, and the Phe/Tyr ratio is a clinically relevant diagnostic measurement for PKU.<br><br>*Specifically, the first patient dosed in Cohort 2 experienced a reduction in Phe of 35% and 48% from baseline at Weeks 1 and Week 4, respectively, as compared to patients in Cohort 1, which generally did not show reductions in Phe through Weeks 10 and 12 (refer to Figure 8 below). This is consistent with a dose-response.* The first patient dosed in Cohort 2 also showed increases in Tyr levels of 72% and 85% at Weeks 1 and Week 4, respectively, suggesting increased PAH enzyme activity (refer to Figure 9 below). In addition, the patient experienced a 62% and 72% reduction in the Phe/Tyr ratio from baseline to Weeks 1 and 4, respectively (refer to Figure 10 below). Patient baseline is defined in the study protocol as one day prior to dosing. All patients reported maintaining consistent protein intake pre- and post-treatment. | AC ¶ 104 | March 12, 2020 Form 10-K FY 2019 |
| 4. | Hey Matt,<br><br>Some Facebook post. *Nothing fundamental changed for FIXX but unfortunately, our stock price.* I hate social media. Will be speaking with folks today. Hopefully things will turn back around swiftly. | AC ¶ 106 | April 16, 2020 McNeely Email |

| | **Alleged Material Misstatements or Omissions of Material Facts Statement** | **Cite** | **Source** |
|---|---|---|---|
| | Always helpful to hear what u and your traders are hearing. | | |
| | Thanks.  Hope u and ur family are well, | | |
| | Theresa | | |
| 5. | We are incrementally positive on pheNIX mid-20 data.  We recently addressed market concerns regarding a Facebook post from a potential patient in the Phase 1/2 pheNIX trial of Homology Medicines' (FIXX) adeno-associated virus gene therapy (AAV GT) HMI-102 for phenylketonuria (PKU).  Having spoken with FIXX management, *we continue to favor the risk/reward dynamic for the mid-20 pheNIX update* and thus reiterate our FIXX Outperform rating and $32 price target. | AC ¶ 110 | April 20, 2020 Baird Analyst Report |
| 6. | We are currently in the dose-escalation portion of our Phase 1/2 pheNIX clinical trial with our first and lead product candidate, HMI-102, a gene therapy for the treatment of phenylketonuria, or PKU.  Once a dose is chosen, we plan to initiate the randomized, concurrently controlled Part B of the trial, which has the potential to be converted to a registrational trial.  In December 2019, in accordance with a corporate goal that we had established in early 2018, we reported encouraging initial clinical data from the pheNIX trial from Cohort 1 (low dose, n=2) and Cohort 2 (mid-dose, n=1) based on the data cutoff date of December 2, 2019. *Preliminary safety data from three subjects in Cohorts 1 and 2 showed HMI-102 was well-tolerated with no treatment-emergent adverse events, or TEAEs, or serious TEAEs.  Efficacy data from the first patient in Cohort 2 suggested a dose-response effect with an observed reduction in phenylalanine,* or Phe, levels from baseline and a corresponding increase in tyrosine, or Tyr, which translated to an overall reduction in the phenylalanine to tyrosine ratio, or Phe/Tyr ratio, suggestive of increased enzymatic activity.  Phe levels have been evaluated as a primary registrable endpoint in previous PKU clinical trials, Tyr is a product of Phe metabolism and a precursor to neurotransmitters, and the Phe/Tyr ratio is a clinically relevant diagnostic measurement for PKU. | AC ¶ 114 | May 7, 2020 Form 10-Q for FY 1Q20 |
| 7. | Second Quarter 2020 and Recent Accomplishments<br><br>Announced today an update to the Phase 1/2 pheNIX gene therapy clinical trial with HMI-102 for adults with phenylketonuria (PKU):<br><br>*Since the Company's initial trial data reported in December 2019:*<br><br>*Homology continued to observe encouraging clinical data that suggest* | AC ¶ 118 | August 10, 2020 Press Release |

