**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MICHAEL C. PIZZUTO, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>HOMOLOGY MEDICINES, INC., ARTHUR O. TZIANABOS, W. BRADFORD SMITH, ALBERT SEYMOUR, THERESA MCNEELY, and JOHN DOES 1-10,<br><br>　　　　Defendants. | Civil Action No.: 1:23-cv-10858-AK |

**DECLARATION OF MERYN C. N. GRANT IN SUPPORT OF DEFENDANTS HOMOLOGY MEDICINES, INC., ARTHUR O. TZIANABOS, W. BRADFORD SMITH, ALBERT SEYMOUR, AND THERESA MCNEELY'S MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT**

I, Meryn C. N. Grant, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.　　I am a partner in the law firm of Latham & Watkins LLP and counsel for Defendants Homology Medicines, Inc. ("Homology"), Arthur O. Tzianabos, W. Bradford Smith, Theresa McNeely, and Albert Seymour (the "Individual Defendants" and, together with Homology, "Defendants") in the above captioned litigation. I am licensed to practice law in California. I submit this declaration in support of Defendants' Motion to Dismiss Plaintiffs' Amended Consolidated Class Action Compliant and Request for Incorporation by Reference and Judicial Notice in support of Motion to Dismiss, which are both filed concurrently herewith.

2.　　Attached hereto as **Exhibit 1** is a true and correct copy of FDA Guidance for the Industry, Considerations for the Design of Early-Phase Clinical Trials of Cellular and Gene Therapy Products, published June 2015 and *available* at https://www.fda.gov/regulatory-information/search-fda-guidance-documents/considerations-design-early-phase-clinical-trials-cellular-and-gene-therapy-products.

3.      Attached hereto as **Exhibit 2** is a true and correct copy of certain materials published in connection with the FDA Advisory Committee on Cellular, Tissue, and Gene Therapies held on September 2-3, 2021 ("Advisory Committee Meeting").  The materials include:

- "Summary Minutes" that were approved by the Cellular, Tissue and Gene Therapies Advisory Committee on November 17, 2021;

- a slide presentation entitled "Systemic AAV: Clinical Findings of Hepatotoxicity" attributed to Dr. Lindsey George;

- excerpts from the official transcript from Day 1 of the Advisory Committee Meeting, including the committee's discussion of certain risks with AAVs and two scientific presentations related to "hepatotoxicity"; and

- excerpts from the "Meeting Briefing Document," attributed to the FDA.

The full set of materials published in connection with the Advisory Committee Meeting are *available at* https://www.fda.gov/advisory-committees/advisory-committee-calendar/cellular-tissue-and-gene-therapies-advisory-committee-september-2-3-2021-meeting-announcement#event-materials.

4.      Attached hereto as **Exhibit 3** is a true and correct copy of Homology's Form 10-K for the period ending December 31, 2019, filed with the U.S. Securities and Exchange Commission ("SEC") on March 12, 2020.

5.      Attached hereto as **Exhibit 4** is a true and correct copy of Homology's Investor Presentation, titled "Phase 1/2 pheNIX Gene Therapy Clinical Trial for Adults with Phenylketonuria (PKU) and Pipeline Review," published November 6, 2020, *available at* https://investors.homologymedicines.com/static-files/a183d10a-7f1e-49e7-a3aa-fe8d7dc69a0f.

6.      Attached hereto as **Exhibit 5** is a true and correct copy of Homology's Form 10-K for the period ending December 31, 2020, which was filed with the SEC on March 11, 2021.

7.      Attached hereto as **Exhibit 6** is a true and correct copy of Homology's Form 8-K, reporting and summarizing an announcement by Homology on December 17, 2019, which was

filed with the SEC on December 19, 2019.

8. Attached hereto as **Exhibit 7** is a true and correct copy of a presentation, entitled titled "Phase 1/2 pheNIX Gene Therapy Clinical Trial for Adults with Phenylketonuria (PKU)", dated November 6, 2020, and credited to Dr. Olaf Bodamer at the annual meeting for the New England Consortium of Metabolic Programs.

9. Attached hereto as **Exhibit 8** is a true and correct copy of a publicly available transcript (published by S&P Market Intelligence) of an investor call held by Homology on November 6, 2020.

10. Attached hereto as **Exhibit 9** is a true and correct copy of the publicly available transcript (published by S&P Market Intelligence) of a company conference presentation at the Credit Suisse Healthcare Conference, held November 8, 2021.

11. Attached hereto as **Exhibit 10** is a true and correct copy of the publicly available transcript (published by S&P Market Intelligence) of a presentation at the Bank of America Napa Healthcare Conference, held June 15, 2021.

12. Attached hereto as **Exhibit 11** is a true and correct copy of Homology's Form 10-Q for the period ending September 30, 2020, filed with the SEC on November 9, 2020.

13. Attached hereto as **Exhibit 12** is a true and correct copy of Homology's Form 10-Q for the period ending March 31, 2020, filed with the SEC on May 7, 2020.

14. Attached hereto as **Exhibit 13** is a true and correct copy of Homology's Form 8-K, filed with the SEC on February 18, 2022.

15. Attached hereto as **Exhibit 14** is a true and correct copy of Homology's Form 8-K, filed with the SEC on June 13, 2022.

16. Attached hereto as **Exhibit 15** is a true and correct copy of a press release, "Homology Medicines Announces Presentation of Positive Data from the Dose-Escalation Phase of the pheNIX Gene Therapy Trial for Adults with PKU," published by Homology on November 6, 2020, *available at* https://www.homologymedicines.com/news-story/homology-medicines-announces-presentation-of-positive-data-from-the-dose-es.

3

17.    Attached hereto as **Exhibit 16** is a true and correct copy of Homology's Form 10-Q for the period ending March 31, 2021, filed with the SEC on May 6, 2021.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 8, 2023 in Los Angeles, California.

/s/ Meryn C. N. Grant
Meryn C. N. Grant

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that this document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent on June 8, 2023 to those identified as non-registered participants.

<u>/s/ Michele D. Johnson</u>
Michele D. Johnson