# EXHIBIT 2

**Food and Drug Administration**
**Center for Biologics Evaluation and Research**
**Summary Minutes**
**70th Cellular, Tissue and Gene Therapies Advisory Committee Meeting**
**September 2-3, 2021**

**Committee Members**
Lisa Butterfield, Ph.D. (Chair)
Tabassum Ahsan Ph.D.
Kenneth Berns, M.D., Ph.D.
Christopher Breuer, M.D.
Bernard Fox, Ph.D.
Jeannette Yen Lee, Ph.D.
Mark Walters, M.D.
Joseph Wu, M.D., Ph.D.
John Zaia, M.D.

**Temporary Voting Members**
Frederic Bushman, Ph.D.
Barry Byrne, M.D., Ph.D.
LaTasha Crawford, V.M.D., Ph.D., D.A.C.V.P.
James DeFilippi, M.B.A., P.M.P.[***]
Peggy DiCapua[***]
Theo Heller, M.D.
Roland Herzog, Ph.D.
Raymond Roos, M.D.
Carlos Sanchez, M.D.
Charles Venditti, M.D., Ph.D.
Charles Vite, D.V.M., Ph.D.
Caroline Zeiss, B.V.Sc., Ph.D., D.A.C.V.P., D.A.C.L.A.M.

**Industry Representative**
Eric Crombez, M.D.[**]

**Consumer Representative**
Randy Hawkins, M.D.[*]

[*]Consumer Representative
[**] Industry Representative
[***]Patient Representative

**Speakers and Guest Speakers**
Deepa Chand, M.D. (Guest Speaker)
Ronald Crystal, M.D. (Guest Speaker)
Lindsey George, M.D. (Guest Speaker)
Denise Sabatino, Ph.D. (Guest Speaker)
Mark Sands, Ph.D. (Guest Speaker)
Rosa Sherafat-Kazemzadeh, M.D. (FDA)
James Wilson, M.D., Ph.D. (Guest Speaker)

**FDA Participants**
Rachael Anatol, Ph.D.
Wilson Bryan, M.D.
Andrew Byrnes, Ph.D.
Denise Gavin, Ph.D.
Leila Hann
Gaya Hettiarachchi, Ph.D.
Vijay Kumar, M.D.
Peter Marks, M.D., Ph.D.
Steven Oh, Ph.D.
Raj Puri, M.D., Ph.D.
Tejashri Purohit-Sheth, M.D.
Mercedes Serbian, M.S.
Zenobia Taraporewala, Ph.D.
Daniel Urban, Ph.D.
Celia Witten, Ph.D., M.D.
Lei Xu, M.D., Ph.D.

**Designated Federal Officers (DFO)**
Jarrod Collier, M.S.
Christina Vert, M.S.

**Committee Management Specialist(s)**
Joanne Lipkind, M.S.

**Director**
Prabhakara Atreya, Ph.D.

**Food and Drug Administration**
**Center for Biologics Evaluation and Research**
**Summary Minutes**
**70th Cellular, Tissue and Gene Therapies Advisory Committee Meeting**
**September 2-3, 2021**

These summary minutes for the September 2-3, 2021 meeting of the Cellular, Tissue and Gene Therapies Advisory Committee were approved on November 17, 2021.

I certify that I participated in the September 2-3, 2021 meeting of the Cellular, Tissue and Gene Therapies Advisory Committee (CTGTAC) meeting and that these minutes accurately reflect what transpired.

_____/S/_____
Christina Vert, M.S.
Jarrod Collier, M.S.
Designated Federal Officer

_____/S/_____
Lisa H. Butterfield, Ph.D.
Chair

On September 2-3, 2021 at 10:00 a.m. Eastern Standard Time (EST), the 70th meeting of the Cellular, Tissue, and Gene Therapies Advisory Committee (CTGTAC) took place in open session to discuss the toxicity risks of AAV vector-based gene therapy products. The discussion topics include oncogenicity risks due to vector genome integration and safety issues identified during preclinical and/or clinical evaluation. Given the topic of this meeting, it was determined to be a Particular Matter of General Applicability (PMGA).

On Day 1, September 2, Dr. Lisa Butterfield, the Chair, called the meeting to order. The DFO, Mr. Jarrod Collier, made administrative remarks, conducted roll call and invited the committee members to introduce themselves, and read the Conflict of Interest (COI) statement into the public record. There were four conflict of interest waivers issued under 18 U.S. Code Section 208 in connection with this meeting: Dr. Kenneth Berns (Committee Member), Dr. Barry Byrne (TVM), Dr. Roland Herzog (TVM), and Dr. Charles Vite (TVM). During the open session, CTGTAC members, consultants, FDA speakers, Guest Speakers, staff, and the public speakers all participated via the Adobe Connect web conference.

Dr. Wilson Bryan, Director of the Office of Tissues and Advanced Therapies, provided FDA Opening Remarks. This was followed by a presentation from the FDA Speaker, Dr. Rosa Sherafat-Kazemzadeh, on "Toxicity Risks of Adeno-associated Virus (AAV) Vectors for Gene Therapy (GT)." Immediately following this presentation, there was a Q & A session for the FDA Speaker.

Following the FDA Q&A, Session 1 on Vector Integration and Oncogenicity Risks commenced. For the start of Session 1, the Guest Speaker, Dr. Mark Sands, gave a presentation on "rAAV Integration: *In Vitro* & Mice." Immediately following the presentation, there was a 15-minute Q & A session for Dr. Sands. Next, the Guest Speaker, Dr. Denise Sabatino, gave a presentation on "AAV Integration Studies in Large Animal Models: Non-Human Primates and Dogs". Immediately following the presentation, there was a 15-minute Q & A session for Dr. Sabatino.

Ex. 2
2

**Food and Drug Administration**
**Center for Biologics Evaluation and Research**
**Summary Minutes**
**70th Cellular, Tissue and Gene Therapies Advisory Committee Meeting**
**September 2-3, 2021**

Once the Committee returned from lunch, a 30-minute Open Public Hearing (OPH) session was held from 12:45 p.m. to 1:15 p.m. in which 4 pre-registered public speakers provided presentations. The names of OPH speakers and their remarks may be obtained from the transcript posted on the website. Following the OPH session there was a Committee Discussion of Questions session with Committee Members and Temporary Voting Members.

During the Committee Discussion of Questions for Session 1, the following discussion questions were presented to the Committee:

Discussion Question #1:

1. Please discuss the merits and limitations of animal studies to characterize the risk of AAV vector-mediated oncogenicity, and provide recommendations on specific preclinical study design elements, to include:
   a. Animal species, healthy vs. disease models, and animal age
   b. In-life and post-mortem assessments, including methods for integration analysis
   c. Duration of follow-up, post-dose

Summary of Discussion: *The extent to which animal studies can translate oncogenic risk associated with a specific AAV vector-based product to a particular patient population is unknown; more clinical long-term follow-up data are needed to better assess this issue. However, animal studies may be helpful to better understand the mechanism by which AAV vector-mediated integration may lead to oncogenicity and how factors such as vector construct, dose levels, route of administration and animal age when dosed may influence study outcome. It is important that animal study designs recapitulate these aspects of the intended clinical use, be of adequate duration to detect potential tumor formation, and use appropriate methods for analysis of integration and clonal expansion. Current scientific gaps/limitations, emerging technologies for integration analysis, and the value of developing and standardizing methods were discussed.*

Discussion Question #2:

2. Current literature suggests that various factors may affect AAV-mediated vector genome persistence, vector integration, and the risk of oncogenesis. Please discuss benefit-risk considerations for AAV vector-mediated oncogenesis, such as patient age at the time of treatment, pre-existing liver conditions (e.g., infection with hepatitis B or C virus), and high vector dose.

Ex. 2
3

**Food and Drug Administration**
**Center for Biologics Evaluation and Research**
**Summary Minutes**
**70th Cellular, Tissue and Gene Therapies Advisory Committee Meeting**
**September 2-3, 2021**

Summary of Discussion: *Benefit-risk evaluations of AAV gene therapy (GT) products should be made on a case-by-case basis, and take into consideration the risks related to:*

- *Available alternative treatments such as liver transplant for inborn errors of metabolism*
- *Patient's age at the time of gene therapy*
- *Pre-existing conditions such as chronic viral hepatitis prior to systemic administration of gene therapy*
- *Route of administration, e.g., considering the risk of liver toxicities with intravenously administered AAV vectors, patients with pre-existing conditions such as viral hepatitis may wait until their liver shows improvement before receiving the AAV GT*

Discussion Question #3:

3.  Considering the risk of oncogenesis,

    a.  Please provide recommendations on safety monitoring measures that should be included in clinical trials.

    b.  Please provide recommendations on duration, frequency, and method of long-term follow-up (LTFU) for recipients of AAV vectors.

Summary of Discussion: *Monitoring for signs of hepatocellular carcinogenicity could be done by adopting standard approaches, but computerized tomography (CT) scans are not recommended due to the radiation risk, and MRI is not cost effective. Ultrasound every 6 months with lifelong follow-up may be an option but could be challenging in some cases due to patient's age, or the cost. Newer approaches such as analysis of cell-free DNA for vector integration screening may be a promising monitoring tool.*

*Data sharing across registries and electronic health records (EHRs) for long-term (lifelong) follow-up and data catalogues or repositories generated across AAV vector serotypes could be considered to assist in identifying signals. There are challenges related to such approaches/surveillance (complicated and labor-intensive) which should be considered in the context of the potential risk of oncogenicity due to vector integration.*

Discussion Question #4:

Ex. 2
4

**Food and Drug Administration**
**Center for Biologics Evaluation and Research**
**Summary Minutes**
**70th Cellular, Tissue and Gene Therapies Advisory Committee Meeting**
**September 2-3, 2021**

4. Please discuss whether some vector designs may enhance the frequency of vector-mediated integration and the risk of oncogenesis. For example, how is the risk affected by promoter-enhancer elements, genome-targeted nucleases, or novel AAV vector designs for which there is limited clinical experience. Because AAV vectors can carry significant levels of co-packaged DNA impurities from the manufacturing process, is the risk of oncogenesis increased due to potential integration of non-vector DNA, and what types of studies should be performed to assess this risk?

Summary of Discussion: *Some animal studies have shown that certain promotor-enhancer combinations lead to higher risks of oncogenicity. Studies are needed to analyze and eliminate sequences in vectors that increase the risk of oncogenicity. Better analytical approaches are also needed to look at vector sequences, characterize contaminants in the vector preparation, and identify any contaminating sequences.*

After the Committee Discussion of Questions for Session 1 concluded, the Committee moved immediately to Session #2: Hepatotoxicity.

For the start of Session 2, the Guest Speaker, Dr. Lindsey George, gave a presentation on "Systemic AAV: Clinical Findings of Hepatotoxicity". Immediately following the presentation, there was a 15-minute Q & A session for Dr. George. Next, the Guest Speaker, Dr. James Wilson, gave a presentation on "Adeno-Associated Virus-Related Toxicities in Nonhuman Primates". Immediately following the presentation, there was a 15-minute Q & A session for Dr. Wilson.

Once the Committee returned from a 10-minute break, a 30-minute Open Public Hearing (OPH) session was held from 4:05 p.m. to 4:35 p.m. in which 3 pre-registered public speakers made presentations. The names of OPH speakers and their remarks may be obtained from the transcript posted on the website. Following the OPH session there was a Committee Discussion of Questions session with Committee Members and Temporary Voting Members.

During the Committee Discussion of Questions for Session 2, the following discussion questions were presented to the Committee:

Discussion Question #1:
1. Please discuss the merits and limitations of animal studies to characterize the risk of hepatotoxicity and provide recommendations on preclinical study design elements, such as animal species / disease models and in-life and post-mortem assessments.

Ex. 2
5

**Food and Drug Administration**
**Center for Biologics Evaluation and Research**
**Summary Minutes**
**70th Cellular, Tissue and Gene Therapies Advisory Committee Meeting**
**September 2-3, 2021**

**Summary of Discussion:** *Concern was expressed over whether available animal species/models are good models of the AAV-mediated hepatotoxicity observed in humans. However, animal studies could potentially be used to understand the mechanisms of acute and long-term hepatotoxicity, the impact of underlying disease pathophysiology, the role of the immune response, impact of complement activation, effects of immune suppression, and alternatives to corticosteroids. Recommendations included incorporation of early assessment timepoints, liver biopsies, transcriptomics, and evaluation of biomarkers for muscle or liver injury toxicity.*

Discussion Question #2:

2.  How should patients be screened and categorized based on their risk for developing liver injury before AAV vector administration? Please discuss whether pre-existing hepatic conditions may predict the risk of serious liver injury.

**Summary of Discussion:** *Hepatologists should be engaged early in clinical development to ensure careful screening and identification of patients with pre-existing liver conditions, which could predict serious liver injury.  Screening for bridging fibrosis might be informative but would depend on different disease states that affect baseline characteristics. Total and/or neutralizing antibody titers are screened in many clinical studies, but how such testing is performed, the cut-offs, and the acceptance criteria are all variables that may need standardization.*

Discussion Question #3:

3.  What additional strategies could be implemented before and/or after AAV vector administration to prevent or mitigate the risk of liver injury?

**Summary of Discussion:** *Disease-specific liver state should be considered to enable screening and monitoring to be individualized, if necessary.  Bloodwork may be sufficient for some study subjects, while other study subjects may need ultrasounds or a biopsy, e.g., in cases where subjects are showing signs of hepatic toxicity.  Strategies to mitigate risk of liver injury should include lowering the vector dose and investigating the immune responses.*

Discussion Question #4:

4.  What factors (e.g., level of disease severity) other than weight should be considered to determine the vector dose for systemic administration?

**Summary of Discussion:** *Dose escalation studies should be carefully performed to monitor for toxicities.*

Ex. 2

6

**Food and Drug Administration**
**Center for Biologics Evaluation and Research**
**Summary Minutes**
**70th Cellular, Tissue and Gene Therapies Advisory Committee Meeting**
**September 2-3, 2021**

*The capsid antigen burden should be considered, but it may not be possible to delink the antigenic burden from the levels of transgene (in the therapeutic dose). Body mass index (BMI) abnormalities can exist in many disease states, in which case bone, fat, muscle and organ composition and volumetrics might help define doses that lead to toxicities versus efficacy.*

Discussion Question #5:

5. Considering the risk of hepatotoxicity observed in clinical trials with high doses of AAV vectors,

   a. Please discuss whether an upper limit should be set for the total vector genome dose per subject.

   b. Given that many AAV products contain significant amounts of empty capsids, please discuss whether an upper limit should be set on the total capsid dose.

Summary of Discussion: *An arbitrary upper limit of the total vector genome dose or total capsid dose is not recommended, as it is hard to standardize vector measurements across studies or to determine if there is an appropriate upper limit. The dose should be based on a measurement of total vector genome dose (vg/kg) or by factoring in BMI, while also considering that risks may be exacerbated by underlying liver disease.*

*Assays for empty capsids need better standardization. More effort is needed to comprehensively characterize empty capsids and other byproducts of AAV manufacturing; data from such studies are needed before discussing limits on the total vector genome dose.*

*Carefully following subjects may facilitate understanding the differences between pediatric and adult subjects.*

The meeting was then adjourned on September 2, 2021 at 6:00 PM EST.

On Day 2, September 3, Dr. Lisa Butterfield, the Chair, called the meeting to order. The DFO, Mr. Jarrod Collier, made administrative remarks, conducted roll call and invited the committee members to introduce themselves, and read the Conflict of Interest (COI) statement into the public record. There were four conflict of interest waivers issued under 18 U.S. Code Section 208 in connection with this meeting: Dr. Kenneth Berns (Committee Member), Dr. Barry Byrne (TVM), Dr. Roland Herzog (TVM), and Dr. Charles Vite (TVM). During the open session, CTGTAC members, consultants, FDA speakers, Guest Speakers, staff, and the public speakers all participated via the Adobe Connect web conference.

Dr. Wilson Bryan, Director of the Office of Tissues and Advanced Therapies, provided FDA Opening Remarks.

**Food and Drug Administration**
**Center for Biologics Evaluation and Research**
**Summary Minutes**
**70th Cellular, Tissue and Gene Therapies Advisory Committee Meeting**
**September 2-3, 2021**

For the start of Session 3: Thrombotic Microangiopathy (TMA), the Guest Speaker, Dr. Deepa Chand, gave a presentation on "Clinical Findings of Thrombotic Microangiopathy (TMA)". Immediately following the presentation, there was a 15-minute Q & A session for Dr. Chand. Once completed, a 30-minute Open Public Hearing (OPH) session was held from 11:00 a.m. to 11:30 a.m. in which 1 pre-registered public speaker made a presentation. The name of OPH speaker and their remark may be obtained from the transcript posted on the website. Following the OPH session there was a Committee Discussion of Questions session with Committee Members and Temporary Voting Members.

During the Committee Discussion of Questions for Session 3, the following discussion questions were presented to the Committee:

Discussion Question #1:

1.  Please discuss factors that may increase the risk of TMA following AAV vector administration.

Summary of Discussion: *There seems to be an association between the frequency of TMA events and total viral capsid exposure. Immune activation is likely a common event and antigen-antibody complex triggering is critical. While patients are tested for pre-existing neutralizing antibodies for AAV, some assays cannot differentiate immunoglobulin class to determine whether a sero-negative result means that the patient is truly naïve. Measurement of immunoglobulin class at early timepoints after AAV GT administration is helpful because IgM plays an important role in mediating complement activity. Early laboratory testing for D-dimer will also help monitor for liver injury.*

Discussion Question #2:

2.  Please provide recommendations on strategies that could be implemented before and/or after AAV vector administration to prevent or mitigate the risk of AAV vector-mediated TMA.

Summary of Discussion: *In addition to monitoring the timeline of vector copy number decline, strategies focusing on targeting IgM-mediated complement activation and implementation of B-cell-targeted therapies should be considered. Additional risk mitigation strategies to be considered include decreasing the amount of CpG levels in the vector sequence to potentially decrease stimulation of the innate immune system. The underlying disease could also impact the likelihood of developing TMA and possible*

**Food and Drug Administration**
**Center for Biologics Evaluation and Research**
**Summary Minutes**
**70th Cellular, Tissue and Gene Therapies Advisory Committee Meeting**
**September 2-3, 2021**

*need for prophylaxis.  Prophylactic strategies should be carefully considered in the context of associated risk.*

Discussion Question #3:

3. Considering the risk of TMA observed in clinical trials with high doses of AAV vectors,
   a. Please discuss whether an upper limit should be set for the total vector dose.
   b. Given that many AAV products contain significant amounts of empty capsids, please discuss whether an upper limit should be set on the total capsid dose.

==Summary of Discussion:== *An upper limit of vector dose per subject is not advised; however, an upper limit of vector per kilogram of body weight, or per kilogram of ideal body weight based on BMI, could be recommended. One challenge for recommendation of an upper limit on vector dose per subject is the lack of reference standards, limiting the comparison of critical quality attributes across sponsors and/or products.  There is a need for development of better techniques, such as next generation sequencing and proteomics, to better characterize if the capsids are full, partially full, or truly empty capsids.*

Following the Committee Discussion of Questions, the committee had a 35-minute lunch break.

For the start of Session 4: Neurotoxicity: Dorsal Root Ganglion (DRG) Toxicities, the Guest Speaker, Dr. James Wilson, gave a presentation on "Nonclinical Findings of Dorsal Root Ganglion, Spinal Cord and Peripheral Nerve Toxicities". Immediately following the presentation, there was a 15-minute Q & A session for Dr. Wilson.

Once the Committee returned from a 10-minute break, a 30-minute Open Public Hearing (OPH) session was held from 1:50 p.m. to 2:20 p.m. in which 2 pre-registered public speakers made presentations. The names of OPH speakers and their remarks may be obtained from the transcript posted on the website. Following the OPH session there was a Committee Discussion of Questions session with Committee Members and Temporary Voting Members.

During the Committee Discussion of Questions for Session 4, the following discussion questions were presented to the Committee:

Discussion Question #1:

1. Based on the published data, please discuss the relevance of the non-human

Ex. 2
9

**Food and Drug Administration**
**Center for Biologics Evaluation and Research**
**Summary Minutes**
**70th Cellular, Tissue and Gene Therapies Advisory Committee Meeting**
**September 2-3, 2021**

primate cases of DRG toxicity to human subjects.

Summary of Discussion: *Questions remain regarding the mechanism of DRG toxicity and the relevance to humans. Further investigation in animal studies may be useful to better understand the mechanisms underlying the DRG toxicity, including the role of endoplasmic reticulum stress, transgene-mediated effects, and the threshold at which histopathological changes may lead to clinical manifestations.*

Discussion Question #2:

2. Please provide recommendations on preclinical study design elements, such as animal species/disease models, age, in-life and post-mortem assessments, and duration of follow-up, post-dose, that may contribute to further characterization of DRG toxicity.

Summary of Discussion:  *Healthy animals or disease models in an animal species sensitive to the DRG changes, such as non-human primates, dogs, cats, and pigs, could be informative, and ideally would reflect the age of study subjects. Longer study durations may be appropriate given the chronic nature of the findings, particularly for novel vectors and subtypes. Comprehensive histopathological assessments by a neuropathologist, nerve conduction studies (including functional assessments, such as H-reflex testing), responses to von Frey filaments, dynamic-brush assays, and urinary reflex assessments could be important for more comprehensive assessment of nerve function and pain. Given the unknown translational relevance and challenges with detecting sensory neuron toxicity, it is important to evaluate this risk in the context of the overall benefit-risk profile for an AAV vector product.*

Discussion Question #3:

3. In addition to periodic neurological examinations, please provide recommendations on other methods to mitigate the risk of DRG toxicity in clinical trials.

