# EXHIBIT 7

# Phase 1/2 pheNIX Gene Therapy Clinical Trial for Adults with Phenylketonuria (PKU)

**Olaf Bodamer, M.D., Ph.D., FACMG, FAAP**
**Boston Children's Hospital**
**Principal Investigator of pheNIX Trial**
**on Behalf of the pheNIX trial investigators**





© Copyright 2020 Homology Medicines, Inc. All rights reserved.

# Disclosures

- Clinical trial support through Homology

 | © Copyright 2020 Homology Medicines, Inc. All rights reserved.





# Preclinical Development Data Led to HMI-102 Gene Therapy Product Candidate for Adults with PKU

Designed to **address underlying genetic cause of PKU**

Tested extensively in murine model of PKU:
- Preclinical data demonstrated that HMI-102 provided **functional *PAH* gene → functional PAH protein**
- **Reduction in Phe to normal levels for lifetime** of model
- Concomitant **increase in tyrosine**

Molecular Therapy
**Methods & Clinical Development**
Original Article

Sustained Correction of a Murine Model of Phenylketonuria following a Single Intravenous Administration of AAVHSC15-PAH

**Coat Color Change (Melanin)**



**Reduction in Brain Phe**

**Increase in Brain 5-HIAA**
*Metabolite of Serotonin*





3   | © Copyright 2020 Homology Medicines, Inc. All rights reserved.

# HMI-102 Gene Therapy Overview



4  | © Copyright 2020 Homology Medicines, Inc. All rights reserved.

# Design of Dose-Escalation Phase of First-Ever PKU Gene Therapy Trial: pheNIX Phase 1/2 Trial of HMI-102

*Boston Children's Hospital first center to enroll a PKU patient in a gene therapy trial*



- Adult participants with classical PKU

- Designed to evaluate:
    - Safety
    - Efficacy (reduction in Phe)

- Goal to select dose for the expansion phase

- Single I.V. administration

- Prophylactic, tapering steroids

- Participants dosed in 3 cohorts

◆ = Safety/efficacy review with Data Monitoring Committee (DMC) and Internal Data Review Team



5  | © Copyright 2020 Homology Medicines, Inc. All rights reserved.



# Baseline Characteristics, Follow-Up and Select Co-Morbidities

| Cohort (Dose Level) | Participant # | Sex | Age | Per Protocol Baseline Phe µmol/L | Wks Post-HMI-102 | Pre-Existing Underlying Immune Conditions |
|---|---|---|---|---|---|---|
| **Cohort 1 (Low)** | 1 | F | 36 | 1140 | 52 (End of Study) | - |
| | 2 | M | 49 | 1020 | 52 (End of Study) | - |
| **Cohort 2 (Mid)** | 3 | M | 24 | 1010 | 48 | - |
| | 4 | F | 21 | 1060 | 44 | Asthma, Seasonal Allergies |
| **Cohort 3 (High)** | 5 | F | 31 | 1660 | 28 | Asthma, Eczema, Food Allergies, Environmental Allergies |
| | 6 | M | 33 | 1060 | 13 | - |

**No one failed screening due to pre-existing neutralizing antibodies (Nabs)**

Baseline = Per protocol, day prior to dosing
As of data cutoff date of Oct 19, 2020

6  | © Copyright 2020 Homology Medicines, Inc. All rights reserved.





# Key Safety Observations

Generally well-tolerated

- No treatment-related serious adverse events (SAEs)
  - ◆ One non-treatment-related SAE: Herpes zoster (shingles)
  - ◆ No clinically significant changes in ECGs or vital signs
- No clinical signs of complement activation
- ALT elevations managed with increased steroids in Cohorts 2 and 3 when necessary
  - ◆ No AEs reported related to bilirubin levels
  - ◆ Participants 4 and 5 had one Grade 3 ALT (both participants had pre-existing immune conditions)
    - Normal cortisol levels were observed in Participant 4 during planned high-dose, prophylactic steroid therapy, raising question of adherence

As of data cutoff date of Oct 19, 2020
ALT = Alanine aminotransferase / ALT Grades based on Common Terminology Criteria for Adverse Events (CTCAE) Version 5

7  | © Copyright 2020 Homology Medicines, Inc. All rights reserved.



# Key Efficacy Observations in Cohorts 2 and 3 (Mid- and High-Dose)



- Significant reductions in plasma Phe levels observed in Cohorts 2 and 3, compared to low-dose Cohort 1*

- Achieved plasma Phe levels below 360 µmol/L (ACMG target Phe levels):
  - Cohort 2: Five values out to 48 weeks post-administration for Participant 3
  - Cohort 3: One value out to 13 weeks post-administration for Participant 6

- Majority of participants self-liberalized (increased) dietary intact (natural) protein and/or Phe intake, and decreased Tyr intake

- Greater plasma Phe reductions observed in participants with lower ALT elevations (Grade 1)

- Concomitant Phe reduction and Tyr increase consistent with PAH enzymatic activity

As of data cutoff date of Oct 19, 2020
ALT = Alanine aminotransferase / ALT Grades based on Common Terminology Criteria for Adverse Events (CTCAE) Version 5
Mid-dose: n=2 participants; High-dose: n=2 participants
*P<0.004; Post-hoc comparison of Cohort 1 vs Cohorts 2&3 using repeated measures MANOVA/regression analysis

8   | © Copyright 2020 Homology Medicines, Inc. All rights reserved.



