# EXHIBIT 8

**S&P Global**
Market Intelligence

# Homology Medicines, Inc.

# NasdaqGS:FIXX

# Special Call

## Friday, November 06, 2020 9:30 PM GMT

COPYRIGHT © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

**spglobal.com/marketintelligence**

# Table of Contents

Call Participants ................................................................................ 3

Presentation ...................................................................................... 4

Question and Answer ......................................................................... 12

COPYRIGHT © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Call Participants

## EXECUTIVES

**Albert Seymour**
*Chief Scientific Officer*

**Arthur O. Tzianabos**
*President, CEO & Director*

**Gabriel M. Cohn**
*Chief Medical Officer*

**Theresa McNeely**
*Chief Communications Officer &
Patient Advocate*

## ANALYSTS

**Luca Issi**
*RBC Capital Markets, Research
Division*

**Madhu Sudhan Kumar**
*Robert W. Baird & Co.
Incorporated, Research Division*

**Matthew Cornell Biegler**
*Oppenheimer & Co. Inc., Research
Division*

**Michelle Lim Gilson**
*Canaccord Genuity Corp.,
Research Division*

**Philip M. Nadeau**
*Cowen and Company, LLC,
Research Division*

**Robert Cummins Hazlett**
*BTIG, LLC, Research Division*

## ATTENDEES

**Olaf Bodamer**

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Operator**

Ladies and gentlemen, thank you for standing by, and welcome to the Homology Medicines, Inc. conference call. [Operator Instructions] As a reminder, today's program may be recorded.

I would now like to introduce your host for today's program, Theresa McNeely, Homology's Chief Communication Officer and Patient Advocate. Please go ahead.

**Theresa McNeely**
*Chief Communications Officer & Patient Advocate*

Thank you, Jonathan, and good afternoon, everyone, and welcome to Homology Medicines conference call today to discuss the safety and efficacy from our dose escalation portion of our Phase I/II pheNIX gene therapy trial in adults with phenylketonuria, or PKU, and our plans for initiating the randomized, concurrently controlled dose expansion phase of the trial with our gene therapy candidate, HMI-102.

Today, following the pheNIX Principal Investigator, Dr. Olaf Bodamer's oral presentation at the New England Consortium of Metabolic Programs Annual Meeting, we issued a press release highlighting the data from the program, which can be found on our website at homologymedicines.com/investors. Today's event is being webcast with slides, which can also be accessed on the Investors page of our website. [Operator Instructions]

Before we begin today, I'd like to advise everyone on the call that certain remarks we make during the call about the company's future expectations, plans and prospects constitute forward-looking statements for purposes of the safe harbor provisions under the Private Securities Litigation Reform Act of 1995. The actual results may differ materially from those indicated by these forward-looking statements as a result of various important factors, including those discussed in the Risk Factors section of our most recent quarterly report on 10-Q filed with the SEC, which can also be accessed on our website.

In addition, any forward-looking statements represent our views only as of today and should not be relied on as representing our views as of any subsequent date. While we may elect to update these forward-looking statements at some point in the future, we specifically disclaim any obligation to do so even if our views change. Therefore, you should not rely on these forward-looking statements as representing our views as of any date subsequent to today, November 6, 2020.

On our call today are Dr. Arthur Tzianabos, Homology's President and Chief Executive Officer; Dr. Gabe Cohn, our Chief Medical Officer; Dr. Albert Seymour, our Chief Scientific Officer; and our special guest speaker today, Dr. Olaf Bodamer; the pheNIX trial Principal Investigator and Park Gerald Chair at Genetics & Genomics and Associate Chief of Genetics & Genomics at Boston Children's Hospital. Also with us today are Tim Kelly, our Chief Technical Operations Officer; and Brad Smith, our Chief Financial Officer.

I would now like to turn the call over to Arthur for his opening remarks. Arthur?

**Arthur O. Tzianabos**
*President, CEO & Director*

Thank you, Theresa, and thanks to all of you for joining us today to discuss the results of the dose escalation phase of the first-ever PKU gene therapy clinical trial. These positive data from the pheNIX trial support our plan to initiate the randomized controlled, concurrently controlled expansion phase of the trial, which has the potential to be converted to a registrational trial. We also look forward to reviewing our pipeline of programs behind HMI-102, including our recently announced gene therapy candidate for Hunter syndrome.

Before we begin, I would like to extend a heartfelt thank you to the PKU patient community and caregivers who have participated in the pheNIX trial. Your participation, together with the clinical sites, investigators and health care teams have helped advance potential treatment approach forward. We have been

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

dedicated to developing treatments or potential cures for PKU since our company was founded, and we appreciate the trust you have placed in us by your participation.

I'd also like to thank our dedicated employees at Homology who have translated our gene therapy program from our labs into the clinic. I believe the results from our pheNIX trial represent an important milestone as this is the first time a genetic medicines approach has achieved these positive results in patients with PKU and brings us one step closer towards a completely new approach with a potential onetime treatment that may eliminate the need for dietary intervention and restore the normal phenylalanine biochemical pathway.

I will now turn things over to Homology's Chief Medical Officer, Dr. Gabe Cohn, for a brief background on PKU and trial design. Over to you, Gabe.

**Gabriel M. Cohn**
*Chief Medical Officer*

Thank you very much, Arthur, and good afternoon, everybody. PKU is a rare metabolic disorder that has been identified by newborn screening since 1960s. In fact it was the first condition added to the national newborn screening panel. But despite a decade's long ability to diagnose patients with PKU, there continues to remain a very high unmet medical need for effective treatments. PKU is caused by mutations in the PAH gene. As depicted on the left-hand side of this slide, a person without PKU consumes protein and the enzyme phenylalanine hydroxylase metabolizes the phenylalanine from that protein, or Phe, and converts it to tyrosine, which in turn is then converted to neurotransmitters as well as melanin.

If you focus on the right-hand side, you can see the person with PKU is unable to metabolize Phe because of a mutated or deficient phenylalanine hydroxylase enzyme. Therefore, the normal biochemical pathway is disrupted, Phe builds up in the blood and brain, does not convert to tyrosine and leads to neurocognitive deficits.

