# EXHIBIT 9

**S&P Global**
Market Intelligence

# Homology Medicines, Inc.
# NasdaqGS:FIXX
# Company Conference Presentation

**Monday, November 08, 2021 3:30 PM GMT**

COPYRIGHT © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Table of Contents

Call Participants ........................................................................... 3

Presentation ........................................................................... 4

Question and Answer ........................................................................... 8

COPYRIGHT © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

**spglobal.com/marketintelligence**

# Call Participants

**EXECUTIVES**

**Arthur O. Tzianabos**
*President, CEO & Director*

**ANALYSTS**

**Judah C. Frommer**
*Crédit Suisse AG, Research Division*

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Judah C. Frommer**
*Crédit Suisse AG, Research Division*

Good morning, everyone, and welcome to the 2021 version of the Credit Suisse Healthcare Conference. We're thrilled to have Homology with us this morning and CEO, Arthur Tzianabos. Why don't I pass it over to Arthur to get started, and if people do have questions, they can certainly shoot an e-mail over to me, and I'll make sure to get those asked, but we'll start out with a presentation from the company.

**Arthur O. Tzianabos**
*President, CEO & Director*

Great. Thanks, Judah, and thanks to Credit Suisse for the invite to talk to you today on the progress we're making at Homology Medicines. This can -- just to share the slides. So we are a public company, and I will be making forward statements -- looking statements today, and you can check our website for our SEC filings.

This is the mission of the company. We're at a point with technology now and genetic medicines, where we actually have the chance to cure genetic disorders versus just giving a chronic treatment that a lot of us have developed drugs over the years, and this is really what drives the company every single day that we're here, trying to develop new curative medicines for patients.

This slide really shows that we're a fully integrated gene therapy and gene editing company. We will have 3 clinical programs in the clinic by the end of this year, and that was one of the goals that we announced. The technology is based on 15 novel we call them AAVHSCs because these are naturally occurring AAVs that were isolated from human stem cells originally. The management team here has a lot of rare disease experience. We've developed many drugs that are currently in the market, helping patients today. And we really have advanced our programs quite quickly since the start of the company about 5.5 years ago. We have a lead program for PKU gene therapy in adults, which is in the Phase II. And we announced that we will be starting a trial for our PKU gene editing, clinical trial later this year as well as our gene therapy for Hunter syndrome.

We have a real strong research and development organization. All of these programs are homegrown, developed from this platform. And we've backstopped this with internal AAV manufacturing capability that is at GMP scale and processor all the way up to 2,000 liters, which is the highest in the industry. So that is a huge asset that takes us off the critical path in terms of depending on third-party CDMOs. The vectors here have unique properties and really supports 3 arms of the platform: Our gene therapy platform; our GTx-mAb platform, and that's essentially our platform that allows us to make constitutively produced monoclonal antibodies; and then our nuclease-free gene editing platform, which we'll get more into.

So off these set of vectors, you can actually leverage 3 approaches to curing genetic disorders. And they're shown here from left to right, you can see with gene therapy. Essentially, this is gene therapy, as everybody knows it with AAVs, you can form a episome with your cDNA and express a protein intracellular or extracellular. The middle panel shows the GTx-mAb. We can make full length, heavy and light chain IgG constitutively off this platform. And on the right-hand side, with the same capsid but a different cDNA construct we can actually insert directly into the genome precisely where we want to go with a corrective gene using a very precise homologous recombination DNA repair mechanism.

This is our pipeline. You can see here, again, highlighting the progression of our programs over time over these 3 different platforms. We are looking forward to actually initiating our trials for Hunter syndrome as well as PKU gene editing program this year. And I will delve now into PKU, which is the subject of our gene -- our first gene therapy program. PKU has really caused a -- it's identified at birth in newborns by the lack of the ability to make a very important enzyme on the right-hand side of the slide called PAH or phenylalanine hydroxylase. That converts phenylalanine to tyrosine and tyrosine is an important precursor for all the neurotransmitters. And so these patients right from the get-go need to be on a protein-free diet. They lose IQ points over time and need to be in a highly restrictive diet in order to try to retain

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

executive function. There is really no treatment out there right now from a genetic medicine standpoint that directly addresses the replacement of PAH.

It's a rather large rare genetic disorder, there's about 60,000 patients worldwide. There's a very large adult population. And then, of course, there's an incident population of babies born every year, about 1,500 worldwide, about 350 of those in the United States. Kuvan and PALYNZIQ treat a very small portion of these patients. And so the Homology approach here actually will replace the gene that is missing in these children.

