# EXHIBIT 10

**S&P Global**
Market Intelligence

# Homology Medicines, Inc.
# NasdaqGS:FIXX
# Company Conference Presentation

**Tuesday, June 15, 2021 5:30 PM GMT**

COPYRIGHT © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Table of Contents

Call Participants .................................................................................. 3

Presentation .................................................................................. 4

Question and Answer .................................................................................. 5

COPYRIGHT © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

**spglobal.com/marketintelligence**

# Call Participants

**EXECUTIVES**

**Arthur O. Tzianabos**
*President, CEO & Director*

**ANALYSTS**

**Geoffrey Christopher Meacham**
*BofA Securities, Research Division*

**Jason Eron Zemansky**
*BofA Securities, Research Division*

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Jason Eron Zemansky**
*BofA Securities, Research Division*

Good afternoon, and welcome to our second day of our Napa virtual biopharma conference. My name is Jason Zemansky, and I'm an associate on Geoff Meacham's team. I'm very pleased this afternoon to introduce Arthur Tzianabos, the CEO of Homology Medicines, who's going to walk us through his very impressive and unique AAVHSC platform. Arthur, are you there?

**Arthur O. Tzianabos**
*President, CEO & Director*

I am here. Hello, Jason, how are you?

**Jason Eron Zemansky**
*BofA Securities, Research Division*
Doing well, thanks. And thanks for joining us. Well, look, let's, I think, jump right into questions.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Jason Eron Zemansky**
*BofA Securities, Research Division*

I think, obviously, for most investors, the biggest catalyst that's upcoming is the HMI-102, your gene therapy for adolescent and adult PKU Phase II. Top of mind for many, are we still on track for readout later this year?

**Arthur O. Tzianabos**
*President, CEO & Director*

Yes. We are still on track to at least give you data around the Phase II part of the gene therapy trial for PKU. So enrolling has gone well. We're on track for that data readout. And we're looking forward to it.

**Jason Eron Zemansky**
*BofA Securities, Research Division*

Excellent. Can you talk a little bit about some of the updates regarding the protocol design and patient selection, the learnings from kind of the previous results? And looking forward, what makes you think you can get to the strong results we've seen in a broader array of patients?

**Arthur O. Tzianabos**
*President, CEO & Director*

Yes, it's a great question. And we did as the first gene therapy for PKU ever, we did learn a lot during the dose escalation part of the trial, which is common in a Phase I/II setting for rare disease. And one of the key learnings that we came across is really getting the immunosuppression protocol right. And what we understand now is that we need to beef up a little bit at the front end, the prophylactic steroid regimen, which companies are moving to now.

We did this very early on in the game. And making sure that you monitor very closely any kind of AOT AST levels so that you can stay on top of it versus letting those things go for an extended period of time. So that's all been built into the protocol. And we're also now doing weight-based dosing with steroids. So it's [indiscernible] pretty commonly used out there.

The other thing we did was to really make sure that the patients that we are selecting in terms of inclusion/exclusion criteria, did not have any severe pre-existing immune disorders. And we found that was something that was a complicating factor in terms of fee readouts because fee metabolism seems to be linked with liver inflammation, and that's something that we want to make sure we keep an eye on as well.

So with those changes and the really frequent monitoring -- and many companies have made these similar changes, we believe we'll have more consistent data in this readout than we saw in the dose escalation phase.

**Jason Eron Zemansky**
*BofA Securities, Research Division*

Got you. And a good follow-up. You've moved 2 separate doses forward. Would you consider moving, I think, multiple doses forward into more of the registration itself, just to give prescribers some flexibility? Or do you think it's ultimately going to be a single level there?

**Arthur O. Tzianabos**
*President, CEO & Director*

Yes. I think with the design we have, we should get to a single dose that achieves both safety and efficacy that we're looking for. And it doesn't rule out taking 2 doses forward. Certainly, with the doses we are taking forward 60-13 vgs per kg and 80-13 vgs per kg. We've seen a safety profile that's very acceptable.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

We don't have any of the innate immune activation, complement activation issues and we didn't see that even when we went up to 114 vgs per kg.

So from a safety profile point of view, we do feel like we're in good ground here. But I think our goal would be to take a single dose forward, if possible.

**Geoffrey Christopher Meacham**
*BofA Securities, Research Division*

Arthur, yes, this is Geoff. I just wanted to ask you, there's been a lot of development in PKU. And I know we have to wait and see the data, but what's your sense for differentiation? Is it initial safety, tolerability? Is it durability of effect? Is it ultimately about effect size? How do you think about differentiation? I think there are a lot of different ways to play that out.

**Arthur O. Tzianabos**
*President, CEO & Director*

Yes, Geoff, it's a great question. In our minds, really, the only, I think, long-term approach for these patients is really an approach that is really directed at the underlying cause of disease. So being able to put the PAH gene back into the liver where it normally resides is really the goal. And I think there's only one other company out there trying to do that presently in the clinic, and that's BioMarin.

