UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL C. PIZZUTO, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HOMOLOGY MEDICINES, INC., ARTHUR O. TZIANABOS, W. BRADFORD SMITH, ALBERT SEYMOUR, THERESA MCNEELY, and DOES 1-10,<br><br>Defendants. | Case No. 1:23-cv-10858-AK<br><br>**PLAINTIFFS' MOTION FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS COMPLAINT**<br><br>Judge: Hon. Angel Kelley |

Pursuant to Local Rule 7.1(b)(3), Plaintiff Michael C. Pizzuto and Lead Plaintiffs Scott Boyd, Kasey Kahne, and Jason Rofeh (collectively, "Plaintiffs") move for leave to file a sur-reply in response to Defendants Homology Medicines, Inc., Arthur O. Tzianabos, W. Bradford Smith, Albert Seymour, and Theresa McNeely's (collectively, "Defendants") Reply in Support of their Motion to Dismiss the Amended Class Action Complaint ("Reply") (ECF No. 95).

The proposed sur-reply is necessary to correct a misstatement by Defendants concerning Plaintiffs' allegations in the Amended Class Action Complaint for Violations of the Federal Securities Laws ("Complaint") (ECF No. 46). *See Kouchi v. Am. Airlines*, 2021 U.S. Dist. LEXIS 245784, *1 n.1 (C.D. Cal. Oct. 27, 2021) (granting leave to file sur-reply to "correct misstatements of fact . . . in the interest of completeness and judicial efficiency"). The misstatement, if left uncorrected, may cause significant prejudice to Plaintiffs because it relates to two key elements of Plaintiffs' claim for securities fraud against Defendants.

In their Reply, Defendants argue that Plaintiffs cannot rely on Homology's use of a different steroid regimen in other trials to plead the elements of "falsity" or "scienter" because, in

1

pertinent part, "Plaintiffs do not allege that the other, later trial had even begun at the time the FDA implemented its temporary clinical hold." Reply at 7 (citing Complaint, ¶170); *see also id.* at 10 ("At most, Plaintiffs point to the use of different steroid regimens, in different trials, for different genetic medicines at different times.").

Defendants are incorrect. Plaintiffs allege that Defendants implemented the revised, FDA-approved steroid regimen as of October 12, 2021, at the latest. *See* Complaint, ¶81 (announcing approval of pheEDIT trial with T-cell inhibitor steroid regimen); *see also* ¶96 ("Homology had already incorporated this risk mitigation strategy into another clinical trial, its Phase 1 pheEDIT trial, in the fourth quarter of 2021."). Thus, Homology's use of the new steroid regimen unquestionably preceded the FDA's clinical hold on February 18, 2022.

As such, Plaintiffs respectfully request that the Court grant leave to file the proposed sur-reply, comprising less than 1.5 pages, attached hereto as Exhibit A.

Dated:  August 11, 2023

Respectfully submitted,

*/s/ Daryl Andrews*
Daryl Andrews (BBO# 658523)
Andrews DeValerio LLP
P.O. Box 67101
Chestnut Hill, MA 02467
Tel: (617) 999-6473
Email: daryl@andrewsdevalerio.com

*Liaison Counsel for Plaintiffs and the Proposed Class*

POMERANTZ LLP
Brenda Szydlo (admitted *pro hac vice*)
Dean Ferrogari (admitted *pro hac vice*)
600 Third Avenue, 20th Floor
New York, NY 10016
Tel.: (212) 661-1100
Facsimile: (917) 463-1044
Email: bszydlo@pomlaw.com
dferrogari@pomlaw.com

*Counsel for Plaintiffs and Co-Lead Counsel
for the Proposed Class*

LEVI & KORSINSKY, LLP
Adam M. Apton (admitted *pro hac vice*)
55 Broadway, 4th Floor
New York, NY 10006
Tel.: (212) 363-7500
Facsimile: (212) 363-7171
aapton@zlk.com

*Counsel for Plaintiffs and Co-Lead Counsel
for the Proposed Class*

PORTNOY LAW FIRM
Lesley F. Portnoy
1800 Century Park East, Suite 600
Los Angeles, CA 90067
Tel.: (310) 692-8883
Email: lesley@portnoylaw.com

*Additional Counsel for Jason Rofeh*

## RULE 7.1. CERTIFICATION

Pursuant to Local Rule 7.1.(a)(2), counsel for Lead Plaintiff conferred with counsel for Defendants regarding the above motion. Counsel for Defendants do not consent to the motion.

Dated: August 11, 2023                        */s/ Daryl Andrews*

## CERTIFICATE OF SERVICE

I, Daryl Andrews, hereby certify that a copy of the foregoing document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: August 11, 2023                        */s/ Daryl Andrews*