**EXHIBIT A**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MICHAEL C. PIZZUTO, Individually and On Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>    v.<br><br>HOMOLOGY MEDICINES, INC., ARTHUR O. TZIANABOS, W. BRADFORD SMITH, ALBERT SEYMOUR, THERESA MCNEELY, and JOHN DOES 1-10,<br><br>     Defendants. | Case No. 1:23-cv-10858-AK<br><br>**PLAINTIFFS' [PROPOSED] SUR-REPLY IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS COMPLAINT**<br><br>Judge: Hon. Angel Kelley |

Plaintiffs respectfully submit this sur-reply to correct a factual misstatement in Defendants' Reply in Support of their Motion to Dismiss ("Reply") (ECF No. 95). If left uncorrected, Defendants' mistake may result in an erroneous decision on the motion to dismiss and cause significant prejudice to Plaintiffs. The factual misstatement relates to Plaintiffs' allegations concerning Homology's use of a different, safer steroid regimen during the Class Period.

Plaintiffs allege that Defendants' statements about HMI-102's steroid regimen were materially misleading in part because Homology was aware of and, in fact, had already incorporated a newer, safer steroid regimen into current clinical trials, *i.e.*, the pheEDIT trial. *See* Plaintiffs' Opposition (ECF No. 93), at 12-13. In their Reply, Defendants argue that "Plaintiffs cannot logically rely on Homology's subsequent use of a different steroid regimen" because "Plaintiffs do not allege that the other, later trial had even begun at the time the FDA implemented its temporary clinical hold." Reply at 6. Defendants make this argument again on reply when arguing that Plaintiffs do not adequately plead scienter, claiming "Plaintiffs' theory that Homology knew its modified steroid regiment was insufficient or 'posed severe safety risks' is doomed by logic and contradictory allegations" because "[a]t most, Plaintiffs point to the use of different steroid regimens, in different trials, for different genetic medicines, at different times." *Id*. at 10.

Defendants are incorrect. Plaintiffs allege explicitly that Defendants implemented the different, safer FDA-approved steroid regimen as of October 12, 2021, at the latest. *See* Complaint (ECF No. 46), at ¶81 (announcing approval of pheEDIT trial with T-cell inhibitor steroid regimen). The Complaint even makes the point that the steroid regimen was submitted to the FDA at least 30 days prior to the announcement (and, likely, earlier than that), given the amount of time it takes for the agency to approve a clinical IND. *Id*.; *see also* ¶96 ("Homology had already incorporated this risk mitigation strategy into another clinical trial, its Phase 1 pheEDIT trial, in the fourth

1

quarter of 2021."). Thus, Homology's use of the new steroid regimen most certainly overlapped with Defendants alleged false statements on October 12, 2021 (¶¶147-48), November 8, 2021 (¶¶150-51), and November 15, 2021 (¶¶153-54), and, contrary to what Defendants wrote in their Reply, unquestionably preceded the FDA's clinical hold on February 18, 2022.[1]

Dated:  August 11, 2023

Respectfully submitted,

_/s/_Daryl Andrews_____
Daryl Andrews (BBO# 658523)
Andrews DeValerio LLP
P.O. Box 67101
Chestnut Hill, MA 02467
Tel: (617) 999-6473
Email: daryl@andrewsdevalerio.com

*Liaison Counsel for Plaintiffs and the Proposed Class*

POMERANTZ LLP
Brenda Szydlo (admitted *pro hac vice*)
Dean Ferrogari (admitted *pro hac vice*)
600 Third Avenue, 20th Floor
New York, NY 10016
Tel.: (212) 661-1100
Facsimile: (917) 463-1044
Email: bszydlo@pomlaw.com
dferrogari@pomlaw.com

*Counsel for Plaintiffs and Co-Lead Counsel for the Proposed Class*

LEVI & KORSINSKY, LLP
Adam M. Apton (admitted *pro hac vice*)
55 Broadway, 4th Floor
New York, NY 10006
Tel.: (212) 363-7500
Facsimile: (212) 363-7171
aapton@zlk.com

---

[1] Plaintiffs disagree with many if not all of Defendants' arguments in reply, including the inferences they draw improperly from Plaintiffs' allegations as well as their application of various cases to the facts. Plaintiffs respectfully request that the Court not perceive Plaintiffs' silence on other issues as any sort of admission or waiver as to any of the arguments.

*Counsel for Plaintiffs and Co-Lead Counsel
for the Proposed Class*

PORTNOY LAW FIRM
Lesley F. Portnoy
1800 Century Park East, Suite 600
Los Angeles, CA 90067
Tel.: (310) 692-8883
Email: lesley@portnoylaw.com

*Additional Counsel for Jason Rofeh*

## CERTIFICATE OF SERVICE

I, Daryl Andrews, hereby certify that a copy of the foregoing document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: August 11, 2023

*/s/ Daryl Andrews*
Daryl Andrews

3