# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MICHAEL C. PIZZUTO, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>v.<br><br>HOMOLOGY MEDICINES, INC., ARTHUR O. TZIANABOS, W. BRADFORD SMITH, ALBERT SEYMOUR, THERESA MCNEELY, and JOHN DOES 1-10,<br><br>        Defendants. | Civil Action No. 1:23-CV-10858-AK |

## ORDER OF DISMISSAL

**ANGEL KELLEY, D.J.**

In accordance with the Court's Memorandum and Order [Dkt. 106], it is hereby

**ORDERED** that the above-entitled action be, and hereby is, **DISMISSED**.

Dated: March 31, 2024

/s/ Angel Kelley
Hon. Angel Kelley
United States District Judge

1