3

| | Alleged Material Misstatements or Omissions of Material Facts Statement | Cite | Source |
|---|---|---|---|
| | *PAH enzymatic activity.*<br><br>*High-dose Cohort 3 patients were enrolled and dosed.*<br><br>*No treatment-related serious adverse events were reported.*<br><br>Homology is extending the timeline for the dose-escalation portion of the trial before selecting a dose for the expansion phase of the trial, and plans to provide an update when the dose is chosen.<br><br>As previously stated, Homology has all the expected supply on-hand for the dose-escalation and expansion phases of the pheNIX trial and continues to produce supply for the pivotal trial in its internal manufacturing facility. | | |
| 8. | We are currently in the dose-escalation portion of our Phase 1/2 pheNIX clinical trial with our first and lead product candidate, HMI-102, a gene therapy for the treatment of phenylketonuria, or PKU.  Once a dose is chosen, we plan to initiate the randomized, concurrently controlled Part B of the trial, which has the potential to be converted to a registrational trial.  In December 2019, in accordance with a corporate goal that we had established in early 2018, we reported encouraging initial clinical data from the pheNIX trial from Cohort 1 (low dose, n=2) and Cohort 2 (mid-dose, n=1) based on the data cutoff date of December 2, 2019. *Preliminary safety data from three subjects in Cohorts 1 and 2 showed HMI-102 was well-tolerated with no treatment-emergent adverse events, or TEAEs, or serious TEAEs, that were related to HMI-102.  Efficacy data from the first patient in Cohort 2 suggested a dose-response effect with an observed reduction in phenylalanine*, or Phe, levels from baseline and a corresponding increase in tyrosine, or Tyr, which translated to an overall reduction in the phenylalanine to tyrosine ratio, or Phe/Tyr ratio, suggestive of increased enzymatic activity.  Phe levels have been evaluated as a primary registrable endpoint in previous PKU clinical trials, Tyr is a product of Phe metabolism and a precursor to neurotransmitters, and the Phe/Tyr ratio is a clinically relevant diagnostic measurement for PKU. | AC ¶ 121 | August 10, 2020 Form 10-Q FY 2Q20 |
| 9. | Since reporting initial data from the pheNIX trial in December 2019, we enrolled and dosed patients in a third, high-dose cohort. *We have continued to observe encouraging clinical data that suggest PAH enzymatic activity, and no treatment-related serious adverse events have been reported.*  Due to delays in enrolling and dosing patients in our pheNIX trial caused by the COVID-19 pandemic, we are extending the timeline for the dose- | AC ¶ 121 | August 10, 2020 Form 10-Q FY 2Q20 |

| | **Alleged Material Misstatements or Omissions of Material Facts Statement** | **Cite** | **Source** |
|---|---|---|---|
| | escalation portion of the trial before selecting a dose for the expansion phase of the trial. | | |
| 10. | Safety Observations<br><br>HMI-102 was generally well-tolerated, and there were no treatment-related serious adverse events (SAEs).  There were no clinically significant changes in ECG or vital signs and no clinical signs of complement activation.  ***The Grade 1 and 3\* alanine aminotransferases (ALTs) observed in Cohorts 2 and 3, which is common in AAV-based gene therapy, were managed with increased steroids when necessary.***  The patients who experienced Grade 3 ALTs had pre-existing underlying immune conditions.  An independent data monitoring committee, which provided guidance throughout the pheNIX trial, concluded that there were no safety concerns related to bilirubin, and that ALT elevations may be associated with reduced efficacy.<br><br>***Updates to the expansion phase of the pheNIX trial, including key learnings related to patient selection, monitoring and steroid regimen, are being incorporated.***<br><br>Efficacy Observations<br><br>. . .<br><br>In Cohorts 2 and 3, Phe reductions were greater among patients with Grade 1 ALTs compared to patients with Grade 3 ALTs\*\*\*\*; ***ALT elevations were managed with increased steroids when necessary.  It appears higher ALT elevations may limit therapeutic activity, but can be managed with a modified steroid regimen, which is being incorporated into the expansion phase.***<br><br>Expansion Phase<br><br>Based on the safety and efficacy results observed in the dose-escalation phase, Homology is advancing to the randomized, concurrently controlled, dose expansion phase of the pheNIX trial, which has the potential to be converted to a registrational trial. | AC ¶ 124 | November 6, 2020 Press Release |
| 11. | All cohorts in the dose-escalation phase showed an acceptable safety profile and certain patients in Cohorts 2 and 3 showed marked Phe reductions.  Based on these collective data, Homology has selected two doses for the expansion phase: the mid-dose from Cohort 2 and a dose between the doses in Cohorts 2 and 3.  ***The Company believes the latter dose has the potential to improve Phe reductions while reducing steroid exposure that was required at the high-dose.***  The Company believes that advancing two doses in parallel | AC ¶ 124 | November 6, 2020 Press Release |