Summary of Discussion: *Assessments can be complicated by limitations due to age or cognitive and/or communication skills.  Identification of potential biomarkers in peripheral blood or in cerebrospinal fluid (CSF) might be helpful in assessing risk of DRG toxicity.  Evaluation of potential DRG toxicity should be performed at baseline and at regular intervals, particularly in children.*

Ex. 2
10

**Food and Drug Administration**
**Center for Biologics Evaluation and Research**
**Summary Minutes**
**70th Cellular, Tissue and Gene Therapies Advisory Committee Meeting**
**September 2-3, 2021**

For the start of Session 5: Neurotoxicity: Brain MRI Findings, the Guest Speaker, Dr. Ronald Crystal, gave a presentation on "Clinical and Nonclinical Consequences of Direct CNS Parenchymal Administration of AAV Vectors". Immediately following the presentation, there was a 15-minute Q & A session for Dr. Crystal.

Once the Committee returned from a 10-minute break, there was a Committee Discussion of Questions session with Committee Members and Temporary Voting Members.

During the Committee Discussion of Questions for Session 5, the following discussion questions were presented to the Committee:

Discussion Question #1:

1. Please provide recommendations for any preclinical in-life and post-mortem assessments (e.g., behavioral and neuropathological assessments) and duration of follow-up, post-dose, to identify and further characterize the risk of neurotoxicity following intraparenchymal administration of AAV vectors.

Summary of Discussion:  *Preclinical studies in small and large animals, including models of disease, can provide neuropathological and behavioral information for safety evaluation prior to a clinical trial.  Large animal species may facilitate the use of specialized delivery techniques that can be translated clinically. Further investigation into contributing effects of the vector and transgene, immune response, and the impact of immunosuppression could be valuable in providing a better understanding of the mechanism of toxicity, while inclusion of endpoints such as serial imaging to assess recovery from any lesions, electroencephalograms (EEGs), and behavioral assessments may be useful to better characterize the toxicity.*

Discussion Question #2:

2. Please discuss the clinical significance, if any, of brain MRI abnormalities observed in clinical trials of AAV vector gene therapies. Please discuss whether the delivery procedure vs. AAV vector may have contributed to the abnormal brain MRI findings.

Summary of Discussion: *Local delivery may be effective to deliver the GT vector for the treatment of diffuse CNS disease.  Combined delivery methods may be necessary to more effectively treat diffuse CNS disease.  The abnormal MRI findings may be due to the AAV vector and/or the delivery device/ procedure.*

Discussion Question #3:

Ex. 2
11

**Food and Drug Administration**
**Center for Biologics Evaluation and Research**
**Summary Minutes**
**70th Cellular, Tissue and Gene Therapies Advisory Committee Meeting**
**September 2-3, 2021**

3. Please provide recommendations on strategies that could be implemented before and after vector administration to prevent or mitigate the risk of central nervous system injury.

Summary of Discussion*: Intra-operative MRI monitoring with gadolinium contrast infusion may decrease procedure-related risks by allowing for more accurate cannula placement, tracking of infusion, and early identification of infusion leaks. Follow-up neurological examinations could be supplemented by serial electroencephalograms (EEGs) to detect and manage subclinical seizures.*

Discussion Question #4:

4. Please recommend a duration of monitoring for subjects who have abnormal brain MRI findings, or factors to consider for the determination of an appropriate duration of monitoring.

Summary of Discussion: *Serial MRIs at 1, 3, and 6 months after product administration, and then annually, would be appropriate for consideration.  MRI follow-up can be challenging in many pediatric settings and can possibly require general anesthesia. If immunogenicity to the vector is being considered as a potential cause of the abnormal MRI findings, identification and development of biomarkers of immune response, in the CSF or blood, may allow for monitoring of the immune response.*

Discussion of Follow-up Question:

Dr. Wilson Bryan asked the committee for any additional recommendations if clinical manifestations associated with the abnormal MRI findings are reported in the future.

*Summary of Discussion*: *The committee noted that if clinical manifestations are associated with MRI findings, this would be concerning, and recommended evaluation of the particular clinical case(s) to determine whether the clinical findings were due to the intraparenchymal route of administration and thus warrant modification of the route of administration or modification of the catheter design, or whether the clinical findings were due to an immunogenic reaction to the vector or transgene.*

After the Committee Discussion of Questions, Dr. Peter Marks, Director of the Center for Biologics Evaluation and Research, provided closing remarks.

The meeting was then adjourned on September 3, 2021 at 5:58 PM EST.

Additional information and details may be obtained from the transcript and the

Ex. 2

12

**Food and Drug Administration**
**Center for Biologics Evaluation and Research**
**Summary Minutes**
**70th Cellular, Tissue and Gene Therapies Advisory Committee Meeting**
**September 2-3, 2021**

recording of the webcast of the meeting may be viewed at:

- **https://youtu.be/58KjL9_p9Tw** (Day 1)
- **https://youtu.be/yLggQF0XUUY** (Day 2)

# Cellular, Tissue, and Gene Therapies
# Advisory Committee September 2-3,
# 2021 Meeting Presentation

Individuals using assistive technology may not be able to fully access the information contained in this file. For assistance, please send an e-mail to: ocod@fda.hhs.gov and include 508 Accommodation and the title of the document in the subject line of your e-mail.

# Systemic AAV: Clinical Findings of Hepatotoxicty

## CTGTAC: Toxicity Risks of AAV Vectors for Gene Therapy
## September 2-3rd, 2021



Lindsey A. George, MD

Assistant Professor of Pediatrics, UPENN

Director of Clinical In Vivo Gene Therapy, CHOP

Attending Hematologist, CHOP



Ex. 2
15

# Disclosures

| CONFLICT | DISCLOSURE |
| --- | --- |
| Grant / Research Support | No relevant conflicts of interest to declare |
| Director / Officer / Employee | No relevant conflicts of interest to declare |
| Shareholder | No relevant conflicts of interest to declare |
| Paid Instructor | No relevant conflicts of interest to declare |
| Speaker Bureau | No relevant conflicts of interest to declare |
| Consultant | Pfizer, Bayer, Biomarin, Intellia |
| Other | Avrobio (DSMB), STRM.Bio (SAB) |

# Outline

**Observed clinical hepatotoxicity following systemic AAV :**

- Hemophilia A and B

- Spinal Muscular Atrophy

- X-linked myotubular myopathy

# Systemic AAV Efficiently Targets the Liver

- **Liver functions:**
  - CHO, lipid, bilirubin metabolism
  - Protein synthesis: 60% of proteins, all plasma proteins (except $\gamma$ −globulins)

- **Hepatic Blood Flow**
  - 1L/minute, 10-15% of total blood volume
  - Dual blood supply: hepatic portal v., hepatic a.

- **Fenestrated endothelium in hepatic sinusoids**

- **Independent of therapeutic target, systemic AAV traffics the liver**

- **Hepatotoxicity is the most common AE in AAV clinical trials**



Erlich et al. Ann Rev Biomed Eng 2019

# Hemophilia A and B

|  | Hemophilia A | Hemophilia B |
|---|---|---|
| Incidence (males) | 1 in 5,000 | 1 in 30,000 |
| Deficient protein | FVIII | FIX |
| Endogenous synthesis | LSECs (predominantly) | hepatocytes |

- All current hemophilia AAV trials target hepatocyte transgene expression

- Enrollment criteria: adults, with ≤ stage 2 fibrosis



Mazepa, Blood 2016

90% of severe hemophilia patients >40 years contracted HCV

Ex. 2
19

# Hepatic Toxicity: Hemophilia A and B trials

### AAV2-ssFIX
### High Dose cohort:  2 x 10$^{12}$ vg/kg



Manno CS *et al.*, Nat Med 2006;12:342-347



Mingozzi F et al., Nat Med 2007
Mingozzi F and High KA, Blood 2013

Ex. 2
20

# Hepatic Toxicity: Cytotoxic Immune response

- **Presentation**: transient transaminase elevations (ALT most pronounced), decline in FVIII/FIX activity, IFN-$\gamma$ ELISPOT to AAV capsid peptides; 1-3 months post vector

- **Management**: glucocorticoids or other immune-modulating agents (*e.g.* MMF, tacrolimus)

- **CTL response pattern observed in multiple HA and HB trials:**
  - Nathwani et al., NEJM 2011 (AAV8-scFIX, 2E12 vg/kg)
  - George et al., NEJM 2017 (AAV-SPK100-ssFIX-Padua, 5E11 vg/kg)
  - Chowdary et al., Res Pract Thromb Haemost 2020 (AAVS3-FIX-Padua, 7.5-9.5E11 vg/kg)
  - George et al., Res Pract Thromb Haemost 2020 (AAV-LK03-FVIII, 1.5-2E12 vg/kg)*
  - Konkle et al., Blood 2021 (AAV8-scFIX-Padua, 2E11-3E12 vg/kg)*
    - * some participants lost all transgene expression

- **Higher vector CpG content**: CTL responses not abrogated by steroid intervention resulting in loss of expression
  - Konkle et al., Blood 2021 (AAV8-scFIX-Padua, 2E11-3E12 vg/kg)*
  - Faust SM et al., J Clin Invest 2013

- **2 trials observed recrudesce of a cellular immune response when weaning glucocorticoids**
  - AAVS3-FIX-Padua and AAV-LK03-FVIII; both AAV3-derived capsids

- ***Thus far limited efficacy, but not raised major safety concerns*** (Dose ranges: 2E11-6E13 vg/kg)

Ex. 2
21

# Hepatic Toxicity: Hemophilia A and B trials

- Transaminase elevations without evidence of a cellular immune response
  - Rangarajan et al., NEJM 2017
  - Miesbach et al., Blood 2017

- Multi-month, unclear etiology, mild transaminase elevations (up to 2X ULN) without associated decline in FVIII activity or responsiveness to steroid intervention in some participants

**AAV5-FVIII 6E13 vg/kg (Rangarajan et al., NEJM 2017)**





Ex. 2

22

# Hepatic Toxicity: SMA

- AR disorder resulting in loss of LMN due to decreased SMN protein that is ubiquitously expressed; now part of NBS in most states

- 1 in 11,000; SMA I (45-65% of cases): mortality or require respiratory support  by 2 years

- Natural history related to liver function:
  - Up to 1/3 of SMA I patients have some degree of underlying liver disease (steatosis on autopsy), possibly due to abnormal fatty acid metabolism or decreased glutathione stores

- Onasemnogene abeparvovec (Zolgensma®): AAV9-CMV/CAG-SMN1: 1.1E14 vg/kg
- N = 800 patients treated



**Science, 2017**

Ex. 2
23

## Boxed Safety Warning

**WARNING:  ACUTE SERIOUS LIVER INJURY**

*See full prescribing information for complete boxed warning.*

- Acute serious liver injury and elevated aminotransferases can occur with ZOLGENSMA. (**5.1**)
- Patients with pre-existing liver impairment may be at higher risk. (**8.6**)
- Prior to infusion, assess liver function of all patients by clinical examination and laboratory testing (e.g., hepatic aminotransferases [aspartate aminotransferase (AST) and alanine aminotransferase (ALT)], total bilirubin, and prothrombin time). Administer systemic corticosteroid to all patients before and after ZOLGENSMA infusion. Continue to monitor liver function for at least 3 months after infusion (**2.1**) (**2.3**).

# Hepatic Toxicity: SMA

- 61% of patients had transaminase elevations before vector, median age: 2.9 months

- N = 100 clinical trial patients, 90% had ALT or AST elevation; non-cholestatic pattern
  - Most <3X ULN
  - 9% mild ($\geq$ 3X to <5X ULN)
  - 6% moderate ($\geq$ 5 to <20X)
  - 5% severe ($\geq$20X)

- Transaminase elevations: 1 week post vector with second peak at 1 month, concurrent with steroid wean or discontinuation

- Patients treated with prophylactic prednisone, mean 83 days (range: 33-229 days)



**Fig. 1. Distribution of prednisolone duration in onasemnogene abeparvo-vec clinical studies.**

Ex. 2

24

Chand et al., J of Hepatol 2021

# SMA: case reports of acute liver failure

- **6mo term male with SMA1 presented 7 weeks post vector in acute liver failure with encephalopathic clinical features**
  - Note: elevation of transaminases ~3-4X ULN prior to vector
  - AST 4447 U/L, ALT 2014 U/L, GGT 45 U/L, DBili 3.9 mg/dL, GGT 273 U/L, INR 5.3 (factor studies c/w liver failure), LDH 3226 U/L; ammonia normal
  - Extensive work up (include whole genome sequencing): + only for norovirus; liver biopsy at presentation (below)
  - Managed with glucocorticoids weaned over a year; liver biopsy at 2 months, persistent fibrosis
  - 18 months later continues to make motor gains



IHC: CD8+

Portal, perisinusoidal and central fibrosis

- **20mo term female with SMA presented 8 weeks post vector in acute liver failure with stage 1-2 encephalopathy**
  - Received prednisone before infusion through day 14, where dose was increased due to increase in LFTs and mild hepatomegaly
  - AST 1950 U/L, ALT 1634 U/L, GGT 572 U/L, TBili 3.5 mg/dL, GGT 273 U/L, INR 1.5 (factor studies c/w liver failure), ammonia 103 mM
  - Work up negative: infectious, autoimmune
  - Liver biopsy: inflammatory infiltrates (mostly CD8+ and neutrophils)
  - Managed with glucocorticoids that were weaned over 3.5 months
  - 9 months later continues to make motor gains

- **Time course, responsiveness to glucocorticoids and hepatic biopsy findings favor an AAV vector immune response**

Ex. 2
25

Fedlman AG et al., J Pediatrc 2020

# Hepatic Toxicity: XLMTM

- Most common and severe form of centronuclear myopathy typically due to *MTM1* mutations resulting in extreme skeletal muscle weakness

- 1in 50,000 male births, disease classification based on ventilator support

- Heterogenous phenotype, 50% mortality by 18 months

- Liver disease reported of unclear etiology, modest natural history data available

- Treatment: none

- Multiple therapeutic strategies in clinical trial (including ERT)





Normal muscle fibers    Abnormal muscle fibers, XLMTM*

Annoussamy M et al., Neurology 2019

# Hepatic Toxicity XLMTM: AT132 (Audentes/Astellas)

- AT132 for XLMTM: AAV8-*MTM1*
- Excluded subjects with pre-existing clinically significant liver disease
- Protocol specified subjects given prednisone 1mg/kg/day weeks 0-8 and tapered weeks 9-16

|  | 1.3E14 vg/kg | 3.5E14 vg/kg |
|---|---|---|
| Cohort size | 7 | 17 |
| Median Age (range) | 1.7 yr (0.8-4.1) | 2.6 yr (0.6-6.8) |
| AEs/SAEs | | 3 deaths |

**TABLE 2  Highest doses of AAV administered in gene therapy clinical trials**

| Clinical trial ID | Capsid | Drug name | Condition | Dose (vg/kg) | Company |
|---|---|---|---|---|---|
| NCT03769116 | AAV-rh74 | SRP-9001 | DMD | $2\times10^{14}$ | Sarepta |
| NCT03652259 | AAV-rh74 | SRP-9003 | LGMD | $2\times10^{14}$ | Sarepta |
| NCT02396342 | AAV5 | AMT-061 | Hemophilia B | $2\times10^{13}$ | uniQure |
| NCT03392974 | AAV5 | BMN-270 | Hemophilia A | $4\times10^{13}$ | BioMarin |
| NCT03199469 | AAV8 | AT-132 | XLMTM | $1\times10^{14}$, $3\times10^{14}$ | Audentes |
| NCT03306277 | AAV9 | Zolgensma | SMA | $1.1\times10^{14}$ | Novartis |
| NCT03368742 | AAV9 | SGT-001 | DMD | $5\times10^{13}$, $2\times10^{14}$ | Solid Bio |
| NCT03362502 | AAV9 | PF-0693992 | DMD | $1\times10^{14}$, $3\times10^{14}$ | Pfizer |

Ex. 2
27

Paulk, Biotechnology News 2020

# AT132 3.5E14 vg/kg 3 deaths: what is known?

- **Baseline**: All subjects 5 years of age at death and had at least 1 elevated bilirubin prior to vector

- **Total vector doses**: 4.8-7.7E15 vg

- **Presentation**: marked elevated bilirubin 35-50X ULN (peaking at 30-90X ULN) 4-6 weeks post vector followed by elevated transaminases

- **Unresponsive to immune modulating therapy**

- **Liver at autopsy:**
  - No marked inflammatory infiltrate
  - intrahepatic and canicular cholestasis
  - Periportal and bile ductular reaction with secondary fibrosis

- **Death 20-40 weeks post vector due to sepsis (n = 2) and GI bleeding 9 (n = 1); <u>>1 year ago</u>**
  - May 6, 2020; June 23, 2020; August 21, 2020

Ex. 2
28

Astellas press release Aug 2020
Shieh PB et al., Hum Gen Ther 2020

# AT132 1.3 E14 vg/kg

- **Clinical hold lifted by FDA in 12/2020, moved forward with 1.3E14 vg/kg dosing**

- **September 1, 2021 Astellas announced voluntary hold on screening and dosing**

- **1 subject in the 1.3E14 vg/kg dose cohort developed abnormal liver function within a month after dosing**

- **Subject had a history of intermittent cholestasis, but normal liver US and LFTs prior to dosing**

https://www.astellas.com/en/news/17121

# Summary/Conclusions: AAV hepatotoxicity

- **Clinical presentation:**
  - <u>Hemophilia and SMA</u>: non-cholestatic, hepatocellular pattern
  - <u>XLMTM</u>: progressive cholestatic hepatitis

- **Etiology:**
  - Hemophilia: CTL response likely accounts for most, but not all, hepatic toxicity
  - SMA: CTL/immune response
  - XLMTM: ?

- **Multiple variables:**
  - Patient population: Unclear natural history (XLMTM), underlying liver disease (hemophilia, 1/3 SMA patients)
  - Variable means of reported hepatotoxicity prohibiting comparison across trials and disease cohorts
  - Variety of AAV capsids, promoter/enhancer elements and transgenes, manufacturing
  - Vector doses: 2E11 – 3E14 vg/kg (1500X dose range)
  - Absence of publicly available data in some trials

- <u>**Morbidity and mortality of hepatotoxicity only observed at AAV doses > 1E14 vg/kg in pediatric patients**</u>

# FOOD AND DRUG ADMINISTRATION (FDA)
## Center for Biologics Evaluation and Research (CBER)
## Office of Tissues and Advanced Therapies (OTAT)
## 70th Cellular, Tissue and Gene Therapies (CTGT)
## Advisory Committee Meeting

## OPEN SESSION

## Web-Conference
## Silver Spring, Maryland 20993

## September 2-3, 2021

*This transcript appears as received from the commercial transcribing service after inclusion of minor corrections to typographical and factual errors recommended by the DFO.*

2

# ATTENDEES

| COMMITTEE MEMBERS | |
|---|---|
| Lisa Butterfield, Ph.D. | University of California, San Francisco |
| Kenneth Berns, M.D., M.P.H. | University of Florida |
| Eric Crombez, M.D. | Ultragenyx Gene Therapies |
| Tabassum (Taby) Ahsan, Ph.D. | Therapeutic Discovery at MD Anderson Cancer Center |
| Bernard Fox, Jr., Ph.D. | Providence Portland Medical Center |
| Randy Hawkins, M.D. | Private Practice |
| Christopher K. Breuer, M.D. | Nationwide Children's Hospital |
| Jeannette Yen Lee, Ph.D. | University of Arkansas for Medical Sciences |
| Joseph Wu, M.D., Ph.D. | Stanford University |
| John A. Zaia, M.D. | Beckman Research Institute of City of Hope |
| Mark C. Walters, M.D. | USCF Benioff Children's Hospital Oakland |
| TEMPORARY VOTING MEMBERS | |
| Frederic Bushman, Ph.D. | Perelman School of Medicine University of Pennsylvania |
| Peggy DiCapua | Advanced Real Estate, LLC |
| Barry J. Byrne, M.D., Ph.D. | University of Florida |
| Theo Heller, M.D. | National institutes of Health |
| LaTasha Crawford, V.M.D., Ph.D., D.A.C.V.P. | University of Wisconsin-Madison School of Veterinary Medicine |
| Roland W. Herzog, Ph.D. | Indiana University School of Medicine |
| James DeFilippi, M.B.A., P.M.P. | DeFilippi Consulting, LLC |



www.transcriptionetc.com

| | |
|---|---|
| **Raymond Roos, M.D.** | **University of Chicago** |
| **Carlos Sanchez, M.D.** | **Children's National Hospital** |
| **Carles Vite, B.S., D.V.M., Ph.D.** | **University of Pennsylvania** |
| **Charles P. Venditti, M.D., Ph.D.** | **National Institute of Health** |
| **Caroline Zeiss, D.A.C.V.P., D.A.C.L.A.M., Ph.D.** | **Yale University School of Medicine** |
| **SPEAKERS AND GUEST SPEAKERS** | |
| **Deepa Chand, M.D.** | **Novartis Gene Therapies** |
| **Roland Crystal, M.D.** | **Weill Cornell Medicine** |
| **Lindsey A. George, M.D.** | **The Children's Hospital of Philadelphia** |
| **Mark S. Sands, Ph.D.** | **Washington University School of Medicine** |
| **Denise E. Sabatino, Ph.D.** | **The Children's Hospital of Philadelphia** |
| **James (Jim) Wilson, M.D., Ph.D.** | **University of Pennsylvania** |
| **FDA PARTICIPANTS/SPEAKERS** | |
| **Peter W. Marks, M.D., Ph.D.** | **Food and Drug Administration** |
| **Wilson Bryan, M.D.** | **Food and Drug Administration** |
| **Leila Hann** | **Food and Drug Administration** |
| **Raj Puri, M.D., Ph.D.** | **Food and Drug Administration** |
| **Denise Gavin, Ph.D.** | **Food and Drug Administration** |
| **Celia Witten, Ph.D., M.D.** | **Food and Drug Administration** |
| **Rachael F. Anatol, Ph.D.** | **Food and Drug Administration** |
| **Tejashri Purohit-Sheth, M.D.** | **Food and Drug Administration** |