# Cohort 1: No Meaningful Phe Reduction



**Participant 1**
**Plasma PHE (μmol/L)**

Baseline

**Mean % CFB**
Phe: +16.5
Tyr: -0.1
P/T: +20.9

**Diet Mean % CFB**
Intact Protein: +14.2
Total Protein: +4.5
Phe Intake: +0.4
Tyr Intake: -10.8

Concentration (umol/L)

Baseline (Day -1)

Weeks

**Peak ALT Grade: WNL (within normal limit)**

**Participant 2**
**Plasma PHE (μmol/L)**

Baseline

**Mean % CFB**
Phe: +35.4
Tyr: +16.1
P/T: +22.0

**Diet Mean % CFB**
Intact Protein: +66.0
Total Protein: -3.9
Phe Intake: +78.5
Tyr Intake: -14.7

Concentration (umol/L)

Baseline (Day -1)

Weeks

**Peak ALT Grade: 1 (1.4xULN)**

As of data cutoff date of Oct 19, 2020
CFB = Change from baseline for last value prior to data cutoff; P/T = Phe/Tyr ratio; ALT = Alanine aminotransferase / ULN = Upper limit of normal
ALT Grades based on Common Terminology Criteria for Adverse Events (CTCAE) Version 5 / Participant 2 missed Week 32 measurements

9 | © Copyright 2020 Homology Medicines, Inc. All rights reserved.

# Cohort 2: Marked Phe Reductions Observed with Grade 1 ALT but not Grade 3 ALT





As of data cutoff date of Oct 19, 2020

CFB = Change from baseline for last value prior to data cutoff; P/T = Phe/Tyr ratio; ALT = Alanine aminotransferase / ULN = Upper limit of normal

ALT Grades based on Common Terminology Criteria for Adverse Events (CTCAE) Version 5

*Pre-existing immune conditions / **Began additional PKU medication after Week 36 / Participant 3 missed Week 20 and Participant 4 missed Weeks 16 and 20 measurements



# Cohort 3: Marked Phe Reductions with Grade 1 ALT but not Grade 3 ALT





As of data cutoff date of Oct 19, 2020

CFB = Change from baseline for last value prior to data cutoff; P/T = Phe/Tyr ratio; ALT = Alanine aminotransferase / ULN = Upper limit of normal

ALT Grades based on Common Terminology Criteria for Adverse Events (CTCAE) Version 5  / *Pre-existing immune conditions

**Participant 6 Grade 1 based on baseline ALT value above ULN

11   | © Copyright 2020 Homology Medicines, Inc. All rights reserved.



# Participants 3 and 6 Showed Similar Trajectory in Plasma Phe Reductions





As of data cutoff date of Oct 19, 2020
Participant 3 missed Week 20 measurements

12   | © Copyright 2020 Homology Medicines, Inc. All rights reserved.

# Significant Plasma Phe Reductions were Observed at the Higher HMI-102 Doses*





As of data cutoff date of Oct 19, 2020

%CFB = Percent change from baseline at each timepoint

*P<0.004; Post-hoc comparison of Cohort 1 vs Cohorts 2&3 using repeated measures MANOVA/regression analysis

13   | © Copyright 2020 Homology Medicines, Inc. All rights reserved.

# Results of Dose-Escalation Phase of First-Ever PKU Gene Therapy Trial

**SAFETY**

- Generally well-tolerated with no treatment-related SAEs
  - ALT elevations observed in Cohorts 2 and 3 managed with increased steroids when necessary
  - Degree of ALT elevation was associated with pre-existing immune conditions
- No clinical signs of complement activation and no AEs related to bilirubin

**EFFICACY**

- Significant plasma Phe reductions observed in Cohorts 2 and 3, compared to Cohort 1[*]
  - Participant 3 achieved five Phe levels <360 µmol/L
  - Participant 6 achieved one Phe level <360 µmol/L
- Tyr increases and Phe/Tyr ratio decreases consistent with PAH enzymatic activity
- ALT elevations may be associated with reduced efficacy
  - At mid- and high-doses, Phe reductions were greater in participants with Grade 1 ALTs compared to participants with Grade 3 ALT**

As of data cutoff date of Oct 19, 2020
ALT = Alanine aminotransferase / ALT Grades based on Common Terminology Criteria for Adverse Events (CTCAE) Version 5
*P<0.004; Post-hoc comparison of Cohort 1 vs Cohorts 2&3 using repeated measures MANOVA/regression analysis
**P<0.05; Post-hoc comparison of Participants 3&6 vs Participants 4&5 using repeated measures MANOVA/regression analysis

14   | © Copyright 2020 Homology Medicines, Inc. All rights reserved.



# Next Steps



Phe below 360 µmol/L in two dose cohorts supports initiating randomized, concurrently controlled, dose expansion phase

15  | © Copyright 2020 Homology Medicines, Inc. All rights reserved.





# Acknowledgments