The goal of investigational HMI-102 gene therapies is to restore the normal phenylalanine biochemical pathway as is depicted on the left, with a onetime treatment. As a member -- as a reminder, in PKU, the phenylalanine hydroxylase enzyme cannot be measured directly as it's an intracellular protein. So we measure Phe as a mark to others. And in fact, this contrasts with other liver-directed gene therapy -- therapies such as trials ongoing for hemophilia where the protein circulates in the blood where it can be directly measured.

Can we have the next slide, please. Current treatment options for PKU are limited and include difficult to maintain low Phe diet. Even when adhering to diet, patients with the most severe form of PKU, classical PKU, are generally unable to meet treatment guidelines of below 360 micromoles per liter, as set by the American College of Medical Genetics and Genomics, which also notes that the primary goal of therapy is to lower blood phenylalanine and the secondary goal is to increase dietary Phe tolerance.

In contrast, European guidelines aimed for Phe values of between 120 to 600 micromoles per liter among individuals 12 years of age or older. Some of the research was shown in the publication by Dr. Bodamer's colleagues at Boston Children's Hospital, Dr. Harvey Levy being the lead author, which was published last year. Even for those who are able to bring Phe levels down to these guidelines, for almost all patients, treatments do not reconstitute the normal biochemical pathway shown in the prior slide. Additionally, all treatments require chronic dosing and 90% of patients are not on any type of drug, and those who are may struggle with dosing regimen and/or side effects.

HMI-102 is our in vivo gene therapy candidate for adults with PKU. My colleague, Dr. Albert Seymour and his team conducted extensive preclinical testing of HMI-102 that supported the initiation of the Phase I and II pheNIX trial. Here's a summary of that preclinical data. A single IV administration of developmental candidate, HMI-102 resulted in the reduction of Phe to normal levels for the lifetime of the disease model.

In addition, a concomitant increase in tyrosine was observed, which was attributed to phenylalanine hydroxylase enzymatic activity. These findings were published in Molecular Therapy Methods & Clinical Development if you're interested in reading more about this.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

On the next slide, we can see a depiction of HMI-102 gene therapy construct and how it's designed to work in the body. As you can see in the middle of the slide, HMI-102 consists of a functional codon-optimized PAH gene, combined with a specific promoter inside of 1 of our 15 proprietary vectors derived from human hematopoietic stem cells. AAVHSC15 was chosen due to its liver-tropism.

HMI-102 is delivered via a single IV administration and is designed to target expression in liver cells, which are the main cells involved in phenylalanine hydroxylase enzymatic production. HMI-102 is designed to deliver the functional PAH gene and promoter to the cell's nucleus, which then leads to the expression of the phenylalanine hydroxylase enzyme as depicted in blue. The functional protein then metabolizes Phe, which is then converted to tyrosine, a precursor to neurotransmitters and melanin.

In June of last year, we launched pheNIX, the first-ever PKU gene therapy clinical trial. PheNIX is a Phase I/II dose escalation, randomized, concurrently controlled trial, which is being run at multiple PKU centers of excellence throughout the United States. Today's call will focus on the results of the first phase of the trial, which is the dose escalation portion depicted here on the left, in which we evaluated safety and efficacy and sought to determine a dose to bring forward to the expansion phase. On the left side, you can see we tested 3 dose levels. A low dose of 2E13 vector genomes per kilogram of body weight, a mid-dose of 6E13 vector genomes per kilogram of body weight and a high dose of 1E14 vector genomes per kilogram. Six adults with classical PKU were dosed during this phase of the trial and all were on prophylactic, tapering steroid regimen during the beginning portion of this trial.

The goals of the dose escalation phase of the pheNIX trial, safety, efficacy and dose escalation as is the case with most AAV-based gene therapy, are laid out on this slide. I wanted to give you some color on what we learned in each of these categories as we progressed through this phase of the trial. For safety, we had an acceptable AE profile where we had no dose-limiting toxicity and learned more about managing prophylactic steroid regimens on that immune response. ALT elevations may be associated with reduced efficacy, so these are important learnings in that category as well. While this was not a concern relative to safety, really, we learned that by managing the ALT tightly, we were able to really affect efficacy, which goes on to the next goal.

In terms of efficacy, we saw Phe reduction and tyrosine increase which is consistent with PAH enzymatic activity. We're focused on Phe reduction. That is the registrable endpoint for PKU clinical trials. We also gained insights and understanding of other important factors including kinetics, durability of response as well as the capability of HMI-102. For the PKU population, by screening for preexisting neutralizing antibodies to the AAVHSC15. We learned a great deal during the dose escalation phase and made adjustments to our protocol, particularly relative to our steroid regimen in an effort to optimize things like monitoring and efficacy. For dose escalation, the safety and efficacy data supported our advancing to the dose expansion phase, where we can enroll more patients, we can enroll them concurrently with no stagger.

We are really fortunate to have with us tonight, Dr. Olaf Bodamer of Boston Children's Hospital, who's our pheNIX Principal Investigator. His was the very first site to have enrolled and treated the first patient in the pheNIX trial. Dr. Bodamer works closely with Dr. Harvey Levy as co-PI at Boston Children's, is also the first person to have presented data from the pheNIX dose escalation study, which he did during the peer-reviewed oral presentation session at this morning's New England Consortium of Metabolic Programs. The consortium consists of metabolic clinics, health care providers, patient organizations and others dedicated to research and health care delivery for metabolic disorders like PKU.

I will now turn things over to him so he can walk you through the data, through the dose escalation phase of the trial and how he sees HMI-102's potential role in PKU. Dr. Bodamer?

**Olaf Bodamer**

Thank you, Gabe. I'm very excited to be here today and being part of this call on behalf of my colleagues and fellow pheNIX trial investigators to review the dose escalation data from the pheNIX trial. As this is the first-ever PKU gene therapy clinical trial, Boston Children's Hospital, myself and my team were excited to enroll the first patient. And I was particularly honored this morning to have the opportunity to present

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

these data directly to the PKU community and my colleagues. As you might imagine, there was a lot of interest in this program at the meeting.