And so our lead program is called HMI-102, this is the gene therapy program. It's the pheNIX trial. We've reported out, we've had 2 data readouts here. The first part of this trial was a Phase I dose escalation to try to find the right dose to move forward to a dose expansion phase. We saw a very good safety profile with these vectors, we tested out at 3 doses, the middle and the top dose showed biologic activity. And by that, I mean a reduction in phenylalanine as well as an increase in tyrosine, which is what you want to see in these patients. We chose those 2 doses to take forward into a dose expansion phase, and we plan to have an update on that data set by the middle of next year in 2022. So really good data. And on the heels of that data, we had an investment from Pfizer in terms of supporting these programs, and that was about a year ago or so.

A little bit about the pheNIX trial. This is the expansion phase. So there's 3 arms here. There's the middle dose that we selected. There will be 6 to 8 patients there. There will be 6 to 8 patients in the high dose as well as concurrent control with 3 to 4 patients there. So this is a single IV administration. We have a prophylactic steroid regimen here that's been very successful in mitigating any kind of untoward safety profile such as increases in bilirubin, innate immune activation, platelet activation. We have seen none of that to date and the data that we've announced so far. And the endpoint here is really a mean change in baseline phenylalanine and secondary endpoints focused on incidence of plasma fee concentrations, change in diet as well as neuro-cog evaluation.

Our second program, which we have a cleared IND, is our gene editing program. And this ultimately is for the pediatric population. It's called HMI-103 and the trial is called pheEDIT. So this will be a Phase I trial that we will start in adults and then ultimately bring to the pediatric population. You want to get in as early as you can with an editing approach because if you go into younger patients, the livers of these patients continue to turn over until the age above 15 or 16. So the best way to get a longer-term durability effect is with a gene-editing approach where you're inserting directly into the genome.

So we're really excited about this program. Again, it's a non-nucleus-based approach using the ability of these AAVs to mediate homologous recombination and insertion in a very precise way. And we'll talk a little bit more about that in the next few slides. The animal data supporting this, you can see on the left-hand side, this is the enu2 mouse, which is a standard model that's used in PKU. And you can see in the dotted line, that's the control group, Phenylalanine levels in these mice between 1,000 and 1,500. And with 1 injection of HMI-103, you can see you drop phenylalanine rather rapidly down to normal levels quickly.

You've also done a lot of work here to assess the on-target and off-target assessment of where this gene is inserted. And where we're targeting is the first intron of the PAH locus. And because these are very large trusses of cDNA, they have homology arms that are hundreds of nucleotides long, you can detect these genome-wide very readily. And so we presented to FDA a very robust package of how to do this on off-target analysis on a genome-wide basis, not just on particular spots that we picked in the genome. And that we worked very closely with FDA on and they were very happy with the analysis we did, and that led to the IND that was cleared just recently.

We're also working on lysosomal storage disorders, in particular, Hunter syndrome as well as metachromatic leukodystrophy. These are diseases that are marked by the secretion of an enzyme that breaks down a substrate. In the case of Hunter it's glycosaminoglycans or GAGs. In the case of MLD, these are sulfatides that you're trying to break down. The enzyme missing in Hunter is called I2S, the enzyme missing in MLD is arylsulfatase. And so these are enzymes that are secreted and can cross-correct. So you don't have to make that correction in every single cell. You can correct 1 cell and that cell can secrete

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

that enzyme and correct the 9 or 10 cells around it. And so that makes these very attractive. So you don't need a lot of transduction in order to see success in animal models.

A little bit about MPS II. So that trial. Again, we have a cleared IND here. We'll start later this year. We are focused initially on the peripheral manifestations of the disease. These patients, even though they're on enzyme replacement therapy. This is a therapy that was developed by Shire and launched back in 2007. Many of us were involved in that. It addresses the cardiac manifestations, the structural manifestations as well as the lung manifestations. But these patients still on weekly infusions of ERT still did not typically past the age of 45. So we feel that a gene therapy approach here, replacing enzyme replacement therapy is the way to go and will yield a much more robust response.

Of course, this is a disease in its most severe form that also causes a neurodegeneration in young kids. So we want to start in the adult population first and then move to a population of younger and younger patients where we feel we can address both the peripheral and the CNS manifestations of this disease. And we can track that by looking at GAG reduction in the CSF of these patients, and that will tell us the extent to which these vectors do cross the blood-brain barrier, and we have a lot of data in murine models as well as nonhuman primates that demonstrate this.