So ultimately, I think these other approaches using a microbial approach, those aren't putting back PAH. Those are putting back [indiscernible]. So that's a whole different kind of metabolic pathway. I do think that we can be highly differentiated on the safety profile as well as efficacy with the gene therapy approach. But I think the thing that no one else has is really the 1, 2 punch of having a gene therapy approach for adults and a gene editing approach for the pediatric population where you can get that long-term permanent correction and durability. And I think our ability to do both of those things really sets us apart from pretty much anybody else in the field.

**Geoffrey Christopher Meacham**
*BofA Securities, Research Division*

Got you. That's helpful.

**Jason Eron Zemansky**
*BofA Securities, Research Division*

A follow-up on that. But easily, your program is the furthest along. How well does first-mover advantage help you out here? And again, as a lot of competitors are coming across some of the same issues that you've had.

**Arthur O. Tzianabos**
*President, CEO & Director*

We've lost...

[Technical Difficulty]

**Jason Eron Zemansky**
*BofA Securities, Research Division*

Technical difficulties, I apologize. But how much of an advantage do you think you have over competitors, just given your familiarity with your platform, and you've kind of already gone through these growing planes?

**Arthur O. Tzianabos**
*President, CEO & Director*

Yes. I think it's always a big deal and rare to have the first-mover advantage. And I think we've learned a tremendous amount that others will be learning as they go along. But I also do think this, and I've lived through this on the other end being second to market, if you have a robust commercial market like PKU,

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

which is one of the largest rare diseases out there. It's certainly in the top 5 or 6. And it's already -- the commercial viability of this market has already been proven by BioMarin, 2 players in that space works just fine.

I mean, certainly, when we went out with VPRIV for Gaucher disease and competed against Genzyme, with a very well-established drug, Cerezyme, we did just fine. And if you think about it, Gaucher is a disease where there's 6,000 patients worldwide. Here, there's 60,000 patients worldwide. So I think first-mover advantage is good, always best, but there is room for multiple players here.

**Jason Eron Zemansky**
*BofA Securities, Research Division*

Got you. And then when we think about the endpoints here, what is the ultimate goal in getting patients -- their phenylalanine concentrations below kind of that therapeutic threshold of 360? I understand there's a little squishiness and it was somewhat arbitrarily chosen. But to what degree is it realistic to get patients below this level and then we can go from there.

**Arthur O. Tzianabos**
*President, CEO & Director*

Yes. I mean, I think the regulatory bar has been set already, and that's been by BioMarin with [indiscernible], where they saw about a 50% reduction from 1,200 to the 500-range micromole with phenylalanine, and they saw that in a little bit more than 50% of the entire patient population. And that's with patients that were able to stay on that therapy because, as you know, it's got a black box warning for anaphylaxis.

So we do want to get patients down to at least that level. We think that's a regulatory bar, but our aspiration is to do better than that. And really, ultimately, it's less about the absolute number, as we've learned from the prescribers, the key opinion leaders and particularly the patients. And it's more about getting patients low enough where they can come off that really restricted protein-free diet.

And that can be 500, 600 if these patients are starting at 1,200, 1,300. So it's less absolute. I know the ACMG guidelines, at least in the U.S. are 360. In Europe, it's 600. So that already tells you there's not really concordance with an absolute level. But we do feel like that's one of the key goals. And I think the other thing I'd like to remind people is we're reconstituting the normal pathway here.

So the enzyme that we're putting back into the liver, PAH, converts phenylalanine to tyrosine. And tyrosine is the important precursor for all the neurotransmitters. So ultimately, the goal would be get folks off the diet, but also have the ability to potentially reconstitute executive function, which is something these patients lose over time as they grow older.

So that ultimately is an endpoint that we're looking at as well.

**Jason Eron Zemansky**
*BofA Securities, Research Division*

Geoff, I think you had a follow-up.

**Geoffrey Christopher Meacham**
*BofA Securities, Research Division*

Yes. Just a question Arthur, just after you get the initial data, maybe just help us with the cadence of sort of strategy and investments beyond that. Are you going to hire more sort of reimbursement experts that will help out with maybe the OUS picture? And then from a manufacturing and all that stuff, like help us with kind of the gating factors of what follows after the initial data.

**Arthur O. Tzianabos**
*President, CEO & Director*

Yes. I mean, Geoff, we've already resourced a lot of this already for particularly manufacturing. So I'd like to highlight our manufacturing capability. We're already at the highest scale, which is 2,000 liters in

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

the industry. So we're right there with the big boys who are doing HEK293. So we could launch out of our facility right now with a commercial process.

So we're good on that front. On the commercial front, we already have a Head of Commercial. He's been with us for 2 years. His name is Mike Blum, long time ex Biogen, ex Shire, ex Sarepta. He's launched multiple rare disease drugs into the market. Doing very, very well now. He is an expert on launching and pricing.

And so we have a team around him as well. Certainly, we'd have to beef that up the commercial side. And we've also, in the process over the last year under Gabe Cohn, our Chief Medical Officer, beefed up our clinical team because not only do we have 102 coming along, but we are announcing our intention to start 2 additional clinical trials this year, one for Hunter syndrome and the other for the PKU editing program. So I know we'll get to that.

But we are already beefing up and resourcing ourselves for a great readout at the end of the year.

**Jason Eron Zemansky**
*BofA Securities, Research Division*

I know it's a little early days, but do you have a sense of durability at this point and kind of the need or the potential for redosing down the road?