| | **Alleged Material Misstatements or Omissions of Material Facts Statement** | **Cite** | **Source** |
|---|---|---|---|
| | provides the potential to convert to a registrational trial quickly with the optimal dose as the expansion phase does not include staggered dosing between patients. | | |
| 12. | Safety data from these six patients as of the cutoff date showed HMI-102 was generally well-tolerated, and there were no treatment-related serious adverse events.  There was one serious adverse event of Herpes zoster (shingles) assessed by a principal investigator of the pheNIX trial as not related to treatment with HMI-102.  There were no clinically significant changes in electrocardiogram or vital signs and no clinical signs of complement activation. ***In Cohorts 2 and 3, Grade 1 and 3 alanine aminotransferases, or ALTs . . . , which are common in adeno-associated virus-based gene therapy, were observed and managed with increased steroids when necessary.***  Each of the two patients who experienced Grade 3 ALTs had pre-existing underlying immune conditions.  An independent data monitoring committee, which provided guidance throughout the pheNIX clinical trial, supported the conclusion that there were no safety concerns related to bilirubin, and that ALT elevations may be associated with reduced therapeutic activity. | AC ¶ 128 | November 9, 2020 Form 10-Q for FY 3Q20 |
| 13. | Based on the safety and efficacy results observed in the dose-escalation phase as of the cutoff date, we intend to advance to the randomized, concurrently controlled, expansion phase of the pheNIX trial in early 2021, which has the potential to be converted to a registrational trial.  ***We have selected two doses for the expansion phase: the mid-dose from Cohort 2 and a dose between the doses in Cohorts 2 and 3, which we believe has the potential to improve Phe reductions while reducing overall steroid exposure.*** | AC ¶ 128 | November 9, 2020 Form 10-Q for FY 3Q20 |
| 14. | We are currently in Phase 2 of the pheNIX clinical trial with our first and lead product candidate, HMI-102, a gene therapy for the treatment of adults with phenylketonuria, or PKU.  ***In November 2020, we reported positive safety and efficacy clinical data from the dose-escalation phase of the trial.***  As of the data cutoff date of October 19, 2020, six patients in the dose-escalation phase of the pheNIX trial had received HMI-102 across three dose cohorts (low-dose Cohort 1, n=2; mid-dose Cohort 2, n=2; high-dose Cohort 3, n=2).  The results showed that HMI-102 was generally well-tolerated, and resulted in marked reductions in phenylalanine, or Phe, and the Phe-to-tyrosine, or Tyr, ratio, or the Phe-to-Tyr ratio, at two doses.  Phe is a registrable endpoint in PKU, and the Phe-to-Tyr ratio is a clinically relevant diagnostic measurement for PKU.  ***Based on the safety and efficacy results observed in the dose-escalation phase, we have selected and advanced two doses to the randomized, concurrently controlled, dose expansion Phase 2 portion of the pheNIX trial, which has the potential to be converted to a registrational trial.***  We | AC ¶ 131 | March 11, 2021 Form 10-K FY 2020 |