4

| | |
|---|---|
| **Andrew Byrnes, Ph.D.** | **Food and Drug Administration** |
| **Dan Urban, Ph.D.** | **Food and Drug Administration** |
| **Mercedes Serbian, M.S.** | **Food and Drug Administration** |
| **Rosa Sherafat-Kazemzadeh, M.D.** | **Food and Drug Administration** |
| **Vijay Kumar, M.D.** | **Food and Drug Administration** |
| **Lei Xu, M.D., Ph.D.** | **Food and Drug Administration** |
| **Zenobia F. Taraporewala, Ph.D.** | **Food and Drug Administration** |
| **Gaya Hettiarachchi, Ph.D.** | **Food and Drug Administration** |
| **FDA ADMINISTRATIVE STAFF** | |
| **Prabhakara Atreya, Ph.D.** | **Food and Drug Administration** |
| **Joanne Lipkind, M.S.** | **Food and Drug Administration** |
| **Jarrod Collier, M.S.** | **Food and Drug Administration** |
| **Christina Vert, M.S.** | **Food and Drug Administration** |



www.transcriptionetc.com

5

# TABLE OF CONTENTS

DAY 1 .................................................................................................................. 6

OPENING REMARKS: CALL TO ORDER, WELCOME.......................................... 6

ADMINISTRATIVE ANNOUNCEMENTS, ROLL CALL, INTRODUCTION OF
COMMITTEE, CONFLICT OF INTEREST STATEMENT ........................................ 7

FDA OPENING REMARKS ................................................................................. 28

FDA PRESENTATION "TOXICITY RISKS OF ADENO-ASSOCIATED VIRUS (AAV)
VECTORS FOR GENE THERAPY (GT)" ............................................................. 30

FDA PRESENTATION Q&A ................................................................................ 58

SESSION 1: VECTOR INTEGRATION AND ONCOGENICITY RISKS................... 60

INVITED SPEAKER PRESENTATION: "rAAV INTEGRATION: In Vitro & MICE" ............ 60

INVITED SPEAKER PRESENTATION Q&A............................................................ 80

INVITED SPEAKER PRESENTATION: "AAV INTEGRATION STUDIES IN LARGE
ANIMAL MODELS: NON-HUMAN PRIMATES AND DOGS".................................. 88

INVITED SPEAKER PRESENTATION Q&A.......................................................... 107

OPEN PUBLIC HEARING SESSION ................................................................... 117

COMMITTEE DISCUSSION OF QUESTIONS...................................................... 137

SESSION 2:  HEPATOTOXICITY ...................................................................... 215

INVITED SPEAKER PRESENTATION: "CLINICAL FINDINGS OF HEPATOTOXICITY OF
AAV VECTORS FOR GT" ................................................................................. 215

INVITED SPEAKER PRESENTATION Q&A.......................................................... 237

INVITED SPEAKER PRESENTATION: "HEPATOTOXICITIES AND OTHER RELEVANT
FINDINGS IN ANIMAL STUDIES".................................................................... 251

INVITED SPEAKER PRESENTATION Q&A.......................................................... 277

OPEN PUBLIC HEARING ................................................................................. 281

COMMITTEE DISCUSSION OF QUESTIONS...................................................... 295

ADJOURN ....................................................................................................... 364



I am also looking forward to the presentations from our guest speakers, to reviewing the public comments submitted to the docket, and the statements that we will hear in the open-public hearing.  All of your deliberations and comments will assist the FDA as we work with you to advance the field of gene therapy. I'll stop there and turn it back over to Dr. Butterfield.

DR. LISA BUTTERFIELD:  Thank you very much, Dr. Bryan.  I appreciate that perspective.  Now, as we begin our presentations, our first presentation is from our FDA speaker, Dr. Rosa Sherafat-Kazemzadeh, who's a physician for the Division for Clinical Evaluation and Pharmacology/Toxicology.  She'll be presenting on toxicity risks of AAV vectors for gene therapy. Welcome.


**FDA PRESENTATION "TOXICITY RISKS OF ADENO-ASSOCIATED VIRUS (AAV) VECTORS FOR GENE THERAPY (GT)"**

31

DR. ROSA SHERAFAT-KAZEMZADEH: Thank you, Dr. Butterfield. Good morning, I'm Rosa Sherafat. I'm a clinical reviewer in the Office of Tissues and Advanced Therapy, OTAT in CBER, FDA. Today, on behalf of the Advisory Committee Planning, a working group, I will be presenting FDA's perspective on risks associated with adeno-associated virus, or AAV, with vector use for gene therapy.

First, I'll read an introduction to AAV vectors, including how they are currently being used for gene therapies. Then, I will briefly discuss each of the four toxicities based on publicly available, pre-clinical and clinical data. During this two-day meeting, you will hear more detailed presentations from our invited guest speakers followed by advisory committee discussions on each one of these topics. Starting with the introduction.

Adeno-associated virus is a virus that can target a small amount of DNA. AAV infection is widespread in humans, but AAV is not associated with

any known disease.  In fact, AAV cannot replicate on its own, and it needs a helper virus, like adenovirus or other viruses, to replicate.  This is where the name adeno-associated virus comes from.  It is important to know that AAV vectors are engineered so they cannot replicate in humans or animals, even in the presence of a helper virus.  AAV is a popular reflector for potential gene therapy.

Currently, AAV-based gene therapy products are being investigated for a wide variety of diseases, including neurological, ophthalmological, hematological and metabolic conditions.  Over the last five years, we have received about 10 to 20 new investigational new drug submissions, or IND, annually for AAV-based products along with a much larger number of requests for pre-submission advice.

There are currently two FDA-approved AAV-based products in the United States.  Voretigene neparvovec, or Luxturna, was approved in 2017.  It is administered subretinally for treatment of retinal dystrophy due to

TranscriptionEtc.

www.transcriptionetc.com

33

mutations in the RPE65 gene.  Onasemnogene abeparvovec, or Zolgensma, was approved in 2019.  It is administered intravenously for pediatric patients with spinal muscular atrophy.  Of note, onasemnogene abeparvovec has a boxed warning for acute serious liver injury, and patients who have preexisting liver impairments may be at higher risk of hepatotoxicity.

In recent years, there have been multiple reports of treatment emergent serious adverse events in AAV vector-based gene therapy trials.  As noted in this slide, these TESAEs include hepatotoxicity thrombotic microangiopathy, or TMA, and neurotoxicities that include brain MRI findings of uncertain significance and dorsal root ganglion neuronal loss.  Although AAV vectors are generally not considered to be pro-inflammatory, AAV vectors can invade all arms of the immune system, innate, humoral, and cellular immunity.

As illustrated in this sticker, the capsid, the genome, and the transgene product have all been implicated as triggers of the immune system which can

TranscriptionEtc.

www.transcriptionetc.com

affect the safety and efficacy of AAV vectors.  Humans are exposed to natural adeno-associated viruses.  Older children and adults often have preexisting antibodies against AAV that can inhibit activity of AAV vectors.  It is unknown whether these preexisting antibodies might also affect toxicity.

Following this illustration of an AAV vector, the immune system can be activated against the AAV vector and the therapeutic protein that the vector encodes.  It is critical to find strategies to avoid or mitigate these toxicities.  One potential way to do that is an immunosuppressive drug, such as corticosteroids, as shown on the next slide.  T cells are one of the key mediators of AAV vector hepatoxicity.  When AAV vectors reach the liver, the vector may express a therapeutic protein in hepatocyte.  However, AAV vectors are also taken up by stimulatory antigen presenting cells, such as dendritic cells.

Dendritic cells can prevent the antigen from AAV vectors and then stimulate the T cells against AAV.

TranscriptionEtc.

www.transcriptionetc.com

35

These T cells can then attach hepatocytes that have been exposed to AAV.  Clinically, this hepatotoxicity may present as asymptomatic liver enzyme elevation or, in severe cases, as symptomatic liver toxicity and liver failure.  Corticosteroids can stunt the T cell reactivity and, subsequently, cytotoxicity of vector transient cells.

Currently, corticosteroids are used prophylactically in many trials that administer high doses of AAV vectors.  It is important to note that the immune system is not responsible for all the toxicities of DRG AAV-based products.  For example, in animal studies, high-level expression of a therapeutic protein in the dorsal root ganglia was found to kill sensory neurons.  Also, AAV vector DNA can integrate into cellular DNA both in animals and in humans.  In mice, integration had been shown to cause liver tumors.

Product quality may also play a role in the toxicity of AAV vectors.  Preparations of AAV vector products can contain impurities, including empty

TranscriptionEtc.

www.transcriptionetc.com

36

capsids, that lack vector DNA.  The AAV protein found in empty capsids might trigger antibodies, complements, and T cells.  Although it is possible to remove empty capsids during the manufacturing process, doing so makes manufacturing more complex and expensive.  Many manufacturers either do not remove empty capsids or only partially remove them.

Also, during manufacturing, AAV capsids can package non-vector DNA from cells or plasma.  This non-vector DNA may be pro-inflammatory or pro(inaudible).  It is not possible to remove non-vector DNA from the product.  FDA requires manufacturers to monitor and control the amount of impurities in AAV vectors.  However, in most cases, what constitutes safe levels of the impurities is not known.

Now, I will discuss hepatoxicities associated with AAV vectors.  When delivered intravenously, nearly all AAV vectors traffic to the liver and hepatotoxicity is the most commonly-observed adverse event in clinical trials involving IV administration of AAV vectors.

TranscriptionEtc.

www.transcriptionetc.com

Hepatotoxicity is often T-cell mediated and has led to the common use of prophylactic corticosteroids in these trials.  Hepatotoxicity often presents as elevated levels of the liver enzymes alanine aminotransferase, or LAT, and/or aspartate aminotransferase, AST.

Less frequently, hepatotoxicity can result in drug-induced liver injury, also known as DILI.  In rare cases, participants in clinical trials have experienced hepatic failure, and three deaths have been reported.  In the next several slides, I will briefly discuss clinical experience of hepatotoxicity in three different diseases for which AAV vector-based treatments have been studied, spinal muscular atrophy, hemophilia, and X-linked myotubular myopathies.

Spinal muscular atrophy, or SMA, is a rare neurodegenerative disorder caused by irreversible loss of lower motor neurons in the brain stem and spinal cord.  It results from mutations in the survivor motor neuron one gene, or SMN1.  As I mentioned, onasemnogene abeparvovec, or Zolgensma, received FDA approval in

TranscriptionEtc.

www.transcriptionetc.com

2019 for treatment of infants and young children with this condition. To date, over 500 patients have been treated.

Typically, hepatotoxicity associated with onasemnogene abeparvovec presents with elevations as seen on liver enzyme concentrations and most often occurs between one week and one month after product administration. About one-third of clinical trial participants had at least on adverse event of hepatotoxicity. Prior to treatment, these patients had low titer, that is less than 1 to 50, of anti-AAV9 antibodies. After treatment, some patients experienced liver enzyme elevations reaching as high as more than 20 times the upper limit of normal.

In most cases, liver enzyme concentrations normalized following treatments with corticosteroids. For some, prolonged corticosteroid treatment was necessary as long as 229 days. One case of acute serious liver injury was reported in a patient who received onasemnogene abeparvovec prior to its

TranscriptionEtc.

www.transcriptionetc.com

marketing approval.  At baseline, that patient had an elevated AST and ALT of unknown etiology.  Other indicators of liver function, such as gamma-glutamyl transferase, total bilirubin, and prothrombin time, were normal.

About seven weeks after receiving the product, the patients developed jaundice.  Laboratory testing was consistent with acute liver failure.  Liver biopsies showed acute massive degeneration of hepatocytes and massive mixed inflammatory infiltrates primarily through the (inaudible) positive (inaudible).  The patient was treated with corticosteroids and recovered two days later.  Since FDA approval, there have been additional case reports of severe hepatotoxicity.  Today's few cases also have been resolved with post-corticosteroid testing.

Because of this potential serious risk with onasemnogene abeparvovec, the US Prescribing Information includes a boxed warning to alerts prescribers to the possibility of elevated

TranscriptionEtc.

www.transcriptionetc.com

40

aminotransferases and acute serious liver injury.  In addition, there are detailed instructions for monitoring liver functions and treatment with systemic corticosteroids.  Hepatotoxicity has been a blurb in clinical trials for AAV-based gene therapy for hemophilia.  Soon after treatment with the product, some participants experienced elevated aminotransferase levels which were transient and asymptomatic.

Variability was observed regarding AAV capsid-specific cell-mediated immune responses.  Many participants developed elevated aminotransferases and an AAV capsid-specific cell-mediated immune response.  However, some participants have elevated aminotransferases without a detectable immune response, while others had an anti-capsid immune response but without elevated aminotransferases.  Some participants lost expression of the transgene; that is they no longer produced the clotting factor.  This loss occurred with the onset of the aminotransferase elevation.

TranscriptionEtc.

www.transcriptionetc.com

Ex. 2
46

41

A subset of these participants also was found to have anti-capsid T cell responses.  This suggests that the observed loss of expression of the clotting factor may have been due to T cell-meditated destruction of transfused hepatocytes.  Next, I will discuss hepatotoxicities observed with AAV vector gene therapy for X-linked myotubular myopathy, or XLMTM, which is a serious and rare neuromuscular disease characterized by muscle weakness and is typically fairly early in life.

XLMTM is product of mutations in the myotubularin 1 gene, or MTM1, resulting in lack of functional myotubularin protein, which is needed for the normal development, maturation, and activity of skeletal muscle cells.  The ASPIRO clinical trial involved intravenous administration of an investigational AAV-based gene therapy product which utilizes an AAV8-based vector to deliver a normal copy of MTM1.  As of July 2020, a total of 23 pediatric participants received the product.

TranscriptionEtc.

www.transcriptionetc.com

42

Six received a low dose of 1 x 10 to the 14th vector genome per kilogram of body weight.  Seventeen participants received a high dose of 3 x 10 to the 14th vg/kg.  Participants in the low-dose cohort had a lower median age and generally weighed less than the participants in the high-dose cohort.  To dampen the immune response to the product, the clinical protocol included prophylactic treatment, prednisolone, 1 milligram per kg per day, for the first 8 weeks after infusion of the product followed by a slow taper from weeks 9 through 16.

Unfortunately, three participants in the ASPIRO trial died.  All three were in the high-dose cohort, and their deaths occurred about 20 to 40 weeks after they received the product.  By the time of their deaths, all three children were older than five years of age.  These children were among the older and heavier participants in the trial, and correspondingly, they received the highest total vector doses, ranging from 4.8 to 7.7 x 10 to the 15th vg.  All three

TranscriptionEtc.

www.transcriptionetc.com

43

children had preexisting hyperbilirubinemia consistent with intrahepatic cholestasis.

In all three cases, the development of intrahepatic cholestatic liver failure began with rise and total bilirubin up to 35 to 50 times the upper limit of normal and direct bilirubin rise up to 90 times upper limit of normal.  In contrast, AST and ALT elevations typically lagged weeks to months behind the bilirubin elevation.  Treatment with ursodiol, augmented corticosteroids, and various immunosuppressants were inefficient in helping to ease the progression in these cases.  The immediate cause of death was sepsis in two cases and gastrointestinal bleeding in the third case.

Autopsy findings were consistent with intrahepatic cholestatic liver failure.  The pathologies did not show prominent inflammatory cellular infiltrates from the liver (inaudible).  In a natural history study, 33 patients with XLMTM between the ages of 10 years and 11 months were followed for

44

one year.   A substantial number showed evidence of hepatobiliary disease.  Elevated aminotransferases were present in 22 percent, liver enlargement in 12 percent, jaundice in 15, and liver hemorrhage in 6 percent.

In the ASPIRO trial, more than 50 percent of participants had some evidence of pre-existing hepatobiliary disease.  While one cannot establish a direct causal link between hepatotoxicity and the three deaths in the ASPIRO trial, dose-related hepatotoxicity was evident in the context of preexisting hepatobiliary abnormalities, common in children will XLMTM.  Of note, several publications have reported on preclinical studies accessing different AAV vectors for SMA, hemophilia, and XLMTM.  Neonatal FVB/NJ mice developed transient elevation in aminotransferases as well as minimal to moderate histopathological findings in the liver following IV administration of onasemnogene abeparvovec.

In nonhuman primates, acute liver failure, thrombocytopenia, and severe coagulopathy were reported

TranscriptionEtc.

www.transcriptionetc.com

45

following the IV administration of AAVhu68 vector encoding the SMA gene, ultimately resulting in the euthanasia of one the three animals.  Similar findings, along with transient complement activation, were also reported in NHPs who were administered other AAV vectors.  For hemophilia preclinical studies evaluating the various AAV vectors encoding factor 8 in a canine disease model and in healthy nonhuman primates, the (inaudible) transient elevations in aminotransferases without hepatocyte (inaudible).

An X-linked myotubular myopathy studies evaluating AAV8 vectors carrying MTM1 gene administered to murine and canine models of the disease did not observe adverse liver findings.  In summary, serious and life-threatening hepatotoxicities have been reported in recipients of systemic AAV vector gene therapy products, and variable findings were reported in different public animal studies.  Only some animal studies may have been influenced by a number of factors, including the animal species or disease model,

TranscriptionEtc.

www.transcriptionetc.com

46

dose levels, vector products, and other study design elements.

We are asking the committee to please discuss and provide recommendations regarding presenting and mitigating AAV vector-associated hepatotoxicity from CMC, preclinical, and clinical perspectives. Please also discuss additional considerations for vector genome dose determination for subjects for systemic administration. Next, I will discuss thrombotic microangiopathy, or TMA. TMA is a hematologic emergency that requires prompt treatment. It is characterized by damage to the endothelial of arterial and capillaries and microvascular thrombosis.

TMA presents clinically as a syndrome of hemolytic anemic, thrombocytopenia, and acute liver injury. There are two primary forms of TMA, thrombotic thrombocytopenic purpura, or TTP, and hemolytic uremic syndrome, or HUS. TTP has been proposed to result from a severe deficiency of the enzyme ADAMTS13 due to acquired autoantibodies or rarely due to genetic

TranscriptionEtc.

www.transcriptionetc.com

mutations.  The most common form of HUS, or typical HUS, follow diarrhea caused by Shiga toxin-producing E. coli.

In contrast, atypical HUS is thought to be associated with abnormal susceptibility of the host to complement-mediated damage which can be triggered by drugs and toxins as well as by a variety of conditions, such as malignancy, autoimmune disease, hematopoietic stem cell transplant; or infections, such as HIV, influenza, or poxvirus.  TMA has been reported with AAV vector-based treatment for spinal muscular atrophy and Duchenne muscular dystrophy.

A recent publication described three patients with spinal muscular atrophy who developed TMA approximately one week after treatment with onasemnogene abeparvovec.  All three received prophylactics with prednisolone, one milligram per vg per day for 30 days, as recommended in the U.S. Prescribing Information.  Two patients had previous exposure to nusinersen treatment for SMA. Two patients

TranscriptionEtc.

www.transcriptionetc.com

48

experience vomiting at presentation.  Two had infections with encapsulated organisms.

In these patients, all three had laboratory evidence of complement activation.  The three patients all recovered within two to four weeks, following the standard treatment for TMA, but had transfusion of packed RBCs and platelets, glucocorticoids, and plasma. However, one patient developed persistent hypertension. Another patient developed hypertension and nephrotic syndrome, which resolved three months after initial treatment.

The onasemnogene abeparvovec U.S. prescribing information had recently been updated to include TMA in the warning and precaution section.  The manufacturer also includes a "Dear Doctor" letter to warn healthcare providers and patients of the risks of TMA.  Next, we will discuss cases of TMA observed in participants of clinical trials of investigation of AAV vector-based treatments for Duchenne muscular dystrophy.  We developed atypical HUS live presentations with

TranscriptionEtc.

www.transcriptionetc.com

complement activation, acute kidney injury, and decreased platelets.  They were treated successfully with hemodialysis, palette transfusion, and eculizumab.

TMA following systemic administration of high doses of AAV vectors has been linked to complement activation.  The exact method of them and predisposing practice for complement activation, however, have not been clearly identified.  Proposed risk mitigation plans for TMA have included prophylactic, the drug eculizumab, and complement C1 esterase inhibitors, increased dose of the prednisolone in the month after administration of the AAV vector, and modification of the manufacturing process to increase product purity by reducing the percentage of empty capsids in the final product.