A onetime treatment or onetime therapy for PKU would be a real game changer as we face many challenges with treatment for PKU. As Gabe just described, this therapy, mostly dietary therapy, is not only challenging for the patient himself or herself, but also for the families and particularly, for caregivers. A low protein diet based on a patient's experience and my own experience in treating these patients is not in any way easy to manage. And it certainly does not restore normal phenylalanine metabolism, which is critical, and the goal for a PKU gene therapy treatment.

Let me now review the data from the dose escalation portion of the pheNIX trial. On this slide, you see an overview of the patients in the trial at baseline, which per protocol is the day prior to the dosing. Patients were enrolled in 3 dose cohorts with a stagger between patients and between cohorts, which is recommended for gene therapy trials in the dose escalation phase to allow for monitoring and data monitoring committee review and approval.

In cohort 1, two patients received the low dose of 2E13 vector genomes per kilogram. These individuals have now completed the study and have rolled over to the long-term expansion follow-up study and will be followed for 4 additional years. In cohort 2, two patients received the mid-dose of 6E13 vector genomes per kilogram and both are nearing the end of the year-long study. And finally, in cohort 3, two patients received the high dose of 1E14 vector genomes per kilogram, and these individuals are still in the early to mid-stage in this year-long phase of the study. There are a few additional important things I would like to point out.

First, there were both males and females represented in each cohort and all patients' baseline phenylalanine values were well above 1,000 micromoles per liter, which aligns very nicely with the classical PKU patient population that was enrolled. I would also like to draw your attention to the preexisting underlying immune conditions that are included for subject 4 and subject 5. And I will talk more about those when we go through the data. It's also, finally, important to note that none of the subjects had screen fails due to preexisting neutralizing antibodies, which is an important eligibility criteria for this trial.

Next slide, please. Safety is obviously paramount in any clinical trial, and HMI-102 was generally well tolerated among the 6 patients who participated in the dose escalation phase of the trial. As of the data cutoff date, there were no treatment-related serious adverse events and no clinical signs of complement activation, which is of obvious concern when evaluating AAV-based therapeutic candidates. You may be also aware that other AAV-based gene therapy trials have observed ALT elevations and similarly, we also saw ALT elevations, and we managed those elevations in cohorts 2 and 3 with increased steroids when necessary. Importantly, there were no adverse events related to elevated bilirubin levels.

You'll recall my comment on the last slide about the preexisting immune conditions. Grade 3 ALTs occurred in the 2 patients who had preexisting immune conditions. We have to appreciate that the data set is too small to draw any obvious conclusion, but such an association is notable and worth watching as we continue the trial. Additionally, one of these patients had cortisol levels that remain normal while scheduled to receive high doses of prophylactic steroids, raising a question of compliance and adherence. Generally speaking, obviously, one would expect cortisol levels to decrease and be suppressed while on steroid therapy. So this may also be a confounding factor in assessing the outcome of this particular patient.

Let me turn on -- turn to the next slide on efficacy results. As described earlier, phenylalanine levels are a key endpoint in PKU and has been used -- those endpoints -- of this endpoint has been used in other PKU programs that have received FDA approval. I will focus my comments here on cohorts 2 and 3 as both doses resulted in phenylalanine reductions in 1 of the enrolled patients in each cohort. Those reductions in the phenylalanine concentrations observed in cohorts 2 and 3 were significant when compared to the phenylalanine levels observed in cohort 1. I should note that this analysis was performed by an independent third party.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

In cohort 2, patient 3 has had a marked reduction in phenylalanine from baseline levels of over 1,000 micromoles to 5 phenylalanine values below 360 micromole per liter, which is the target phenylalanine level suggested by ACMG. Of note, one such value was in the normal range. Patient 6 in cohort 3 has also had marked reduction in phenylalanine from baseline levels of over 1,000 micromole per liter and had one phenylalanine value below 360 micromoles per liter. You may recall that patient 6 was only 13 weeks into the trial as of the data cutoff date of October 19, 2020.

What is also important to note here is that these results occurred even as patients generally self-liberalized their diet and either increased their dietary intake or of intact or natural protein and/or increased their directory phenylalanine intake while also generally decreasing their dietary tyrosine intake. As a clinician myself treating PKU patients I think this really impressed me, the improvement in phenylalanine levels and in particular, when considering the changes in diet.

Of note, in these higher-dose cohorts, there were greater plasma phenylalanine reductions observed in patients with lower ALT elevations. And as you will see details shortly, patients 3 and 6 also had concomitant increases in tyrosine, which is consistent with increased phenylalanine hydroxylase and some activity.

Now let me share some more granular details about each dose cohort. Let's turn to the next slide, where I will focus on cohort 1. As you can see from the graph here, the 2 patients in cohort 1 did not show any meaningful reductions in phenylalanine throughout the study, which they have completed.

Next slide. Turning to this slide, we see a difference in cohort 2. Focusing on patient 3, on the left-hand side. This patient experienced a marked phenylalanine reduction from baseline level of over 1,000 micromoles per liter and had 5 phenylalanine values below 360 micromoles per liter and many more below 600 micromoles per liter, which you recall are the threshold for the guidelines in the U.S. and Europe, respectively. Now pointing to the call out box on the graph, where we have included the mean percent change from baseline in 3 categories: phenylalanine, tyrosine and the phenylalanine to tyrosine ratio. You can see the patient's mean percent change from baseline showed a 48.6% reduction in plasma phenylalanine, an 81.1% increase in tyrosine and a 70.8% decrease in the phenylalanine to tyrosine ratio.

It is important to note that for patients with PKU, one important goal for a lower Phe, phenylalanine value, a higher tyrosine value and a lower overall phenylalanine to tyrosine ratio should be achieved. That is exactly what this patient experienced post HMI-102 administration, which is consistent with an increase in phenylalanine hydroxylase activity and increased phenylalanine metabolism. These results were observed even while the patient self-liberalized his diet -- his or her diet, including more than 100% increase in dietary phenylalanine intake.

On the right-hand side of this slide, you can see that patient 4 did not experience a similar reduction in phenylalanine. But if you recall, this is a patient with preexisting immune condition who had an unexpected normal cortisone level, while on high dose of the prophylactic steroid regime. And in addition, she or her -- he or she had a peak ALT level of Grade 3. What is interesting about this patient's experience is that you see the patient's mean percent change from baseline showed a 13% increase in phenylalanine, with a 131.1% increase in tyrosine and a 45.5% decrease in the phenylalanine to tyrosine ratio. This also occurred while the patient liberalized diet with a mean percent change from baseline of 140.5% more intact protein, 289% more phenylalanine and a reduction in tyrosine intake by 75.6%.