So this is a very differentiated approach than other companies that are going after this disease, targeting the systemic form first with endpoints that include the 6-minute walk test and then moving to the younger population.

So this is HMI-203 for Hunter, and we've called this the juMPStart trial. As I've said, we're going to be looking for biomarkers such as an increase in serum enzyme activity, I2S activity and a decrease in GAGs. And we should look at us and see that in the serum of these patients as well as a urine and we're also looking in the CSF. And ultimately, the goal here is to discontinue ERT in these patients.

Here's some of the preclinical data. You can see on the left-hand side, you can see a reduction of GAGs in serum, which is highly significant when you look at these treated animals. And you also see the reduction of GAGs also in the CSF, which means that these vectors are crossing the blood-brain barrier. And on the right-hand side, you see the phenotypic correction of some of the structural abnormalities that you see in these patients as manifested in the I2S knockout mouse in terms of PAH with and Arch -- zygomatic arch width as well. So you see a significant improvement in that. And that's very important, and that will allow us to really start focusing on a younger and younger patient population as we progress with this trial.

Here, a data slide on our metachromatic leukodystrophy, this program. This is HMI-202. We are optimizing the vector right now, but you can see on the left-hand side, the biodistribution in mice. And the brands of mice following a single IV administration. On the left-hand side, the darkly standing areas is where the enzyme is, and you can see that compared to, for example, AAV9 expressing the same enzyme, which is not really as robust as our AAVHSC here. You can also see a phenotypic correction in the rotarod assay. So that's a functional readout of how well these animals can navigate a rotating rod and you can see a significant improvement in animals that have been treated with HMI-202. And that really does allow us to, truly out of the gate, target the pediatric population in this disease as well.

And so we've also leveraged this technology to make fully formed IgG antibodies that are made constitutively. And our initial target is the complement factor C5, which is a big main player in terms of diseases such as PNH, myasthenia gravis and aHUS. And really, the idea here is to be able to address patients that are on chronic infusions of drugs that are anti-C5 drugs such as Soliris and Ultomiris, and we'll share a little bit of data why we think this is a good approach.

Here, we're using the liver actually as a factory to make these full-length antibodies. And this is a single vector approach, and we believe we're one of the only companies that can use a single vector to make a full-length antibody. And so you have a constitutive expression of this antibody that's specific for C5.

Here's some of the data here, you can see a dose response in a 2 different species of mouse. One's a SCID mouse, one's a [ hu-liv ] mouse, which is a mouse that has a human liver even though it's a mouse. And you can actually see the function of this antibody in the lower left-hand side in the erythrocyte hemolysis assay, which is standard assay. And you can see on the lower right-hand side compared to

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Ultomiris and Soliris, the PK of the antibody here with a gene therapy, you can see a nice consistent response with an Ultomiris or Soliris approach, which is chronic dosing, you see peaks and troughs. And ultimately, you want to get to a point where you're considerably attacking or knocking back C5.

So this candidate is called HMI-104. We're undergoing IND-enabling studies now and typically takes us 12 to 18 months to go from this stage to an IND that's submitted. We have long-term robust sustained release of IgG for up to 20 weeks and even longer now as we progress through this program. So we're very excited about this program. We have -- we are contemplating additional targets for this approach in addition to PNH, and we'll talk more about these hopefully in the Q&A.

And then lastly, I think one of the things that is underappreciated about Homology is its internal manufacturing capability. We invested heavily in this in the early stages of the company. We started really after our Series B round. It's based on a lot of experience that we've had in how challenging manufacturing can be, period, for biologics and even more challenging for making high-quality AAV, which is right now one of the bottlenecks for a lot of companies that are in the AAV space. You've seen a lot of clinical holds happen to companies that are struggling with their manufacturing and their quality of their manufacturing.

So this is really the last slide and shows you all the programs that we're working on right now. Again, at the beginning of the year, we highlighted that we would have 3 trials by the end of this year, 2021. And we are in a position to do that and achieve that goal, and we're very excited about the progress on our HMI-102 program, our pheNIX trial and looking forward to data release at the middle of next year.
So with that, I just wanted to say thank you and happy to take any questions that you had.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Judah C. Frommer**
*Crédit Suisse AG, Research Division*

Great. And just a reminder to the audience, if you do have any, you'd like to e-mail over, you can certainly send those to me. But I thought we could get started with maybe, Arthur, you can address the long-term vision regarding your nuclease-free homologous recombination editing program? And would you explore using nuclease editing as well?