**Arthur O. Tzianabos**
*President, CEO & Director*

Yes. No, we kind of follow what the field is doing. And I know there's a debate out there right now with heme A. But certainly, we've been guided by FDA that this is something that's -- the heme A readout is specific to BioMarin in terms of what kind of durability they're looking for. And I think it's going to be disease specific.

So I think ultimately, our goal is really to have multiple years of durability for these patients. And I think that's going to lead to a successful commercial launch. And I think that's really what our aspirations are for the PKU population and our patients there.

**Jason Eron Zemansky**
*BofA Securities, Research Division*

Got you.

**Arthur O. Tzianabos**
*President, CEO & Director*

And then in terms of redosing, multiple groups are working on this. I don't think it's too far away to come up with a tolerization protocol to be able to allow redosing in the not-too-distant future. So I think that's also a focus out there, but it's also a real focus for us. You guys probably remember, I'm a long -- I'm a recovering immunologists from my academic days. So it's something I'm really interested in, in terms of understanding, particularly the T cell response and how to mitigate that upon redosing.

**Jason Eron Zemansky**
*BofA Securities, Research Division*

Got you. And obviously, it's a little early as well. But when we think ahead to the commercial picture, what are the parameters that are impacting kind of the price point, kind of puts and takes there, if you could just give us a little color.

**Arthur O. Tzianabos**
*President, CEO & Director*

Yes. I mean, you've got to understand, ultimately, what are you bringing to the table for the patients? What are you able to provide to them in terms of quality of life and benefit versus safety? And the other side of that equation is really what's your cost of goods. And that's one of the reasons why we've really

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

invested heavily in manufacturing with a really solid team, a great team led by Tim Kelly, to make sure that your cost of goods are controllable.

And Tim's been around long enough, where he started when monoclonal antibodies were becoming commercially available and the cost of goods there were through the roof. And I think, ultimately, we're on the same kind of time horizon to get the cost of goods under control and gene therapy, certainly.

**Jason Eron Zemansky**
*BofA Securities, Research Division*

Got you. And I guess, again, we're projecting here, but given that payers are increasingly familiar with gene therapies and have systems in place, whether it's a value contract or something else. I mean do you anticipate any hurdles here. Or do you think things are going to be well enough established by maybe next year that could kind of get you into market easier?

**Arthur O. Tzianabos**
*President, CEO & Director*

No, I think things are becoming more established as we go along and see more progress in the field. I do think that it's always helpful to have a benchmark. And when you think about PKU and the drugs that are approved for PKU, the last drug approved was PALYNZIQ, and that's $250,000 a year for a drug that's reducing phenylalanine roughly by 50%. So that's a pretty good benchmark to go against when you're a gene therapy, and you're talking about a one-and-done versus a daily subcutaneous dosing regimen.

So if you can get patients unhooked from that, you're really in good shape. So I think payers really see the value proposition when you kind of make that argument to them with a standard of care.

**Jason Eron Zemansky**
*BofA Securities, Research Division*

Got you. Okay. That's super helpful. I want to shift gears a little bit to the pediatric PKU program. One of the more interesting things about this particular program, just kind of taking a step back, is that it isn't kind of your normal or what we've come to expect from a gene therapy, it's obviously recombination.

Can you talk a little bit about this platform? Why it's especially useful in pediatric patients? And where the advantages are over, say, something like a CRISPR or zinc fingers, other gene editing methodologies?

**Arthur O. Tzianabos**
*President, CEO & Director*

Sure. I mean it's one of the things that really attracted me and our CSO, Albert Seymour, to this platform with the ability to do gene therapy when that should work and the ability to use the same platform to do permanent insertion and correction genes. And the way that this works as opposed to CRISPR is it's really done by homologous recombination, which is a naturally occurring DNA repair mechanism that's known to be highly precise.

It's less efficient in terms of insertion of genes, but that precision, we really liked. And so what you get with CRISPR is you get very high efficiency of cutting -- very low efficiency of cutting and inserting, but that cutting isn't necessarily very specific. And that was the being unknown and still unknown. And now you're seeing CRISPR 2.0, 3.0 in terms of getting that off target somewhat less.

But we really like the safety and the precision around using this modality. And it's a modality that's not a new modality. It's been known for a long time that AAVs can mediate homologous recombination. These vectors that we've licensed actually do it at a higher efficiencies such that you can get enough of your gene in there and enough expression of your gene such that you can have a long-term durable effect.

And the reason why we like it is the pediatric liver turns over about 10 to 12 times in the first 12 years of life. So that rapid turnover if you had a gene therapy only there, the risk of losing expression over time with the cell division that goes on in the liver is pretty high. So that's why we like having our gene editing approach in the pediatric population and have the gene therapy approach in the adult population.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Jason Eron Zemansky**
*BofA Securities, Research Division*

Great. How do you ensure that the transduction and then the recombination frequency is high enough to kind of support this? And then do you have a sense of how many cells you need to edit to be clinically relevant in the long run, given these divisions?