6

| | **Alleged Material Misstatements or Omissions of Material Facts Statement** | **Cite** | **Source** |
|---|---|---|---|
| | expect to report initial clinical data from this portion of the trial by the end of 2021. | | |
| 15. | We are currently in Phase 2 of the pheNIX clinical trial with our first and lead product candidate, HMI-102, a gene therapy for the treatment of adults with phenylketonuria, or PKU. ***In November 2020, we reported positive safety and efficacy clinical data from the dose-escalation phase of the trial.*** As of the data cutoff date of October 19, 2020, six patients in the dose-escalation phase of the trial had received HMI-102 across three dose cohorts (low-dose Cohort 1, n=2; mid-dose Cohort 2, n=2; high-dose Cohort 3, n=2). The results showed that HMI-102 was generally well-tolerated, and resulted in marked reductions in phenylalanine, or Phe, and the Phe-to-tyrosine, or Tyr, ratio, or the Phe-to-Tyr ratio, at two doses. Phe is a registrable endpoint in PKU, and the Phe-to-Tyr ratio is a clinically relevant diagnostic measurement for PKU. ***Based on the safety and efficacy results observed in the dose-escalation phase, we have selected and advanced two doses to the randomized, concurrently controlled, dose expansion Phase 2 portion of the pheNIX trial, which has the potential to be converted to a registrational trial.*** We expect to report initial clinical data from the dose expansion portion of the trial by the end of 2021. | AC ¶ 134 | May 6, 2021 10-Q for FY 1Q21 |
| 16. | So our lead program, our PKU program, which is a gene therapy program, termed HMI-102 is still on track to report initial data from the Phase II expansion part of the trial. We also plan to initiate our HMI-103 editing trial this year. We're very confident in our HMI-102 program, and ***our progress continues to be on track with the Phase II dose expansion of pheNIX.*** Physicians and patients continue to be excited by the data, and we've seen impressive Phe reduction, as you know, in the dose escalation part of the trial at the mid and the high dose. ***And we've taken all the learnings from that dose escalation phase and applied that to the dose expansion phase.*** | AC ¶ 137 | May 13, 2021 Conference Call |
| 17. | <Robert Cummins Hazlett BTIG, LLC>: Thank you for the interesting presentation. And two just, I guess, more general questions. One is you've had some learnings with 102 in the clinic. With regard to steroid dosing and managing the individual patients. Do you see applications for what you've learned with the 102 program as you move into the clinic with the other ones? And could be -- give us a little bit of specifics with regard to those learnings, what you tend to take forward?<br><br><Arthur O. Tzianabos>: Yes. Bert, it's Arthur. I'll start and [Seymour] can jump in, but there has been a lot of learnings. Obviously, this is the first ever PKU gene therapy trial here. But it does have broad applicability, these learnings across our platform. And given that we're using AAVHSC15 for this program, 102, but also the gene editing program, | AC ¶ 138 | May 13, 2021 Conference Call |

| | Alleged Material Misstatements or Omissions of Material Facts Statement | Cite | Source |
|---|---|---|---|
| | obviously, having the same capsid and the safety profile established is going to be really important going forward.<br><br>***And you're right, the learnings around the administration of steroids and how we do that and the changes we've made really are paying dividends for us.*** But those learnings absolutely can be applied across our platform. Do you have anything to add, sir?<br><br><Albert Seymour>: No, that's perfect.<br><br><Arthur O. Tzianabos>: All right, [Seymour] is good.<br><br>. . .<br><br><Michelle Lim Gilson Canaccord Genuity>: Congratulations on the presentations this week. Yes, for my first question, can you give us any color around the Phase I/II HMI-102 trial in terms of just sort of the changes that you guys made in enrollment and the steroid optimization? And just, I guess, how manageable that has been in terms of running that trial as you go out to a broader group of physicians? I think you mentioned adding additional sites. And if there's maybe any preference around the dose that you're seeing.<br><br><Arthur O. Tzianabos>: Yes, sure. And I'll start out with 102. And so really, the learnings, ***one of the key learnings is the steroid regimen. We started with the prophylactic regimen out of the gate***, as you recall, Michelle. And that seems to be what everybody is doing now. ***One of the things we've done is to keep that top dose of steroids for a longer period of time.*** And that really has made a huge difference in terms of what we're seeing. So good progress there. | | |
| 18. | <Jason Eron Zemansky BofA Securities>:Can you talk a little bit about some of the updates regarding the protocol design and patient selection, the learnings from kind of the previous results? And looking forward, what makes you think you can get to the strong results we've seen in a broader array of patients?<br><br><Arthur O. Tzianabos>: Yes, it's a great question. And we did as the first gene therapy for PKU ever, we did learn a lot during the dose escalation part of the trial, which is common in a Phase I/II setting for rare disease. And one of the key learnings that we came across is really getting the immunosuppression protocol right. And what we understand now is that ***we need to beef up a little bit at the front end, the prophylactic steroid regimen***, which companies are moving to now. | AC ¶ 141 | June 15, 2021 Conference Call |