Likewise, in healthy NHPs, acute thrombocytopenia, coagulopathy, complement activation, and hepatotoxicity were reported following IV administration of high-dose levels of AAV vectors. However, in contrast to the TMA observed in humans,

TranscriptionEtc.

www.transcriptionetc.com

50

adverse kidney histopathology was not reported in these animals.  We would like to ask the committee to please discuss how to prevent or mitigate TMA risk from clinical and product perspectives.  For example, please discuss the role of predisposing factors, product quality, total dose of vector and capsids, and the timing and choice of treatment for TMA.

Next, I will discuss AAV vector-associated Dorsal root ganglion toxicity.  Primary sensory neurons in the DRG transmits sensory stimuli from the periphery to the central nervous system.  Several studies evaluating different AAV vector-based treatments in nonhuman primates have noted histopathology findings in the primary sensory neurons in of the DRG.  These findings consist of minimal-to-moderate cell body degeneration within the DRG as well as minimal-to moderate axonal degeneration along the extending dorsal tracks of the spinal cord and in peripheral nerves.

Several factors have been associated to decrease the severity of damage to peripheral sensory

TranscriptionEtc.

www.transcriptionetc.com

51

neurons, including direct administration of high doses of the product into the cerebrospinal fluid.  However, the minimal-to-moderate DRG toxicity observed in nonhuman primates have not been associated with clinical findings.  It is also important to note that the studies in other animals, such as mice and young pigs, have reported similar pathology-affected peripheral sensory neurons.

In clinical trials, there have been two case reports of neuronal loss within the DRG following intrathecal administration of an AAV vector-based product. One case occurred in subjects enrolled in a trial for giant axonal neuropathy, or GAN.  Autopsies performed eight months later revealed severe neuronal loss, but it had not been accompanied by inflammation or by clinical finds or symptoms of DRG toxicity.  The other case involved a participant enrolled in a clinical trial for familial amyotrophic lateral sclerosis, or ALS.

The participant experienced tingling sensation

TranscriptionEtc.

www.transcriptionetc.com

52

and pain in the hand and one foot three to four weeks after receiving an AAV vector-based product carrying the gene encoding superoxide dismutase 1, or SOD1. Sural sensory nerve action potential and less median nerve sensory potential had been normal before vector administration but were absent 10 weeks afterward. Autopsy performed 15 and a half months later revealed neuronal loss in the DRG.

We would like to ask the committee to please discuss the clinical relevance of DRG and peripheral nerve toxicity findings in NHP to human, recommendations on preclinical study design to help characterize the significance of animal studies humans, and any additional risk mitigation plans for participants of clinical trials. Next, I'm going to discuss brain MRI findings following AAV vector administration.  Direct intraparenchymal administration enabled targeted delivery of AAV vectors to different regions of the brain and decreased systemic toxicity associated with high IV doses of phosphorous.

TranscriptionEtc.

www.transcriptionetc.com

This fact is used in several clinical trials for treatment of various neurodegenerative disorders. One trial involved direct parenchymal administration of an AAVrh10 vector expressing tripeptidyl peptidase-1 for the treatment of late infantile Batten disease. Brain MRIs within 48 hours after vector administration showed T2 hyperintensities localized to the sites of AAV vector administration. During the course of the trail, all 13 participants developed new T2 hyperintensities shortly after product administration.

Among these 13 participants, these localized abnormalities persisted in 7 subjects at 18 months after therapy, while in two other participants, abnormalities dissolved. Of note, 18 month MRIs was not performed in 4 participants. In the acute period, serious adverse events, including seizures, abnormal movements, and MNCs occurred in 6 of the 13 children. The cause of these findings is poorly understood.

However, because this trial was conducted in participants with a progressive neurodegenerative

TranscriptionEtc.

www.transcriptionetc.com

54

disorder and the trial used an unrandomized design, it is it difficult to discern whether clinical changes and MRI findings were caused by the AAV vector or by the delivery system and procedure. Findings in healthy NHPs have reported MRI abnormalities and histopathological findings in the brains of NHPs following direct intraparenchymal administration of AAVrh10 vectors. Histopathological findings included mild to moderate immune cell infiltrates and gliosis that corresponded with MRI abnormalities at the injection tracks.

Long-term studies reveal similar findings that were dose dependent and not reversible after a year of follow up. However, no neurobehavioral deficits were recorded. Histopathological findings at the injection site were also reported in healthy rodents following intraparenchymal AAVrh10 vector administration. We are seeking committee's recommendations regarding general design of preclinical studies to further discern the neurotoxicity risks of intraparenchymal administration

55

of AAV vectors and how to discern distribution of the clinical findings in recipients of gene therapy products.

We are also asking for recommendations on implementation of risk mitigation plans before and after AAV vector administration as well as the appropriate duration of monitoring of these trial participants.  Next, I'm going to discuss potential oncogenicity of AAV vector gene therapy.  AAV vectors can integrate into genomic DNA.  The AAV vector genome tend to integrate near active genes.  Although most vector genomes do not integrate, vector integration has been reported in both animals and humans.  Intentional oncogenesis by AAV vector genomes and development of hepatocellular carcinoma has been reported in several mouse models.

Further analysis in the model mice reveals that AAV aided oncogenesis that's associated with vector integration into the mouse Rian locus, including regions and encoding numerous regulatory RNAs.  One AAV

TranscriptionEtc.

www.transcriptionetc.com

in the tumor formation has only been observed in mice. A long-term study valid in IV administration of AAV vectors expressing factor 8 in a canine model of juvenile hemophilia A reveals hepatic clonal expansion up to 10 years post dose.  AAV vector integration events were detected in genes associated with cell growth and/or transformation.  However, no sign of nodule formation or oncogenesis were observed.

Data from animal studies suggest several factors may influence the incidence of HCC following AAV vector administration.  So far, there is only one case report of HCC in a participant of an AAV vector clinical trial.  That trial used AAV5 vector for treatment of hemophilia B.  After careful investigation, it was thought unlikely that the AAV vector contributed to development of HCC.  Instead, the HCC was thought likely due to the participant's prior history of hepatitis C.

The recently updated FDA guidance for *Long Term Follow-up After Administration of Human Gene*

TranscriptionEtc.

www.transcriptionetc.com

Ex. 2
62

*Therapy*, in general, recommends a risk-based approach for determining the duration of the long-term follow-up protocol.  The recommended follow-up duration for AAV-based gene therapy products is up to 5 years due to the lower risk of integration by the AAV vector genome, as opposed to the risk with products using the retroviral vectors or genome edited components.  AAV vectors integration and oncogenicity will be the first discussion topic following this presentation.

We have the following questions for the committee.  Please discuss the limitations and advantages of conducting animal studies to identify the risks of AAV vector-mediated oncogenicity in human subjects in terms of animal species, healthy versus disease models, and animal age, in-life and terminal assessment, and the eventual follow up.  Please discuss oncogenicity benefit-risk considerations in human participants such as the patient's age, preexisting conditions, and vector dose.

DR. LISA BUTTERFIELD:  Rosa, I'm sorry to

TranscriptionEtc.

www.transcriptionetc.com

58

interrupt.  We only have three minutes left for questions.  Perhaps reading the questions to the committee, we can pass on that.  Did you have any other remarks before we have a moment for a couple of questions?

DR. ROSA SHERAFAT-KAZEMZADEH:  I apologize for going over time.  I'm so sorry, but I'm almost at the end of the presentation.  I think just a summary, and I would like to thank the FDA members that helped us and supported us for this presentation and the Advisory Committee Planning Working Group and also thank the FDA and committee members for your time and attention.  I apologize for going over time.  I'm very grateful.

**FDA PRESENTATION Q&A**

DR. LISA BUTTERFIELD:  Thank you very much. We have two minutes for questions for the speaker.  I'm watching for your raised hands.  Then you can turn on your camera and microphone when I call on you.  I'll

TranscriptionEtc.

www.transcriptionetc.com

Ex. 2
64

59

ask the first question.  Is there any evidence for a role for BMI?  When you were talking about the toxicities with XLMTM, you mentioned larger and heavier for the patients with toxicities.  I'm wondering if there's any evidence for a relationship to BMI.

DR. ROSA SHERAFAT-KAZEMZADEH:  Thank you for that question.  Yes, very important point.  Generally, I'm advised to use the lean body mass for calculations.  However, a lot of these children, as mentioned, were in the heavier side.  That is actually one of the questions that we have for the committee, in terms of the build cap based on the weight.  I usually use lean body mass -- sorry, lean body weight, instead of the measured state.

DR. LISA BUTTERFIELD:  Thank you very much. If there's one other short question, we can do that now, or we can move on.  Okay.  Well, we only have 30 seconds left.  We'll have a lot of discussion time after the other two presentations from the guest speakers.  Thank you, again, and let me now introduce

TranscriptionEtc.

www.transcriptionetc.com

60

our first guest speaker focusing on the topic of session one.  Session one is on vector integration and oncogenicity risks.  Our first invited speaker is Dr. Mark Sands, a professor of the Department of Medicine, Oncology, Stem Cell Biology at Washington University School of Medicine.  Welcome Dr. Sands to speak about AAV integration in vitro and mice.  Thank you.

**SESSION 1: VECTOR INTEGRATION AND ONCOGENICITY RISKS**

**INVITED SPEAKER PRESENTATION: "rAAV INTEGRATION: In Vitro & MICE"**

DR. MARK SANDS:  Thank you, Dr. Butterfield, and good morning to everyone.  I've been asked to give a very brief summary, or overview, of recombinant AAV integration in cells cultures and in small animals, typically in mice.  Here's my disclosure slide, and you can see I consult for several gene therapy companies.

The way I wanted to handle the discussion this morning was to present a number of papers, essentially

TranscriptionEtc.

www.transcriptionetc.com

has any questions for the committee.  Dr. Byrnes,
Andrew Byrnes.

DR. ANDREW BYRNES:  Thank you for the very
extensive discussion.  No further questions.

DR. WILSON BRYAN:  Okay, thank you, folks.
So, the committee seems to have addressed all of our
questions adequately in this first session.  Very much
appreciated.

DR. LISA BUTTERFIELD:  Thank you very much Dr.
Bryan for confirming that and for making sure that our
FDA colleagues have that opportunity.  With that, we
close out the first question and the first session, and
we move to Session 2 which is devoted to the obviously
important topic of hepatotoxicity.

**SESSION 2:  HEPATOTOXICITY**

**INVITED SPEAKER PRESENTATION: "CLINICAL FINDINGS OF**

**HEPATOTOXICITY OF AAV VECTORS FOR GT"**

DR. LISA BUTTERFIELD:  I'd like to introduce

TranscriptionEtc.

www.transcriptionetc.com

216

Dr. Lindsey George, Assistant Professor of Pediatrics at Children's Hospital of Philadelphia. And this will be discussing toxicity risks of AAV vectors for gene therapy. Thank you very much.

DR. LINDSEY GEORGE: Okay. Great. Thank you very much. It's been a really great discussion, so far. And I appreciate the chance to be here.

I'm charged with summarizing some of the information that's come out of clinical trial and initial lysis vector as it relates specifically to hepatotoxicity. These are my disclosures.

What I'll just briefly review over the next approximately 20 minutes are what we seen come out of, with respect to clinical hepatotoxicity and essentially four disease states, so the hemophilias, Spinal Muscular Atrophy, and X-linked myotubular myopathy.

In the absence of having enough time to really talk about liver, I wanted to just emphasize -- Oh the clicks aren't coming up. Okay. Well, I'll just say it and hope that the points are not lost. But I think an

TranscriptionEtc.

www.transcriptionetc.com

important point, which has been made before, is that really if you deliver, certainly a systemic AAV vector, it does ultimately efficiently traffic the liver irrespective of what the target tissue type is.  And, so, this is likely related to a couple of factors, not the least of which is hepatic blood flow physiology. So we know that the liver has a dual blood supply to the hepatic portal vein and the hepatic artery system.

And similarly, as you can see here, the hepatic sinusoid figure does have a fenestrated endothelium and it allows small particles that are in the systemic circulation to efficiently cross into the sinusoids, and then through receptor-mediated endocytosis be efficiently delivered into hepatic cell types, mainly hepatocytes.

So, moving now to the hemophilias.  Currently, all AAV trials rely on -- for hemophilias anyway -- rely on systemically-administered AAV vectors that use hepatocytes promotors to target hepatocytes expression of either Factor VIII or Factor IX.

TranscriptionEtc.

www.transcriptionetc.com

218

Hepatocytes are the endogenous site of Factor IX synthesis but are not the endogenous site of Factor VIII synthesis.  So, Factor VIII is endogenously made predominantly in a liver sinusoidal endothelial cell.  Whether or not that's relevant is not clear with respect to hepatotoxicity.

Importantly, and unfortunately, the hemophilic population has underlying comorbidities related to liver disease, and that's largely due to the presence of iatrogenic infection from contaminated blood products in the '70s and '80s.  So that's what's depicted in this graph here.  Essentially, if you're above the age of 40, nearly all severe hemophilia patients, unfortunately, go typed as Hepatitis C and/or Hepatitis B.

And so, there's liver disease as well as underlying risk of hepatocellular carcinoma in the hemophilia population.  And taking this into account, most trials -- AAV trials -- exclude patients that have some degree of advanced fibrosis.  So anyone with Stage

TranscriptionEtc.

www.transcriptionetc.com

3 or above liver fibrosis.

The bulk of hepatotoxicity that's been observed in Hemophilia A trials, at this point, thankfully has really posed more of an efficacy limitation than an actual safety concern. And most, but not all, hepatotoxicity that's been observed in hemophilia seems to generally fall into a bucket of an immune-mediated process. And the initial observation of this process came out of the first systemically-delivered AAV vector which was conducted in patients with hemophilia B and a patient that I think has been discussed quite a bit over the past approximate two decades.

This is a man who was enrolled in the highest dose cohort of the trial. You can see the red line here. He expressed Factor IX, and then the Factor IX level fell, and concurrently had a rise in his ALT. And then subsequent translational study, the working hypothesis for what the underlying etiology was -- or the contact was -- as AAV vector particles transduced

the hepatocytes, the capsid was broken down inside of the cytosol, and then capsid peptides could be presented on the surface of MHC class I molecules and could be trafficked or recognized by CD8-positive T cells which ultimately would clear these transfused cells. You would therefore have loss of transgene expression and then could have observed a rise in transaminases.

This next slide summarizes quite a bit of information with quite a bit of activity in the hemophilia gene therapy space. In short, most of the observations, with respect to what is a presumed capsid-immune response, patients present classically with a rise in transaminases. So, a non-cholestatic picture, typically ALT elevation is most pronounced. And sometimes these elevations are really quite modest, which is what we're monitoring for. Thankfully, have not seen profound liver enzyme elevations. Only a minority are modest and sometimes don't even cross the upper limit of normal.

TranscriptionEtc.

www.transcriptionetc.com

221

But, classically, the rise in transaminase, and because we have the benefit of being able to equally measure the expression of the transgene, you'll see a decline in Factor VIII or Factor IX activity.  And then evaluation of patient peripheral blood mononuclear cells can show reactivity in an ELISPOT assay to capsid peptides.

The observation is consequently initially observed within the first three months post vector. And managing the immune response has been traditionally done mostly with glucocorticoids, although there's now some work using other immune-modulating agents.  This capsid-immune response has been observed in multiple hemophilia A and B trials, and I have a list of them here.

I do want to highlight that abrogating this likely capsid-immune response has not been -- with steroids has not been universally responsive.  All vectors have not been universally responsive, so we've seen some participants in clinical trial -- which is

TranscriptionEtc.

www.transcriptionetc.com

Ex. 2
73

222

what these asterisks mean -- losing all of expression -- and some of the participants, anyways, not all, despite the use of steroids.  There continue to be some components of the vector design that may be quite important in the robust and relative steroid-refractory aspect of the immune response.  And then, similarly, there are at least a couple of trials now that have reported that patients are put on steroids in the context of a likely capsid-immune response, and then you have recrudesce of that capsid-immune response when the steroids are weaned.

But, as I mentioned at the outset of this, importantly, this hepatotoxicity in the hemophilia trials as it relates to hepatic immune response have thus far really not posed any major safety concerns and have really been, at this point, most relevant as it relates to efficacy.

The last thing, with respect to hemophilia, I wanted to mention is that most of the transaminase elevations that have been observed fall into this

TranscriptionEtc.

www.transcriptionetc.com

223

category related to capsid-immune response, but there are some that do not necessarily, and where transaminase elevations have not been consistent with a so-called capsid-immune response.  And two of the trials are exemplified here.

I'll just highlight an example from one of the trials where investigators had noted multi-month, unclear etiology of mild transaminase elevation that had not been observed in the concurrent setting of a decline in factor activity and have not necessarily been responsive to steroid intervention.

So, you could just see here -- in participant 6, noted here, you'll see he has transaminase elevations that are above the upper limits of normal. Again, relatively modest on the order of approximately five months.  And there's not necessarily an association with factor level, and then steroids are not necessarily associated with the transaminase -- it's not necessarily responsive to steroid intervention.

TranscriptionEtc.

www.transcriptionetc.com

224

So, I move now to observations with Spinal Muscular Atrophy. This group is well aware that this is a progressive neurodegenerative disorder. It has a relatively high frequency for a rare disease among which half of the cases are Type I disease. And unfortunately, this is characterized by mortality or requirement of respiratory support by two years of age.

With respect to the natural history of the disease, specific to the liver, up to a third of SMA patients have -- there's been some observations of some degree of underlying liver disease. This includes steatosis that's been observed on autopsy. And then there's some data to support that these patients may have underlying abnormal fatty acid metabolism and/or decreased glutathione stores that may result in some underlying liver disease or vice versa liver disease drives it.

The decreased glutathione stores might be a little bit interesting -- and perhaps this is my bias as a pediatric hematologist. But the age at which

225

we're treating the SMA patients corresponds to -- and many of the patients now, particularly with the advent of newborn screening for SMA -- corresponds when these patients have their physiologic nadir and have that switch from fetal to adult hemoglobin in which glutathione would be particularly important for metabolism of red blood cells.  And conceivably if you have abnormal glutathione function, you could have a rise in your transaminases, although not to the degree that has been observed here.

Anyways, I think this group is well aware of the development of Zolgensma which is the first and currently only licensed systemic AAV vector.  It's a AAV9 vector consisting of an ubiquitous promotor, including the SMN1 protein that's delivered at a dose of 1.1E14 vector genomes per kilogram.  And these that were reporting electrotherapy, now at least 800 patients that have been treated.  There's been really quite remarkable evidence of efficacy.  So, this is a little girl who's a toddler and you can see she's

TranscriptionEtc.

www.transcriptionetc.com

226

running and she has Type 1 SMA. As clearly way outside the anticipated natural history of the disease. And, again, remarkable efficacy. And I'll talk about, in a moment, observations out of clinical trial that ultimately dictated that the drug was approved with a box safety warning for concern around acute liver injury.

And then just lastly with respect to the conversation that's been had throughout the day. There's been quite a bit of discussion around the translation of observation with respect to genotoxicity and hepatocellular carcinoma and neonatal mice studies receiving systemic AAV vectors at relatively high doses with an ubiquitous promotor, again, having a high incidence of hepatocellular carcinoma. And perhaps a parallel population that's available thus far, in humans, are these young children with SMA. The median age that patients are receiving vector is three months of age. And that again will likely creep down even further because newborn screening has been quite

TranscriptionEtc.

www.transcriptionetc.com

227

effective now at identifying these patients.

To my knowledge, these young children are receiving a higher-end AAV vector dose that consist of an ubiquitous promoter.  And to my knowledge, none of them have developed hepatocellular carcinoma, which is quite optimistic, which may suggest that some of the mouse studies may not necessarily hopefully translate to people.

But I think the caveat, obviously, is that some of these newborns -- the earlier patients are five or six years out and many of these patients are really relatively, recently dosed, so we need longer follow-up.  And then secondly, that not all these patients, and probably a minority of patients, are having routine liver ultrasounds or surveillance.  So, we just might not know yet.

Nonetheless, just back to the hepatotoxicity that's been observed with the SMA patients.  Among the patients this composite analysis of the clinical trial patients -- and about a hundred of them were included

228

in the analysis -- sixty percent of them had transaminase elevations before vector infusion.  And then 90 percent of them had either elevation of ALT or AST, or both, after vector infusion, again with a non-cholestatic pattern.  Most of the elevations were relatively modest (audio skip) incidence of abnormal transaminase elevation.

Elevations typically occur within the first week post vector and then a month or so after vector when the steroids are weaned.  (audio skip) patient.  This graph just outlines the number of patients relative to the days on steroids.  So, these patients are being treated relatively longer with steroids (audio skip) hepatotoxicity confirmed.

I just wanted to highlight two case reports that was published last fall.  These two patients received vector with lysis.  (Audio skip) who prior to infusion had a history of an elevated transaminase three to four times upper limits of normal.  (Audio skip) vector presented with acute liver

TranscriptionEtc.

www.transcriptionetc.com

229

failure with encephalopathic features.  So, it had (audio skip) fold the upper limit of normal.  With an elevated expressed bili but relatively modest transaminases and then had significantly reduced function with an INR of 5.3.