The findings in patient 4 may be suggestive of sufficient phenylalanine hydroxylase enzyme activity to increase the patient's tyrosine concentration from its lower baseline, but not enough, not sufficient to reduce the patient's phenylalanine, which was also high -- which was high at baseline.

Next slide, please. In cohort 3, you will appreciate that patient 6 to the right had a marked phenylalanine reduction from baseline level -- from a baseline level of over 1,000 micromoles per liter and had 1 phenylalanine value below 360 micromoles per liter and several below 600 micromoles per liter throughout the 13 weeks of observation. If you look at the mean percent changes from baseline, you will appreciate that the patient experienced a 31.4% reduction in phenylalanine, a 40.3% increase in tyrosine and a 52.4% decrease in the phenylalanine to tyrosine ratio. Again, for PKU patients, we aim for lower Phe,

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

increased tyrosine level and lowering of the phenylalanine to tyrosine ratio, which is exactly what this patient showed.

These results were observed even while the patient self-liberalized diet, including more than a 45.4% increase in the mean percent change from baseline in intact protein and a 41.8% increase in the mean percent change from baseline in dietary phenylalanine intake. In contrast, patient 5 to the left on this slide did not experience a similar reduction in phenylalanine, but like patient 4 had an underlying immune condition that may have contributed to a peak Grade 3 ALT. Similar to patient 4, this patient experienced an increase in the mean percent change from baseline tyrosine of 22.6% and a reduction in the mean percent change from baseline phenylalanine to tyrosine ratio of 25.4%. The findings in this patient may also be suggestive of phenylalanine hydroxylase enzyme activity, which was enough to improve tyrosine, but had no effect on phenylalanine levels.

Next slide. When you look at this overlay, you can see that while we only have 3 months of data for patient 6, the phenylalanine reduction trajectory was very similar to what patient 3 experienced at this point in the study. Recall that in contrast to patients 4 and 5, who had Grade 3 ALTs, these 2 patients only experienced Grade 1 ALTs and both had very similar reductions in phenylalanine levels at this point. This would suggest that at the mid and high doses, if ALTs remain in the lower range, HMI-102 may be able to reduce phenylalanine levels over time.

Next slide. I'd like to now show you the post-hoc analysis comparing cohort 1 versus cohorts 2 and 3, related to the mean percent change from baseline in plasma phenylalanine concentrations. You can see very clearly here, the separation between the low dose on the left and the higher doses on the right. In fact, the phenylalanine reductions in cohorts 2 and 3 were significantly -- significant compared to cohort 1 so that the observed decrease from baseline in phenylalanine values in the higher-dose cohorts were likely not due to random variability in phenylalanine values. This provides evidence of an initial dose response.

Before turning things back over to Gabe to discuss the summary and next steps in the program, I would also emphasize how excited I am and my team is to participate in the pheNIX trial. As a treating physician myself in the metabolism and PKU program at Boston Children's Hospital, I have encountered firsthand the struggles of patients with PKU that they face daily and in the long term, related to a poor -- possibly poor cognitive outcomes. I'm hopeful and excited that HMI-102 will be able to provide new hope to patients and their families. And that the learnings here and in the next phase of the trial will be of immense value to the PKU community.

Thank you very much for your attention, and I'll hand back to Gabe.

**Gabriel M. Cohn**
*Chief Medical Officer*

Thank you, Dr. Bodamer. Likewise, we're also delighted, excited and very honored to be partnered with you and your colleagues on this program.

Now I'd like to review some of the key findings that support Homology moving to the next phase of the pheNIX trial. Here, we are showing you patient 3 and patient 6 over the same time frame of about 12 to 14 weeks post HMI-102 administration. Here, you can see that while patient 6 began at a higher baseline, there's a steeper trend line and Phe levels are quite similar at that 12- to 14-week time point.

As we mentioned earlier, patient 6 had the benefit of key learnings from the rest of the trial in regard to being able to more tightly manage that patient's immune response with a modified optimized steroid regimen. We recognize that you usually may not hear an awful lot about ALTs in these data releases or even in the publications, but we believe that ALTs are important as they may be associated with reduced efficacy. And if managed more tightly, we may -- that may result in better outcomes moving forward in certain patients. And I think that's the case demonstrated here in subject 6. Subject 6 here is blue, subject 3 is in green. You'll recall that subject 3 was at the mid dose, subject 6 was at the high dose. And between subject 3 and subject 6, we experienced, again, those high ALT elevations with subject 4 who, again, didn't have those normal cortisol levels. And in fact, that person had a tenfold increase in the upper limit of normal in terms of ALTs. So that was the Grade 3.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

What we learned is, first of all, it's important to be on these steroids, but secondly, to more aggressively manage those steroids, so we moved on to subject 5. And with subject 5, in fact, we, again, were -- worked with the PI at that particular site and were able to more tightly manage that patient's adherence and compliance to steroids. That subject actually also had a Grade 3 ALT elevation, but it was less marked. It was actually -- it was only about 5x the upper limit of normal. If you recall from the prior slide, that patient actually did demonstrate a reduction in Phe, just not to the range that we would have liked.

Subject 6, on the other hand, and Dr. Bodamer is being very modest because he actually helped manage, very tightly, subject 6. Basically, what happened was at around 6 to 7 weeks during the study, there was a mild bump in ALT while this patient was on their typical kind of prophylactic dose, high-dose steroids, which we were reducing. And at that point, Dr. Bodamer began more aggressively treating these patients reactively with increasing doses of steroids. Now this regimen is really consistent with what we read in the literature. But again, it was the idea of really being much more aggressive, being more vigilant. And as a result of that, that increase, what we see here is between weeks -- at by week 9, we see a reduction in that Phe level. And in fact, by week 10, that subject's Phe value fell below 360, which is quite remarkable. And that's really consistent with what we've seen in subject 3. Subject 3 actually had a Phe value at below 360 by week 12. So again, by tightly regulating that steroid regimen, we believe that -- and again, based on the learnings that we have, we really believe that even at the highest doses, we can achieve efficacy.