**Arthur O. Tzianabos**
*President, CEO & Director*

Yes. What attracted me to this technology when we launched the company in 2016, was the fact that you're not cutting DNA in a blunt way with a CRISPR approach because that introduces a lot of issues in terms of insertion-deletion mutations that are hard to track. It's also an approach that's difficult to go after autosomal-recessive disorders. It's a nice approach for autosomal-dominant disorders, but we really are attracted to the ability of these vectors with high efficiency to insert genes. And you need to insert genes into the genome of people that are suffering from autosomal-recessive disorders because they have a mutation in both alleles, not just 1 allele. And so we see a lot of opportunity here for this approach because it does have a mechanism that's highly precise. And we believe that's going to be very, very friendly in terms of any kind of safety profile. And certainly, the FDA has supported us with our initial IND here.

**Judah C. Frommer**
*Crédit Suisse AG, Research Division*

Got it. And there are some competitors in this space. How would you say your approach differs relative to peers that are also using nucleus for homologous recombination.

**Arthur O. Tzianabos**
*President, CEO & Director*

Yes. To our knowledge, there's one other company, LogicBio, which leverages an AAV8. They have to insert into the albumin locus because the efficiency of AAV8 mediated at HR is not that high. So they can really red that up by inserting into the albumin locus and they can focus on diseases where you need a secreted protein for the most part, but it really does validate this approach. We feel our vectors have a higher efficiency in terms of insertion, and we've done head-to-head comparisons there so that we don't need to put it into a constitutive locus such as albumin. So we feel like it's a cleaner, safer approach than what's out there right now.

**Judah C. Frommer**
*Crédit Suisse AG, Research Division*

Got it. And moving into PKU. What's the overall vision for HMI-102 and 103, and any plans to start development on gene editing for adult PKU?

**Arthur O. Tzianabos**
*President, CEO & Director*

Yes. Ultimately, we want to really go after and help adults with PKU. And there are many of them out there. And so that's where HMI-102 comes into play. With HMI-103, as I highlighted, you really have the ability to go earlier and earlier and earlier in the pediatric population so that you can prevent the loss of any IQ points or executive function there. And we will start that trial in adults, FDA want you to start in adults. Ultimately, we can move this to younger -- adolescent patients and pediatric patients as well, but our goal as a company is to really have kids born with PKU and parents are leaving the hospital with babies in their arms that have that diagnosis. Ultimately, we want those kids to grow up, not even remembering they were diagnosed with PKU. That's the goal.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Judah C. Frommer**
*Crédit Suisse AG, Research Division*

Got it. And maybe more broadly, how do you see the PKU market playing out with BioMarin's Kuvan, PALYNZIQ and BioMarin's PKU gene therapy 307?

**Arthur O. Tzianabos**
*President, CEO & Director*

Yes. So BioMarin has done a great job of developing some treatments here. Kuvan really only helps about 2% to 10% of the population. So that drug has been successful, but again, it's marginally active. PALYNZIQ is not the naturally occurring enzyme these patients are missing. This is a bacterial enzyme, that's called PAL. So you're not really replacing the naturally recurring gene here, so you're not really able to make that tyrosine that's so important for neurotransmitter formation. And therefore, it will have a hard time addressing neurocog. So we feel like this approach will ultimately be able to accomplish the goal of reducing phenylalanine, allowing patients to be able to loosen up their diet and help on the neurocog side of things in terms of executive function. So we believe really that a genetic medicines approach is the best solution for these patients.

**Judah C. Frommer**
*Crédit Suisse AG, Research Division*

Got it. And did you have any read-throughs for HMI-102 from BioMarin's clinical hold on 307. And maybe also your thoughts on BMN-307's effect on market perception of gene therapy in PKU in general?

**Arthur O. Tzianabos**
*President, CEO & Director*

Yes. I mean it was quite a surprise to us. Of course, we don't really know a lot of the detail there. There wasn't a lot of detail given. We've been very clear about our preclinical data package. We have not seen any of the things that BioMarin did report. We did not see tumor formation in long-term studies in mice. We also did long-term studies in nonhuman primates, which I don't believe they have done. We have done histopath on mice and nonhuman primates, have not seen any of the tumor formation, and we've not seen any of the DNA integration. So our preclinical package, pretty much validated by FDA, is very, very clean. So that's different than what they've seen. And we've been in multiple patients now, and we have not seen any of these kind of issues that others have seen in terms of SAEs and clinical holds due. We've been in the clinic now for 2 years.