**Arthur O. Tzianabos**
*President, CEO & Director*

Yes. So we've done a lot of this preclinical nonclinical work, not only in the PKU mouse model, but also in nonhuman primates. So we have a really good idea of what percent editing we have, how much mRNA expression do we get from that, importantly. And then we have the advantage of comparing that to gene therapy. So what we're seeing essentially is with the editing levels we're getting in the nonhuman -- in mice and the nonhuman primate, is really equivalent to what you'd see in terms of mRNA expression to gene therapy.

We do know from human genetics that patients with PKU deficiency -- so they have PAH deficiency. You need about 10% abnormal levels of PAH activity to see a clinically asymptomatic phenotype. So that's usually the case without a [indiscernible] recessive disorders. And we have used now a humanized mouse model. It has a human liver in a mouse to show that we can get very good transduction levels.

We've compared that also to nonhuman primates, a larger mammal. And by measuring mRNA, it gives us a very good kind of sense of being able to get enough PAH into the liver in humans to be effective.

**Jason Eron Zemansky**
*BofA Securities, Research Division*

Great. So if you can give us a sense on the clinical landscape, I know that 103 is 1 of the 2 programs you're bringing into the clinic. Is that still on track? And when can we first expect data from the program?

**Arthur O. Tzianabos**
*President, CEO & Director*

Yes. So we'll let you know when the IND clears, but we have guided that we will have that program started in the clinic by the end of this year. You can expect data next year. We haven't really guided to a specific time next year. But these readouts are typically not too long. And that's an exciting milestone for the company.

It's the first editing program from this platform that will be in [indiscernible]. And that's taken a lot of work by the team. But in 5 short years, we took something out of academia and turned it into a clinical program. And it's the first of its kind that I'm aware of in the industry.

**Jason Eron Zemansky**
*BofA Securities, Research Division*

Got you. And of course, I mentioned that was the first. The second, of course, is 203, which is for Hunter syndrome, MPS II. Obviously, it's a gene therapy that's going to be targeted against a disease of the central nervous system and peripheral nervous system. Can you give us a sense of what are the challenges of targeting kind of these sorts of indications?

And where you think 203 can really nail it?

**Arthur O. Tzianabos**
*President, CEO & Director*

Yes. I think what's important is the experience of the team in Hunter. So a lot of us -- we were there at Shire when we launched Elaprase, which is the first drug approved for Hunter syndrome, and that really addresses the peripheral manifestations to some extent. And a lot of us also developed the intrathecal approach that's now with Takeda for Hunter syndrome. So that's direct administration into the IT space of essentially Elaprase, and that's still in a later stage Phase III trial.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**HOMOLOGY MEDICINES, INC. COMPANY CONFERENCE PRESENTATION | JUN 15, 2021**

So know that disease very well. We know the key opinion leaders very well, and we know the patient advocacy groups and patients very well. Our approach in Hunter is different than what I think others are doing right now. We're going to target the peripheral form of the disease in adults first because we know that patients on Elaprase still have a lot of challenges.

They have a shortened lifespan. They don't usually live past the age of 50. They still have cardiac issues, lung issues and joint pain. So our goal is essentially with a onetime treatment be able to take these patients off of Elaprase, which is a weekly infusion for the rest of their lives. Then what we'll be able to do is understand because these vectors do cross the blood-brain barrier very well, do we see enzyme levels showing up in the CSF of these patients? Do we see a reduction in glycosaminoglycans, which is the substrate that builds up, that's toxic in these patients?

And that will allow us then to go younger and younger into the pediatric population. We do know that the form of disease where patients have mainly CNS dysfunction is a very rapid onset, and you need to treat these patients before the age of 3. That we learned and now Takeda has validated that if you don't get treatment by the age of 3, you're going to see -- it takes you literally 3, 4, 5 years to be able to prevent that neurocog decline that you see in these patients.

So our approach really is to go after peripheral disease where you get a 6-minute walk test as your endpoint. That usually can come pretty quick, and then work our way down to the more severe form of disease, which is the central nervous system.

**Jason Eron Zemansky**
*BofA Securities, Research Division*

Perfect. And then just in terms of timelines, again, this oen is coming to the clinic this year still on track and then potentially data next year?

**Arthur O. Tzianabos**
*President, CEO & Director*

Exactly the same story. We've got -- we are really busy this year. Our development teams are going full bore getting these INDs ready and getting them cleared. And we're pretty much on the same timeline as the editing program. So a lot of work going on, a lot of exciting manifestations of all the hard work by the team here. And I think it just shows the real rapid execution by the team of how to get these things into the clinic rapidly to help our patients as soon as we can.

**Geoffrey Christopher Meacham**
*BofA Securities, Research Division*

Arthur, just a follow-up on that. We've done a lot of -- here at BofA, we've done a lot of IPOs. We've talked to a lot of companies that are earlier stage in gene editing. Is it your view that there is enough similarities to these platforms where there's not going to be as much differentiation? Or do you think that the fidelity of the editing and the durability and persistency effect is still kind of an open question?

**Arthur O. Tzianabos**
*President, CEO & Director*

Yes, Geoff, it's a great question. And I think what we've seen so far from the first round of editing companies is everybody took a different approach. So CRISPR took an ex vivo approach, and that's really paid off for them. Others have taken an in vivo approach, and that's really a higher bar in terms of getting in vivo editing to the level that you need in order to see a clinical effect.