| | Alleged Material Misstatements or Omissions of Material Facts Statement | Cite | Source |
|---|---|---|---|
| 19. | We are currently in Phase 2 of the pheNIX clinical trial with our first and lead product candidate, HMI-102, a gene therapy for the treatment of adults with PKU. ***In November 2020, we reported positive safety and efficacy clinical data from the dose-escalation phase of the trial.*** As of the data cutoff date of October 19, 2020, six patients in the dose-escalation phase of the trial had received HMI-102 across three dose cohorts (low-dose Cohort 1, n=2; mid-dose Cohort 2, n=2; high-dose Cohort 3, n=2). The results showed that HMI-102 was generally well-tolerated, and resulted in marked reductions in phenylalanine, or Phe, and the Phe-to-tyrosine, or Tyr, ratio, or the Phe-to-Tyr ratio, at two doses. Phe is a registrable endpoint in PKU, and the Phe-to-Tyr ratio is a clinically relevant diagnostic measurement for PKU. ***Based on the safety and efficacy results observed in the dose-escalation phase, we have selected and advanced two doses to the randomized, concurrently controlled, dose expansion Phase 2 portion of the pheNIX trial, which has the potential to be converted to a registrational trial.*** We expect to report initial clinical data from the dose expansion portion of the trial by the end of 2021. | AC ¶ 144 | August 12, 2021 Form 10-Q FY 2Q21 |
| 20. | Homology also announced today an update from its ongoing Phase 2 pheNIX clinical trial evaluating HMI-102 gene therapy in adults with PKU. As of September 30, 2021, ***both doses in the trial have been generally well-tolerated and have shown evidence of biological activity, including clinically meaningful reductions in Phe levels, increases in Tyr and reductions in the Phe-to-Tyr ratio.*** Several new clinical trials sites have also recently been added to pheNIX for a total of 13 with more sites expected shortly. Despite increased interest, enrollment is slower than anticipated due in part to COVID-19 resurgence, and the Company anticipates providing a more detailed pheNIX update in mid-2022 when it expects to have a larger dataset. | AC ¶ 147 | October 12, 2021 Press Release |
| 21. | And so our lead program is called HMI-102, this is the gene therapy program. It's the pheNIX trial. We've reported out, we've had 2 data readouts here. The first part of this trial was a Phase I dose escalation to try to find the right dose to move forward to a dose expansion phase. ***We saw a very good safety profile with these vectors, we tested out at 3 doses, the middle and the top dose showed biologic activity***. And by that, I mean a reduction in phenylalanine as well as an increase in tyrosine, which is what you want to see in these patients. We chose those 2 doses to take forward into a dose expansion phase, and we plan to have an update on that data set by the middle of next year in 2022. So really good data. And on the heels of that data, we had an investment from Pfizer in terms of supporting these programs, and that was about a year ago or so. | AC ¶ 150 | November 8, 2021 Conference Call |