He underwent an extensive workup, and he was positive only for norovirus.  So, there's really no clear etiology for this other than the AAV vector that he received.  He was managed -- I have his liver biopsy from presentation.  I think it's remarkable here for immuno- (audio skip) chemistry demonstrating how the T cell infiltration (audio skip) essentially brown spots and then evidence of fibrosis centrally throughout the portal system.  He was managed through glucocorticoids that (audio skip) over the course of, I believe, about a year.  He had a repeat liver biopsy at two months. (Audio skip) showed (audio skip) fibrosis and (audio skip).  So, I think it's probably more than two months to weigh the evidence (audio skip) fibrosis.

Importantly, I'll continue (audio skip).  Again,

TranscriptionEtc.

www.transcriptionetc.com

230

unclear efficacy.

And then the second patient is a 20-month-old female who had a transaminase elevated (audio skip). (Audio skip) eight weeks (audio skip) and acute liver failure with -- examinations were (audio skip) above the upper limits of normal.

MR. MICHAEL KAWCZYNSKI:  Lindsey?

DR. LINDSEY GEORGE:  Yeah?

MR. MICHAEL KAWCZYNSKI:  Can you just pull a little bit away from the microphone a little bit? You're just a little (audio skip).  Go ahead again.

DR. LINDSEY GEORGE:  I hope this is better. (Audio skip) INR.  Her workup was negative.  (audio skip) showed inflammatory infiltrates (audio skip), positive T cells (audio skip) steroids (audio skip) evidence of efficacy.

MR. MICHAEL KAWCZYNSKI:  Dr. George -- Lindsey?  Do you mind?  I hate to do this to you, but we are getting a weird -- I know you're going in and out.  I'm going to have you -- I hate to have you do

TranscriptionEtc.

www.transcriptionetc.com

231

this.  I'm going have you-- we're just going to take a quick little pause.  I want you to disconnect and reconnect your audio quick.  Okay?  That's all right.  We'll just take a quick pause.  All you've got to do is hang up your phone and then click on that audio thing and reconnect.

In the meantime, thank you.  We'll just take a quick moment.  I think Lindsey was just having a short little connection issue.  And since her talk is so important, we want to make sure that everybody hears it clearly.

DR. LINDSEY GEORGE:  I'm here.

MR. MICHAEL KAWCZYNSKI:  All right.  Lindsey.  There you go.

DR. LINDSEY GEORGE:  Is this better?

MR. MICHAEL KAWCZYNSKI:  It does sound a little bit better.  Thank you.

DR. LINDSEY GEORGE:  Okay.  I'll try to move quickly so I don't cut into question time.

My summary of the SMA clinical trial data with

232

respect to hepatotoxicity is it overall seems to be consistent -- you know, presented with non-cholestatic picture -- it seems to be consistent with immune-mediated pathology.  It may be, perhaps, consistent with a capsid immune response but is unclear.

And then the last cohort of patients are the X-linked myotubular myopathy patients.  I'll just skip anything about the natural history of the data in interest of time, other than to note that this is a devastating disease and roughly half of the patients, you know, mortality within 18 months.

The natural history is poorly understood and so there are reports of some -- you know, a small handful of patients reports of having liver pathology but unclear the relationship that this is associated with the disease.  I will say, important to the events that were observed in AAV clinical trials, there are -- so there's no current therapy -- but there's actual multiple therapeutic strategies and clinical development for this disease.  And so, watching these

patients actually may in a way serve as a proxy natural history of liver function.  You know, patients receiving, for example, enzyme replacement therapy, et cetera.  It's important to see what happens with their livers.

So, I'll just skip to the trials.  The trial, sponsored by Audentes now Astellas.  It was an AAV8 vector.  It was administered in two different dose cohorts.  Importantly, the enrolment criteria included patients with a history of pre-existing, clinically significant liver disease.  Initially, six patients were enrolled in the lower dose cohorts of 1.3E14 vector genomes per kilogram, and there's a dose explanation.  And, ultimately, 17 patients were enrolled in the highest dose cohort of 3.5E14 vector genomes per kilogram.  And then as I outlined, there were, unfortunately, three deaths in this dose cohorts related to presumably complications of liver failure.

Just with respect to the doses being used in this trial, they are essentially the highest being used

234

that I'm aware of in any AAV trial. This table outlines a list of trials that are using relatively higher vector doses than used in most trials. And you can see the only parallel is a Duchenne muscular dystrophy trial using these doses.

What do we know about these unfortunate three deaths? The boys were five years of age at the time of death. They all had at least one elevated bilirubin before vector infusion. They presented in a picture that's different than the SMA patients and the hemophilia patients. So, they had a markedly elevated bilirubin. So, 35 to 50-fold the upper limit of normal. Four to six weeks after vector administration it progressed to elevated transaminases. These transaminase and bilirubin elevations were unresponsive to immune-modulating therapy. And then, unfortunately, these patients succumbed to complications at anywhere from 20 to 40 weeks post vector. So, two patients died of sepsis and one died of GI bleeding.

At autopsy, histological analysis of the liver

TranscriptionEtc.

www.transcriptionetc.com

235

didn't show any inflammatory infiltrates. Although I'll just note that this is presumably months after the initial insult, and so they may not have been able to catch it. But of course there was evidence of cholestasis, intrahepatic and canicular cholestasis and then evidence of secondary fibrosis. Announcement of these three boys' deaths is now over a year of age and we don't have, to my knowledge, any more information than what I've outlined here.

And then lastly as an update of this trial, the trial was put on hold and came off hold in December of 2020. And the decision was made to move forward with the lower dose cohort 1.3E14 vector genomes per kilogram. Unfortunately, as of yesterday, the sponsor announced that they were halting screening and dosing because the subsequent first patient treated, unfortunately, developed abnormal liver function failure a month after dosing. Now, it's unclear if this is a very conservative move and there were modest increases that were potentially more concerning than

TranscriptionEtc.

www.transcriptionetc.com

that.  So we just don't know at this point.  The patient did have a history of intermittent cholestasis but had a normal liver ultrasound and LFTs at the time of dosing.

This is my last slide.  And just in conclusion, the clinical presentation on hepatotoxicity that have come out of clinical trials, hemophilia and SMA have generally presented with a non-cholestatic hepatocellular pattern versus the X-linked myotubular myopathy patients have presented with a progressive cholestatic hepatitis.  The etiology is not crystal clear, certainly, in hemophilia and SMA but most of the hemophilia observations appear to be immune-mediated and are thought to be a so-called capsid-immune response, but not all.  And then in SMA, similarly, the observations appear to be consistent with an immune response.  And then X-linked myotubular myopathy, I'm not sure if it's totally clear what that is.  I think we need a bit more information.

Some of the complications for comparing across

TranscriptionEtc.

www.transcriptionetc.com

237

these disease cohorts are -- you know, just listed that there's some multiple variables at play here.  You know, and conceivably enough the least of which is underlying different co-morbidities, unclear natural history in some of these disease cohorts, different doses used, manufacturing, et cetera.

But the objective information out of clinical trials, I think, is important to acknowledge is that morbidity and mortality as it relates to hepatotoxicity has only been observed with delivery of systemic AAV vector doses that are greater than 1E14 vector genomes per kilogram and actually only in pediatric patients. So that might be and initial place for us to start. So, with all that, I'll close and thank you for your attention.

**INVITED SPEAKER PRESENTATION Q&A**

DR. LISA BUTTERFIELD:  That was terrific. Thank you very much.  So, we now have about a dozen

minutes for Q and A with our speaker, Dr. George. And if I can start with one question about the anti-vector immunity: So, if I understood correctly, that's not really a safety signal it's an efficacy signal. And, so, is there anything about that that would be an exclusion criterion from treatment up front or perhaps just redosing exclusions?

DR. LINDSEY GEORGE: Do you mean efficacy signal in the hemophilia trial; is that what you're saying?

DR. LISA BUTTERFIELD: Yes.

DR. LINDSEY GEORGE: So, I think that, thankfully, that the transaminase elevations in the hemophilia trials have been pretty modest. I think, you know, you give a differing opinion. I also give mine. I think that that the observations of hepatotoxicity, thankfully, in hemophiliacs have been modest and have not really posed major safety concerns. And particularly if they're related to a cellular immune response -- a capsid-immune response and they

TranscriptionEtc.

www.transcriptionetc.com

239

haven't been sustained.

It is curious, some of the observations in one or two trials where these patients have had multi-month transaminase elevations with no clear etiology. And although the elevations are modest, the absence of an explanation for what they are then it does raise the question as to whether or not this is a safety signal, simply because we don't have a good explanation for them.

DR. LISA BUTTERFIELD: Thank you. Now to questions from the committee, other members, Dr. Heller.

DR. THEO HELLER: Thank you. I thought that was an excellent review of a very complex subject with a lot of subtlety and nuance. I have quite a few questions.

The first is in SMA. How do we know the enzymes are due to liver damage? Because AST and ALT are found in muscle as well. And they are also found in red cells and you alluded to red cells hemolysis --

TranscriptionEtc.

www.transcriptionetc.com

240

DR. LINDSEY GEORGE:  Yes.

DR. THEO HELLER: -- and things like that. What do you find?  Should I -- I'll stop.  I'll wait.

DR. LINDSEY GEORGE:  Thank you for giving them to me one-by-one.  So, the short answer of what I understand of the SMA data is that there was, in a smaller cohort of patients than was initially observed, quite a bit of effort given to isolating this liver injury versus other sources of AST and ALT elevation.

And so, I don't necessarily think this has been broadly applied to the 800 patients to isolate this to liver pathology.  But I think in the initial cohort, the initial early phase trial, there was effort given to confirming that this was hepatocyte-specific.

DR. THEO HELLER:  The second is XLMTM:  There was a paper last month which says that "Intrahepatic Cholestasis is a Clinically Significant Feature Associated with Natural History of X-Linked Myotubular Myopathy," *Journal of Neuromuscular Disease*.  It seems that it is a common underlying -- they're suggesting

241

that it's a common underlying feature.  There are also reports of peliosis hepatitis.  And one of the problems with liver disease is that liver enzymes fluctuate in a swivel-tooth pattern.

And I saw that you said that patients with pre-existing liver disease were excluded.  I wondered how that was determined.  You said there was one patient who had normal enzymes at the time of enrollment, but previously had elevations.  That doesn't exclude underlying significant liver pathology. Even in cirrhosis, liver enzymes can go up and down.

And the one of the deaths had a previously elevated bilirubin, but people with pre-existing liver disease were excluded.  And it seems that the liver disease is cholestatic.  That doesn't make sense, at all.  I really does- -- I'm not criticizing, I'm trying to understand.

DR. LINDSEY GEORGE:  Yes.

DR. THEO HELLER:  And then the follow-up question to that, in this cohort was that the liver

242

biopsy reported secondary fibrosis, I don't know what that means. The term, "secondary fibrosis," yes, fibrosis secondary to something, how extensive was the fibrosis that they scored? Was it cirrhotic? Was it not cirrhotic? And what did they mean by secondary in the sense of there was no inflammation? Was this is in a cholestatic-type fibrotic pattern? Or a post-hepatic-type pattern?

DR. LINDSEY GEORGE: So, if I may pick away at this a little bit. I don't have an answer -- a direct answer. But I think that two things are true. And I think your point is well taken that, you know, the (inaudible) criteria is to exclude patients with significant underlying liver disease. But to my knowledge that was up to the discretion of the investigator.

I mean, again, as we heard earlier, this discussion of balancing risk with efficacy is difficult in this disease which is quite devastating. And the preliminary efficacy, as to my understanding, was quite

TranscriptionEtc.

www.transcriptionetc.com

Ex. 2
94

243

remarkable coming out of this work.

So, conceivably as an investigator, you could be biased to want to enroll a patient in this trial. And I don't know exactly if there are laboratory parameters specified to the investigators. You know, what the criteria were. And as you note, all three of the boys that died as well as this patient that was announced yesterday, they had some kind of history at some point in time of elevated transaminases.

And the last point I'll say is -- so, I'm not a neurologist and I haven't been involved in any of the care of these patients. But I think this is a universal issue when we start to think about AAV with hepatotoxicity being the primary AE that's been reported, which is most of the people enrolled in the clinical care of these patients -- or taking care of these patients -- are not hepatologists. So even the finesse that you've mentioned here in one minute is probably way outside my level, and several other people's level of expertise, at understanding liver

TranscriptionEtc.

www.transcriptionetc.com

244

disease.

And so, it is tricky and it probably warrants a little bit of specificity in the protocol if you can. Or, perhaps, some involvement with hepatologists in these patients' care.

DR. THEO HELLER:  Thinking that it's more of a hepatic picture in SMA and hemophilia, but then XLMTM has more of a cholestatic picture and underlying liver disease is cholestatic.

DR. LINDSEY GEORGE:  Yeah.

DR. THEO HELLER:  And so, I don't think that that's random.  And there's literature saying that this is more prevalent than you think it is and relying on enzyme in that setting would not be adequate.  So, I think if we're talking about toxicity of the vector, it's not fair to talk about toxicity of the vector in the setting of underlying liver disease which changes the picture.

DR. LINDSEY GEORGE:  Yes.

DR. THEO HELLER:  Thank you for your

245

answers.  Thank you.

DR. LISA BUTTERFIELD:  Great.  We've got two more questions from the committee.  The first is from Dr. Roos.

DR. RAYMOND ROOS:  In the case of SMA, is there evidence of persistence of liver abnormalities?  Has that been investigated?

DR. LINDSEY GEORGE:  Well again, I have not been an investigator or somebody that's been actively involved in the SMA trials so what I understand is from meetings and some literature.  But my understanding is the liver enzyme abnormalities, in some cases, have been relatively persistent.  And much of the reason why some of these patients are on steroids for multiple months is, I think, clinically what happens is either the investigator or now the treating physician has to take somebody off steroids and then their liver enzymes increase.  And so, I think that that's part of the reason why they're on steroids for so long.

So, to directly answer your question, yes I

TranscriptionEtc.

www.transcriptionetc.com

246

think that some of these patients have had prolonged elevated transaminases.  You know, some of them the initial elevations have been quite marked, in a minority of roughly three to five percent of patients.  But I don't think there's been sustained synthetic dysfunction or whatever.  Of course, it would have to be pretty profound liver damage for it to ultimately see those side effects.

DR. RAYMOND ROOS:  Is there going to be development of cirrhosis or a chronic liver dysfunction?

DR. LINDSEY GEORGE:  Yeah, I don't know that.

DR. RAYMOND ROOS:  Thanks.

DR. LISA BUTTERFIELD:  Thank you.  Dr. Hawkins.

DR. RANDY HAWKINS:  Thank you, Dr. George.  Your slide of the young girl spoke to not just quality of life, but life.  And so, with SMA, my question is, can all the persons who have this diagnosis receive this treatment?

TranscriptionEtc.

www.transcriptionetc.com

247

DR. LINDSEY GEORGE:  I think it depends on a couple of things.  It's my understanding you have to have an AAV (inaudible) antibody status.  I believe the cut off is less than 1 to 50,000, or something like that -- 1 to 5,000, I'm sorry.  I think two things are -- so with respect to actually what were called exclusions to actually receive the lysis vector, presumably there's two factors at play which is are you eligible based on your (inaudible) antibody status and are you eligible based on insurance status.

I think with respect to the immunological gatekeeping, thankfully, I think, with the advent of newborn screening was developed essentially concurrently with the vector -- not necessarily by, but this was concurrently going on.  And so newborn screening is not universal in every state in the United States, but in most.  And so, I think these patients are being identified much sooner.  And so hopefully you can get them at a nadir where they don't have maternal antibodies and they haven't had AAV exposure.

248

And then with respect to the insurance issues, it's probably a little bit beyond my level of expertise.  I've been a little bit involved at the Children's Hospital of Philadelphia around this.  And let me just say this has not posed a major -- this is -- there are several people that have had to -- there's quite a bit of effort to get insurance approval, but so far every patient was eligible and the families that wanted to move forward with vector received it.

Dr. RANDY HAWKINS:  Thank you very much.

DR. LISA BUTTERFIELD:  Thank you.  Dr. Venditti?

DR. CHARLES VENDITTI:  I thank you for the excellent presentation.  I'm wondering if there could be, in some of these patients, a transgene-mediated CMI response beyond capsid, especially in the last group of patients you said were the people with withdrawal prednisone, all of a sudden, LFTs shoot up?  I realize that there might be limited clinical information, but I'm just wondering if you could comment on that?  And

249

if there's something else we should be thinking about with patients that are treated with higher doses of AAV for neurologic indications where the promotors may work in the liver.  Are they going to develop a transgene-immune response in the liver?

DR. LINDSEY GEORGE:  I think that's an excellent point, which I kind of lumped a lot of this into an immune response and was sort of deliberately vague.  So, I'll say that, to my knowledge, they still have not demonstrated a correlation with a immune response with a transgene and elevation of transaminases.

And in the context of hemophilia, we do look for more of sort of growth measures so to speak. So, we look, for example, at Factor VIII and Factor IX we look for inhibitory antibodies, and some of the trials are looking anti-IGG antibodies.  And, then, many of the (inaudible) are perform not only against the capsid but also against the transgene peptides. And there's not been a compelling case for that to be

TranscriptionEtc.

www.transcriptionetc.com

250

an etiology.  But you're right, I think we oftentimes say, you know, this is the hepatocytes- specific promotor or this is a tissue X-specific promotor but it's not confirmed.  It's what we have convinced ourselves of but not necessarily confirmed.

So, no.  It's definitely possible. As I told you, I'm not familiar enough with the X-Linked myotubular myopathy work to know whether or not people have looked at this.  And I don't think the information is publicly available.  I have heard discussed at meetings, which I think is -- at the risk of -- I just want to make sure that this is the very clearest -- it's just discussed at meetings that there was effort to look for expression of the mouse (inaudible) in protein in the biopsies but was not seen.  But that's not published, that has not been presented anywhere so I don't know if that's accurate or not.

DR. CHARLES VENDITTI:  Thank you.

Dr. LISA BUTTERFIELD:  Thank you all. That was a great discussion.  And time is up, and so

TranscriptionEtc.

www.transcriptionetc.com

251

we're going to move now -- thank you, Dr. George, -- to our second invited speaker presentation in hepatoxicity. And this is Dr. James Wilson, Director of the Gene Therapy program at the Perelman School of Medicine. Dr. Wilson.

**INVITED SPEAKER PRESENTATION: "HEPATOTOXICITIES AND OTHER RELEVANT FINDINGS IN ANIMAL STUDIES"**

DR. JAMES WILSON: Great, well we probably should get started and let the clock roll. You can hear me okay?

DR. LISA BUTTERFIELD: Yes.

DR. JAMES WILSON: Great. Thank you. This is my Conflict of Interest Disclosure statement. I was asked today to talk about nonclinical data as it relates to hepatotoxicity. And I think towards an eye in determining what has been predictive and what has been useful and what should we be considering going forward. I'm going to talk about a story that we put

252

together at Penn, with my colleagues noted here, as it relates to our attempt to try to do this.  And this is my wrong talk.  This is the DRG talk, my talk for tomorrow.

MR. MICHAEL KAWCZYNSKI:  Hold on a second.  Hold on, sir.  Let me see here.  You have -- this one was -- all right. You have two talks in here?

DR. JAMES WILSON:  Yeah, two talks.

MR. MICHAEL KAWCZYNSKI:  All right. Let's see if this is the correct one.

DR. JAMES WILSON:  I do know a neuron is not a hepatocyte.  Leave it at that.

MR. MICHAEL KAWCZYNSKI:  Okay.  Let's see if this the correct one?  All right.  So, we're just going to take a moment here.  We're going to take a quick pause just while I reload Dr. Lindsey's notes. And let me just doublecheck.  All right.  I'm going to try this one first, sir.  Like I said, I'm not quite sure if this is the one.  Nope.  Not this one.  Is this the one yet or --

Ex. 2
104

253

DR. JAMES WILSON:  That's the one we just saw.

MR. MICHAEL KAWCZYNSKI:  Okay.  So, which one are we looking for, sir?  It's another one for me. It has to do with non-clinical hepatic toxicity.

MR. MICHAEL KAWCZYNSKI:  All right.  Let us take a quick unscheduled break while we pull this in.  I'm going to have to go to our file and doublecheck that we have the right one.  This is the one that I have, so you'll just bear with me a moment.

And, Jarrod, are you there?

MR. JARROD COLLIER:  Yes, I'm here.

MR. MICHAEL KAWCZYNSKI,  Jim, do you have your PowerPoint with you?

MR. JARROD COLLIER:  I'm sorry?

DR. JAMES WILSON:  No.

MR. MICHAEL KAWCZYNSKI:  I mean because I can always just have you share your screen.

DR. JAMES WILSON:  Okay.

MR. MICHAEL KAWCZYNSKI:  Have you got

your PowerPoint?  I have two files for you.  One's called, James Wilson 1 and one is called 2.

MR. JARROD COLLIER:  Yes.  There should be two.

MR. MICHAEL KAWCZYNSKI:  All right.  That's the one I just had loaded in here.

MR. JARROD COLLIER:  Okay.  Were they not correct?

MR. MICHAEL KAWCZYNSKI:  Yeah.  I think it's the wrong one.  So, I'll pull it up again.  We don't have the right one, but I'll show you the one I have, sir.  I'll load it in real quick.  This is the "James Wilson 2," correct?

DR. JAMES WILSON:  Thank you.  Yeah.