And the next slide, please. So to summarize, in terms of safety results, HMI-102 was generally well tolerated and with no treatment-related SAEs, no dose-limiting toxicity. In cohort 2 and 3, ALT increases were managed with increased steroids and the degree of ALT increase appears to be associated with preexisting immune conditions, which is another consideration. Now again, I mentioned association. That's something I think that's worth watching monitoring as Dr. Bodamer said. But there were no clinical signs of complement activations and no AEs related to bilirubin.

In terms of efficacy, we see there was significant Phe reductions observed in cohorts 2 and 3 compared to Phe levels observed in cohort 1. So certainly a dose response. Additionally, patients 3 and 6 achieved Phe levels below 360 and 600, again, consistent with those guidelines that Dr. Bodamer mentioned, and had concomitant tyrosine increases, which is consistent with enzymatic activity. Timing, and this is a very important point regarding ALT elevations, Grade 3 ALT elevations are indeed appear to be associated with some reduced efficacy but can be managed with modified steroid regimen and increased vigilance, which is being incorporated into the expansion phase.

I'd like to now turn to the initiation phase -- initiation, sorry, of the expansion phase of our trial. So the goal of our dose escalation phase of the trial was to evaluate safety, efficacy as well as determine a dose to take forward in the dose expansion phase. We met all those goals and plan to initiate a randomized, concurrently controlled dose expansion phase of this trial. We plan to initiate the dosing in early 2021 into dose expansion phase and to evaluate 2 doses. We'll move forward with 6E13 vector genomes per kilogram which as you saw, demonstrated an acceptable safety profile and evidence of Phe reduction in the dose escalation phase.

It would be natural to conclude that we'd be moving forward with 1E14, except, I think we can do better. And we can actually do better by -- with a little bit less. While it was clear that there were no safety concerns in terms of 1E14, we believe that actually, by modulating somewhat downward, we're able to gain the same degree of efficacy without having to require as much steroids and therefore, that's more beneficial for patients in the long term. And so we're looking at 8E13, which is still within that range of 6E13 and 1E13 because we could believe that has the potential to optimize Phe reduction, mitigate ALT elevations and thereby, reduce the steroid exposure that -- as you saw, we required at the high dose. We still will move forward with now increased vigilance and a modified steroid regimen to ensure that we maintain those ALT elevations within that Grade 1 range.

We have all the clinical drug products supply on hand for the expansion phase. And again, we've learned a lot during this first-ever PKU gene therapy trial. One of the things I tell my team always is when we do a Phase I study, we not only learn about the drug, but we learn more about the disease and how to operationalize and how to optimize what we're doing. So we've learned an awful lot about the PKU gene therapy trial.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

And this is important because recall, this is the first-ever gene therapy in PKU. So the information that we've learned included the impact of management of ALT elevations, as you saw, and we'll be incorporating these key learnings into the expansion phase of the trial, including patient selection, immunosuppressive regimen, patient monitoring as well as endpoints. We look forward to providing an update once the expansion phase begins. And while today's call is -- has been focused on our PKU gene therapy program, I would like to introduce Dr. Albert Seymour, Homology's Chief Scientific Officer, to briefly review the rest of Homology's gene therapy and gene editing pipeline.

**Albert Seymour**
*Chief Scientific Officer*

Thanks, Gabe. What you can see here is Homology's robust pipeline of a dual mechanism, so either gene therapy or gene editing. What you can see here that behind our HMI-102 program, we have 2 other in vivo gene therapy programs that are both in IND-enabling studies. HMI-202 is our development candidate for the treatment of metachromatic leukodystrophy, or MLD, a fatal CNS disorder. HMI-203, our most recently announced gene therapy program, which is for MPS II or Hunter syndrome, is another fatal CNS disorder in the most common and severe form of the disease. Both of these programs leverage the ability of our novel AAVHSC vectors to cross the blood-brain barrier and the blood nerve barrier as well as reach peripheral organs.

Our in vivo to -- HMI-203 gene therapy program has shown promising preclinical data, including the ability to reach peripheral organs as well as cross the blood-brain barrier and the blood-nerve barrier to target a variety of tissues involved in the disease. In the disease model, HMI-203 has resulted in high levels of protein expression and activity, leading to reductions in GAG and improvements in the phenotype. We are working through IND-enabling studies and have already scaled the candidate to 500 liters in our internal manufacturing facility. We look forward to continuing to share data from this program over time as we continue to progress it forward for patients with Hunter syndrome.

I will now turn the call back over to Arthur.

**Arthur O. Tzianabos**
*President, CEO & Director*

Great. Thank you, Albert. As you can tell, we are very pleased with the positive data from our pheNIX trial, and we're looking forward to the next phase of the program as we continue to advance our gene therapy and gene editing pipeline.

I also want to sincerely thank Dr. Bodamer for taking the time again for joining us. As you know, he has spent a lot of time today talking about HMI-102 in the pheNIX trial. So while he'll be able to join us for the beginning of our Q&A session, he will need to jump off the line to go back to his day job.
With that, we will open up the line for questions. Jonathan?

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Operator**

[Operator Instructions] Our first question comes from the line and Michelle Gilson from Canaccord.

**Michelle Lim Gilson**
*Canaccord Genuity Corp., Research Division*

Maybe to start, just one for Dr. Bodamer. What is your view on what the Phe level threshold that a gene therapy would need to show to be clinically meaningful and to -- for you to want your patients to be on it versus other PKU therapeutic? And then do you -- can you also talk maybe about your patients and their interest to enroll in gene therapy studies and perhaps the expansion phase of this study?

**Olaf Bodamer**

Yes. Yes. Thank you for those very important questions. Regarding target Phe levels, I would expect that there is a significant reduction of Phe levels, to start with. And I would probably set the bar at about 50%. So if a patient with typical classic PKU runs baseline levels of over 1,000 micromoles per litter, I would want to see a significant reduction of at least, I would say, 30% to 50% because that would bring the patient into a therapeutic range that is typically achieved with more stringent adherence to diet.