So I think we're differentiated in that way, but I'm looking forward to hearing more from BioMarin during their R&D Day to be a little bit more specific about exactly what they're seeing. So we are educating docs and patients out there about how our program is different than BioMarin's, and so that's been ongoing now since when they announced that on Labor Day of this year. So -- and the folks we've spoken to get it, and they understand how we're different. And ultimately, the proof is in the clinical data, which we have.

**Judah C. Frommer**
*Crédit Suisse AG, Research Division*

Got it. And you touched on it, but maybe your thoughts specifically on concerns around tumor necrosis findings that BioMarin had an integration of AAV vectors into the host genome in preclinical studies relative to HMI-102.

**Arthur O. Tzianabos**
*President, CEO & Director*

Yes. I think the only thing they've said is they used a long-term mouse tox model that was an immunodeficient model crossed over into the enu2 mouse, that's not a great tox model. It's an immunodeficient model. So I think they recognize that, that could be a factor here. Hard to know without getting more details from them now.

**Judah C. Frommer**

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

*Crédit Suisse AG, Research Division*

Okay. And have there been any safety concerns with the use of AAVHSC vector so far in preclinical or clinical studies?

**Arthur O. Tzianabos**
*President, CEO & Director*

Yes, across all 3 programs now. So we have 3 cleared INDs. So a lot of tox has been done. We have not seen any issues associated with AAVHSCs. And then we've been in the clinic, as I said, for 2 years in multiple patients. We've seen some mild transaminitis that's controlled by our steroid regimen, but that's it. We have not seen some of the things that other companies have seen in terms of innate immune complement activation, bilirubin increase, platelet decrease. So it's been a very different story for our AAVHSCs.

And I'll take you back to the reason why, as a trained immunologist, these are naturally occurring vectors in man. So my prediction back 5.5 years ago is that we would have a safer immune profile because these factors are associated with man, these aren't man-made vectors or nonhuman vectors that others are using right now. So I do believe we have a leg up there in terms of safety.

**Judah C. Frommer**
*Crédit Suisse AG, Research Division*

Got it. And maybe just taking a step back. You did mention upfront in the presentation that the majority of PKU patients are not utilizing medication. So how many of these patients would be receptive to gene therapy given that they're not utilizing available treatments on the market today?

**Arthur O. Tzianabos**
*President, CEO & Director*

Yes. I think the fact that PALYNZIQ has gotten some traction, and that's a very difficult regimen. It's a daily subcu administration, 3 mls that has a black box warning and that patients are willing to do that. I think if you showed patients that you have a single administration that you can reduce Phe levels significantly, that you can get them to liberalize their diet, and then you can show a neurocog benefit, that's a home run for these patients.

**Judah C. Frommer**
*Crédit Suisse AG, Research Division*

Okay. Got it. And maybe moving off of PKU. Besides AAVHSC15, can you discuss the other AAVHSC vectors you've been exploring and how you plan to use those?

**Arthur O. Tzianabos**
*President, CEO & Director*

Yes. So we've -- unlike a lot of companies that have a single vector and they use it in a range of different diseases, we have had the benefit of being able to really catalog the biodistribution of all 15 of these vectors in nonhuman primates. And we really know exactly where they go in terms of tissue tropism. So if we want to go after a certain disease that engages certain tissues, such as Friedrich's ataxia, for example, that goes -- you have to hit the dentate nucleus, you have to hit the DRG and you have to hit the heart, we have vectors that do that. So we can have the benefit of using a specific vector for a specific type of disease if we so choose. So for example, we have 2 of our vectors that de-target the liver, but go to skeletal and cardiac tissue very, very nicely. So if you're going after neuromuscular disorders, those would be vectors that would be of great interest in terms of using them to develop for those different diseases.

**Judah C. Frommer**
*Crédit Suisse AG, Research Division*

Got it. And on the GTx-mAb work you're doing, are you exploring GTx-mAb for all Soliris and Ultomiris indications besides PNH? And are you also looking outside of these indications?

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Arthur O. Tzianabos**
*President, CEO & Director*

We are looking at those indications, but also looking outside as well, and that should really broaden the number of patients we can potentially help in a range of diseases where a constitutive expression of antibody. There's a lot of oncology indications I can think of. And there's numerous other indications with very large patient populations that we can target. So we're really excited about this program. And I think, again, this is an underappreciated asset that we have right now.