I do think that what you're seeing now is a refinement of the kind of nuclease-based approaches. And I think that speaks to the fact that the earlier approaches did still have some tweaking to do. So I do think we're getting to the point where you're pretty much seeing as good as you're going to see for, I would say, the next 3, 4, 5 years in terms of editing efficiency in terms of the nuclease-based approaches.

But I also think that it's really how do you develop these drugs? And how well do these teams really execute on the game plan. And that, I think, is still an open question. I've seen really great execution by

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

CRISPR. It's taken longer for Intellia to get there, but they're looking pretty good. And longer for Editas to get that first IND and get clinical data.

So I do think we're starting to see kind of a leveling off of advances on that front on the gene editing side.

**Geoffrey Christopher Meacham**
*BofA Securities, Research Division*

Got you. Okay.

**Jason Eron Zemansky**
*BofA Securities, Research Division*

Perfect. You mentioned 2021 is a busy year for you. And I think what you're also admitting is that you introduced your third distinct platform if we can consider kind of the conventional therapy as one leg and the recombination as the second. I know it's a little new, but can you give the investors listening kind of a brief overview of the GTx-mAb platform and how that works?

**Arthur O. Tzianabos**
*President, CEO & Director*

Yes. So we introduced this a few months ago because we're really excited about how quickly we're able to bring this to the point where we'll be naming a clinical development candidate in the second half of this year. And the data are really exciting. So we presented the data at ASGCT. We were focused on an anti-C5A approach initially because it's such a validated target.

And the data are really stunning. A single administration with the GTx-mAb anti-C5, really does get to levels that are very consistent versus the peaks and troughs that you see with the administration of a conventional antibody. What was really, I think, unique about this is that we can make fully formed, fully functional IGG. So you have both the heavy and the light chain there. It's not a fab, it's not a single chain.

So the effectiveness of that kind of antibody is really, I think, going to be very robust. And it really does open up a plethora of opportunities. We said we're going to after PNH first. There is a lot known around the safety benefit profile there. And it's one of the targets we selected first because this is obviously going to be constitutively on. And C5 is a great target there because you can knock down C5 on a regular basis and not really see any safety events.

And there is a warning around the risk of [indiscernible] infection there with Ultomiris and Soliris, but that can be addressed with vaccination. So it's a really great target, but it also opens up a number of other targets for us with just this part of the platform. So we're really excited about it.

**Jason Eron Zemansky**
*BofA Securities, Research Division*

Yes. And I think a great segue is when you think about some of the other indications, I mean what makes an ideal indication for this platform? And maybe if you can't tell us what exactly you're looking at, some indications or at least some disease areas that you think would be ideal for this particular like?

**Arthur O. Tzianabos**
*President, CEO & Director*

Yes, Jason, great question. I mean if we just stuck with C5, as you know, there's multiple indications approved there, myasthenia gravis, AAHUS and others that are being tested in Phase III. So that would be plenty of work for us alone. However, we are interested in additional platforms where you can engage the target and knock it down constitutively.

And there are targets out there, and we've got multiple of those in the lineup that fit the bill. And one example is kallikrein for HAE. That's a target that you can hit pretty hard and kind of consistently and not really see a safety profile that's untoward. So we do have a lot of opportunity here and very excited about continuing to develop this.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Jason Eron Zemansky**
*BofA Securities, Research Division*

Is it possible or kind of longer terms to think about potential regulation in terms of turning the construct on and off? I know worst-case scenario if someone has an issue with Soliris, prescriber can stop prescribing or worst-case scenario, plasma exchange. Is this going to be an issue with this particular platform?

**Arthur O. Tzianabos**
*President, CEO & Director*

It depends on the target you select. So with C5, you can hit it pretty hard and really not see any safety issues. There's a long list of patients that have been on Soliris with no issues. But if you had to stop this, you definitely could go plasmapheresis or an anti-FCRN approach there. And our goal really is to pick those kind of targets for this platform, and there's many of them, as I've said.

Ultimately, yes, an on/off switch is the way to go, and that's already kind of in the experimental phases in academia, and it's something we're also focused on as well. And I think that's going to be coming to the 4 -- in the next 3 to 4 years as well.

**Jason Eron Zemansky**
*BofA Securities, Research Division*

Got you. Have you started any discussions with regulators yet on this particular platform? And if so, what have their responses been? Do you -- kind of smooth sailings to an IND or maybe a little headwinds there as they kind of come to grips with the parameters of what something like this would look like?

**Arthur O. Tzianabos**
*President, CEO & Director*

Yes. No, we haven't had discussions with them as yet. I'm sure we will have a pre-IND meeting with them in the next year or so. And it's something we'll be ready for and happy to discuss. There are other programs out there that are antibody platforms. So I'm sure the agency is well aware of this approach and people have been allowed to go forward into clinical testing.

I think this is a little bit different in that it's a validated target versus going after anti-tau or other [ opsinuclaen ] targets, which is not particularly validated at this stage in a number of diseases. So it's something that we thought long and hard about is having something that the agency is very familiar with, which is C5 as a target and anti-C5. So we hope that kind of gives us a smoother sale as we discuss this with the agency.