| | **Alleged Material Misstatements or Omissions of Material Facts Statement** | **Cite** | **Source** |
|---|---|---|---|
| 22. | A little bit about the pheNIX trial.  This is the expansion phase.  So there's 3 arms here.  There's the middle dose that we selected.  There will be 6 to 8 patients there.  There will be 6 to 8 patients in the high dose as well as concurrent control with 3 to 4 patients there.  So this is a single IV administration.  ***We have a prophylactic steroid regimen here that's been very successful in mitigating any kind of untoward safety profile*** such as increases in bilirubin, innate immune activation, platelet activation.  ***We have seen none of that to date and the data that we've announced so far***.  And the endpoint here is really a mean change in baseline phenylalanine and secondary endpoints focused on incidence of plasma fee concentrations, change in diet as well as neuro-cog evaluation. | AC ¶ 150 | November 8, 2021 Conference Call |
| 23. | ***In November 2020, we reported positive safety and efficacy clinical data from the dose-escalation phase of the trial.***  As of the data cutoff date of October 19, 2020, six patients in the dose-escalation phase of the trial had received HMI-102 across three dose cohorts (low-dose Cohort 1, n=2; mid-dose Cohort 2, n=2; high-dose Cohort 3, n=2).  The results showed that HMI-102 was generally well-tolerated, and resulted in marked reductions in Phe and the Phe-to-tyrosine, or Tyr, ratio, or the Phe-to-Tyr ratio, at two doses.  Phe is a registrable endpoint in PKU, and the Phe-to-Tyr ratio is a clinically relevant diagnostic measurement for PKU.  ***Based on the safety and efficacy results observed in the dose-escalation phase, we have selected and advanced two doses to the randomized, concurrently controlled, dose expansion Phase 2 portion of the pheNIX trial***, which has the potential to be converted to a registrational trial. | AC ¶ 153 | November 15, 2021 10-Q FY 3Q21 |
| 24. | In October 2021, we announced that, as of September 30, 2021, ***both doses in the trial have been generally well-tolerated and have shown evidence of biological activity, including clinically meaningful reductions in Phe levels, increases in Tyr and reductions in the Phe-to-Tyr ratio***.  In addition, several new clinical trials sites have been recently added to the trial for a total of 13 with more sites expected shortly, and we have expanded our Medical Affairs, Clinical Development and Clinical Operations teams to support pheNIX and our other ongoing clinical trials.  Despite increased interest, enrollment is slower than anticipated due in part to a COVID-19 resurgence.  We expect to provide a more detailed pheNIX clinical trial update by the middle of 2022 when we expect to have more patients enrolled in the trial. | AC ¶ 153 | November 15, 2021 10-Q FY 3Q21 |
| 25. | <Jack Kilgannon Allen Robert W. Baird & Co.>: Got it.  Sorry, just one brief follow-up on that remark.  I guess, as you think about the doses you're bringing into the clinic, are they thought to be therapeutic doses from the -- I guess, the first cohort?  Or are you, I | AC ¶ 156 | January 28, 2022 Conference Call |

| Alleged Material Misstatements or Omissions of Material Facts Statement | Cite | Source |
|---|---|---|
| guess, starting with more of a subtherapeutic safety dose and then moving forward from there? <br><br> <Albert Seymour>: Yes.  So I'll start with 103.  So 103, we are actually starting with the dose and for all gene therapy actually because it's onetime gene therapy, onetime administration.  We are projecting that all of the starting dose for 103 and 203 would have a potential for benefit as they go into those subjects.  And for 103, we were able to combine the data both from our preclinical data as well as what we've learned from HMI-102 with that dose.  So we're starting in the mid-E13 vector genomes per kilogram with 103 and 203 and 203 that projected dose again is expected to have a potential for benefit based on preclinical data. <br><br> <Arthur O. Tzianabos>: Yes.  And Jack, it's Arthur.  I think it's a testament, as Albert alluded to, to the safety profile we're seeing with 102 and the fact that we're using the same vector capsid anyway for 103.  ***So the FDA in a time of intense and this is a point I was going to make at the end of the call at a time where the FDA is pretty much at its peak in terms of regulation of AAV gene therapy based on some of the safety events that have happened in the field in midst of that, we've got 2 cleared INDs that sailed through the FDA.  That's a tribute to the quality of the vector and the manufacturing that we have, but it also speaks to the safety of our vectors.***  So I think our ability to start higher than we were able to in 102 really is attributable to that. | | |

11