MR. MICHAEL KAWCZYNSKI:  All right.  I'm loading it in right now.  Hopefully, this is the correct one otherwise we'll just have you share your screen.

DR. JAMES WILSON:  Okay.

MR. MICHAEL KAWCZYNSKI:  It'll just take

255

a moment.  Although it does have the -- it does show a AAV-mediated (inaudible) dorsal root ganglion.

DR. JAMES WILSON:  No.  That's not it.

MR. MICHAEL KAWCZYNSKI:  That may not be the right one, sir.

DR. JAMES WILSON:  Well how would you like me to share my screen?

MR. MICHAEL KAWCZYNSKI:  There -- I can prompt you -- go ahead right in the center of the screen.  Do you see where it says, "Share my screen?"

DR. JAMES WILSON:  Right.

MR. MICHAEL KAWCZYNSKI:  Go ahead and click on that.

DR. JAMES WILSON:  Okay.

MR. MICHAEL KAWCZYNSKI,  That's all right.  In whatever screen you can provide.  If you share your desktop, and it will pull it up.

DR. JAMES WILSON:  All right.

MR. MICHAEL KAWCZYNSKI  All right, sir. Your screen is coming up.  I'll tell you when I see it.

TranscriptionEtc.

www.transcriptionetc.com

256

DR. JAMES WILSON:  Now?

MR. MICHAEL KAWCZYNSKI Not yet.  There it comes.  Now I see your email, sir.  So go ahead.  You can pull your PowerPoint up.

DR. JAMES WILSON:  And my PowerPoint is up.

MR. MICHAEL KAWCZYNSKI:  All right.  Drag it up over -- there you go.  We see it, sir.  Go ahead and take it away.

DR. JAMES WILSON:  But do you see it animated?

MR. MICHAEL KAWCZYNSKI:  Adeno-Associated Virus -- Yep.  Adeno-Associated Virus-Related Toxicities PowerPoint.

DR. JAMES WILSON:  And do you see the animation here?

MR. MICHAEL KAWCZYNSKI:  Not yet.  Now you're on Disclosure Statement.

DR. JAMES WILSON:  Okay.  Let's see.  You can see Disclose Statement/Acknowledgments?

TranscriptionEtc.

www.transcriptionetc.com

Ex. 2
108

257

MR. MICHAEL KAWCZYNSKI:  Yep.  Now we see acknowledgments.

DR. JAMES WILSON:  Okay.  And then you see "Spectrum of Toxicities?"

MR. MICHAEL KAWCZYNSKI:  Yeah.  We see the "Potential Mechanisms Leading to Organ Damage." Yes.

DR. JAMES WILSON:  How about, "Spectrum of Toxicities?"

MR. MICHAEL KAWCZYNSKI:  Spectrum of Toxicities associated with Systemic AAV.

DR. JAMES WILSON:  And then we go to potential mechanisms.

MR. MICHAEL KAWCZYNSKI:  All right.  So, we have your PowerPoint up.  If you want to continue as you want to go.

DR. JAMES WILSON:  Okay.  Yeah.  I think I'll leave it here so we don't try to animate this. Okay.  Well, let's get back to where we started which was what we attempted to do here was develop non-

258

clinical data that would help predict the spectrum of clinical adverse events related to liver toxicity. And suffice it to say that the sponsors, the investigators in the field, had generated pre-clinical data to support the risks and benefits in these programs. Since they were unexpected results, those pre-clinical models were really not that helpful.

So, in preparation for the talk today, what we tried to do is reflect on the data that we generated and that had been generated that may be useful in identifying common mechanisms that lead to this diverse array of clinical sequelae. And what we found is a possible initial insult following high dose AAV. It is a reduction in platelets and variably and increase in LFTs.

Next slide. This says, "Potential Mechanisms Leading to Organ Damage." As we generated our non-clinical data in non-human primates, there was a common theme that was thrombocytopenia and also some evidence for dysregulation of coagulation. And what

TranscriptionEtc.

www.transcriptionetc.com

259

we're going to hear about later is this syndrome of TMA that may be associated with some of these toxicities in clinic.

But also, in our non-clinical studies, there was evidence for a different kind of coagulation defect which is DIC. And as we present the non-clinical data, we did want to share with you -- or just talk about now what may be some common features which may be some ways to differentiate these two, with DIC being stimulated by tissue necrosis and inflammation and leads to microvascular thrombosis. But there is a secondary activation of fibrinolysis. Whereas TMA possibly is initiated by endothelial cell damage and activation and consumption of platelets leading to microvascular thrombosis and organ damage.

And as we talk about our studies in non-human primates, we're going to point out some differences and some similarities between these two, both leading to organ damage, but in the setting of TMA affecting the kidney and also hemolysis. Whereas, with severe DIC, a

TranscriptionEtc.

www.transcriptionetc.com

260

sort of a multi-organ damage.

There were two case reports I will present and then two studies that we developed to try to address some of these hypotheses.  The first is shown here which is really our first experience at injecting high dose AAV into non-human primates.

DR. LISA BUTTERFIELD:  Sorry.  Dr. Wilson?  We're still on Spectrum of Toxicities.  Is that the slide you're still on?

Dr. WILSON:  No.  I'm supposed to be on slide six.  Do you see six?  Case report 1.

MR. MICHAEL KAWCZYNSKI:  So just move the slides on your computer.

DR. JAMES WILSON:  Yeah.  I am.

MR. JARROD COLLIER:  Dr. Wilson, are you able to see the slides that you're presenting, at this time?

DR. JAMES WILSON:  Yeah.  Do you guys see these slides?

MR. MICHAEL KAWCZYNSKI:  Yes, we see

261

"Spectrum of Toxicities.,"  We're looking at your email.

DR. JAMES WILSON:  How about this?

MR. MICHAEL KAWCZYNSKI  You'd have to drag it.  There you go.  Yep.  Now open it there.

DR. JAMES WILSON:  And we're at "Potential Mechanisms?"

MR. MICHAEL KAWCZYNSKI: Yes, but make that full screen, sir.

DR. JAMES WILSON:  Yeah.  I think it's going to -- here, Let's see.  Do you see that?

MR. MICHAEL KAWCZYNSKI  Yes, and then hit play.  There you go.  Now you're at the first slide. Yeah.  Now you're on the first slide, so now you've got to advance.

DR. JAMES WILSON:  I am advancing.  So second slide, "Disclosure?"

MR. MICHAEL KAWCZYNSKI:  You're on slide 4, "Spectrum of Toxicity," again.  "Disclosure Statement."  You're going backwards.

Ex. 2
113

262

DR. JAMES WILSON:  I think it's just delayed.  "Acknowledgements?"

MR. MICHAEL KAWCZYNSKI:  Yes.

DR. JAMES WILSON:  "Spectrum of Toxicities?"

MR. MICHAEL KAWCZYNSKI:  Yes.

DR. JAMES WILSON:  "Potential Mechanisms."

MR. MICHAEL KAWCZYNSKI:  I'll tell you when that one pops up.  Yes.  "Potential Mechanisms."  Yes.

DR. JAMES WILSON:  I think I talked about that.  Case Report.

MR. MICHAEL KAWCZYNSKI  There you go.

DR. JAMES WILSON:  Well it's animated, so I just have to go slow so --

MR. MICHAEL KAWCZYNSKI:  Okay.  You're in charge of the slide, so we'll follow along.  All right?  Take it away.

DR. JAMES WILSON:  All right.  So, the

263

first case report was our first experience with infusing high dose AAV into non-human primates.  These were juvenile macaques in which the vector was an AV9-like vector delivered at a dose of 2e14.

I'm just going to pull up the data down below.  You guys should see ALT at this point.  So, what we found are three animals that were dosed.  One of all of -- all of three developed a syndrome of bleeding.  Two of which then recovered and one of which went on to develop hemorrhage, shock, and the animal had to be euthanized.  When we evaluated these three animals with respect to transaminases, all three had an increase within the first week.  And one was much more severe -- the one that had to be euthanized.

I now have total bilirubin that is up.  And, again, there was an increase in the first week of bilirubin.  The two animals that survived, this resolved.  The animal that was severely ill-developed an increase in creatinine.  But all three of the animals, coincidence with the increase in

TranscriptionEtc.

www.transcriptionetc.com

Ex. 2
115

264

transaminases, developed a drop in platelets. In the two animals that recovered, this resolved. And the hemoglobin was stable except for the animal that developed a severe hemorrhage and died.

The necropsy performed on the animal that was euthanized showed severe liver necrosis. And there was an absence of cellular infiltrate. But importantly, deposition of fibrin and intravascular coagulation.

I'm on Case Report 2. So, with those data available to us, we began to consider other experiments to address what factors would potentially influence this fatal systemic toxicity. And this study was actually meant to compare AAV9 to a variant of AAV9 called PHP.B that presumably had better delivery to the CNS. But we selected doses for this experiment that were lower than 1e14 because we did not expect to see systemic toxicity.

So, I'm just going to show you the data for ALT, total bilirubin, and platelets for the animal that received a low dose 2e13 GC/kg. And these were largely

TranscriptionEtc.

www.transcriptionetc.com

265

unremarkable although at three weeks there was a slight increase in transaminase.

When we went to a higher dose of AAV9, we saw an increase in the transaminase but bilirubin was fine, and platelets were not reduced.  But this variant factor of PHP.B at lose dose, again, showed a reasonable toxicity profile.  But at the higher dose, 7.5e13, this animal got severely ill like the other case study.  Large increase in transaminases, large increase in bilirubin, reduction in platelets, and the animal had to be euthanized.

Anticipating we may see toxicity like this, we performed a more comprehensive review of the coagulation parameters on the chance that this could reflect a coagulopathy.  And in the higher dose animal, looking at baseline day 3 and day 5, we observed an increase in PT and a slight increase in PTT, but a reduction in fibrinogen and a transient increase in D dimer suggesting that this may be more of a process similar to DIC.

TranscriptionEtc.

www.transcriptionetc.com

266

The pathology on the liver of the animal that had to be euthanized is shown here.  It was a substantial grade 4 acute liver necrosis.  And when shown under higher magnification, there was evidence for necrosis.  Evidence for mitotic figures but importantly the canalicular bile stasis as well.  And as we saw in the previous animal, marked intravascular coagulation and deposition of fibrin.

So, with this as a potential model to simulate high dose systemic toxicity of AAV, we asked a couple of questions.  And the first one, which is a question that's been brought up by the committee on a number of occasions, is to what extent is the way in which the AAV is prepared could impact on performance such transduction efficiency or safety?  And so this is an unpublished study that I'd like to share with you today.  We generated bulk materials of 89 using 293 cells using our GMP process.  And then it was purified using either a GMP-compatible column process or the research approach of Iodixanol.

TranscriptionEtc.

www.transcriptionetc.com

267

So, we had three animals that received the Column Purified, three with Iodixanol. And these animals were dosed at a high dose, 2e14 that we thought could lead to toxicity. And as Dr. Bern and others have brought up, it's very important to the extent that we can to try to get a handle on the purity, potency, and residuals of our product. And this is some of the key comparisons between these two downstream processes, including the full to empty ratio, are pretty similar and are toxin-free and potency was pretty similar. And purity on a SDS Gel looked comparable.

So now the characterization of that experiment. And what I have here is we've characterized the transduction profile when these animals were necropsied in heart, skeletal muscle, liver, brain, spinal cord and the dorsal root ganglia is something we'll talk about tomorrow. And which we've quantified by morphometry the efficiency of transduction.

The bottom line is that at this dose,

TranscriptionEtc.

www.transcriptionetc.com

which is 2e14, which is something others have described as well is the transduction efficiency of an AAV9 vector is very high.  There may be some slight differences, possibly the gradient was a little more efficient, but the efficacy profiles would be the same.

But the question is what about the toxicity?  So, on this slide summarizes our evaluation of toxicity in this experiment.  First of all, all animals survived, did not develop any clinical sequelae.  But what about clinical pathology?  What I have on the top here are the data from the Column Purified experiment and the Gradient Purified experiment, evaluating transaminase AST in which all animals showed an increase.  ALT, the gradient-purified material may have a secondary spike.  Bilirubin elevated in the gradient-generated material.  And platelet reductions -- again, this is all within the first week or so -- were demonstrated in bulk processes.

During this time that we were conducting

TranscriptionEtc.

www.transcriptionetc.com

269

the experiment, we learned of some of the data that came out of the DMD studies.  So, we asked the question is there a correlation between these findings and the activation of complement?  Because there was a modest increase in PTT.

So, in those same animals we evaluated the samples for any evidence of activation of complement, and there did seem to be, at day 3, an increase in MAC SC5b.  But when further analyzed for evidence of classic pathway complement activation, there were no increases.  Although there was an increase in Complement Bb in the Column Purified more than the Gradient.

And as I mentioned, there was a concomitant reduction in platelets.  So we then asked the question, is there a correlation between the activation of Complement -- at least the alternative pathway as demonstrated by Bb -- and the reduction and platelets?  And I'll show you that in the next slide.

Another question that has come up is, is it

TranscriptionEtc.

www.transcriptionetc.com

270

possible that an activation of (audio skip) vector could actually correspond to the activation of Complement in the reduction in platelets and then the hemolytic uremic syndrome?  And when we look at our antibody titer subsequent to vector, that there were really no increases by day 3 where we saw the activation of Complement.  And, while it was alternative Complement, this didn't seem to explain the result.

If we summarize this experiment where we compare the two groups Column versus Gradient with respect to liver toxicity, what we go show is that the Gradient Purified vector seemed to have a higher increase in transaminases and bilirubin that were statistically significant in these very small groups with total bilirubin.  But, then, when we evaluated the same animals for reduction in platelets, what we saw was that there was a greater reduction in platelets in the Column, Purified animals, that did seem to correspond with the activation of Complement.  And when

271

we actually tried to correlate the increase in measures of Complement Activation against the reduction in platelets, it was not statistically significant but there was a correlation.

So, what was interesting here is two different methods of purification, controlled as best as we could, did seem to impact on the performance of the vector with respect to safety in very different ways. Evidence of liver damage versus the thrombocytopenia and the activation of Complement.

So, the last experiment, and I'll summarize, was the notion of trying to abrogate both or either of these toxicities with steroids, which is what is generally used in the clinic. So, in this experiment, we compared at a dose of 1e14, an AV9 vector versus that PHP.B vector which at 7.5e13 showed toxicity.

And then we also dosed an animal that received this more toxic vector with steroids, 1 mg/kg/day, to do basically the controlled experiment on

TranscriptionEtc.

www.transcriptionetc.com

studying this steroid effect.  These animals were followed for two weeks.

So, what happened was the PHP.B animal developed a severe clinical syndrome and had to be euthanized, but the other two survived.  And when you compare PHP.B against the AAV9 vector in primates, very similar transduction efficiency, although this animal had to be euthanized.

And when you evaluate the liver of the animal that received the AAV9 vector, there was moderate to minimal degeneration infiltrates in bile.  But in the PHP.B animal, very severe hepatocellular loss like we had seen in our initial study.  But steroid treatment with this vector pretty much presented these severe findings, and we had similar results to AAV9.

And then let's look at the clinical pathology data in this experiment, because I think it could be an interesting experimental tool.  So we're going to start with the impact of vector administration

273

at 1e14 in terms of ALT, AST, bilirubin, and platelets. And AAV9 relative to PHP.B capsid is really pretty clean. And as we mention, the two animals that received the PHP.B vector developed the syndrome that required euthanasia at Day 3 or Day 6. Elevation of bilirubin and substantial drop in platelets. But when you treat that animal with steroids, you completely abrogate the transaminase increase. But you have no impact on the thrombocytopenia.

And the PHP.B animals that did develop evidence for coagulopathy, as indicated by an increase in PT, PTT, and a reduction in fibrinogen, and the steroids had no effect at all on that.

So, one last data slide and then just the summary and a model. It's something that's been very striking to us which has been the impact of dose on both gene delivery and transduction and toxicity.

I'm showing you here an experiment with AAV9 delivered at three doses: 1e13, 3e13, 1e14 in a Rhesus Macaque. And then evaluated in the heart for

TranscriptionEtc.

www.transcriptionetc.com

274

transduction at these three doses.  And what we've seen in this model and many others, is there's a non-linear response in terms of gene transfer and transduction. Only a three-fold increase leads to a greater than three-fold increase in transduction, and even more at 1e14.

And what we've done is we have generated data here comparing the ratio -- the impact of the dose on ALT, and this got somehow modified.  But what it shows is that there's a substantial increase in the transaminase when you go from 1e14 to 2e14.  In here that got somehow messed up.

So, our model, and then just final comments.  How do we pull all of this together where we start with vector?  And in the clinic we observe a spectrum of syndromes including hemolytic uremic syndrome which we'll hear about, I think, tomorrow. The cholestatic liver failure that we just heard about from Dr. George in the Audentes study.  And then hepatocellular liver failure, for example, in some of

275

the SMA studies.

We think that there may be two inciting events with a common pathway, but that's microvascular thrombosis versus liver damage.  And this could definitely be influenced by a (audio skip).  But then the consequence of that, even in humans, varies pretty significantly.  And in animals it definitely can vary. And this may be more influenced by the attributes of the host.

So just to summarize about attempts to model high-dose systemic toxicity in our experience with Macaques is we've asked the question, where is there agreement with at least some of the human studies?  At least for the acute host response of thrombocytopenia and transaminase elevations, it seemed to simulate. But that we believe there is evidence for microvascular thrombosis in our non-human primate studies and likely similar findings at least in some of the human studies.

But the development of hepatocyte or liver failure we've demonstrated.  And this non-linear sort

TranscriptionEtc.

www.transcriptionetc.com

276

of dose-response of efficacy and toxicity, as I think we are all we're also seeing in humans.  But, importantly, the threshold for severe toxicity requiring at least euthanasia in primates, is almost spot on with the threshold for human studies which is 2e14 GC/kg.

But there are important differences to point out in that the severe liver toxicity that are observed in humans are often delayed and what we're seeing in primates are a bit earlier.  We've had no evidence of hemolytic uremic syndrome in any of the primates.  We do have evidence of biostasis but not severe cholestatic liver failure.

So just two limitations in the Macaques, one of which is the most important.  It's really hard to evaluate the impact of disease factors in macaques because they're generally animals that are without any other co-morbid conditions.  The other thing that I thought about is that when an animal, a macaque, gets sick early what we are required to do for animal

TranscriptionEtc.

www.transcriptionetc.com

277

welfare considerations is to euthanize the animals.

And it would be interesting if the animals received the same kind of supportive care -- pressors, assisted ventilation, et cetera, to at least allow for the evolution of these toxicity syndromes.

I think I made it through this with only a minute for questions, and thanks for your help in getting this thing rebooted.

**INVITED SPEAKER PRESENTATION Q&A**

DR. LISA BUTTERFIELD:  Thank you very much, Dr. Wilson.  Thanks for persevering.  So what we're going to do is shorten the break to five minutes to allow set-up for the OPH period.  So, we do five minutes for questions.  And so, let's go to our first committee member who's got their hand up, and that's Dr. Zeiss, please.

DR. CAROLINE ZEISS:  Thank you very much. Dr. Wilson, I wonder if you could speculate on the

species differences and the tendency to get this acute (inaudible) hepatic necrosis across dogs, pigs, macaques, and humans?,

DR. JAMES WILSON:  I think -- so our experience in dogs -- we've worked with Charles Veet (phonetic) on this -- as opposed to virtually any other species is the tropism for AAV vectors across all multiple serotypes is far less.  For the biodistribution in dogs our experience is less.  We've only done limited experiments with respect to high dose and these are young (inaudible) models.  And those animals got very sick because of severe DRG toxicity before we could actually evaluate other parameters. So, each one sort of has its own story.  And the other model that you described was what?  That you asked me about?

DR. CAROLINE ZEISS:  Well, on the surface, it would appear that there are greater similarities between macaque and humans.  And I wonder if some of that relates to interferon responses which

TranscriptionEtc.

www.transcriptionetc.com

279

we know are evolutionarily diverse across species?

DR. JAMES WILSON:  It's a really good question because many experts, with whom I've discussed this, believe that acute inflammation is an important early factor in what subsequently happens.  So you may be right there.

DR. CAROLINE ZEISS:  Thank you.

DR. LISA BUTTERFIELD:  Thank you very much.  And we have also time for a question from Dr. Roos, please.

DR. RAYMOND ROOS:  I wondered whether these macaques had co-morbidities with respect to the liver, such as endogenous viruses or some injury in the past.  And whether that contributes to the phenotype that you've seen once they get AAV?

DR. JAMES WILSON:  They are captive bred, but they're out-bred and they come to us with a history for sure.  I'm not aware of any co-morbidities that we've identified that would impact on this effect.  Although what also is seen in macaques, as humans, is

TranscriptionEtc.

www.transcriptionetc.com

280

there is substantial individual variability.  During that first study, one animal had to be euthanized in an effort to (audio skip) resolve the syndrome.  But I don't know what I don't know, there.  And everyone has endogenous viruses for sure.

DR. RAYMOND ROOS:  Well some of the non-human primates have, perhaps, many more easily isolated viruses than humans.

DR. JAMES WILSON:  Mm-hmm.  I mean, they're screened for the classic ones that are dangerous, but that doesn't mean there aren't others that would be present that could confound this.

DR. RAYMOND ROOS:  Thanks.