The therapeutic targets that were set forth by ACMG for the U.S. and Europe, they are kind of arbitrary goals. I think -- don't get me wrong. They are important, and it's an important goal to have. And certainly, the best outcomes -- long-term outcomes can be achieved with levels below 360. But 360 is very difficult to accomplish with dietary therapy, for example.

Regarding the other question you had, can you just repeat the last question? I think I didn't really understand or completely capture the last question.

Enrollment. I remember. I'm sorry. I'm multitasking here on my end. The enrollment -- I think patients were very enthusiastic overall to be considered for the gene therapy trial. I think many patients face significant challenges with dietary therapies and even with the newer therapies. So they were looking for an opportunity to participate in a trial that potentially gives them a better long-term control with a one-off treatment. So we didn't have any difficulty recruiting subjects.

**Michelle Lim Gilson**
*Canaccord Genuity Corp., Research Division*

Great. And if you don't mind a follow-up. When -- your patient, the patient 6 who had the modified steroid regimen, did that patient have any, I guess, issues adhering to that steroid regimen? Or anything notable in terms of tolerability?

**Olaf Bodamer**

Yes, I cannot go into too many details there. I think this patient was and still continues to be extremely compliant and followed our advice very diligently. I have to say, we kind of we established a very close follow-up system to catch ALT increases very early, so that we were able to respond at short notice by modifying the steroids. But overall, he didn't have any compliance issues or adherence issues.

**Michelle Lim Gilson**
*Canaccord Genuity Corp., Research Division*

Okay. And then maybe one to the company as well. We've seen several companies now have some commentary about modifying their original steroid protocols and it sounds very similar to the commentary that you had today. But we haven't seen very much data coming from those revised protocols. I guess, can you help us understand what gets you confident that the revised steroid protocol is the right move and that it shouldn't make a difference? And then just one clarification. Are there different steroid protocols moving forward in the expansion for the 2 different cohorts?

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Gabriel M. Cohn**
*Chief Medical Officer*

Yes. I'll take that. Thank you. So as mentioned, we're not in a position right now to reveal exactly what our steroid protocol is going to be. The plan is to actually have that steroid protocol applied to both cohorts, okay? As mentioned, the reason we're going a little bit down in dose is because we could -- we believe we could get the same degree of efficacy as we would with 1E but again, not requiring as much steroids as one might have in terms of reactive steroids as one might need to have with the higher dose. So the goal is really to still have, again, sort of the type of aggressive steroid dosing as well as ALT monitoring and thresholds. But we believe that with going to a little bit of a lower dose, going down -- stepping down a little bit, we may not have to have a reactive response as frequently with steroids. So again, less of a burden for the patients, also less of a patient -- burden for the sites that have to monitor these.

**Operator**

[Operator Instructions] Our next question comes from the line of Bert Hazlett from BTIG.

**Robert Cummins Hazlett**
*BTIG, LLC, Research Division*

For Dr. Bodamer, please. Just a general question. Dr. Bodamer, was this the data that you expecting to see? And were you surprised by any of it? And then a second one, maybe more directly to the subjects that were just being discussed. Could you just compare the response you saw in the higher doses in these patients with current therapeutics like PALYNZIQ the enzyme replacement therapy. Just compare and contrast how you think about a response like this versus maybe PALYNZIQ or a different utilization in the PKU space?

**Olaf Bodamer**

Yes, very good questions. I think I was hoping to some extent that we would see the efficacy that we have shown today in a way, especially with kind of the medium and the high -- at the higher dose. And this was mostly driven by the preclinical data that I think Gabe showed previously. I would say when I compare the response after a single therapy, this is probably a response that's, in a way, unparalleled to some of the other existing therapies. The other existing therapies either require daily treatments, either invasive treatments or oral treatments. So there's certainly a compliance adherence issue there. So in that way, the gene therapy compares very favorably, I would say. And if we can truly demonstrate that the levels come down to near-normal or near into the therapeutic range, then I would definitely argue that this is superior to the existing therapies that are currently available.

**Robert Cummins Hazlett**
*BTIG, LLC, Research Division*

And just one follow-up. How important are the tyrosine elevations you're seeing in this data?

**Olaf Bodamer**

I think they are indirect, I would call them probably a soft marker. If you see tyrosine elevations and the patient has not increased tyrosine intake, it leads to a shift of the phenylalanine tyrosine ratio and this -- it's typically an early indication for increased phenylalanine hydroxylase activity. But obviously, in the absence of a direct enzyme assay, we can only kind of argue indirectly. But we see this also in patients who are kind of undergoing treatment.

**Operator**

Our next question comes from the line of Phil Nadeau from Cowen and Company.

**Philip M. Nadeau**
*Cowen and Company, LLC, Research Division*

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Congrats on the data. Maybe first, just a follow-up actually to the last question on the tyrosine. In the presentation you gave in December, you quantified and showed us how the tyrosine and Phe/tyrosine ratio changed over time in patient 3. Do you have that updated data for patients 3 and 6, the quantitative data over time?

**Gabriel M. Cohn**
*Chief Medical Officer*

Yes, if we can go back to the slide, I don't remember off the top of my head. If you can go to that slide that shows the subject with boxes. So you can see that subject 3, there was a -- with subject 3, there was an 81% increase in tyrosine. This is the mean percent change from baseline, okay? So overall, it was an 81% over the course of 48 weeks, I believe that is. And then if we look at subject 6, I believe was the next question. If you look at subject 6, again for subject 6, we see a tyrosine increase of about 80-plus percent as well during that 12-week period.

**Philip M. Nadeau**
*Cowen and Company, LLC, Research Division*

Great. That's helpful. And then on patient 3, I guess what I'm curious about is, it seems like the change in all the parameters happened kind of immediately in week 1. I guess the tyrosine and phenylalanine changed a bit over time. But the slope of the line is more flat than that initial change. Can you talk a bit about how you took the baselines in this trial? How many measures made up the baseline for patients 3 and 6? And is there any risk that, that baseline for patient 3 was abnormal for any reason?