**Judah C. Frommer**
*Crédit Suisse AG, Research Division*

Got it. And generally, inhibitors require high target occupancy rates to produce clinical effect? Do you think the GTx-mAb platform could achieve that? And what's the limitation of the GTx-mAb platform compared to traditional monoclonal antibody therapies?

**Arthur O. Tzianabos**
*President, CEO & Director*

Yes. If you go back and look at the preclinical data and we presented these data in a number of meetings, we actually are getting very high levels of antibody production and very high target engagement. In fact, we're able to toggle way down and see a reduction that we think we want to hit that optimal range for anti-C5. So we believe we have the ability to really titrate and go very high if we have to. In the case of C5, you do need fairly high levels of anti-C5. So we think we can do that in animals, we've demonstrated that, and that will translate over to humans as well.

**Judah C. Frommer**
*Crédit Suisse AG, Research Division*

Got it. Okay. We did have 1 come in via e-mail. Just moving back to PKU, do you think HMI-102 can be potentially curative?

**Arthur O. Tzianabos**
*President, CEO & Director*

Yes. We definitely think that is the case. We've learned a lot from our dose escalation trial, and we've made those adjustments to the dose expansion trial. And so we -- that's our goal for HMI-102 in adults. And so that's the mission we're on, and we'll have an update on that at the middle of the year.

**Judah C. Frommer**
*Crédit Suisse AG, Research Division*

Okay. Great. And moving on, what's the status of vector optimization for HMI-202 and MLD?

**Arthur O. Tzianabos**
*President, CEO & Director*

Yes. So that's a program that we've been working on. In terms of the construct, we're pretty much ready to pick a lead there and with that forward into IND-enabling. So the team has done a great job there, juggling a lot of programs for a small company, but we're very close to starting IND there.

**Judah C. Frommer**
*Crédit Suisse AG, Research Division*

Okay. Great. And moving to a few more kind of high-level questions. Can you remind us, you had a slide up there, but the most impactful upcoming catalysts and data events for the next 12 months?

**Arthur O. Tzianabos**
*President, CEO & Director*

Yes. So multiple ones, we obviously put the readout of HMI-102 in terms of where we are with that program in the middle of next year. We'll give you multiple announcements on the -- both programs, the

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

Hunter syndrome trial, HMI-203 the juMPStart program as well as the pheEDIT program for HMI-103, the gene editing program for PKU. So we have a big year coming up next year, it will be milestone rich in addition to moving along our HMI-104 program, our GTx-mAb program as well.

**Judah C. Frommer**
*Crédit Suisse AG, Research Division*

Okay. And clearly, you have a lot going on, but what do you think might be most underappreciated by investors that maybe you hit on today or you didn't.

**Arthur O. Tzianabos**
*President, CEO & Director*

Yes. I think, again, you're seeing the maturity of the platform here. This is a platform company. And I think people are underestimating the power of this platform now that we've added the GTx-mAb aspect of the platform. In addition, our internal manufacturing is always overlooked. It's always -- it's like a referee in any sport. You only notice them when things go bad. That's how I feel like manufacturing is in AAV.

So you don't get -- you don't hear a lot about our manufacturing because we have not been on the critical path with it. So we have been very successful in getting 3 cleared INDs at a time when the FDA is at its most conservative around gene therapy that I've ever seen in the last 15 years. And I also think the fact that we have naturally occurring AAV vectors with a very good safety profile versus these engineered or man-made vectors that people are going after with better tropism. The only way that you're going to be able to understand the immune response to AAVs is in a clinical trial. These animal models do not translate, nonhuman primates do not translate. So the closer you stay to nature, the better off I feel like you are.

**Judah C. Frommer**
*Crédit Suisse AG, Research Division*

Yes, we've certainly seen that. And maybe just to wrap up, anything we didn't cover today that you'd like to point out or maybe your point on the manufacturing and the safety is there?

**Arthur O. Tzianabos**
*President, CEO & Director*

No. I think I've said about what we think is undervalued. I would point to the execution of the team in getting this many programs into the clinic with a new technology in 5.5 years. I think that shows our experience in the rare disease space. But I think I've covered it all.

**Judah C. Frommer**
*Crédit Suisse AG, Research Division*

Right. Perfect. Well, thank you for the time today, and congrats on all the progress, and we'll conclude it there.

**Arthur O. Tzianabos**
*President, CEO & Director*

Thank you, Judah. Thank you very much for having us.

**Judah C. Frommer**
*Crédit Suisse AG, Research Division*
Absolutely.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2021 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2021 S&P Global Market Intelligence.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.
spglobal.com/marketintelligence