**Jason Eron Zemansky**
*BofA Securities, Research Division*

Great. What sort of dose optimization do you think this is going to require? I mean, are we at the level where with the gene therapy, we can kind of optimize the expression of the construct to a reasonable degree to just kind of predict where things are going to end up?

**Arthur O. Tzianabos**
*President, CEO & Director*

Yes. I'm kind of smiling because this is exactly what we're doing right now. And what we're noting is the expression, and this was in the ASGCT poster that we presented, the expression is very, very robust. We're hitting peak levels of 1 mg per mill in the serum, which is where the peak is soon after you give Ultomiris or Soliris.

We're actually thinking of dosing down more, which would mean a lower dose on a vector genome per kilogram basis. So those are the studies that we're doing right now as we get to the point where we name a clinical development candidate.

**Jason Eron Zemansky**

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

*BofA Securities, Research Division*

Perfect. Yes, I have to imagine that if you can control the peaks and troughs a little bit better, then maybe you can bring that -- it's not a perfect kind of bifurcation of both, but you can bring the overall expression down?

**Arthur O. Tzianabos**
*President, CEO & Director*

Yes. I think we've learned a lot from our days of developing enzyme replacement therapies where you give this massive bolus of enzyme IV after a 3- or 4-hour infusion. And it's nice and high for about 24 hours, and then it really drops off. And depending on the enzyme, you have to come back in a week or in 2 weeks.

So that peak trough can lead to real breakthroughs of disease. So we feel like a consistent level doesn't need to be at the peak, but the consistent level, as you're alluding to, that gets the job done, probably is the best way to go versus a lot and then nothing, a lot and then nothing. So that's how we look at it.

**Jason Eron Zemansky**
*BofA Securities, Research Division*

Great. And then I guess, more on the commercial side, Soliris and Ultomiris' price target lends, I think, a lot of weight to the value proposition here. But longer term, do you think that's applicable to other diseases that might benefit from this platform?

**Arthur O. Tzianabos**
*President, CEO & Director*

Yes. I think it always comes down to your efficacy safety profile and really the unmet need of the disease. So I'm not going to sit here and say, yes, we're going to take the price of Ultomiris times 10 years, and that's our price. I mean we're actually using that argument to say we can come in lower and really save the health care system a lot of money with these kind of one-and-done approaches.

So I do think it's instructive to understand the landscape. But I do think also, it's going to really depend on the disease that you're targeting as to what kind of pricing you're going to end up with in different geographies.

**Jason Eron Zemansky**
*BofA Securities, Research Division*

Perfect. Well, the few minutes that we have left, I did want to switch gears. You mentioned earlier your manufacturing capability, which is fairly unique, not only amongst other earlier stage companies, but a lot of the bigger players as well. Can you discuss what your capabilities are and kind of the rationale for investing at an earlier stage?

**Arthur O. Tzianabos**
*President, CEO & Director*

Yes. The rationale is we've been through the worse of manufacturing even before gene therapy. Even with enzyme replacement, a lot of us lived through in 2008 manufacturing issues that Genzyme had and Shire was very much affected by that. And the team we have here was the team at Shire that developed the first single-use technology for enzyme replacement therapies, where you can just basically have a stainless-steel infrastructure with a sterile bag in it. And then you throw the bag away and start from scratch.

It's not just stainless steel where you've got to clean that. That technology happens to be perfectly transferable to gene therapy. So there's a lot of expertise here in that we decided to invest early so that we could keep on our time lines, and we have kept right on our time lines since the start of this company in 2016.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

And that's important, considering last year, we did see a lot of delays really due to CDMOs getting behind. Of course, the pandemic had a lot to do with that. And we didn't really let that affect us because of our existing internal manufacturing capabilities. So that's been a real, I think, great investment on our part.

**Jason Eron Zemansky**
*BofA Securities, Research Division*

Can you give us a sense of where you stand, at least in overall production capabilities, especially with -- you have now 3 programs coming into the -- well, 3 programs total into the clinic, potentially more next year. Will you be able to support them all? And then potentially on top of that, the commercial launch of 10 -- of 203, I think.

**Arthur O. Tzianabos**
*President, CEO & Director*

So we had 3 bio 500 liter here. In addition, we have a 2,000-liter bioreactor as well and the ability to add additional 2,000 liter of bioreactor. So we have quite a bit of capability that can handle all of our clinical programs. We've already made all of our Phase I/II material for the 102 program, and we can launch commercially for PKU from the existing facility that we have here at our world headquarters in Bedford, Massachusetts. So we're in good shape there.

**Jason Eron Zemansky**
*BofA Securities, Research Division*

Because this platform is rather unique. I mean, would you consider doing or producing on a contractual basis? I know there's a lot of backlog, as you mentioned earlier, a lot of other players there are kind of desperate for, if not, clinical trial material then certainly commercial materials.

**Arthur O. Tzianabos**
*President, CEO & Director*

Yes. It's something we've discussed internally. It's a very attractive proposition, actually. The thing that you have to make sure, if you enter into that kind of construct, keeping your eye on the therapeutic side of the business and setting aside the service side of the business, we certainly have the capability to do that if we so choose, but we have been definitely approached along those lines because of our prowess in manufacturing.