DR. LISA BUTTERFIELD:  All right.  Thank you very much.  I think we have addressed at least the burning questions right after the presentation.  So, we're going to take about a six-minute break until five after the hour.  At that point, we'll begin the Open Public Hearing and then we'll go on to the panel discussion questions.  Thanks again.

281

[BREAK]

**OPEN PUBLIC HEARING**

MR. MICHAEL KAWCZYNSKI:  All right, thank you and welcome back from that short little break.  Again, thank you for understanding when we had those little technical difficulties with the presentation on Dr. Wilson.  Dr. Wilson did a great job adlibbing, and great job to our board members as well.  Now we're going to hand it back to Dr. Butterfield as we start with our OPH session.  Dr. Butterfield, take it away.

DR. LISA BUTTERFIELD:  Thank you.  This is now the Open Public Hearing for the second session, so this is the same statement that I read before.  Just to reiterate that for the public speakers this time.  Welcome to the Open Public Hearing session.  Please note that both the Food and Drug Administration, FDA, and the public believe in a transparent process for information gathering and decision making.  To ensure

Ex. 2
133

BRIEFING DOCUMENT

**Food and Drug Administration (FDA)**

**Cellular, Tissue, and Gene Therapies Advisory Committee**

**(CTGTAC) Meeting #70**

**Toxicity Risks of Adeno-associated Virus (AAV) Vectors for Gene Therapy (GT)**

**September 2-3, 2021**

**Table of Contents**

1       Introduction ........................................................................................................... 6

2       Background ............................................................................................................. 7

    2.1    AAV GT Studies ................................................................................................ 7

    2.2    AAV Biology and Vectorology.......................................................................... 8

    2.3    Immune Responses to AAV Vectors and Product Considerations ................... 12

    2.4    Immune Mechanisms and the Role of Vector Attributes (Quality) ................. 15

        2.4.1    Empty Capsids ........................................................................................... 15

        2.4.2    CpG Motifs ................................................................................................ 16

        2.4.3    Encapsidated Non-Vector DNA ................................................................ 17

        2.4.4    Other Vector Attributes Implicated as Immune Triggers ......................... 17

        2.4.5    Vector Attributes: Controls in Manufacturing and Lot Release .............. 17

    2.5    Characterizing Risks in Pharmacology/Toxicology Studies ........................... 18

    2.6    Clinical Safety Evaluations for AAV Vectors ................................................. 20

3       AAV Vector Integration and Oncogenicity Risk ................................................. 21

    3.1    Introduction ..................................................................................................... 21

        3.1.1    Integration of Wild Type AAV ................................................................. 21

        3.1.2    Integration of AAV Vectors...................................................................... 22

    3.2    Risk of Insertional Mutagenesis: AAV Vector Design and Quality Attributes ............. 23

        3.2.1    Vector Serotype ....................................................................................... 23

        3.2.2    Enhancer-Promoter Strength..................................................................... 24

        3.2.3    Encapsidated DNA Impurities ................................................................. 25

        3.2.4    Genome Editing Components .................................................................... 26

    3.3    Risk of AAV Vector-Mediated Oncogenicity in Animal Studies.................... 27

        3.3.1    Impact of Animal Species and Disease Pathology ................................... 27

        3.3.2    Assessments and Duration of Follow-up after Administration of AAV Vector Products. ................................................................................................. 28

    3.4    Evaluating the Risk of AAV-Mediated Oncogenicity in Clinical Studies...................... 29

    3.5    **Advisory Committee DRAFT Discussion Questions**................................. 30

4       Hepatotoxicity ...................................................................................................... 31

    4.1    Hepatotoxicities Observed in Humans.............................................................. 31

        4.1.1    Spinal Muscular Atrophy (SMA) ............................................................. 31

4.1.2    Hemophilia ................................................................................................ 34

4.1.3    X-Linked Myotubular Myopathy (XLMTM) ........................................... 34

4.2    The Role of Disease-Related Factors in Hepatotoxicity ............................... 36

4.3    Findings in Animal Studies ........................................................................... 36

4.3.1    SMA ........................................................................................................ 37

4.3.2    Hemophilia .............................................................................................. 38

4.3.3    XLMTM ................................................................................................... 39

4.4    **Advisory Committee DRAFT Discussion Questions** ............................... 39

5    Thrombotic Microangiopathy (TMA) ................................................................... 41

5.1    TMA Observed in Humans ............................................................................ 41

5.1.1    SMA ........................................................................................................ 41

5.1.2    Duchenne Muscular Dystrophy (DMD) ................................................. 42

5.2    Potential Mechanisms of TMA ..................................................................... 42

5.3    Findings in Animal Studies ........................................................................... 43

5.4    **Advisory Committee DRAFT Discussion Questions** ............................... 44

6    Neurotoxicity: Dorsal Root Ganglion (DRG) Toxicities ..................................... 45

6.1    Introduction ................................................................................................... 45

6.2    Findings in Animal Studies ........................................................................... 45

6.3    DRG Toxicities in Humans ............................................................................ 47

6.4    **Advisory Committee DRAFT Discussion Questions** ............................... 47

7    Neurotoxicity: Brain Magnetic Resonance Imaging (MRI) Findings .................. 49

7.1    Introduction ................................................................................................... 49

7.2    Brain MRI Findings in Humans ..................................................................... 49

7.3    Findings in Animal Studies ........................................................................... 51

7.4    **Advisory Committee DRAFT Discussion Questions** ............................... 53

8    References ............................................................................................................. 54

9    Appendix 1: Current Central Nervous System (CNS) GT Studies ...................... 68

3

**ABBREVIATIONS**

| | |
|---|---|
| AAV | Adeno-associated virus |
| AADC | Amino acid decarboxylase |
| AE | Adverse event |
| AESI | Adverse events of special interest |
| ADR | Adverse drug reaction |
| ADC | Apparent diffusion coefficient |
| AFP | Alpha-fetoprotein |
| aHUS | Atypical hemolytic uremic syndrome |
| ALT | Alanine aminotransferase |
| ARSA | Arylsulfatase A |
| AST | Aspartate aminotransferase |
| BBB | Blood-brain barrier |
| CBER | Center for Biologics Evaluation and Research |
| CLN2 | Neuronal ceroid lipofuscinosis 2 |
| CMV | Cytomegalovirus |
| CNS | Central nervous system |
| CSF | Cerebrospinal fluid |
| CRISPR | Clustered regularly interspaced short palindromic repeats |
| CTL | Cytotoxic T lymphocytes |
| dsDNA | Double-stranded DNA |
| DNA | Deoxyribonucleic acid |
| DILI | Drug-induced liver injury |
| DRG | Dorsal root ganglion |
| DWI | Diffusion-weighted imaging |
| ER | Endoplasmic reticulum |
| FDA | Food and Drug Administration |
| FIX | Factor IX |
| FVIII | Factor VIII |
| GAN | Giant axonal neuropathy |
| GFP | Green fluorescent protein |
| GGT | Gamma-glutamyl transferase |
| GLP | Good laboratory practice |
| GOI | Gene of interest |
| GT | Gene therapy |
| HCC | Hepatocellular carcinoma |
| HEK293 | Human embryonic kidney cells 293 |
| HFD | High-fat diet |
| HUS | Hemolytic uremic syndrome |
| IHC | Immunohistochemical |
| IND | Investigational New Drug Application |
| INR | International normalized ratio |
| INTERACT | Initial Targeted Engagement for Regulatory Advice on CBER Products |
| IT | Intrathecal |

4

| ITR | Inverted terminal repeats |
|---|---|
| IC | Intracranial |
| ICM | Intra-cisterna magna |
| ICV | Intracerebroventricular |
| IV | Intravenous |
| kg | Kilogram |
| LTFU | Long-term follow- up |
| MDA5 | Melanoma differentiation-associated protein 5 |
| MPS | Mucopolysaccharidosis type |
| MRI | Magnetic resonance imaging |
| MTM1 | Myotubularin 1 |
| NCV | Nerve conduction velocity |
| NHP | Non-human primate |
| OTAT | Office of Tissues and Advanced Therapies |
| PAMPs | Pathogen-associated molecular patterns |
| PBS | Phosphate buffered saline solution |
| PH | Partial hepatectomy |
| PI | US prescribing information |
| PSN | Primary sensory neurons |
| P/T | Pharmacology/Toxicology |
| qPCR | Quantitative polymerase chain reaction |
| RBC | Red blood cells |
| rcAAV | Replication- competent adeno-associated virus |
| RD | Regular diet |
| RNA | Ribonucleic acid |
| ROA | Route of administration |
| SAE | Serious adverse event |
| SC | Spinal cord |
| SMA | Spinal muscular atrophy |
| SMN 1 | Survival motor neuron 1 |
| ssAAV | Single-stranded AAV |
| ssDNA | Single-stranded DNA |
| TALEN | Transcription activator-like effector nucleases |
| TESAE | Treatment-emergent serious adverse event |
| TLR | Toll-like receptor |
| TMA | Thrombotic microangiopathy |
| TTP | Thrombotic thrombocytopenic purpura |
| Ub | Ubiquitin |
| ULN | Upper limit of normal |
| VEGF | Vascular endothelial growth factor |
| WPRE | Woodchuck hepatitis virus post-transcriptional regulatory element |
| WT | Wild type |
| XLMTM | X-linked myotubular myopathy |
| μg | Microgram |
| vg | Vector genome |

Targeting an AAV vector to a particular cell/tissue type is significantly influenced by the choice of the capsid serotype. There are several natural serotypes of AAV, and many of these have been developed as GT vectors, with AAV2, AAV5, AAV6, AAV8 and AAV9 accounting for a majority of the ongoing AAV GT clinical trials (12). Commonly, AAV2 or AAV8 is the choice for ocular therapies; AAV2, AAV8, AAV5, and AAV9 for liver targeting; and AAV2 and AAV9 for muscle and CNS targeting. Some rhesus AAV serotypes such as rh10 and rh74 are also being studied in clinical trials. AAV9 can cross the blood-brain barrier (BBB), allowing IV administration of AAV9 to target brain tissue. Therefore, AAV9 is a popular vector to treat many diseases affecting the nervous system.

The capsids of AAV vectors are derived either from natural AAV viruses or by engineering capsids through rational design, directed evolution or computer-guided strategies. In older children and adults, there is a high prevalence of antibodies against commonly circulating (natural) AAV serotypes. Therefore, the impetus to develop AAV vectors with capsids from less common AAV serotypes or novel engineered AAV capsids is not only to improve or modify tissue targeting, but also to circumvent immune recognition.

2.3    Immune Responses to AAV Vectors and Product Considerations

Although AAV vectors are generally not considered to be proinflammatory, AAV vectors can engage all arms of the immune system: innate, humoral and cellular (*Figure 4*) (15, 16). Immune recognition of AAV vectors can blunt the therapeutic effect of a product and/or raise safety concerns. Immune-mediated toxicities after AAV vector administration have occurred in several clinical trials (15). The role of anti-capsid antibodies, anti-capsid effector T cells, and elicitation of the innate immune mechanisms (including complement activation) are being actively studied, although the determinants of the immunotoxicities in subjects remain mostly undefined.

12



**Figure 4 Immune Recognition of the AAV GT vector**

**Source**: Shirley et al., 2020. Immune Responses to Viral Gene Therapy Vectors. Molecular Therapy 28: 709-722 (16)

dsRNA, double-stranded RNA; CTL, cytotoxic T lymphocyte; MDA5, melanoma differentiation-associated protein 5; TLR, Toll-like receptor

As clinical experience with AAV vectors has increased, AAV GT developers have adopted approaches to improve the safety profile and the therapeutic window for these products. These approaches include prophylactic or therapeutic immunosuppression and exclusion of subjects who have high titers of antibodies to the vector. Other approaches include administering high doses of AAV vector to override pre-existing anti-AAV antibodies, and/or avoiding systemic exposure by administering the product locally (e.g., muscle) and/or to tissues/organs such as the CNS and eye that are generally regarded as immune-privileged.

Some clinical trials have administered high doses of AAV GT product, ~ $10^{13}$ to $10^{14}$ vector genomes (vg) per kilogram (kg) of body weight (*Table 1*) (17).  Inflammatory toxicities, including renal and hepatic toxicities, attributed to such high doses have been reported in clinical studies (*Table 2*) (18). A correlation between dose and vector immunogenicity has also been noted (19, 20). However, it is difficult to compare vector genome doses across clinical studies due to a lack of standardized reference materials and differences in the design and accuracy of assays (21).

13

**Table 1: Highest doses of AAV vector administered in different GT clinical trials**

| NCT Number | GT Product | Vector Serotype | Indication | Max Dose (vg/kg) | Company |
|---|---|---|---|---|---|
| NCT03769116 | SRP-9001 | AAV-rh74 | DMD | $2 \times 10^{14}$ | Sarepta |
| NCT04652259 | AMT-061 | AAV5 | Hemophilia B | $2 \times 10^{13}$ | uniQure |
| NCT03392974 | BMN-270 | AAV5 | Hemophilia A | $4 \times 10^{13}$ | BioMarin |
| NCT03199469 | AT-132 | AAV8 | XLMTM | $3 \times 10^{14}$ | Audentes |
| NCT04406277 | Zolgensma | AAV9 | SMA | $1.1 \times 10^{14}$ | Novartis |
| NCT04468742 | SGT-001 | AAV9 | DMD | $2 \times 10^{14}$ | Solid Biosciences |
| NCT03362502 | PF-06939926 | AAV9 | DMD | $3 \times 10^{14}$ | Pfizer |

**Source:** Modified from Nicole Paulk; July 7, 2020 in commentary: Gene Therapy: It's Time to Talk About High Doses; https://www.genengnews.com/commentary/gene-therapy-its-time-to-talk-about-high-dose-aav/ (17)

SMA, spinal muscular atrophy; XLMTM, X-linked myotubular myopathy; DMD, Duchenne muscular dystrophy.

**Table 2:  Some of the severe adverse events reported in AAV GT trials**

| Condition | Vector Serotype | Dose (vg/kg) | Severe Adverse Event |
|---|---|---|---|
| SMA1 | AAV9 | $6.7 \times 10^{13}$ to $1.1 \times 10^{14}$ | Elevated liver enzymes, acute liver injury, thrombocytopenia, TMA |
| DMD | AAV9 | $5 \times 10^{13}$ to $3 \times 10^{14}$ | Thrombocytopenia, anemia, complement activation, acute kidney injury, cardiopulmonary insufficiency, persistent vomiting |
| XLMTM | AAV8 | $1 \times 10^{14}$ to $3 \times 10^{14}$ | Gastrointestinal infection, elevated troponin, hyperbilirubinemia, liver failure, sepsis, death |

**Source:** Modified from Nicole Paulk; July 7, 2020 in commentary: Gene Therapy: It's Time to Talk About High Doses; https://www.genengnews.com/commentary/gene-therapy-its-time-to-talk-about-high-dose-aav/ (17)

SMA, spinal muscular atrophy; XLMTM, X-linked myotubular myopathy; DMD, Duchenne muscular dystrophy.

AAV vectors contain significant levels of impurities such as empty capsids (vector particles devoid of the genome) and residual plasmid DNA (used in manufacturing). However, the effects of such impurities on the safety of AAV vectors are not well understood (17, 22, 23). Some mechanistic studies point to the contribution of empty capsids to the elicitation of capsid-reactive lymphocytes, e.g., in subjects with liver enzyme elevation post-treatment in hemophilia trials (24), as further described under Section 2.4 of this document.  In addition to capsid impurities, the vector genome itself carries immune triggers: specifically, CpG dinucleotides (25, 26), and the double-stranded form of the vector genome that can be sensed by innate immune mechanisms

14

upon AAV entry into the cell (27). Residual plasmid DNA that can be packaged in AAV capsids may also be a trigger for innate immunity (28).

Overexpression of the GOI in the target tissue may lead to deleterious effects on normal cellular functions or processes. This was noted recently in SMNΔ7 SMA mice, where an AAV vector that overexpresses SMN protein caused neurodegeneration (29). This finding highlighted the importance of vector design and the choice of regulatory elements that are key to fine tuning gene expression *in vivo*.

Thus, vector design, vector manufacturing and product-specific attributes are key considerations when investigating the determinants of toxicities, and the complex interplay between these factors remains poorly defined.

2.4    Immune Mechanisms and the Role of Vector Attributes (Quality)

The role of product (AAV vector) and process (manufacturing)-related impurities as potential triggers of immune-mediated toxicities has been discussed in recent studies, raising concerns about the quality of the AAV vectors used in clinical studies, as described below.

2.4.1   Empty Capsids

AAV empty capsids, composed of an AAV capsid shell but lacking the vector genome (nucleic acid molecule packaged within), are found in variable proportions in clinical-grade AAV vector preparations (30). The empty capsids increase overall antigenic load and potentially exacerbate capsid-triggered innate and adaptive immune responses. The empty capsids can contribute to the peptides presented by major histocompatibility complex (MHC) molecules, with consequent recognition and clearance of transduced cells by capsid-specific cytotoxic T cells (28). AAV vector-mediated liver toxicity observed in subjects in hemophilia clinical studies, as indicated by transaminase elevations, was associated with activation of capsid-specific CD8+ T cells and with subsequent decline in Factor VIII (FVIII) and Factor IX (FIX) activity (31-33). The AAV capsid is also thought to function as a pathogen-associated molecular pattern (PAMP) that can be

15

recognized by toll-like receptor (TLR) 2, resulting in the induction of innate immune responses (34, 35). In addition to stimulation of innate and adaptive immune responses, AAV empty capsids may compete with full capsids for receptor binding on target cells, which could necessitate an increase in the required vector dose (36).

In a few studies, purified empty capsids were intentionally mixed with the AAV vector and studied as decoys for anti-AAV antibodies to enhance gene transfer and, thereby, to circumvent the problem of pre-existing humoral immunity (37). In most cases, however, the presence of empty capsids in clinical formulations is undesirable. Elimination of empty capsids can potentially improve the safety margin when high vector doses are administered in clinical studies. Removal of AAV empty capsids during manufacture of the AAV vector is challenging when scale-up is needed for commercial manufacturing (38). However, reduction of empty capsids to very low levels is achievable, and advances in AAV vector manufacturing designed to optimize downstream purification methods have shown improvements in vector quality with reduced proportion of empty capsids (28).

2.4.2   CpG Motifs

CpG motifs in DNA consist of cytosine followed by guanine, and the methylation status of the cytosine affects activation of innate immunity. Hypomethylated CpG motifs in AAV genomes (39) activate the TLR9 innate pathway and trigger cytotoxic T lymphocyte (CTL) formation in mice (40-42). In hemophilia B GT studies, stronger CTL responses and absence of durable transgene expression were noted with AAV vectors that had a higher CpG content (28). Strategies proposed to circumvent CpG-mediated immune activation include codon modification to remove CpGs, increasing CpG methylation by improved production technologies, and antagonizing TLR9 activation by co-expression of short non-coding DNA sequences to "cloak" the much larger AAV DNA sequence (28, 43).

16

2.4.3    Encapsidated Non-Vector DNA

AAV vector preparations carry many process- and product-related impurities, including non-vector DNA impurities that are packaged in capsids. AAV capsids can package heterogenous fragments of DNA derived from the production cells and from helper components such as plasmids or viruses (also described in Section 3.2.3 of this document) (38, 44). The packaged nucleic acid is protected by the AAV capsid against nuclease digestion (used during manufacturing) and is impossible to remove or reduce to a smaller size. Depending on the production system used, the DNA contaminants in AAV preparations can be fragments of (i) genomic DNA derived from packaging cells, (ii) the plasmid backbone, (iii) helper viruses such as adenovirus, herpesvirus or baculovirus, (iv) WT AAV *rep/cap* sequences, or (v) truncated AAV genome (30).  The immune-related risks associated with encapsidated non-vector DNA impurities include the potential to express immunogenic peptides and the presence of additional TLR9 agonist CpG motifs derived from helper plasmids (30).

2.4.4    Other Vector Attributes Implicated as Immune Triggers

Additional product attributes may influence AAV-mediated toxicities. AAV vectors carrying self-complementary DNA (scDNA; presented as double-stranded DNA) may be more proinflammatory than vectors carrying single-stranded DNA (ssDNA); higher levels of TLR9-mediated innate immune responses were noted in livers of mice treated with AAV vectors carrying scDNA than in mice treated with AAV vectors carrying ssDNA (27).

2.4.5    Vector Attributes: Controls in Manufacturing and Lot Release

AAV vectors with different design elements (e.g., different vector genome conformations (scDNA or ssDNA), regulatory elements (e.g., constitutive or tissue-specific promoters), and capsid type (different serotypes)) are currently in clinical development for a wide range of indications. Manufacturing approaches are also varied, e.g., AAV vectors are manufactured in insect cells or mammalian cells, as adherent or suspension cells, and empty capsids may or may not be removed during purification. Such differences in vector design and manufacturing

17

approaches may lead to differences in product attributes that may play a role in triggering the toxicities associated with AAV vectors.

AAV vectors contain several process- and product-related impurities, as noted earlier in this section. The safe limits for most of these impurities are unknown. However, to ensure the safety and efficacy of AAV vectors, FDA recommends that sponsors control for all known impurities as part of in-process testing during manufacturing and as part of testing during product lot release (45). For early-phase development, sponsors should, at a minimum, measure the levels of impurities in clinical vector lots and demonstrate similar purity between lots used in IND-enabling preclinical studies and clinical lots. Per 21 CFR 211.165(a) and 610.13, for licensure and for release of post-licensure lots, manufacturers are required to establish and justify appropriate limits for impurities in their product, based on clinical and manufacturing experience.