**Gabriel M. Cohn**
*Chief Medical Officer*

Sure. Yes, that's an excellent question. So actually, by the protocol definition, the baseline is day minus 1, which is day just prior to treatment. And that's by the protocol. I think as we look forward, I think and obviously, as you saw, I think, particularly, as you look at the data that we shared with you in cohort 1, we do see quite a bit of variability. And in fact, it was that variability that prompted us to actually do that statistical analysis that, that Dr. Bodamer spoke about, because we wanted to reassure ourselves that those levels that we're seeing below 360 and below 600 and the overall slope, was indeed not sort of these random findings. So certainly, as you point out that, yes, maybe one value may not be sufficient. But again, for the purposes of this study, at this point, the baseline level was, in fact, what we used for comparison.

The other observation that you kind of alluded to, which is also true, is that we do see an immediate reduction in tyrosine. And actually, I remember about a year ago, having this discussion with Dr. Bodamer. I'm not sure if he remembers, but I asked him about that. I said, why is it that we're seeing this marked reduction initially with tyrosine and not so much with Phe? And he answered that because tyrosine levels are low, it's much easier to detect so that -- that increase in tyrosine much sooner than you would a reduction in Phe, which makes a lot of sense. The other thing is that, again, once you move tyrosine into the normal range, you're not necessarily going to start seeing continuous increases in tyrosine, so that will get regulated. So exactly, you start to see this rapid response you point out -- as you point out, with tyrosine, this rapid increase. And then it kind of slows down because, again, you've kind of -- you've normalized things relative to tyrosine, but there's more work to be done with Phe.

**Arthur O. Tzianabos**
*President, CEO & Director*

So, I don't know if you had another question or you're good?

**Philip M. Nadeau**
*Cowen and Company, LLC, Research Division*

No, that was very helpful. Those were all my questions.

**Arthur O. Tzianabos**
*President, CEO & Director*

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Great. At this time, I just want to let Dr. Bodamer go and thank him very much for the time he spent with us tonight. I think it was very helpful, very useful to give some context to the data, to level set on the data, expectation wise. And again, we appreciate our collaboration with you, and we're looking forward to continuing our collaboration into the expansion phase of the trial. So thank you, Dr. Bodamer.

**Olaf Bodamer**

It's my pleasure. Have a good night. Bye-bye.

**Operator**

Our next question comes from the line of Luca Issi from RBC Capital.

**Luca Issi**
*RBC Capital Markets, Research Division*

I was actually wondering, what is the bar here that you think the FDA will ultimately require for approval? Is the 50% reduction in phenylalanine sufficient? Or do you need to show actual patients below the threshold of 360? The second question is, do you actually have any evidence of actual gene expression here? Wondering if doing a liver biopsy is a possibility? Or if maybe there's any additional biomarker that you could possibly track going forward?

**Arthur O. Tzianabos**
*President, CEO & Director*

Yes. Thanks, Luca. I'll take the first question, and then Gabe will take the second question. In terms of the bar, right now, it's pretty much been set with the approval of PALYNZIQ. So roughly, they saw at the end of the day after multiple trials, about a 50% reduction in phenylalanine levels in about 50% of the patients. Importantly, it's worth noting that through that long period of the trial, 2 to 3 years, about 75% of the patients were unable to complete that trial due to adherence and compliance with a very difficult to administer regimen that has the potential to lead to anaphylaxis. So in our minds, that's a good bar. You heard Dr. Bodamer allude to that as well. So that's not to say. That's where we're going to land in terms of endpoints, but it's a good reference point. Second question?

**Gabriel M. Cohn**
*Chief Medical Officer*

Yes. With regard to liver biopsy. And again, another excellent question. We struggled with that question. And certainly, it would make my life a lot easier as you do a dose escalation study to see if you have the right dose and how far we should go, et cetera, et cetera. The challenge -- and we had -- believe me, we had lots of discussions about that. The challenge with dealing with liver biopsies is when do you biopsy, how often? At what time point? Does that provoke an immune response against the liver and then undermine the therapies that you have. So it does make it very challenging to consider. And so we've debated it. Instead, we became stuck with evaluating Phe, which ultimately is the clinical outcome and then just continuing to dose escalate until we reach the comfort levels that we're in the right dose range that we believe we can move forward with an efficacious dose.

**Operator**

Our next question comes from the line of Madhu Kumar from Baird.

**Madhu Sudhan Kumar**
*Robert W. Baird & Co. Incorporated, Research Division*

So I mean it's a shame Dr. Bodamer couldn't stay because I was curious about kind of what fraction of patients -- well, you all can kind of take a view. What fraction of PKU patients do you think would have an autoimmune condition of some kind that would kind of exclude them from the pheNIX dose expansion or kind of future studies of 102 in PKU?

**Gabriel M. Cohn**
*Chief Medical Officer*

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Yes. Thank you. Actually, what we understand is that actually, patients with PKU aren't at higher risk than the general population in terms of some of these conditions. We don't see that in the long term as being an exclusion criteria. In the short term, certainly, we will modify our inclusion criteria because we want to basically, at least at this point, reduce the number of variables that we're looking at and sort of make things a little bit of a cleaner study. But again, once we are very comfortable with a dose as well as a steroid regimen that gives us consistent results without seeing these ALT elevations, we plan to actually then extend that to patients with these immune type of conditions.

**Arthur O. Tzianabos**
*President, CEO & Director*

Yes. And Madhu, I can add on to that a little bit. If you're thinking about the population here and the opportunity to help patients, if you think about the approved drugs on the market right now for PKU, in the U.S., approximately 10% of all patients are on a drug for PKU. Those drugs are doing very well out in the commercial world, approaching about $1 billion in this year. So from a number of patients do you need to make this a competitive commercial -- commercially viable approach, that bar is pretty low. So our ability to reach more than 10%, we believe, is very good. And moving forward, that's why we see a great potential for this HMI-102 in the future and to get, not only patients that are in clinic and being seen regularly, but the majority of them are out of clinic and not being seen regularly. So the opportunity to pull them in, we think, is very, very real for us.