**Jason Eron Zemansky**
*BofA Securities, Research Division*

Great. And then just as one final question on this line of questioning. Where do you see this going in the next 12 to 18 months? Do you continue to invest in the capacity? Or do you think your kind of close?

**Arthur O. Tzianabos**
*President, CEO & Director*

Yes. I think with success, we're going to continue to invest in the capacity. I think you have to do that in order to meet your clinical timelines, but importantly, your commercial launches. So that's our long-range plan on the manufacturing front.

**Jason Eron Zemansky**
*BofA Securities, Research Division*

Perfect. Well, we're starting to get a number of e-mail questions in, and I did want to make sure we cut them all. But can you give us a sense of your view of the drug pricing debate and the ongoing rhetoric? And specifically, as we kind of think back to gene therapy and the value proposition there, you kind of talked about it earlier, but great to have your thoughts on the matter.

**Arthur O. Tzianabos**
*President, CEO & Director*

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Yes. I think these things, they come in fits and starts, right? So we tend to just kind of do the work here that we want to do in order to bring these very transformational treatments forward to patients. And our goal is to really develop highly effective treatments that are going to change the lives of our patients and potentially cure them.

So when you're talking about that, I think then the argument around pricing becomes a lot easier. So we're really focused -- really on execution and delivering these really transformational treatments for our patients. I think that solves a lot of the issues out there right now. And I also think, I mean, my personal view of the world is, I think it's an easy target to hit in terms of drug pricing.

There's a lot of cost in the health care system broadly that I think can also be addressed at the same time. It's not just a drug pricing issue right now that's leading to health care costs rising. And I don't think we're looking at everything out there. I think this is an easy target. And I would add, if we stifle innovation, where would we be now if it weren't for the mRNA companies out there that came up with a vaccine for coronavirus?

We've got to be mindful of that because this is not going to be the last time, we see this in our lifetimes. I can tell you that.

**Geoffrey Christopher Meacham**
*BofA Securities, Research Division*

Arthur, just a follow-up to that. And I agree with you, I would say, particularly for some of the newer technologies and gene therapy, cell therapy, it seems like there was a lot of pushback initially with curative intent therapies and there's less now. And I would expect going forward that to be the case, and you guys are in a good situation because you have real benchmarks, real cost benchmarks that you can measure yourself again.

So you're not sort of putting your finger in the wind and trying to determine the price, right? So do you think that payers, U.S. and o US will begin to understand that more broadly in the next several years? Or there's still a learning curve?

**Arthur O. Tzianabos**
*President, CEO & Director*

There's a learning curve, Geoff, but I do think they're already starting to understand it as these treatments are becoming available. I think it just takes time because the systems are so antiquated. And there hasn't been anything to challenge that system for a long, long time. And now that we are, they're going to have to change, I think, to accommodate these kind of treatments.

Again, the bar has to be high for us in terms of efficacy and making sure we're delivering something that really makes sense for payers to pay for. And I think that's really on us, but it's also up to us to educate the payers around the value creation and the money that we can save the health care system down the line. And I think that's starting to happen. Our conversations have gone very, very well early days. And I'm excited about it.

**Jason Eron Zemansky**
*BofA Securities, Research Division*

Yes. I think just as a follow-up there, I mean, how do you get over the sticker shock even when talking about the ultimate value proposition and the long-term benefit curative approaches?

**Arthur O. Tzianabos**
*President, CEO & Director*

Yes. I think you've got to talk about it in increments, right? So do the math on what enzyme replacement therapies cost patients every year. That's an annual cost that ranges between $100,000 and $700,000 a year. So I think if you're coming in with a onetime treatment, and there's been the pay for performance models that have been put out there that I think payers are starting to embrace.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**HOMOLOGY MEDICINES, INC. COMPANY CONFERENCE PRESENTATION | JUN 15, 2021**

But I do think that if you look kind of at the landscape of these kind of treatments, I don't think the sticker shock argument is all that bad because there's high cost out there right now. We're actually talking about bringing something forward that will be much less than those high costs that payers are paying for right now.

So as long as you have efficacy, I think you can make that argument very strongly.

**Jason Eron Zemansky**
*BofA Securities, Research Division*

Perfect. And I think a good segue there is the FDA environment is clearly shifting with the willingness to I guess, approve or introduce treatments where maybe the efficacy hasn't been well established, but there's at least precedent on biological or molecular approach here. I mean what does that mean for your companies and others in your space?

**Arthur O. Tzianabos**
*President, CEO & Director*

Well, our interaction with FDA has been really I would say, very positive in terms of their accepting these kind of treatments. So I haven't seen the conservatism that folks are viewing with FDA right now. What I see FDA focused on is CMC and quality, which is what they ought to be focused on. So that's why you're seeing a number of clinical holds right now in cell and gene therapy.

And that's something that so far, so good for us, but something that our focus on manufacturing has really paid off because we've addressed a lot of the questions that FDA is raising with companies already in what we're submitting to them. So I think we're getting a little bit confused of FDA being conservative. I think they're being rightly conservative on what material is allowed to go into patients.