## 2.5    Characterizing Risks in Pharmacology/Toxicology Studies

In accordance with all development programs for investigational products, it is important that data generated from the conduct of Pharmacology/Toxicology (P/T) studies for AAV vector products inform the product benefit-risk profile within the context of the target clinical indication (46). A well-designed preclinical testing program for an AAV vector product includes comprehensive studies that are designed to identify and characterize any product-mediated toxicities based on the intrinsic product attributes, putative mechanisms of action of the product, biological relevancy of the animal species/model, and the proposed clinical indication/target patient population.

As highlighted in Section 2.3 of this document, the toxicity of AAV vectors in clinical studies is dose dependent. Published preclinical data emphasize the importance of administering the anticipated clinical dose levels in animal toxicology studies to better understand AAV vector-mediated dose-response relationships (47-49). Likewise, the route of administration (ROA) and *in vivo* vector biodistribution and tropism play important roles in understanding the potential for on- and off-target tissue-specific toxicities (40, 50-54).Thus it is important that

18

## 4    Hepatotoxicity

4.1    Hepatotoxicities Observed in Humans

Nearly all AAV vectors traffic to the liver when delivered IV, and hepatotoxicity is the most common adverse event in clinical trials where AAV vectors are administered IV. This hepatotoxicity often presents as liver enzyme elevation, i.e., elevations of serum alanine aminotransferase (ALT) and/or aspartate aminotransferase (AST), and less frequently as drug-induced liver injury (DILI). Rare cases of hepatic failure and three fatalities have been reported in AAV vector clinical trials (3, 4). Corticosteroids have been used to dampen AAV-mediated hepatotoxicities. The following sections provide a summary of hepatotoxicity data in humans with SMA, X-linked myotubular myopathy (XLMTM) and hemophilia.

4.1.1    Spinal Muscular Atrophy (SMA)

SMA is an autosomal recessive neurodegenerative disorder resulting from irreversible loss of lower motor neurons in the brainstem and spinal cord secondary to bi-allelic mutations of the *SMN1* gene, which results in a paucity of SMN protein. SMA is the most common monogenic cause of infant mortality, with an incidence of 4-10 per 100,000 live births.  SMA is classified into 5 subtypes based on age at onset and greatest motor function achieved. The most common phenotype, SMA type 1, is observed in approximately 45–60% of cases. Phenotype is influenced by the nearby gene *SMN2:* additional copies of *SMN2* correlate with reduced severity of disease. Pediatric patients less than 2 years of age with SMA most commonly have two copies of *SMN2,* developing SMA type 1. Such infants may appear normal at birth, but within 6 months typically develop severe flaccid paralysis; they do not achieve developmental milestones such as the ability to sit independently, and mortality is about 30% at age 2 years, with approximately half of those survivors fully reliant on noninvasive ventilation (139).

To date, over 800 patients with SMA have received the recommended IV dose ($1.1 \times 10^{14}$ vg/kg) of onasemnogene abeparvovec (Zolgensma) before or after its approval; all 800 had low titers of anti-AAV9 antibodies ($< 1:50$) prior to the treatment (140). Among those 800 patients,

31

approximately one third had at least one adverse event of hepatotoxicity. Typically, hepatotoxicity associated with onasemnogene abeparvovec presents as non-cholestatic (i.e., elevations in serum aminotransferases), most often occurring between one week and one month after product administration. Some patients had serum aminotransferase elevations as high as over 20 times the upper limit of normal (ULN), as described below. In most cases, liver enzyme concentrations normalized following treatment with corticosteroids.  Some patients needed treatment with corticosteroids extending as long as 229 days (141).

Prior to approval of onasemnogene abeparvovec, one patient with SMA type 1 who received onasemnogene abeparvovec in an expanded access program, developed acute serious liver injury. At baseline, the patient had elevated AST and ALT of unknown etiology; other liver function indicators (gamma-glutamyl transferase, total bilirubin, and prothrombin time) were normal. Approximately 7 weeks after onasemnogene abeparvovec infusion, the patient developed jaundice. Laboratory testing was consistent with acute liver failure: AST approximately $80 \times$ ULN; ALT approximately $45 \times$ ULN; total serum bilirubin approximately $4 \times$ ULN; and plasma prothrombin time approximately $4 \times$ ULN. Liver biopsy showed acute massive degeneration of hepatocytes, and massive mixed inflammatory infiltrate (primarily CD8-positive T lymphocytes). Patient's liver function recovered to baseline with prednisolone treatment (142).

After marketing approval of onasemnogene abeparvovec in 2017, there have been additional case reports of severe hepatotoxicity. Two patients with SMA type 1 who received onasemnogene abeparvovec met the diagnostic criteria for DILI using Hy's law, whereby the drug causes (1) hepatocellular injury (ALT or AST ≥3-fold above the ULN), (2) elevated serum total bilirubin >2 x ULN, and (3) there is no known alternative cause of liver damage (such as viral hepatitis, ischemia or another drug capable of causing the observed injury) (143). Brief description of the two case reports is presented below:

One patient was a 6-month-old infant with SMA type 1 (0 copies of *SMN1*, 2 copies of *SMN2*) and presented 7 weeks after treatment with onasemnogene abeparvovec ($1.1 \times 10^{14}$ vg/kg; $6.25 \times 10^{14}$ vg), with irritability, jaundice, international normalized ratio (INR) of 5.3, increase in

32

aminotransferases (~50-100 × ULN) and direct hyperbilirubinemia. His baseline serum aminotransferase levels were elevated (~5-10 × ULN), and baseline bilirubin was normal. An anti-AAV9 antibody titer before treatment was <1:25 (negative). Evaluation for infection revealed norovirus in the stool. Liver biopsy showed massive ballooning degeneration with drop-out of hepatocytes in zone 3, extensive inflammation in the periportal areas (composed mainly of CD8+ T cells, with some neutrophils, eosinophils, and plasma cells), a marked bile ductular reaction with neutrophilic periductular inflammation, and moderate periportal and marked central vein fibrosis.

The other patient was a 20-month-old child with SMA type 1 (0 copies of *SMN1*, 2 copies of *SMN2*), and presented 8 weeks after treatment with onasemnogene abeparvovec ($1.1 \times 10^{14}$ vg/kg; $11.5 \times 10^{14}$ vg), with irritability, jaundice, INR of 1.5, rise in aminotransferases (~ 40-50 × ULN) and direct hyperbilirubinemia. Evaluation for infection revealed norovirus in the stool. Before receiving onasemnogene abeparvovec, her ALT, AST, gamma-glutamyl transferase (GGT), and total bilirubin levels were within normal limits and the anti-AAV9 antibody titer was negative. She had received prednisolone 2 mg/kg/day 1 day before treatment, on the day of infusion, and for 2 days after the infusion, followed by 1 mg/kg/day until Day 14 post-infusion when her prednisolone was increased to 2 mg/kg/day due to elevated aminotransferases (~50-100 × ULN). Despite the increased dose of prednisolone, her liver enzymes continued to rise. Liver biopsy revealed expanded portal triads and mild interface hepatitis composed mainly of neutrophils and CD8+ T cells, with occasional CD4+ T cells, CD20+ B cells, and eosinophils. Bile ducts had reactive changes with proliferation, confirmed by CK7 staining, with no acute cholangitis. The hepatic lobule had a lymphocytic infiltrate composed primarily of CD8+ T cells. Masson trichrome stain demonstrated mild portal fibrosis with occasional thin fibrous septae extending into the lobule with mild lobular pericellular fibrosis. There was diffuse hepatocellular swelling involving the entire lobule, with rare ballooning.

Both patients were hospitalized and treated with methylprednisolone 20 mg/kg/day for 3 days followed by gradual taper. Both patients were discharged home on oral prednisolone following clinical and laboratory improvement in liver function (143).

33

Because of the potential serious risks associated with hepatotoxicity, a Boxed Warning is included in the US Prescribing Information (PI) for onasemnogene abeparvovec to alert prescribers to the possibility of acute serious liver injury and elevated aminotransferases. In addition, the PI includes instructions on administration of systemic corticosteroids equivalent to oral prednisolone at 1 mg/kg of body weight per day, starting one day prior to onasemnogene abeparvovec infusion for a total of 30 days and monitoring of liver enzymes and function by clinical examination and laboratory testing.

### 4.1.2    Hemophilia

The main toxicity seen in hemophilia clinical studies of AAV-based GT has been early transient elevation in liver enzymes that is mostly asymptomatic (144). Elevation of aminotransferases in these subjects was associated with AAV capsid-specific cell-mediated immune responses. Some subjects developed elevation in aminotransferases without detectable anti-capsid immune responses, while others had an anti-capsid immune response without an elevation in aminotransferase levels (145).

Loss of transgene expression (i.e., vector-mediated expression of clotting factors) was noted in some subjects with the onset of liver enzyme elevations. The presence of anti-capsid T cell responses in a subset of these subjects suggests that the observed loss in clotting factor expression may have been due to T cell-mediated loss of transduced hepatocytes (31, 32, 136, 146-148).  Elevation of liver enzymes (in subjects treated with AAV vectors for hemophilia), however, is not always associated with the loss of transgene expression or with the detection of anti-capsid cellular immunity, as noted in the hemophilia B study with AAV5 expressing WT FIX (149, 150).

### 4.1.3    X-Linked Myotubular Myopathy (XLMTM)

XLMTM is a serious, life-threatening, and rare neuromuscular disease that is characterized by extreme muscle weakness, respiratory failure, and early death. Mortality rates are estimated to be 50 percent in the first 18 months of life, and for those patients who survive past infancy, there is

34

an estimated 25% mortality by the age of 10 years. XLMTM is caused by *myotubularin 1* (*MTM1*) gene mutations that lead to a lack or dysfunction of myotubularin, a protein that is needed for normal development, maturation, and function of skeletal muscle cells. The disease affects approximately 1 in 40,000 to 50,0000 newborn males.

More than 80% of XLMTM patients require ventilator support, and the majority of patients require a gastrostomy tube for nutritional support. In most patients, normal developmental motor milestones are delayed or never achieved. Currently, only supportive treatment options, such as ventilator use or a feeding tube, are available.

As of July 8, 2020, 23 subjects had received IV administration of an investigational AAV-based GT product, AT132 (AAV8 vector expressing *MTM1* gene) in the ASPIRO trial (NCT03199469). Six subjects received low dose AT132 at $1 \times 10^{14}$ vg/kg of body weight, and 17 subjects received a high dose of $3 \times 10^{14}$ vg/kg. The median age of subjects in the low-dose and high-dose cohorts was 1.7 years (range 0.8-4.1) and 2.6 years (range 0.6-6.8), respectively. Three subjects in the high-dose cohort died approximately 20-40 weeks after receiving AT-132. The treatment protocol included prednisolone 1 mg/kg/day for the first eight weeks post-treatment; prednisolone was slowly tapered over Weeks 9-16. By the time of death, all three subjects were older than 5 years of age. An investigation to determine whether these fatal adverse events were related to systemic administration of AT132 was initiated. It was noted that these subjects were among the older and heavier patients in the ASPIRO trial and received the highest total dose (range 4.8-7.7 $\times 10^{15}$ vg). Subjects in the low-dose cohort and younger and lighter subjects in the high-dose cohort did not have similar, treatment-related serious cholestatic liver dysfunction (151).  Also, all three subjects who died had pre-existing hyperbilirubinemia as evidence of intrahepatic cholestasis. Autopsy findings in these three subjects included intrahepatic and canalicular cholestasis, periportal and bile ductular reaction, secondary fibrosis, and lack of prominent liver parenchymal inflammatory cellular infiltrates. In these three fatal cases, the subjects presented with an unusual clinical picture of hepatotoxicity, notable for increases of predominantly direct bilirubin up to 35-50 $\times$ ULN (with top direct bilirubin levels of 30-90 $\times$ ULN). In contrast, AST/ALT elevations typically lagged weeks to months behind the bilirubin elevation. Treatment with ursodiol, augmented corticosteroids and various

35

immunosuppressants were ineffective in halting the injury progression in these cases. The immediate cause of death was sepsis in two cases and gastrointestinal bleeding in the other case (17, 152).

4.2   The Role of Disease-Related Factors in Hepatotoxicity

In an observational natural history study, 33 patients with XLMTM, mean age 10 years and 11 months, were followed for one year.  Hepatic involvement was reported as abnormal liver enzymes or function test (22.5%), enlarged liver (11.8%), jaundice (14.7%) and liver hemorrhage (5.9%) (153). In the ASPIRO trial, more than 50% of participants had some evidence of pre-existing hepatobiliary disease including intermittent direct hyperbilirubinemia, intermittent transaminase elevation, and/or historical cholestasis or jaundice yet no similar, treatment-related, serious cholestatic liver dysfunction was observed in the six subjects in the $1 \times 10^{14}$ vg/kg cohort or in any of the younger, lighter subjects in the $3 \times 10^{14}$ vg/kg cohort, regardless of pre-existing hepatobiliary disease.

While there is no clear causal link between hepatotoxicity and the three fatalities in the ASPIRO trial, there was dose-related hepatotoxicity, especially in the presence of pre-existing elevated liver enzymes in children with XLMTM. Pre-existing hyperbilirubinemia could be due to increased red blood cell (RBC) osmotic fragility and hemolysis. Also, some patients with XLMTM may develop peliosis hepatitis, a liver condition characterized by multiple randomly located, blood-filled cavities throughout the liver (17). The preliminary autopsy report for one subject showed multiple well-circumscribed, brown-red lesions throughout the liver, consistent with hepatic peliosis. However, the exact mechanism of deaths in the participants of this clinical trial remains unknown (154, 155).

4.3   Findings in Animal Studies

Liver-associated adverse findings have been reported in different animal species/models following AAV vector administration. Select published reports detailing hepatotoxicities and associated findings of thrombocytopenia and coagulopathy in animals are summarized below.

36

These data suggest that the findings may be influenced by a number of factors, including the animal species/model, dose levels, vector construct, and other study design elements. It is noteworthy that many of the animal safety studies described here did not assess the impact of immunosuppression on liver toxicity, while clinical studies in subjects with SMA and hemophilia included the administration of prophylactic corticosteroids in an attempt to limit loss of transgene expression (147, 156) and elevation of liver enzymes (157, 158).

### 4.3.1   SMA

Adverse findings in the liver have been reported in animals administered AAV vectors intended to treat neuromuscular disorders, including SMA (159). Neonatal FVB/NJ mice administered onasemnogene abeparvovec IV at dose levels greater than $1.1 \times 10^{14}$ vg/kg displayed transient elevated liver enzymes (ALT, AST) levels in the course of a 12-week interval post-dose. Microscopic observations of minimal to moderate hepatocyte degeneration/necrosis, and minimal to slight hepatocellular hypertrophy, perinuclear vacuolation, and increased Kupffer cells were also reported (141).

IV administration of an AAV9 variant serotype (AAVhu68) vector encoding for the *SMN* gene (AAVhu68-hSMN) in three NHPs at a dose level of $2 \times 10^{14}$ vg/kg resulted in marked elevation in serum liver enzymes (ALT, AST, GGT, alkaline phosphatase). One of the three NHPs became hypothermic and had pale mucous membranes, hepatomegaly, dyspnea, dilated pupils, and signs of circulatory shock; the animal was subsequently euthanized within 5 days after vector administration. The liver tissues were observed to harbor significantly higher (1000-fold) vector genome concentrations compared to other organs and tissues. Additionally, histopathology showed diffuse liver enlargement, massive hepatocellular necrosis and degeneration, immune infiltration, fibrin deposition, and thrombi formation. The remaining two NHPs sacrificed at 4 weeks post-dose exhibited transient elevated serum ALT levels, thrombocytopenia and liver regeneration, fibroplasia, and mononuclear cell infiltration in addition to minimal multifocal hepatocellular necrosis in the periportal areas of the liver (5, 160).

37

Based on their onset, the authors attributed these hepatic findings to the AAV vector and not an adaptive immune response to the vector. DNA damage/endoplasmic reticulum (ER) stress responses which can be activated by transduction with ultra-high dose levels of AAV vectors and constitutive transgene overexpression in hepatocytes were also proposed as possible mechanisms for the observed toxicity. Additionally, marked elevation of inflammatory cytokines at Day 4 post-dose and the induction of innate immune responses (to the AAV vector) may have elicited or exacerbated the liver damage in the single NHP that suffered acute liver failure and shock (5). Liver failure and coagulopathy, with associated circulatory shock, have also been observed following the systemic administration of a high dose level ($1.1 \times 10^{14}$ vg/kg) of onasemnogene abeparvovec in subjects with SMA (141) (Section 4.1.1 of this document).

The IV administration of AAV9 or AAV-PHP.eB vectors (both encoding green fluorescence protein) in juvenile/adult NHPs (n=10), at dose levels ranging from 1.0- $2.0 \times 10^{14}$ vg/kg, resulted in severe coagulopathy requiring early euthanasia of two NHPs 3 days post-dose. The remaining eight NHPs displayed transient elevation of liver enzymes, thrombocytopenia, complement activation and increased coagulation times at 3 days, with resolution by 7 days, post-dose. According to the authors, these data suggest that the severity of the liver findings and coagulopathy were dose-dependent and were higher in animals administered the AAV-PHP.eB vector. Furthermore, the observed toxicity was mitigated but not prevented by prophylactic steroid administration (prednisolone at 1 mg/kg/day starting one day prior to AAV vector administration) in one NHP administered $1 \times 10^{14}$ vg/kg AAV-PHP.eB. The transient activation of the alternative complement pathway at 3 days post-dose was observed to coincide with thrombocytopenia and, according to the authors, was likely a contributing factor to acute liver injury in these animals (56). These data are briefly summarized in Section 5.3 of this document as they may also be relevant to recent findings of TMA in humans administered AAV vectors (as described in Section 5.1 of this document).

4.3.2   Hemophilia

Different serotypes of recombinant AAV encoding for clotting factors intended to treat hemophilia A or B have been investigated in rodent and nonrodent species, including mice, rats, ,

38

dogs, and NHPs (7, 161, 162). In an 18-week Good Laboratory Practice (GLP) toxicology and biodistribution study conducted in WT male mice, the administration of self-complementary AAV8 encoding FIX R338L at dose levels up to $4.0 \times 10^{12}$ vg/kg did not result in adverse changes to liver enzyme levels or liver histology (161). Most dogs with hemophilia A administered AAV8 or AAV9 encoding canine FVIII via the portal or peripheral vein at dose levels, ranging from $1.2 \times 10^{13}$ to $4 \times 10^{13}$ vg/kg, displayed ALT levels within normal limits through 7-10 years post-dose. The ALT levels were transiently elevated in three of nine dogs at various timepoints (7). Additionally, IV administration of AAV8 encoding human FVIII ($4 \times 10^{12}$ particles/kg) to hemophilia A dogs that had previously received AAV8 encoding the canine Factor VIII, resulted in persistent elevation of ALT levels in one of the two dogs through 45 days post-dose, but no other biochemical parameters were perturbed (163). In 2 year-old male NHPs, mild transient elevations in liver enzymes (ALT, AST) were observed following IV administration of AAV5 encoding human FIX at dose levels up to $5 \times 10^{12}$ vg/kg through 26 weeks (162). Findings of liver enzyme elevation observed in these animals were similar to findings in clinical studies (Section 4.1.2 of this document).

### 4.3.3  XLMTM

No adverse changes in liver enzyme levels or liver histology were reported out to 1 year post-dose in 10 week-old dogs with XLMTM that received AAV8 encoding for canine MTM1 (cMTM1) at dose levels of $4 \times 10^{11}$ vg/kg (IV route) or $4 \times 10^{11}$ vg/animal (IM route) (164). XLMTM dogs and normal littermates that were IV administered AAV8-cMTM1 up to a dose level of $5 \times 10^{14}$ vg/kg did not show any adverse changes in liver enzymes (165). Additionally, no toxicity was reported in myotubularin1 (*Mtm1*)-knockout mice or WT littermates that were IV administered $3 \times 10^{13}$ vg/kg AAV8-Mtm1 (164). In contrast, the administration of $3.0 \times 10^{14}$ vg/kg AT132 (AAV8 encoding for human *MTM1* gene) in the ASPIRO clinical trial (Section 4.1.3 of this document) resulted in the 3 deaths associated with cholestatic liver failure, sepsis, or gastrointestinal bleeding.

### 4.4    **Advisory Committee DRAFT Discussion Questions**

39

1. Please discuss the merits and limitations of animal studies to characterize the risk of hepatotoxicity in human subjects and provide recommendations on preclinical study design elements, such as animal species/disease model and endpoints.

2. How should patients be screened and categorized based on their risk for developing liver injury, before AAV vector administration? Please discuss whether pre-existing hepatic conditions may predict the risk of serious liver injury.

3. What additional strategies could be implemented before or after AAV vector administration to prevent or mitigate the risk of liver injury?

4. What factors (e.g., level of disease severity) other than weight should be considered to determine the vector dose for systemic administration?

5. Considering the risk of toxicities observed in clinical trials with high doses of AAV vectors,
   a. please discuss whether an upper limit should be set for the total vector genome dose per subject.
   b. given that many AAV products contain significant amounts of empty capsids, please discuss whether an upper limit should be set on the total capsid dose.

40