**Madhu Sudhan Kumar**
*Robert W. Baird & Co. Incorporated, Research Division*

Okay. And then on this point around the kind of steroid, I mean, it's an impressive regimen you're looking at. I mean, without getting into new details, can you give us some sense of frame of reference for what you think this regimen looks like in terms of kind of peer gene therapy programs? Like we could think about, say, what Audentes was doing in XLMTM. It's kind of a high-end of steroid regimens or say the Duchene, the high end for steroid regimens and then something like what Spark was doing in Heme B and Heme A, it's kind of middle of the road, and something like uniQure being in the low end. Like, how do you think about where your regimen sits in kind of aggressiveness in terms of like strength of steroid, length of steroid administrations. How should we be thinking about what your immunosuppression regime should look like?

**Gabriel M. Cohn**
*Chief Medical Officer*

Sure. So one thing I do want to mention, I can reiterate, again, is the Grade 3 elevations -- the Grade 3 ALT elevations that we saw were nowhere in the ballpark of some of the ALT elevations that you referred to in terms of some of the companies. And I think that's important. Having said that, actually, the regimen that we have is not as aggressive as some of the more aggressive regimens, if you will. Okay, without being all that specific, and not uncommon in terms of medical treatment. So it's not one of these that we're going 2 standard deviations out of the mean in terms of how we're treating patients. This is actually sort of within the realm of gene therapy. There's nothing unusual we're doing.

What we're saying is that we're going to be a little bit more vigilant. We're going to go up on the type of doses that we've used up until now. So we're increasing relative to what we're doing. And that, in combination with, again, modulating dose down a little bit, we believe we could hit the soft spot. Now I also don't want to undersell 6E13. If we look at subject 3 at 6E13, subject 3 had a great response and actually, they had very few ALT elevations, they had Grade 1 ALT elevations. So again, we believe we can hit the sweet spot without putting people on too much of a steroid regimen, or too aggressive of a steroid regimen and still get a high degree of efficacy.

**Madhu Sudhan Kumar**
*Robert W. Baird & Co. Incorporated, Research Division*

And so following from that, you're confident that the immune reaction that's kind of coincident with these Grade 3 ALT elevations in patient 4 and patient 5, I mean are they being triggered by the capsid? Are they

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

being triggered by the transgene? Like how do you think about which could be driving kind of the immune response that's coincident with an ALT spike?

**Gabriel M. Cohn**
*Chief Medical Officer*

Yes, that's a good question, and we still have some data outstanding around that. I'm always agnostic. So I try to think that it could be one or both. It's a great question. And again, it's just -- to me, it's just a matter of controlling that transaminitis. If we could control that, we could assure ourselves that we'll get a good Phe response. The other thing I do want to mention, by the way, is we know, based on other literature in terms of PKU and P5 infections and inflammation, that those results may increase in Phe. So it's not necessary just the transaminitis. That's certainly an issue, and we're concerned about transaminitis in terms of long term and loss of cells. But the other part of controlling transaminitis and controlling Phe levels is the low we -- the better we can control inflammation, the better we can do in terms of Phe reduction overall.

**Arthur O. Tzianabos**
*President, CEO & Director*

And I'll just add that in the case of these 6 patients, these increases in ALT, ASTs were generally asymptomatic. These patients are walking around, not even knowing that they had increased levels of ALT. It's only through the monitoring that we did that, that came to light. So that's an important point, I think, to point out as well.

**Operator**

And our final question comes from the line of Matt Biegler from Oppenheimer.

**Matthew Cornell Biegler**
*Oppenheimer & Co. Inc., Research Division*

Arthur, you mentioned no patients had failed screening due to neutralizing antibodies. I guess, just given some of the AST elevations we're seeing, are you guys considering tightening the cutoffs on seroreactivity in the expansion phase? Is that something that might be in play to improve efficacy?

**Arthur O. Tzianabos**
*President, CEO & Director*

So Matt, I'm not sure if I understand your question. Can you repeat it again, please?

**Matthew Cornell Biegler**
*Oppenheimer & Co. Inc., Research Division*

So we didn't have any screen failures due to the presence of neutralizing antibodies, right? But you're using some cutoff to judge what that means, whether or not it's true or it's not. So would you consider maybe making those cutoffs more restrictive, potentially, so patients don't have an immune reaction?

**Arthur O. Tzianabos**
*President, CEO & Director*

Yes. So my background is in immunology, but I want Albert Seymour to answer that question so he can get some air time.

**Albert Seymour**
*Chief Scientific Officer*

Matt, it's Albert. So we're already using a pretty low and conservative cutoff of less than 1 to 5. And I will say for all these patients, they obviously are negative at least at less than 1 to 5. The other aspect that we do is we collect -- beforehand, we also look at just total antibodies, and they're all completely negative as well. And so those 2 combined lend us to at least think that, that's not contributing to what we're seeing, but it's certainly something that we'll monitor over time.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Operator**

This does conclude the question-and-answer session of today's program. I'd like to hand the program back to management for any further remarks.

**Arthur O. Tzianabos**
*President, CEO & Director*

Yes. I first wanted to thank everybody. This is the Friday night, but we wanted to make sure that we were accessible in giving you the latest and greatest after the presentation today. So we appreciate everybody taking the time on a Friday night.

So as you can tell, we are very much looking forward to sharing this news with you today. And as we know, many of you had been waiting to hear that we were advancing into the next phase of the pheNIX trial. We've moved efficiently through the trial, through the dose escalation phase, with the recommended stagger between patient dosing, safety monitoring and in spite -- or despite all the challenges with COVID. We, alongside with our investigators, believe that the data set we have generated and shared with you today demonstrate PAH activity at not one, but two doses and met the goals we set forth at the beginning of this initial phase of pheNIX.

Data set gives us confidence in the doses that we have selected for the expansion phase and the most expeditious path for identifying the best dose in a larger number of patients. We are working to pave a new way in PKU, and we are talking -- and we are taking -- sorry, the important findings from this phase of the trial to the next phase, which is the randomized concurrently controlled potentially pivotal part of the trial. It is full steam ahead for us, and we're on to the next phase.

Thank you again to everyone who joined us today and to the PKU community for their participation in our clinical trial. We are looking forward to updating you on our progress in the year ahead. Thanks, and have a great night, everybody.

**Operator**
Thank you, ladies and gentlemen, for your participation in today's conference. This does conclude the program. You may now disconnect. Good day.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

Copyright © 2021 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2021 S&P Global Market Intelligence.