I do think that there's still a sense that if you have a potentially transformational treatment, yes, there might not be all the data there to support it, but they are willing to kind of give patients a chance. And these are patients that have had nothing for years and years and years. So I do think that the FDA is taking a lot of heat. But I think they're acting in the way that I hope they act for a number of years to come. They've been very, very positive so far.

**Geoffrey Christopher Meacham**
*BofA Securities, Research Division*

And just on that now, Arthur, you do have some variability, let's say, BioMarin was asked to run 2 Phase IIIs. As far as we know, CRISPR is running a Phase I/II registration. So is it -- is there -- there's not a one size fits all per indication and per technology?

**Arthur O. Tzianabos**
*President, CEO & Director*

Yes, Geoff, that's right. But let's remember, you can't use 2 different processes and expect to do 1 pivotal trial, right? So BioMarin had a process for their Phase I/II. That process changed for the Phase II. So there are these little kind of, I would say, nuances that folks tend to gloss over but just if you look hard at what the FDA is asking you to do, there's a reason they're asking you to do it. And the data from the Phase I/II looks a little different than the data from the Phase II/III.

So I think there asking the right questions of companies who come to the -- I mean, that's why we've got a process now that's going to take us all the way through to commercial. And that's really important in terms of getting quickly to a pivotal trial.

**Jason Eron Zemansky**
*BofA Securities, Research Division*

We're coming up against time here, but I did want to give you an opportunity to take a look at the long-term picture here. You have 3 very unique differentiated platforms, a lot of opportunities in front of you.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Can you give us a sense of how you move forward? I mean, is there a sense of what -- you want to focus on one platform versus another, different indications?

How do you make a go -- no-go decision? Ultimately, how many assets do you think you'll be bringing to the clinic on a yearly basis? And then, again, you've signed a recent agreement with Pfizer or collaborations in your future longer term. Just give us a sense about how everything unfolds.

**Arthur O. Tzianabos**
*President, CEO & Director*

Wow, Jason, that's like 20 questions in that little brief blurb there, so I'll do my best to be [indiscernible].

**Jason Eron Zemansky**
*BofA Securities, Research Division*

We want all of them covered.

**Arthur O. Tzianabos**
*President, CEO & Director*

Yes. All right. I'll do my best. So we've already built a fully integrated biotech companies. We've got everything from [ R ] all the way to commercial. And it's just a matter of scale and execution. And we've got now 3 programs in the clinic. We're going to name a development candidate later this year. That's 4 programs. I don't see -- I see us having 5 programs over the next couple of years in the clinic, that's a lot of programs.

Now you're talking about a team that used to run 30, 40, 50 programs at any one time when we were at Shire or Alexion or Biogen. So it's just a matter of executing on what we have now, and that, I think, will lead to success in the future. So we're pretty good at making go/no-go decisions. We've had to do that throughout our careers and been pretty successful.

So I see us being able to manage the business really tightly. And preserve our resources and make sure that we're hitting our strides on the clinical trials that we have now, and that will have in the future.

**Jason Eron Zemansky**
*BofA Securities, Research Division*

Perfect. And then thinking about your willingness to collaborate moving forward, how much of a presence is that going to be in terms of helping you make those decisions and -- as you evolve into a large-scale player?

**Arthur O. Tzianabos**
*President, CEO & Director*

Yes. I mean, I'm a big believer in collaboration. We had a deal with Novartis early days, which went very well. We've got a relationship with Pfizer now. I mean, these are 2 of the biggest players in gene and cell therapy out there. We're always wanting to collaborate and move the ball forward together. So this is a team that's done a lot of collaborations.

I think they're always value-add as long as they don't take your eye off the ball. And that's really the balance that you need to strike with any partnership. But we see a lot of value in them.

**Jason Eron Zemansky**
*BofA Securities, Research Division*

Great. Thanks for the color. We have about a minute left. I didn't know if you wanted to add some closing remarks, but this has been a very informative and deep discussion. Appreciate it.

**Arthur O. Tzianabos**
*President, CEO & Director*

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

No, you guys asked great questions. I think I would just close with -- the company is really going to have a big year this year, a lot going on. I'm really proud of the team here and the execution. I think one of the things that underscores all of this is the culture of the company and our dedication to the mission that we have to try to cure patients living with rare genetic disorders.

It's something that's a passion that drives us all here and what binds us together and what's going to get us across the finish line. So I appreciate the opportunity, and thanks for the invite to speak with you guys today.

**Jason Eron Zemansky**
*BofA Securities, Research Division*

Yes, absolutely. Thank you so much for joining us.

**Geoffrey Christopher Meacham**
*BofA Securities, Research Division*

Thanks, Arthur. Next year, we'll do it live in Napa.

**Arthur O. Tzianabos**
*President, CEO & Director*

I can't wait. I cannot wait. Thank you, Geoff. Thank you, Jason.

**Geoffrey Christopher Meacham**
*BofA Securities, Research Division*

All right. Take care.

**Jason Eron Zemansky**
*BofA Securities, Research Division*

Thank you.

**Arthur O. Tzianabos**
*President, CEO & Director*
Bye. Take care, guys.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2021 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2021 S&P Global Market Intelligence.